# EXHIBIT 8

(Invoice from Gulf City Body Works repairing the Strick Trailer)

CAUSE NUMBER: 3:11-cv-0207-N

Submitted as Exhibit to Plaintiffs' Motion for Sanctions
Against Fayard and Dolphin for Concealment of Evidence



Gulf City Body & Trailer Works
601 South Conception Street
P.O. Box 144
Mobile, AL 36601
USA
(251)-438-5521

# Invoice

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 10/14/2010 |
| INVOICE NO | 106826 |
| WORK ORDER DATE | 9/22/2010 |
| SALES REP | PAUL AVERITT- REPAIR SALES |

SOLD TO:
F0075
JOHN FAYARD MOVING & WAREHOUSING
P.O. BOX 2189
GULFPORT, MS 39505

Project ID: R38684
TRAILER REPAIRS

*Dolphin Line wrecked*

NET DUE  6,554.88

Customer PO:

| ID | Description | Amount | TX |
|---|---|---|---|
| 100 | Materials | 2,976.95 | 01 |
| 500 | Labor | 3,225.23 | 6 |
| 700 | Supplies | 55.00 | 1 |

UNIT #33350
STRICK SN: E497976
PER OUR ESTIMATE DATED 6/6/2010.

*4540520*

We appreciate your business.

STATEOFAL Sales Tax  MOBILECOTY Sales Tax  CITY-MOBIL Sales Tax
                     29.77                 148.85

| Taxable | Nontaxable | Freight | Sales Tax | Misc | Total |
|---|---|---|---|---|---|
| 2,976.95 | 3,280.23 | 0.00 | 297.70 | 0.00 | 6,554.88 |



QUOTATION     QUOTE #   7256

**Gulf City Body and Trailer Works, Inc.**
601 S. Conception Street, P.O. Box 144
Mobile, Alabama 36601
(251) 438-5521
FAX: 251-433-7910     1-800-388-7950

| | |
|---|---|
| DATE | 06/06/2010 |
| UNIT NO. | 33350 |
| MAKE OR TYPE | STRICK |
| MODEL | |
| SERIAL | E497976 |
| CUSTOMER TEL | |

**CUSTOMER**   FAYARD

**ATTN**   RICHARD

| QTY | PART NO | DESCRIPTION OF REPAIRS AND REPLACEMENTS | LBR HRS | NET EACH | TOTAL NET |
|---|---|---|---|---|---|
| 10 FT | | SECTION RIGHT REAR LOWER RAIL | 8 | $14.50 | $145.00 |
| | | REPLACE REAR LOWER SILL AND LIGHTS OF TRAILER | 16 | | $986.97 |
| | | REPLACE ICC BUMPER ASSY COMPLETE | 6 | | $1,099.98 |
| 2 | | REPLACE REAR DOORS AND 1 LOCKING ROD SET | 6 | | $445.00 |
| | | STRAIGHTEN RIGHT SIDE MUD FLAP BRACKET | 0.5 | | |
| | | STRAIGHTEN SLIDE RAILS AT REAR | 3 | | |
| | | PAINT REPAIRED AREAS | 7 | | $155.00 |
| | | MISC. MATERIALS | | | $145.00 |

LABOR HRS.    46.5 @ $70.00

| | |
|---|---|
| LABOR TOTAL | $3,255.00 |
| PARTS TOTAL | $2,976.95 |
| F.E.T | $0.00 |
| SALES TAX | $267.93 |
| SUBLET | $0.00 |
| SHOP SUPPLIES | $55.00 |
| QUOTATION TOTAL | $6,554.88 |

We appreciate the opportunity to submit this quotation.

**Gulf City Body and Trailer Works, Inc.**

By: _Bill Crawley_

QUALITY EQUIPMENT AND SERVICE FOR THE TRANSPORTATION INDUSTRY SINCE 1945.