IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the Surviving parent of WYNDELL GREENE, SR., WILLIAM GREENE, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE-HARDEMAN, Individually And as the surviving parent of LAKEYSHA GREENE, | § § § § § § § § § | |
| Plaintiffs, | § | |
| v. | § § | JURY TRIAL DEMANDED |
| TOYOTA MOTOR CORPORATION, TOYOTA MOTOR MANUFACTURING NORTH AMERICA, INC. TOYOTA MOTOR SALES USA, INC., VOLVO GROUP NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, A DIVISION OF VOLVO GROUP NORTH AMERICA, INC., STRICK CORPORATION, INC., JOHN FAYARD MOVING & WAREHOUSE, LLC, and DOLPHIN LINE, INC. | § § § § § § § § § § § § | |
| Defendants. | § § | |

CAUSE NO.: 3:11-CV-00207-N

**DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S**
**NOTICE OF FIRST SUPPLEMENTAL DISCLOSURES**

COMES NOW DEFENDANT VOLVO GROUP NORTH AMERICA, LLC. a/k/a VOLVO TRUCKS NORTH AMERICA, f/k/a VOLVO GROUP NORTH AMERICA, INC. (hereinafter referred to as "VGNA"),and hereby respectfully provides notice to the Court that a copy of Defendants' First Supplemental Disclosures were served on all attorneys of record pursuant to Federal Rule of Civil Procedure 26(a)(1), on this 1st day of May, 2013.

Respectfully submitted,

HOWRY BREEN & HERMAN, LLP.

*/s/ Randy Howry*

_____
Randy Howry
State Bar No. 10121690
rhowry@howrybreen.com
Pat Fitzgerald
State Bar No. 24036566
pfitzgerald@howrybreen.com
John E. Carlson
State Bar No. 00790426
jcarlson@howrybreen.com
1900 Pearl Street
Austin, Texas 78705-5408
(512) 474-7300
(512) 474-8557 FAX

**ATTORNEYS FOR DEFENDANT**
**VOLVO GROUP NORTH AMERICA, LLC, a/k/a VOLVO TRUCKS NORTH AMERICA, f/k/a VOLVO GROUP NORTH AMERICA, INC.**

<mark>Case 3:11-cv-00207-N   Document 152   Filed 05/01/13   Page 3 of 3   PageID 3180</mark>

## CERTIFICATE OF SERVICE

I do hereby certify that on the 1st of May, 2013, a true and correct copy of the above and foregoing instrument was served upon all counsel of record via Facsimile, Certified Mail, Return Receipt Requested, and/or by electronic service through the court's ECF system in compliance with FEDERAL RULE OF CIVIL PROCEDURE 5(b)(2)(E) and 5(b)(3).

| | |
|---|---|
| Aubrey "Nick" Pittman<br>Kristin Kay Schroeder<br>THE PITTMAN LAW FIRM, P.C.<br>100 Crescent Court, Suite 700<br>Dallas, Texas 75201-2112<br>(214) 853-5912 (fax)<br>pittman@thepittmanlawfirm.com<br>Kristin@thepittmanlawfirm.com | Daryl K. Washington<br>LAW OFFICES OF DARYL K. WASHINGTON, P.C.<br>325 N. St. Paul St., Suite 1975<br>Dallas, Texas 75201<br>(469) 718-0380 (fax)<br>dwashington@dwashlawfirm.com |
| Kurt C. Kern<br>Craig D. Dupen<br>David P. Stone<br>BOWMAN and BROOKE LLP<br>2711 N. Haskell Avenue, Suite 650<br>Dallas, Texas 75024<br>(972) 616-1701 (fax)<br>Kurt.kern@bowmanandbrooke.com<br>Craig.dupen@bowmanandbrooke.com<br>David.stone@bowmanandbrooke.com | John S. Kenefick<br>Jason E. Tapp<br>Joseph F. Henderson<br>MACDONALD DEVIN, P.C.<br>3800 Renaissance Tower<br>1201 elm Street<br>Dallas, Texas 75270<br>(214) 747-0942 (fax)<br>jkenefick@macdonalddevin.com<br>jtapp@macdonalddevin.com<br>jhenderson@macdonalddevin.com |
| Michael P Sharp<br>Scott W. Self<br>FEE, SMITH, SHARP & VITULLO, LLP<br>Three Galleria Tower<br>13155 Noel Road, Suite 1000<br>Dallas, Texas 752440<br>(972) 934-9200 (fax)<br>msharp@feesmith.com<br>sself@feesmith.com | S. Todd Parks<br>Jason L. Wren<br>Ashley De La Cerda<br>Walters, Balido & Crain, L.L.P.<br>900 Jackson Street, Suite 600<br>Dallas, Texas 75202<br>(214) 760-1670 (fax)<br>Todd.Parks@wbclawfirm.com<br>Jason.wren@wbclawfirm.com |

*/s/ Randy Howry*

Randy Howry