IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OLLIE GREENE, *et al.*, § | |
| Plaintiffs, § | |
| § | |
| v. § | CAUSE NUMBER: 3:11-cv-0207-N |
| § | |
| TOYOTA MOTOR CORPORATION, *et al.*, § | |
| Defendants. § | |

ORDER GRANTING TOYOTA DEFENDANTS' MOTION TO QUASH
PLAINTIFF WILLIAM GREENE'S FRCP RULE 30(b)(6)
NOTICE OF DEPOSITION OF TOYOTA MOTOR SALES U.S.A.

On this _____ day of _____, 2013, came on to be heard Toyota Motor Sales, U.S.A., Inc.'s Motion to Quash Plaintiff William Greene's FRCP Rule 30(b)(6) Notice of Deposition of Toyota Motor Sales U.S.A., and the Court after hearing any argument of counsel and after reviewing the documents and other pleadings on file herein is of the opinion that said Motion is well-taken and should be in all things granted, and the Notice of Deposition of Toyota Motor Sales U.S.A. should be quashed in its entirety.

It is accordingly ORDERED, ADJUDGED, and DECREED that Plaintiff William Greene's FRCP Rule 30(b)(6) Notice of Deposition of Toyota Motor Sales U.S.A. is hereby QUASHED.

Signed this _____ day of _____, 2013.

_____
JUDGE PRESIDING