IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OLLIE GREENE, et al., § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 3:11-CV-207-N |
| § | |
| TOYOTA MOTOR CORPORATION, et al., § | |
| Defendants. § | |

## ORDER

Pursuant to the standing order of reference of discovery matters dated June 19, 2013, before the Court is *Toyota Motor Sales, U.S.A., Inc.'s Motion to Quash Plaintiff William Greene's Notice of Deposition, and Brief in Support Thereof*, filed August 29, 2013 (doc. 170).

A hearing was conducted concerning the motion on September 16, 2013. All parties appeared in person and through counsel. After consideration of the relevant filings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the hearing, the motion to quash the noticed Rule 30(b)(6) deposition for lack of sufficient notice is **DENIED.** The general objections to the deposition topics asserted in the motion, which were not specifically directed or applied to any of the 35 deposition topics listed in the notice, are **OVERRULED**. The objection to the noticed location of the Rule 30(b)(6) deposition is **SUSTAINED**. Accordingly, the Rule 30(b)(6) deposition of Toyota Motor Sales, U.S.A., Inc., shall take place at 9:00 a.m. on September 20, 2013, at its counsel's offices in Torrance, California, unless otherwise agreed in writing by the parties. All relief not specifically awarded is **DENIED**.

**SO ORDERED** on this 16th day of September, 2013.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE