## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **OLLIE GREENE, et al,** | § | |
| | § | |
| **Plaintiffs,** | § | **CAUSE NUMBER: 3:11-cv-0207-N** |
| **v.** | § | |
| | § | |
| **TOYOTA MOTOR CORPORATION,** | § | |
| **et al.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

## JOINT APPENDIX REGARDING PLAINTIFFS'
## THIRD MOTION TO COMPEL AGAINST TOYOTA DEFENDANTS

Plaintiffs and Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales USA, Inc. (collectively, "Toyota") file the following Appendix Regarding Plaintiffs' Third Motion to Compel Against Toyota:

| DOCUMENT | PAGES |
|---|---|
| Plaintiffs' June 25, 2013 Interrogatories to the Toyota Defendants. | APP 001-014 |
| Toyota Motor Corporation's Objections and Responses to Plaintiffs' June 25, 2013, Interrogatories. | APP 015-047 |
| Toyota Motor Sales U.S.A.'s Objections and Responses to Plaintiffs' June 25, 2013, Interrogatories. | APP 048-084 |
| Plaintiffs' June 25, 2013, Request for Documents to the Toyota Defendants. | APP 085-097 |
| Toyota Motor Corporation's Objections and Responses to Plaintiffs' June 25, 2013, Request for Documents. | APP 098-185 |
| Toyota Motor Corporation's Objections and Responses to Request Nos. 3, 12, and 17 of Plaintiffs' June 25, 2013, Request for Documents. | APP 186-198 |

| DOCUMENT | PAGES |
|---|---|
| Toyota Motor Corporation's Objections and Responses to Request Nos. 5, 12, and 25 of Plaintiffs' June 25, 2013, Request for Documents. | APP 199-201 |
| Toyota Motor Sales U.S.A's Objections and Responses to Plaintiffs' June 25, 2013, Request for Documents. | APP 202-276 |
| Excerpts from January 23, 2013 hearing on Plaintiffs' Second Motion to Compel. | APP 277-281 |
| Deposition Notice for Corporate Representative(s) of Toyota Motor Corporation. | APP 282-294 |
| Court's July 18, 2012, Order setting scope of discovery only as to issues considered by the Court in Plaintiffs' Second Motion to Compel. | APP 295-314 |
| Deposition excerpts from deposition of Ichiro Fukumoto, designated representative for Toyota Motor Corporation. | APP 315-381 |
| Excerpts from January 23, 2013, hearing on Plaintiffs' Second Motion to Compel discussing option to take FRCP 30(b)(6) deponent on Toyota's CAD and FE information. | APP 382-384 |
| Excerpts from Ichiro Fukumoto's Volume 1 and Volume 2 Toyota Motor Corporations FRCP 30(b)(6) Deposition Transcript | APP 385-417 |
| Court's December 19, 2012 Order | APP 418-425 |
| Toyota Motor Corporation's First Supplemental Response to Plaintiff Marilyn Hardeman's Interrogatories | APP 426-443 |
| Toyota Motor Corporation's First Supplemental Response to Plaintiffs' Second Request for Documents | APP 444-448 |
| Excerpts of Plaintiff Ollie Greene's First Request for Documents | APP 449-450 |
| Excerpts of Toyota Motor Corporation's Response to Plaintiff Ollie Greene's First Request for Documents | APP 451-464 |
| Excerpts of Toyota Motor Corporation's First Supplemental Response to Plaintiff Ollie Greene's First Request for Documents | APP 465-466 |

| DOCUMENT | PAGES |
|---|---|
| Excerpts from the Toyota Defendants Response to Plaintiffs' Counsel's Letter Requests | APP 467-480 |
| Excerpts from July 23, 2012 Hearing Transcript | APP 481-483 |
| September 16, 2013 Declaration of Ichiro Fukumoto | APP 484-486 |
| Toyota Motor Corporation's First Supplemental Disclosure | APP 487-527 |
| Toyota Motor Corporations Second Supplemental Disclosure | APP 528-536 |
| Excerpts from The Toyota Defendants Brief in Support of Motion for Partial Summary Judgment on Plaintiffs' Marketing and Misrepresentation Claims | APP 537-547 |
| March 5, 2012 Hearing Transcript | APP 548-580 |
| September 26, 2013 Declaration of Ichiro Fukumoto | APP 581-583 |
| Toyota Motor Corporation Test Report as part of August 25, 2011 Supplemental Production of Documents | APP 584 |
| Toyota's Authorities that were provided to Plaintiffs' counsel at the September 23, 2013 face-to-face conference | APP 585-598 |
| Plaintiffs' Contentions regarding Hino Motors that were emailed to Toyota's counsel during the September 23, 2013 face-to-face conference | APP 599-602 |
| Plaintiffs' Contentions for the Amended Joint Submission that were sent to Toyota's counsel on September 24, 2013 | APP 603-639 |
| Court's September 17, 2013 Order | APP 640-642 |

Respectfully Submitted,


/s/ Aubrey "Nick" Pittman             /s/ Daryl K. Washington
AUBREY "NICK" PITTMAN                 DARYL K. WASHINGTON
State Bar No. 16049750                State Bar No. 24013714


**THE PITTMAN LAW FIRM, P.C.**       **LAW OFFICES OF DARYL K. WASHINGTON
100 Crescent Court, Suite 700        P.C.**
Dallas, Texas 75201-2112             325 N. St. Paul St., Suite 1975
214-459-3454                         Dallas, Texas  75201
214-853-5912 – fax                   214-880-4883
pittman@thepittmanlawfirm.com        469-718-0380 - fax
                                     dwashington@dwashlawfirm.com


/s/ David P. Stone
KURT C. KERN
State Bar No. 11334600
kurt.kern@bowmanandbrooke.com
DAVID P. STONE
State Bar No. 19289060
david.stone@bowmanandbrooke.com
JUDE T. HICKLAND
State Bar No. 24065416
jude.hickland@bowmanandbrooke.com

BOWMAN AND BROOKE LLP
2501 N. Harwood Street, Suite 1700
Dallas, Texas  75201
(972) 616-1700
(972) 616-1701 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2013, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

_/s/ David Stone_____