IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the Surviving parent of WYNDELL GREENE, SR., WILLIAM GREENE, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE-HARDEMAN, Individually And as the surviving parent of LAKEYSHA GREENE, <br><br>Plaintiffs,<br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR MANUFACTURING NORTH AMERICA, INC. TOYOTA MOTOR SALES USA, INC., VOLVO GROUP NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, A DIVISION OF VOLVO GROUP NORTH AMERICA, INC., STRICK CORPORATION, INC., JOHN FAYARD MOVING & WAREHOUSE, LLC, and DOLPHIN LINE, INC.<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NO.: 3:11-CV-00207-N<br><br><br><br><br>JURY TRIAL DEMANDED |

**DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S**
**NOTICE OF FILING OF CERTIFICATION OF VOLVO GROUP NORTH AMERICA,**
**LLC'S COMPLIANCE WITH SEPTEMBER 19, 2013 AMENDED DISCOVERY ORDER**

COMES NOW DEFENDANT VOLVO GROUP NORTH AMERICA, LLC. (hereinafter referred to as "VGNA"), and hereby respectfully provides notice to the Court that in compliance with Paragraphs 29 and 30 of the Discovery Protocol Order [Doc. No. 200], the Certification of Volvo Group North America, LLC's Compliance with September 19, 2013 Amended Discovery Order, attached hereto as Exhibit "A", is being filed with the Court and copies were served on all

attorneys of record pursuant to Federal Rule of Civil Procedure, on this 27th day of September, 2013.

Respectfully submitted,

HOWRY BREEN & HERMAN, LLP.

*/s/ Randy Howry*

_____
Randy Howry
State Bar No. 10121690
rhowry@howrybreen.com
Pat Fitzgerald
State Bar No. 24036566
pfitzgerald@howrybreen.com
John E. Carlson
State Bar No.  00790426
jcarlson@howrybreen.com
1900 Pearl Street
Austin, Texas 78705-5408
(512) 474-7300
(512) 474-8557 FAX

**ATTORNEYS FOR DEFENDANT**
**VOLVO GROUP NORTH AMERICA, LLC, a/k/a VOLVO TRUCKS NORTH AMERICA, f/k/a VOLVO GROUP NORTH AMERICA, INC.**

**CERTIFICATE OF SERVICE**

I do hereby certify that on September 27, 2013, the foregoing document was filed electronically with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

_____
Randy Howry