
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the surviving parent of WYNDELL GREENE, SR., WILLIAM GREENE, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE-HARDEMAN, Individually and as the surviving parent of LAKEYSHA GREENE,<br>　　Plaintiffs<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC., VOLVO GROUP NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, A DIVISION OF VOLVO GROUP NORTH AMERICA, INC., STRICK CORPORATION, INC., JOHN FAYARD MOVING & WAREHOUSE, LLC, and DOLPHIN LINE, INC.<br>　　Defendants. | §§§§§§§§§§§§§§§§§§§§§§§ | CASE NUMBER: 3:11-cv-0207-N<br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATION OF STRICK TRAILERS, LLC'S COMPLIANCE WITH SEPTEMBER 19, 2013 DISCOVERY ORDER

1. My name is Leonard Barkan. I am over 18 years of age, of sound mind and am otherwise competent to make this certification. I am employed as in-house Counsel for Strick Trailers, LLC (Strick).

2. I was provided a copy of the September 19 Discovery Order and *Dondi Properties Corp vs. Commerce Sav. & Loan Ass'n*, 121 F.R.D. 284, 289-90 (N.D. Tex. 1988) by counsel for Strick, Todd Parks. I have fully discussed the September 19 Discovery Order and *Dondi Properties Corp vs. Commerce Sav. & Loan Ass'n*, 121 F.R.D. 284, 289-90 (N.D. Tex. 1988). with counsel for Strick, Todd Parks.

and correct.

    Executed on the 30th of September 2013.

                                                       _____
                                                       LEONARD BARKAN
                                                       Counsel
                                                       Strick Trailers, LLC

DEFENDANT STRICK TRAILERS, LLC'S CERTIFICATION IN COMPLIANCE WITH AMENDED ORDER AND DISCOVERY PROTOCOL
D/1097708