IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **OLLIE GREENE, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| v. | § | |
| | § | Civil Action No. 3:11-CV-0207-N |
| **TOYOTA MOTOR CORP., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ON PLAINTIFFS' EMERGENCY MOTION TO
EXTEND THE DEADLINE FOR DESIGNATION
OF TESTIFYING EXPERTS AND DISCOVERY OF EXPERTS**

Pursuant to the order of reference dated October 7, 2013, (doc. 215) before the Court is *Plaintiffs' Emergency Motion to Extend the Deadline for Designation of Testifying Experts and Discovery of Experts* (doc. 212). After considering the motion, and finding good cause based in part on the recent referral of all discovery, the amount of discovery still outstanding, the number and nature of the discovery disputes, the extent of the parties' submissions, and the parties' positions that extensive prior discovery rulings are dispositive of the pending issues, the Court has determined the motion should be **GRANTED in part.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the June 9, 2013, Scheduling Order is hereby amended as follows:

1.  The following deadlines in the June 9, 2013, Scheduling Order are extended by 30 days:

    a.  The time in which the parties with the burden of proof must disclose

        experts pursuant to FRCP 26(a)(2);

    b.    The time in which the parties must disclose opposing experts pursuant to FRCP 26(a)(2);

    c.    The time in which the parties must disclose rebuttal experts pursuant to FRCP 26(a)(2);

    d.    The date on which expert discovery closes; and

    e.    The date by which all objections to expert testimony must be filed.

2.    All other deadlines and requirements in the Court's June 9, 2013, Scheduling Order shall remain applicable and in full force and effect.

**SO ORDERED** on this 10th day of October, 2013.

 

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE