# EXHIBIT 1

**(Email from Toyota's counsel with unilateral offer to extend due date for expert reports and trial by 60 days)**

**CAUSE NUMBER: 3:11-cv-0207-N**

**From:** David Stone [mailto:David.Stone@bowmanandbrooke.com]
**Sent:** Friday, September 13, 2013 9:59 AM
**To:** pittman@thepittmanlawfirm.com; dwashington@dwashlawfirm.com
**Cc:** Kurt C. Kern; Jude T. Hickland; Brian E. Mason
**Subject:** Greene

Counsel, as I understand it, your primary objection to the dates we have provided for the TMS witnesses (September 20 and October 4 or October 4 and 5) is your concern about your expert disclosure deadline. In an effort of address those concerns, please be advised that we are willing to stipulate to an order extending all pretrial deadlines and the trial setting by 60 days. So doing would give your experts more than enough time to consider the depositions in advance of providing their reports.

Please let me know your position on this proposal.

David P. Stone
Partner
Bowman and Brooke LLP
2501 North Harwood
Suite1700
Dallas, TX 75201
Main: (972) 616-1700
Direct: (972) 616-1733
Fax: (972) 616-1701
Email: David.Stone@BowmanandBrooke.com
www.bowmanandbrooke.com

---

Note: This electronic mail is intended to be received and read only by certain individuals. It may contain information that is attorney-client privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you have received this in error, please notify me by replying and then delete both the message and reply. Thank you.