

## The Pittman Law Firm, P.C.

### ATTORNEYS AT LAW

AUBREY "NICK" PITTMAN
DIRECT DIAL (214) 459-3325

October 16, 2013

**VIA EMAIL AND FAX**
Kathleen A. Clark
**DAWSON & CLARK, P.C.**
243 West Congress, 600 Marquette Bldg.
Detroit MI  48266-6243

Jude T. Hickland
**BOWMAN AND BROOKE, LLP**
2501 North Harwood St., Suite 1700
Dallas, TX  75201

> RE:   *Ollie Greene, et al v. Toyota Motor Corporation et al*; Cause No. 3:11-cv-00207-N in the USDC for the Northern District of Texas, Dallas Division.

Dear Counsel:

I am writing in response to Ms. Clark's October 11, 2013, letter and Mr. Hickland's October 15, 2013, letter, both of which inquire about dates for expert depositions. Ms. Clark, while Plaintiffs can appreciate your eagerness to arrange a schedule for the expert depositions, the dates you propose are unworkable since some of the experts will not have completed their initial and/or rebuttal reports by the dates you suggest. This theme is repeated with at least one of the dates proposed by Mr. Hickland. Additionally, since the parties have not yet decided which experts will be testifying experts, and considering that the schedules of counsel and the experts are quite fluid, Plaintiffs believe it is premature to schedule specific days for expert depositions that will occur no earlier than approximately ten (10) weeks from today.

Therefore, assuming the expert deadlines will remain as now scheduled, Plaintiffs believe there will be sufficient time "after" expert reports have been disclosed to devise a schedule for the expert depositions. In the meantime, Plaintiffs will ask their potential testifying experts to hold as many dates open of the days following dissemination of the reports as possible and ask that Defendants do the same. That way we can ensure that all experts will be deposed by the deadline.

Sincerely,

Aubrey "Nick" Pittman

cc:   All Counsel

**The Pittman Law Firm, P.C.**
100 Crescent Court, Suite 700 • Dallas, Texas 75201 • 214-459-3454 tel • 214-853-5912 fax
Dallas • Houston • www.thepittmanlawfirm.com

# The Pittman Law Firm, P.C.
## 100 CRESCENT COURT, SUITE 700
## Dallas, TX 75201
## (214) 459-3454
## (214) 853-5912 (fax)

### FACSIMILE TRANSMITTAL COVER SHEET

| TO: | FACSIMILE: |
|---|---|
| **Jude Hickland/Kurt Kern** | 972-616-1701 |
| COMPANY: | TELEPHONE: |
| Bowman and Brooke, LLP | 972-616-1700 |

| TO: | FACSIMILE: |
|---|---|
| **Pat Fitzgerald/Randy Howry** | 512-474-8557 |
| COMPANY: | TELEPHONE: |
| Howry Breen & Herman, LLP | 512-474-7300 |

| TO: | FACSIMILE: |
|---|---|
| **Kathleen Clark/Don Dawson** | 313-256-8900 |
| COMPANY: | TELEPHONE: |
| Dawson & Clark, P.C. | 313-256-8913 |

| TO: | FACSIMILE: |
|---|---|
| **John Kenefick** | 214-747-0942 |
| COMPANY: | TELEPHONE: |
| Macdonald Devin, P.C. | 214-744-3300 |

| | FACSIMILE: |
|---|---|
| **Todd Parks/Ashley de la Cerda** | 214-760-1670 |
| COMPANY: | TELEPHONE: |
| Walters, Balido & Crain, LLP | 214-749-4805 |

| TO: | FACSIMILE: |
|---|---|
| **Michael Sharp/Scott Self** | 972-934-9200 |
| COMPANY: | TELEPHONE: |
| Fee, Smith, Sharp & Vitullo, LLP | 972-934-9100 |

| FROM: | SENDER'S FACSIMILE NUMBER: |
|---|---|
| Aubrey "Nick" Pittman | 214-853-5912 |
| COMPANY: | DATE/TIME: |
| THE PITTMAN LAW FIRM, P.C. | October 16, 2013 |
| TELEPHONE NUMBER: | CLIENT/MATTER NUMBER: |
| (214) 459-3454 | 00179/0002 |
| TOTAL NUMBER OF PAGES, INCLUDING COVER: | CC: |
| 2 | |

☑ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

*Confidentiality Notice:* This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and we will arrange for the return of this transmission to us at the above address by mail

EXHIBIT A