3682

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **OLLIE GREENE, Individually as the surviving parent of WYNDELL GREENE, SR., WILLIAM GREENE, as the Administrator of the Estate of  WYNDELL GREENE, SR., and MARILYN BURDETTE HARDEMAN, Individually and as the surviving parent of LAKEYSHA GREENE,**<br><br>     **Plaintiffs,**<br><br>**v.**<br><br>**TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.,  TOYOTA MOTOR SALES USA, INC., VOLVO GROUP NORTH AMERICA, LLC., VOLVO TRUCKS NORTH AMERICA, A DIVISION OF VOLVO GROUP NORTH AMERICA, LLC., STRICK TRAILERS, LLC, JOHN FAYARD MOVING & WAREHOUSE, LLC, and DOLPHIN LINE, INC.**<br><br>     **Defendants.** | § § § § § § § § § § § § § § § § § § § § § § § § § § | **CAUSE NUMBER: 3:11-cv-0207-N**<br>**JURY TRIAL DEMANDED** |

## DEFENDANT JOHN FAYARD MOVING & WAREHOUSE, LLC'S
## NOTICE OF SERVICE OF EXPERT DISCLOSURES

TO:     Plaintiffs **OLLIE GREENE, WILLIAM GREENE, and MARILYN HARDEMAN**, , by and through their attorneys of record, Aubrey "Nick" Pittman, The Pittman Law Firm PC, 100 Crescent Court, Suite 700, Dallas, Texas, 75201-2112, and Daryl K. Washington, Law offices of Daryl K. Washington, P.C., 325 N. St. Paul, Suite 1975, Dallas, Texas, 75201.

Defendant, JOHN FAYARD MOVING & WAREHOUSE, LLC, pursuant to Federal Rule of

Civil Procedure 26(a)(2)(A) and 26(A)(2)(B), have disclosed the identities and served upon counsel

of record the written reports and *curriculum vitae* of the following expert witnesses:

---

**DEFENDANT JOHN FAYARD MOVING & WAREHOUSE, LLC'S**
**NOTICE OF SERVICE OF EXPERT DISCLOSURES**                                    **P a g e | 1**

**I.**
**RETAINED EXPERTS**

A.  Thomas Truss
    7979 Scasta Road
    Bryan, Texas 77808
    979-589-1595

B.  Lee Carr
    Carr Engineering, Inc.
    12500 Castlebridge Drive
    Houston, Texas 77065-4532
    281-894-8955

C.  Helen Reynolds, Ph.D.
    Ruhter & Reynolds
    3625 North Hall Street, Ste. 750
    Dallas, Texas 75219
    214-219-8100

**II.**
**NON-RETAINED EXPERTS**

A.  Texas Department of Public Safety (DPS)/Texas Highway Patrol (THP) troopers:
    Dexter Barkley
    Christopher Countryman
    Clint Baughman
    Albert Cummins
    111 Tejas Drive
    Terrell, Texas 75160
    (972) 551-6050

B.  Dallas County Medical Examiner's Office forensic pathologists:
    Tracey Dyer, M.D.
    Chester Gwin, M.D.
    Lynn Salzberger, M.D.
    Southwestern Institute of Forensic Science at Dallas
    2355 North Stemmons Freeway
    Dallas, Texas 75207
    214-920-5900

C. Gary Hatfield
   Dolphin Line, Inc.
   4521 Higgins Road
   Mobile, Alabama 36619
   251-666-2057

## III.
## CROSS-DESIGNATION

Fayard Moving designates and incorporates by reference all experts designated by any

defendant to this suit, even if the designating party is not a party to the suit at the time of trial.  In the

event a defendant designates an expert but then is dismissed for any reason from the suit or fails to

call any designated expert, Fayard Moving reserves the right to designate and/or call any party and/or

any of its designated experts.  However, in making the foregoing designations and reservations,

Fayard Moving does not necessarily accept, recognize, adopt, agree with, or validate any opinions

disclosed, made, or offered by such experts and is not waiving its right to challenge the qualifications

or opinions of such experts.

Respectfully submitted,

*/s/ Scott W. Self*
**MICHAEL P. SHARP**
msharp@feesmith.com
State Bar No. 00788857
**SCOTT W. SELF**
sself@feesmith.com
State Bar No. 24033176
**FEE, SMITH, SHARP & VITULLO, LLP**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 752440
972-934-9100 telephone
972-934-9200 facsimile

**ATTORNEYS FOR DEFENDANT
JOHN FAYARD MOVING
& WAREHOUSE, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing document has been served upon all counsel of record pursuant to local rules on this the 20TH day of December, 2013, in the manner shown below:

<table>
<tr>
<td>

**COUNSEL FOR PLAINTIFFS**
dwashington@dwashlawfirm.com
**Daryl K. Washington**
**LAW OFFICES OF DARYL K. WASHINGTON, P.C.**
325 N. St. Paul, Suite 1975
Dallas, TX  75201
**And**
pittman@thepittmanlawfirm.com
**Aubrey "Nick" Pittman**
**THE PITTMAN LAW FIRM, P.C.**
100 Crescent Court, Suite 700
Dallas, TX  75201-2112

</td>
<td>

**COUNSEL FOR DEFENDANT**
**FORREST PRODUCTS TRANSPORTS**
chuck.shiver@hsblaw.com
**Chuck Shiver, Partner**
**HERMES SARGENT BATES, L.L.P.**
901 Main Street, Suite 5200
Dallas, TX 75202

</td>
</tr>
<tr>
<td>

**COUNSEL FOR DOLPHIN LINE, INC.**
jkenefick@macdonalddevin.com
**John S. Kenefick**
jhenderson@macdonalddevin.com
**Joseph F. Henderson**
**MACDONALD DEVIN, P.C.**
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270-2130

</td>
<td>

**COUNSEL FOR DEFENDANTS TOYOTA MOTOR COPRORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., and TOYOTA MOTOR SALES, U.S.A., INC.**
kurt.kern@bowmanandbrooke.com
**Kurt C. Kern**
david.stone@bowmanandbrooke.com
**David P. Stone**
jude.hickland@bowmanandbrooke.com
**Jude T. Hickland**
**BOWMAN AND BROOKE LLP**
2501 N. Harwood St., Suite 1700
Dallas, Texas 75201

</td>
</tr>
<tr>
<td>

**COUNSEL FOR DEFENDANT**
**VOLVO GROUP NORTH AMERICA, LLC**
rhowry@howrybreen.com
**Randy Howry**
pfitzgerald@howbrybreen.com
**Pat Fitzgerald**
**HOWRY BREEN & HERMAN, LLP**
1900 Pearl Street
Austin, TX  78705-5408

</td>
<td>

**COUNSEL FOR DEFENDANT**
**STRICK TRAILERS, LLC**
todd.parks@wbclawfirm.com
**S. Todd Parks**
Jason.wren@wbclawfirm.com
**Jason L. Wren**
Ashley.delacerda@wbclawfirm.com
**Ashley De La Cerda**
**WALTERS, BALIDO & CRAIN, LLP**
900 Jackson St., Suite 600
Dallas, TX  75202

</td>
</tr>
</table>

*/s/ Scott W. Self*
**SCOTT W. SELF**

---

**DEFENDANT JOHN FAYARD MOVING & WAREHOUSE, LLC'S**
**NOTICE OF SERVICE OF EXPERT DISCLOSURES**                                    **P a g e | 4**