IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the Surviving Parent of WYNDELL GREENE, SR., et al., | § § § § | |
| Plaintiffs, | § § | CASE NO.: 3:11-CV-00207-N |
| vs. | § § | JURY TRIAL DEMANDED |
| TOYOTA MOTOR CORPORATION et al., | § § § | |
| Defendants. | § § | |

**NOTICE OF SERVICE OF DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S RULE 26(a)(2) EXPERT DISCLOSURES**

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Defendant Volvo Group North America, LLC f/k/a Volvo Trucks North America, pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and 26(a)(2)(B), has disclosed the identities and served upon all counsel of record the written reports, CVs, prior testimony lists and fee schedules of the following retained testifying experts:

**Retained Testifying Experts**

1. Kenneth T. Tandy
   VehDyn, LLC
   36 Palmer Woods Drive
   The Woodlands, Texas 77381
   Phone: (281) 770-7939

2. Stephen M. Werner, Ph.D., P.E.
   Exponent
   23445 N. 19th Avenue
   Phoenix, Arizona 85027
   Phone: (623) 582-6949

3. Timothy M. Cheek, P.E.
   Delta [v] Forensic Engineering, Inc.
   9401-D Southern Pine Boulevard
   Charlotte, North Carolina 28273
   Phone: (866) 433-3358

4. Helen Reynolds, Ph.D.
   Ruhter & Reynolds
   3625 North Hall Street, Suite 750
   Dallas, Texas 75219
   Phone: (214) 219-8100

VGNA has also designated the following individuals as non-retained third-party witnesses or VGNA employees who may offer expert opinion testimony:

### Non-Retained Third-Party Witnesses

1. Trooper Dexter Barkley
   Texas Department of Public Safety
   111 Tejas Drive
   Terrell, Texas 75160
   Phone: (972) 551-6050

2. Trooper Christopher Countryman
   Texas Department of Public Safety
   111 Tejas Drive
   Terrell, Texas 75160
   Phone: (972) 551-6050

3. Trooper Clint Baughman
   Texas Department of Public Safety
   111 Tejas Drive
   Terrell, Texas 75160
   Phone: (972) 551-6050

4. Trooper Albert Cummins
   Texas Department of Public Safety
   111 Tejas Drive
   Terrell, Texas 75160
   Phone: (972) 551-6050

5.  Dr. Lynn Salzberger
    Asst. County Medical Examiner (Collin County, Texas.
    700B Wilmeth Road
    McKinney, Texas 75069
    Phone: (972) 548-3775

6.  Dr. Tracey Dyer
    Southwestern Institution of Forensic Science at Dallas
    2355 North Stemmons Fwy
    Dallas, Texas 75207
    Phone: (214) 920-5900

7.  Dr. Chester Gwin
    Southwestern Institution of Forensic Science at Dallas
    2355 North Stemmons Fwy
    Dallas, Texas 75207
    Phone: (214) 920-5900

(All of these individuals have been deposed in this lawsuit.)

### Non-Retained Experts – VGNA Employees

1.  Charles Bird
    c/o Volvo Group North America, LLC
    7821 National Service Road
    Greensboro, North Carolina 27409
    (336) 393-2000

2.  Andrew Adams
    c/o Volvo Group North America, LLC
    7821 National Service Road
    Greensboro, North Carolina 27409
    (336) 393-2000

(Both of these individuals have been deposed in this lawsuit.)

VGNA has also cross-designated those experts designated by VGNA's co-defendants in this suit – including their related reports and other materials produced. Such designation

includes, but is not limited to, experts identified by the following co-defendants (even if any, some, or all of these entities are dismissed from this suit prior to trial):

1. Toyota Motor Corporation;
2. Toyota Motor Engineering & Manufacturing North America, Inc.;
3. Toyota Motor Sales, USA., Inc.;
4. Strick Trailers, LLC;
5. John Fayard Moving & Warehouse, LLC; and
6. Dolphin Line, Inc.

In making these cross-designations, however, VGNA specifically reserves the right to *(i)* de-designate or withdraw such cross-designation(s); *(ii)* challenge and/or move to strike the opinions made or offered by such individuals; and *(iii)* challenge the qualifications of such individuals to offer such opinions.

Finally, VGNA reserves the right to elicit expert testimony from rebuttal and impeachment witnesses whose testimony cannot be reasonably anticipated at this time.

Respectfully submitted,

*/s/ Randy Howry*

---

Randy Howry
State Bar No. 10121690
rhowry@howrybreen.com
Pat Fitzgerald
State Bar No. 24036566
pfitzgerald@howrybreen.com
John Carlson
State Bar No. 00790426
jcarlson@howrybreen.com

HOWRY BREEN & HERMAN, LLP
1900 Pearl Street
Austin, Texas 78705
Phone: (512) 474-7300
Fax: (512) 474-8557

**ATTORNEYS FOR DEFENDANT VOLVO GROUP NORTH AMERICA, LLC f/k/a VOLVO TRUCKS NORTH AMERICA**

**CERTIFICATE OF SERVICE**

    This is to certify that on the 20th day of December, 2013, a true and correct copy of the above and foregoing was forwarded to all non-registered counsel of record in accordance with the Federal Rules of Civil Procedure to all registered counsel of record by electronic service through the court's ECF system in compliance with Federal Rule of Civil Procedure 5(b)(2)(E) and 5(b)(3).

*/s/ Randy Howry*

Randy Howry