IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OLLIE GREENE, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 3:11-CV-207-N |
| § | |
| TOYOTA MOTOR CORPORATION, et al., § | |
| § | |
| Defendants. § | |

## ORDER

Pursuant to the order of reference dated December 16, 2013, before the Court is *Defendants' Expedited Motion for Enlargement of Time for the Depositions of Plaintiffs' Experts* (doc. 274), filed December 13, 2013. Because this discovery motion does not comply with the requirements set forth in the *Amended Order and Discovery Protocol*, dated September 9, 2013, it is hereby **UNFILED** pursuant to paragraph 27 of that order and protocol.

**SO ORDERED** on this 21st day of December, 2013.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE