IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OLLIE GREENE, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 3:11-CV-207-N |
| § | |
| TOYOTA MOTOR CORPORATION, et al., § | |
| § | |
| Defendants. § | |

## ORDER

Pursuant to the standing order of discovery reference dated June 19, 2013, before the Court is *Plaintiffs' Joint Submission Regarding Plaintiffs' Emergency Motion to Quash December 23, 2013 and December 27, 2013 Subpoenas and Brief in Support*, filed December 20, 2013 (doc. 291).

Any depositions noticed pursuant to subpoenas under Fed. R. Civ. P. 45 issued from the Northern District of Texas, or pursuant to a notice of deposition under Fed. R. Civ. P. 30, for the discovery that is the subject of this motion are hereby **STAYED** pending expedited briefing and consideration of the motion.

Respondents may file a response *and brief containing citations to relevant authorities*[1] no later than **Friday, December 27, 2013**.  Movants may not file a reply.

An oral argument concerning this motion has been scheduled for **Thursday, January 2, 2014, at 10:00 a.m.** in courtroom 1566.  Each individual party and a corporate representative with the same level of authority that would be required for a settlement conference or mediation, i.e., ultimate settlement authority, **must attend the oral argument**.  Ultimate settlement authority means that the representative must have sufficient authority to negotiate and provide final approval of all terms of

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*." (emphasis added).  Briefs containing authorities greatly assist the Court in making rulings more expeditiously.

settlement up to the limits of the opposing party's most recent settlement demand.  Failure to attend the oral argument by an individual or a corporate representative of each corporate party with ultimate settlement authority shall result in the imposition of sanctions against that party.

**Counsel must confirm attendance of counsel and their clients at least two days prior to the hearing by contacting Courtroom Deputy Marie Ramos at (214) 753-2167.**

**SO ORDERED** on this 21st day of December, 2013.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE