## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| OLLIE GREENE, et al., | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § Civil Action No. 3:11-CV-207-N |
| | § |
| TOYOTA MOTOR CORPORATION, et al., | § |
| | § |
| Defendants. | § |

### ORDER

Pursuant to the order of reference dated December 16, 2013, before the Court are *Defendants VGNA's, Dolphin's, Strick's and Fayard's Joint Motion for Continuance* (doc. 272) and *Expedited Motion for Continuance* (doc. 273), both filed December 13, 2013.

Respondents may file a response *and brief containing citations to relevant authorities*[1] no later than **Friday, December 27, 2013**. Movants may not file a reply.

An oral argument concerning these motions has been scheduled for **Thursday, January 2, 2014, at 10:00 a.m.** in courtroom 1566. Each individual party and a corporate representative with the same level of authority that would be required for a settlement conference or mediation, i.e., ultimate settlement authority, **must attend the oral argument**. Ultimate settlement authority means that the representative must have sufficient authority to negotiate and provide final approval of all terms of settlement up to the limits of the opposing party's most recent settlement demand. Failure to attend the oral argument by an individual or a corporate representative of each corporate party with ultimate settlement authority shall result in the imposition of sanctions against that party.

**Counsel must confirm attendance of counsel and their clients at least two days prior to**

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.

**the hearing by contacting Courtroom Deputy Marie Ramos at (214) 753-2167.**

**SO ORDERED** on this 21st day of December, 2013.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE