IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the Surviving parent of WYNDELL GREENE, SR., WILLIAM GREEN, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE HARDEMAN, Individually and as the Surviving parent of LAKEYSHA GREEN, § § § § § § § § § | § | CAUSE NUMBER 3:11-cv-0207-N |
| Plaintiffs, § § | | |
| v. § § | | JURY TRIAL DEMANDED |
| TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC., VOLVO GROUP NORTH AMERICA, IND., VOLVO TRUCKS NORTH AMERICA, A A DIVISION OF VOLVO GROUP NORTH AMERICA, LLC., STRICK CORPORATION, INC., JOHN FAYARD MOVING & WAREHOUSE, LLC and DOLPHINE LINE, INC. § § § § § § § § § § § § | | |
| Defendants. § § § | | |

===================================================================

**DEFENDANT STRICK TRAILERS LLC'S RESPONSE TO PLAINTIFFS'
JOINT SUBMISSION REGARDING PLAINTIFFS' EMERGENCY MOTION
TO QUASH DECEMBER 23, 2013 AND DECEMBER 27, 2013 SUBPOENAS**

TO THE HONORABLE COURT:

Defendant Strick Trailers, LLC ("Strick"), by counsel, for its Response to Plaintiffs' Joint Submission Regarding Plaintiffs' Emergency Motion to Quash December 23, 2013 and December 27, 2013 Subpoenas (D.E. 291) (the "Plaintiffs' Motion to Quash"), states as follows:

1. On or about December 13, 2013, Defendants Toyota Motor Corporation and

Toyota Manufacturing North America, Inc. (jointly "Toyota"), issued witness subpoenas (the "Subpoenas") for two of Plaintiffs' experts to be deposed on December 23, 2013 and December 27, 2013 (jointly the "Depositions").

2. Strick was not responsible for scheduling the Depositions.

3. Strick was not responsible for issuing or serving the Subpoenas.

4. On December 16, 2013, at approximately 7:14 p.m., Plaintiffs' counsel sent an email to Toyota's counsel with a copy to all defense counsel in the litigation requesting a "meet and confer" conference and inquiring if Toyota's counsel was speaking on behalf of all defense counsel regarding the Subpoenas (the "December 16 Email"). A copy of the December 16 Email is attached as **Exhibit 1**.

5. On December 17, 2013, at approximately 7:29 a.m., about 12 hours after the December 16 Email was sent, Strick's counsel replied to the December 16 Email (the December 17 Email") and stated that because Strick was not the party that issued the Subpoenas, Strick was not in a position to "agree or disagree on whether the [S]ubpoenas should be quashed. On this particular subject, there is not anything for Strick to meet and confer about." A copy of the December 17 Email is attached as **Exhibit 2**.

6. On December 20, 2013, Plaintiffs' counsel filed the Plaintiffs' Motion to Quash.

7. On December 21, 2013, this Court issued its Order staying the Depositions until the parties are heard at oral argument on January 2, 2014 (the "Order") (R.E. 297).

8. The Order also permitted all defendants to respond to the Plaintiffs' Motion to Quash on or before December 27, 2013.

9. Strick is taking this opportunity to file this Response for the sole purpose of informing the Court that it played no role in issuing the Subpoenas and had no legal authority to

cancel or withdraw the Subpoenas. Strick has been, and will continue to be as cooperative as is reasonably possible under the circumstances in establishing a fair and speedy expert discovery schedule.

10. Strick will be in attendance for the January 2, 2014 hearing on the Motion to Quash pursuant to the express terms of the Order.

Respectfully submitted,

DAWSON & CLARK, P.C.

/s/ Donald H. Dawson, Jr.
DONALD H. DAWSON, JR.
Texas State Bar No. 05606500
KATHLEEN A. CLARK
Texas State Bar No. 00788830
243 West Congress, Suite 600
Detroit, MI 48226
(313) 256-8900 *(Office)*
(313) 256-8913 *(Facsimile)*

WALTERS, BALIDO & CRAIN, LLP

/s/ S. Todd Parks
S. TODD PARKS
Texas State Bar No. 15526520
ASHLEY DE LA CERDA
Texas State Bar No. 24045760
900 Jackson Street, Suite 600
Dallas, TX 75202
(214) 749-4805 *(Office)*
(214) 760-1670 *(Facsimile)*

**ATTORNEYS FOR DEFENDANT STRICK**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 27, 2013, I electronically filed a copy of the foregoing, together with all exhibits, if any, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants.

                                  /s/ Donald H. Dawson, Jr.
                                DONALD H. DAWSON, JR.