IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **OLLIE GREENE, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-207-N |
| | § | |
| **TOYOTA MOTOR CORPORATION, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Pursuant to the order of reference dated December 16, 2013, before the Court are *Defendants VGNA's, Dolphin's, Strick's and Fayard's Joint Motion for Continuance* (doc. 272) and *Expedited Motion for Continuance* (doc. 273), both filed December 13, 2013.

An oral argument was conducted concerning these motions on January 2, 2014. All parties appeared in person and through counsel. After consideration of the relevant filings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the oral argument, the Court finds good cause for continuance of the expert discovery and motions deadline and the trial setting based on the continuances for designation of experts, the number of experts, the issues regarding the scheduling of expert depositions, and the fact that no expert depositions have yet been taken. The motions for continuance are therefore **GRANTED IN PART,** as follows:

1. Expert discovery shall close by March 10, 2014. Discovery requests must be served in time to permit response by this date.

2. All motions relating to the admissibility of expert testimony, including any objections to expert testimony, must be filed by March 17, 2014.

3. The trial date of March 10, 2014 is hereby continued. The trial date and deadline for pretrial materials will be reset by separate order.

**SO ORDERED** on this 2nd day of January, 2014.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE