**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **OLLIE GREENE, et al.,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | Civil Action No. 3:11-CV-207-N |
| § | |
| **TOYOTA MOTOR CORPORATION, et al.,** § | |
| § | |
| **Defendants.** § | |

## ORDER

Pursuant to the standing order of discovery reference dated June 19, 2013, all discovery disputes have been referred. Based on the parties' inability to reach agreement concerning the scheduling of expert depositions, the following order is hereby entered to facilitate entry of a scheduling order for those depositions.

1.  **No later than 5:00 p.m. on January 6, 2014**, the parties shall exchange scheduling proposals for expert depositions, and each party shall forward a copy of its proposal to the Court at "ramirez_orders@txnd.uscourts.gov". Each party's proposal must include all dates between January 6 and February 17, 2014, on which its attorneys are available for expert depositions as well as at least 3 proposed dates for the depositions of each of the experts it designated. The proposal must state the proposed location (city and state) of each deposition and the type of expert or issue upon which the expert has opined (e.g., liability, accident reconstruction, damages).

    The plaintiffs' proposal must include proposed alternate dates within fourteen days of the date of this order for depositions of each of the two experts whose depositions were the subject of the motion to quash. The depositions of these two experts shall be taken before those of any other experts, unless otherwise expressly agreed by all parties in writing.

2.  **No later than 5:00 p.m. on January 7, 2014**, counsel for each party must meet **face-**

**to-face** and confer in an effort to reach an agreement concerning a scheduling order for expert depositions. The "face-to-face" requirement is not satisfied by a telephonic conference. Any attorney required to appear for this meeting who fails to appear or to confer as directed in this Order will be subject to sanctions.

      3.    **No later than 5:00 p.m. on January 8, 2014**, the parties must jointly notify the Court of the results of the conference in writing. If the parties reach an agreement concerning the scheduling of all depositions, they shall forward an agreed proposed order in word or wordperfect format to "ramirez_orders@txnd.uscourts.gov". If the parties reach an agreement concerning the scheduling of some, but not all, of the depositions, they shall forward an agreed proposed order in word or wordperfect format to "ramirez_orders@txnd.uscourts.gov". They shall also file a joint status report detailing the remaining issues or depositions upon which they cannot agree. If the parties are unable to reach any agreement concerning any of the expert depositions, then they must file a joint status report that includes *only* a brief item-by-item listing of each issue that remains in dispute after the face-to-face conference. The report should briefly set forth the parties' respective positions immediately following the listed issues.

      4.    In case the parties cannot reach an agreement concerning the scheduling of all depositions, a scheduling conference has been scheduled for **Thursday, January 9, 2014, at 10:00 a.m.** in courtroom 1566. Counsel for each party **must attend the conference**. **Counsel must confirm their attendance at least two days prior to the hearing by contacting Courtroom Deputy Marie Ramos at (214) 753-2167.** If the parties timely advise that they have reached an agreement concerning the scheduling of all depositions, the conference will be cancelled by order of the Court.

      **SO ORDERED** on this 2nd day of January, 2014.

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE