**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **OLLIE GREENE, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:11-CV-207-N** |
| | § | |
| **TOYOTA MOTOR CORPORATION, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER SETTING TRIAL DATE**

Pursuant to the order of reference dated December 16, 2013, *Defendants VGNA's, Dolphin's, Strick's and Fayard's Joint Motion for Continuance* (doc. 272) and *Expedited Motion for Continuance* (doc. 273), both filed December 13, 2013, were referred for determination. By order dated January 2, 2014, the motions were granted, and the deadlines for expert discovery and expert motions were continued until March 10, and March 17, 2014, respectively. The order stated that the trial date and deadline for pretrial materials would be reset by separate order. Accordingly,

1.     This case is hereby reset for trial on **June 23, 2014**.

2.     The parties shall file all pretrial materials 30 days before trial. Failure to file pretrial materials may result in dismissal for want of prosecution. Pretrial materials shall include the following:

  a.     pretrial order pursuant to LR 16.4;

  b.     exhibit lists, witness lists, and deposition designations pursuant to LR 26.2 and Rule 26(a)(3); witness lists should include a brief summary of the substance of anticipated testimony (not just a designation of subject area) and an estimate of the length of direct examination; exhibit lists must include any materials to be shown to the jury, including demonstrative aids; the parties shall comply with Rule 26(a)(3) regarding

objections;

      c.    proposed jury charge pursuant to LR 51.1 or proposed findings of fact and conclusions of law pursuant to LR 52.1; any objections to the proposed jury charge shall be filed within 14 days thereafter; objections not so disclosed are waived unless excused by the court for good cause;

      d.    motions in limine; matters that are not case-specific are strongly discouraged;

      e.    requested voir dire questions.

    3.    The final pretrial conference will be set by separate order or notice. The Court will likely impose time limitations for trial at the pretrial conference. Examination of witnesses will be limited to direct, cross, re-direct, and re-cross.  Any questions regarding this Order may be directed to the Court's Judicial Assistant, Donna Hocker, at 214-753-2700.

    **SO ORDERED** on this 3rd day of January, 2014.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE