# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **OLLIE GREENE**, *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CAUSE NUMBER: 3:11-cv-0207-N** |
| **v.** | § | |
| | § | |
| **TOYOTA MOTOR CORPORATION**, *et al.,* | § | |
| | § | |
| **Defendants.** | § | |

## APPENDIX IN SUPPORT OF
## DEFENDANTS' RESPONSE TO PLAINTIFFS' EMERGENCY MOTION
## TO EXTEND DATE FOR REBUTTAL EXPERT DISCLOSURE AND REPORTS

TO THE HONORABLE COURT:

COME NOW, Defendants Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A., Inc.; Volvo Group North America, LLC f/k/a Volvo Trucks North America; Strick Trailers, LLC; John Fayard Moving & Warehouse, LLC; and Dolphin Line, Inc. (collectively "Defendants"), and would respectfully show the Court as follows:

| EXHIBIT | DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| Exhibit 1 | December 30, 2013 Letter from Aubrey "Nick" Pittman | APP 1-2 |
| Exhibit 2 | December 31, 2013 Email correspondence from Kurt C. Kern | APP 3 |
| Exhibit 3 | December 31, 2013 email correspondence from David P. Stone | APP 4-5 |
| Exhibit 4 | January 2, 2014 email correspondence from David P. Stone | APP 6 |
| Exhibit 5 | January 3, 2014 email correspondence from David P. Stone | APP 7-9 |
| Exhibit 6 | January 3, 2014 email correspondence from Kurt C. Kern | APP 10-13 |
| Exhibit 7 | January 3, 2014 email correspondence from counsel for Strick, VGNA, Fayard and Dolphin | APP 14-16 |

| Exhibit 8 | U.S. Postal System tracking information | APP 17-18 |

Respectfully submitted,

/s/ David P. Stone
**KURT C. KERN**
State Bar No. 11334600
kurt.kern@bowmanandbrooke.com
**DAVID P. STONE**
State Bar No. 19289060
david.stone@bowmanandbrooke.com
**JUDE T. HICKLAND**
State Bar No. 24065416
jude.hickland@bowmanandbrooke.com

**BOWMAN AND BROOKE LLP**
2501 N. Harwood Street, Suite 1700
Dallas, Texas  75201
(972) 616-1700
(972) 616-1701 (fax)

**ATTORNEYS FOR DEFENDANTS
TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA,
INC., AND TOYOTA MOTOR SALES,
U.S.A., INC.**

/s/ Pat Fitzgerald
**Randy Howry**
State Bar No. 10121690
rhowry@howrybreen.com
**Pat Fitzgerald**
State Bar No. 24036566
pfitzgerald@howrybreen.com
**John Carlson**
State Bar No. 00790426
jcarlson@howrybreen.com

**HOWRY BREEN & HERMAN, LLP**
1900 Pearl Street
Austin, Texas  78705-7300
512-474-7300
512-439-4106 - Direct Line

512-474-8557 – Facsimile

**ATTORNEYS FOR DEFENDANT VOLVO
GROUP NORTH AMERICA, LLC f/k/a
VOLVO TRUCKS NORTH AMERICA**


*/s/ S. Todd Parks*
**Donald H. Dawson, Jr.**
State Bar No. 05606500
ddawson@dawson-clark.com
**Kathleen A. Clark**
State Bar No. 00788830
kclark@dawson-clark.com

**DAWSON & CLARK, P.C.**
243 W. Congress
600 Marquette Building
Detroit, MI 48226
313-256-8900
313-256-8913 (Fax)


and


**S. Todd Parks**
State Bar No. 15526520
Todd.parks@wbclawfirm.com
**Ashley De La Cerda**
State Bar No. 24045760
Ashley.delacerda@wbclawfirm.com


**WALTERS, BALIDO & CRAIN, LLP**
900 Jackson Street, Suite 600
Dallas, Texas 75202
214.749.4805
214.760.1670 (fax)


**ATTORNEYS FOR DEFENDANT
STRICK TRAILERS, LLC**


*/s/ Scott W. Self*
**Michael P. Sharp**
State Bar No. 00788857
msharp@feesmith.com
**Scott W. Self**
State Bar No. 24033176

sself@feesmith.com

**FEE, SMITH, SHARP & VITULLO, LLP**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas  75240
972-934-9100
972-934-9200 (fax)

**ATTORNEYS FOR DEFENDANT JOHN
FAYARD MOVING & WAREHOUSE, LLC**


*/s/ Joseph F. Henderson*
**John S. Kenefick**
State Bar No. 24006294
jkenefick@macdonalddevin.com
**Joseph F. Henderson**
State Bar No. 24036751
jhenderson@macdonalddevin.com

**MACDONALD DEVIN, P.C.**
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270
214-744-3300
214-747-0942 (fax)

**ATTORNEYS FOR DEFENDANT
DOLPHIN LINE, INC.**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 3rd day of January, 2014.


*/s/ David P. Stone*



# The Pittman Law Firm, P.C.

## ATTORNEYS AT LAW

AUBREY "NICK" PITTMAN
DIRECT DIAL (214) 459-3325

December 30 2013

**VIA FACSIMILE**

David Stone
Kurt Kern
**BOWMAN AND BROOKE, LLP**
2501 North Harwood St., Suite 1700
Dallas, Texas 75201

John S. Kenefick
**MACDONALD DEVIN, P.C.**
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

Pat Fitzgerald
Randy Howry
**HOWRY BREEN & HERMAN, L.L.P.**
1900 Pearl Street
Austin, Texas 78705-5408

Scott W. Self
**FEE, SMITH, SHARP & VITULLO, LLP**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 752440

S. Todd Parks
Ashley E de la Cerda
**WALTERS, BALIDO & CRAIN, L.L.P.**
900 Jackson Street, Suite 600
Dallas, Texas 75202

Kathleen A. Clark
Don  Dawson
**DAWSON & CLARK, P.C.**
243 West Congress, 600 Marquette Bldg.
Detroit MI  48266-6243

> **RE:**   *Ollie Greene, et al v. Toyota Motor Corporation et al*; **Cause No. 3:11-cv-00207-N in the United States District Court for the Northern District of Texas, Dallas Division.**

Dear Counsel:

As you know, disclosure of rebuttal experts and opinions is quickly approaching.  Plaintiffs' potential rebuttal experts have indicated that they would like to inspect the exemplar vehicles used by your experts, the crash test vehicles (e.g. bullet, target, and trailer) used by your experts and the Volvo tractor that was involved in the May 28, 2010 incident.  Please confirm that the experts can inspect these items this week in order to use their inspections in their rebuttal opinions.

We look forward to receiving your prompt response.

Sincerely,

Aubrey "Nick" Pittman

**The Pittman Law Firm, P.C.**
100 Crescent Court, Suite 700 ● Dallas, Texas 75201 ● 214-459-3454 tel ● 214-853-5912 fax
Dallas ● Houston ● www.thepittmanlawfirm.com

APP 1

# The Pittman Law Firm, P.C.
### 100 CRESCENT COURT, SUITE 700
### Dallas, TX 75201
### (214) 459-3454
### (214) 853-5912 (fax)

## FACSIMILE TRANSMITTAL COVER SHEET

| | |
|---|---|
| TO: **Kurt Kern/David Stone** | FACSIMILE: 972-616-1701 |
| COMPANY: Bowman and Brooke, LLP | TELEPHONE: 972-616-1700 |
| TO: **Pat Fitzgerald/Randy Howry** | FACSIMILE: 512-474-8557 |
| COMPANY: Howry Breen & Herman, LLP | TELEPHONE: 512-474-7300 |
| TO: **Kathleen Clark/Don Dawson** | FACSIMILE: 313-256-8913 |
| COMPANY: Dawson & Clark, P.C. | TELEPHONE: 313-256-8900 |
| TO: **John Kenefick** | FACSIMILE: 214-747-0942 |
| COMPANY: Macdonald Devin, P.C. | TELEPHONE: 214-744-3300 |
| **Todd Parks/Ashley de la Cerda** | FACSIMILE: 214-760-1670 |
| COMPANY: Walters, Balido & Crain, LLP | TELEPHONE: 214-749-4805 |
| TO: **Michael Sharp/Scott Self** | FACSIMILE: 972-934-9200 |
| COMPANY: Fee, Smith, Sharp & Vitullo, LLP | TELEPHONE: 972-934-9100 |
| FROM: Aubrey "Nick" Pittman | SENDER'S FACSIMILE NUMBER: 214-853-5912 |
| COMPANY: THE PITTMAN LAW FIRM, P.C. | DATE/TIME: December 30, 2013 |
| TELEPHONE NUMBER: (214) 459-3454 | CLIENT/MATTER NUMBER: 00179/0002 |
| TOTAL NUMBER OF PAGES, INCLUDING COVER: 2 | CC: |

☑ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*Confidentiality Notice: This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and we will arrange for the return of this transmission to us at the above address by mail*

| | |
|---|---|
| **From:** | Kurt C. Kern |
| **Sent:** | Tuesday, December 31, 2013 1:08 AM |
| **To:** | Aubrey "Nick" Pittman (pittman@thepittmanlawfirm.com); dwashington@dwashlawfirm.com |
| **Cc:** | David Stone; Jude T. Hickland; Brian E. Mason; Pat Fitzgerald (pfitzgerald@howrybreen.com); John Carlson (jcarlson@howrybreen.com); Randy Howry (rhowry@howrybreen.com); Don Dawson; Kathleen Clark (kathleen@dawson-clark.com); todd.parks@wbclawfirm.com; Ashley.delaCerda@wbclawfirm.com; Scott W. Self (sself@feesmith.com); jkenefick@macdonalddevin.com; jhenderson@macdonalddevin.com |
| **Subject:** | Greene v. Toyota - Requested Vehicle Inspections |

Nick:

I just saw your request to conduct multiple vehicle inspections, including those of the crash tested vehicles, in advance of the deadline for rebuttal reports this Friday (even though you've had our expert reports for 10 days). Although tomorrow is New Year's Day we'll do what we can to accommodate your request. The crash tested vehicles are in Phoenix and the Volvo tractor and exemplar vehicles are in Houston. I'll contact our consultants regarding coordinating your inspections and once I'm able to communicate with them, given the Holidays, I'll let you know the available logistical options. I wish you hadn't waited so long to make this request. Again, setting aside the adversarial process that is our profession, Happy New Years.

Kurt

Kurt Christopher Kern
Bowman and Brooke LLP
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
Direct: 972.616.1711
Fax: 972.616.1701
KKern@BowmanandBrooke.com

1

| From: | David Stone |
|---|---|
| Sent: | Tuesday, December 31, 2013 1:36 PM |
| To: | Kurt C. Kern; Aubrey "Nick" Pittman (pittman@thepittmanlawfirm.com); dwashington@dwashlawfirm.com |
| Cc: | Jude T. Hickland; Brian E. Mason; Pat Fitzgerald (pfitzgerald@howrybreen.com); John Carlson (jcarlson@howrybreen.com); Randy Howry (rhowry@howrybreen.com); Don Dawson; Kathleen Clark (kathleen@dawson-clark.com); todd.parks@wbclawfirm.com; Ashley.delaCerda@wbclawfirm.com; Scott W. Self (sself@feesmith.com); jkenefick@macdonalddevin.com; jhenderson@macdonalddevin.com; Kim Weiner |
| Subject: | RE: Greene v. Toyota - Requested Vehicle Inspections |

Nick, the 4Runner and Volvo tractor used in the crash test can be inspected in Phoenix on Friday, January 3.. The trailer that was used was leased and is back in the possession of its owner. If your "rebuttal experts" want to see it, let me know and I will see what can be arranged.

I am checking on the subject Volvo tractor and the exemplar 4Runner used by Mr. Carr. Those are  in Houston. I don't believe any of the other exemplar 4Runners used by our experts are still in their possession.

Please let me know when you wish to have these inspections done and who will be there.

David P. Stone
Partner
Bowman and Brooke LLP
2501 North Harwood
Suite1700
Dallas, TX 75201
Main: (972) 616-1700
Direct: (972) 616-1733
Fax: (972) 616-1701
Email: David.Stone@BowmanandBrooke.com
www.bowmanandbrooke.com

---

**From:** Kurt C. Kern
**Sent:** Tuesday, December 31, 2013 1:08 AM
**To:** Aubrey "Nick" Pittman (pittman@thepittmanlawfirm.com); dwashington@dwashlawfirm.com
**Cc:** David Stone; Jude T. Hickland; Brian E. Mason; Pat Fitzgerald (pfitzgerald@howrybreen.com); John Carlson (jcarlson@howrybreen.com); Randy Howry (rhowry@howrybreen.com); Don Dawson; Kathleen Clark (kathleen@dawson-clark.com); todd.parks@wbclawfirm.com; Ashley.delaCerda@wbclawfirm.com; Scott W. Self (sself@feesmith.com); jkenefick@macdonalddevin.com; jhenderson@macdonalddevin.com
**Subject:** Greene v. Toyota - Requested Vehicle Inspections

Nick:

I just saw your request to conduct multiple vehicle inspections, including those of the crash tested vehicles, in advance of the deadline for rebuttal reports this Friday (even though you've had our expert reports for 10 days). Although tomorrow is New Year's Day we'll do what we can to accommodate your request. The crash tested vehicles are in Phoenix and the Volvo tractor and exemplar vehicles are in Houston. I'll contact our consultants regarding coordinating your inspections and once I'm able to communicate with them, given the

Holidays, I'll let you know the available logistical options. I wish you hadn't waited so long to make this request. Again, setting aside the adversarial process that is our profession, Happy New Years.

Kurt

Kurt Christopher Kern
Bowman and Brooke LLP
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
Direct: 972.616.1711
Fax: 972.616.1701
[KKern@BowmanandBrooke.com](mailto:KKern@BowmanandBrooke.com)

| | |
|---|---|
| **From:** | David Stone |
| **Sent:** | Thursday, January 02, 2014 3:28 PM |
| **To:** | Kurt C. Kern; Aubrey "Nick" Pittman (pittman@thepittmanlawfirm.com); dwashington@dwashlawfirm.com |
| **Cc:** | Jude T. Hickland; Brian E. Mason; Kim Weiner |
| **Subject:** | RE: Vehicle Inspections |

Nick, we have still not heard from you about whether you want to inspect the Volvo and 4Runner used in the crash test in Phoenix and/or the subject Volvo tractor and exemplar 4Runner in Houston  tomorrow, January 3. If you want to inspect at either or both of these location tomorrow, I need to know by 4 pm today. Otherwise, I will have to release that date.

David P. Stone
Partner
Bowman and Brooke LLP
2501 North Harwood
Suite1700
Dallas, TX 75201
Main: (972) 616-1700
Direct: (972) 616-1733
Fax: (972) 616-1701
Email: David.Stone@BowmanandBrooke.com
www.bowmanandbrooke.com

**From:** Kurt C. Kern
**Sent:** Tuesday, December 31, 2013 6:23 PM
**To:** Aubrey "Nick" Pittman (pittman@thepittmanlawfirm.com); dwashington@dwashlawfirm.com
**Cc:** David Stone; Jude T. Hickland; Brian E. Mason; Kim Weiner
**Subject:** Vehicle Inspections

Nick:

I'm not sure if it got communicated to you, but further to my e-mail of very early this morning, we've confirmed that the crash test vehicles in Phoenix and the exemplar vehicles in Houston are available for inspection on Friday, January 3rd. Please let me know if you and/or your experts want to inspect the various vehicles that day and I will supply you with the logistics regarding such inspections. Happy New Year.

Kurt

Kurt Christopher Kern
Bowman and Brooke LLP
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
Direct: 972.616.1711
Fax: 972.616.1701
KKern@BowmanandBrooke.com

1

APP 6

| From: | David Stone |
|---|---|
| Sent: | Friday, January 03, 2014 1:39 PM |
| To: | pittman@thepittmanlawfirm.com; Kurt C. Kern; Daryl Washington |
| Cc: | Jude T. Hickland; Brian E. Mason; Kim Weiner; John Carlson (jcarlson@howrybreen.com); Pat Fitzgerald; 'rhowry@howrybreen.com' (rhowry@howrybreen.com); todd.parks@wbclawfirm.com; Don Dawson; kathleen@dawson-clark.com; jkenefick@macdonalddevin.com; Joseph F. Henderson (JHenderson@macdonalddevin.com); 'Scott W. Self' (sself@feesmith.com) |
| Subject: | RE: Vehicle Inspections |

Nick, even though we provided full disclosure of our expert reports and supporting materials, including thorough documentation of the crash test with our expert disclosures on December 20, you did not make any request to inspect the crash tested 4Runner and Volvo until December 31, to which we responded on the same day. Further, I was puzzled by your urgent and untimely request to inspect the exemplar 4Runner and subject Volvo tractor since you have known for nearly two years that those vehicles were at Carr Engineering in Houston and available for inspection there.

Nevertheless, your experts certainly could have inspected either the crash tested 4Runner and Volvo in Phoenix, or the vehicles in Houston, today, as we had offered. You chose not respond to our offer.  However, with reasonable notice, we can make these vehicles available for inspection next week, with the exception of Tuesday and Thursday. If you still want to inspect those vehicles, please let me know immediately when, by whom and how long you want to inspect these vehicles.

As for your request to extend the rebuttal report deadline, we do not believe an extension to January 20 will work with the other deadlines set by Judge Ramirez after yesterday's hearing. While I cannot speak for the other defendants, we might consider a request for a shorter extension of that deadline, in exchange for some other discovery accommodations from plaintiffs. If you want to have a meaningful conference on that issue, please feel free to call Kurt or me.


David P. Stone
Partner
Bowman and Brooke LLP
2501 North Harwood
Suite1700
Dallas, TX 75201
Main: (972) 616-1700
Direct: (972) 616-1733
Fax: (972) 616-1701
Email: David.Stone@BowmanandBrooke.com
www.bowmanandbrooke.com

---

**From:** Aubrey Nick Pittman [mailto:pittman@thepittmanlawfirm.com]
**Sent:** Thursday, January 02, 2014 7:07 PM
**To:** David Stone; Kurt C. Kern; Daryl Washington; Aubrey Nick Pittman
**Cc:** Jude T. Hickland; Brian E. Mason; Kim Weiner
**Subject:** Re: Vehicle Inspections

David:

Does this mean Toyota is unwilling to agree to an extension of the expert rebuttal date?

Also, as you know our experts would not be able to be in both places tomorrow so I'm not sure how that was supposed to work.

**From:** David Stone <David.Stone@bowmanandbrooke.com>
**Date:** Thu, 2 Jan 2014 21:27:44 +0000
**To:** Kurt C. Kern<Kurt.Kern@bowmanandbrooke.com>; Aubrey \"Nick\" Pittman (pittman@thepittmanlawfirm.com)<pittman@thepittmanlawfirm.com>; dwashington@dwashlawfirm.com<dwashington@dwashlawfirm.com>
**Cc:** Jude T. Hickland<Jude.Hickland@bowmanandbrooke.com>; Brian E. Mason<Brian.Mason@bowmanandbrooke.com>; Kim Weiner<Kim.Weiner@bowmanandbrooke.com>
**Subject:** RE: Vehicle Inspections

Nick, we have still not heard from you about whether you want to inspect the Volvo and 4Runner used in the crash test in Phoenix and/or the subject Volvo tractor and exemplar 4Runner in Houston  tomorrow, January 3. If you want to inspect at either or both of these location tomorrow, I need to know by 4 pm today. Otherwise, I will have to release that date.

David P. Stone
Partner
Bowman and Brooke LLP
2501 North Harwood
Suite1700
Dallas, TX 75201
Main: (972) 616-1700
Direct: (972) 616-1733
Fax: (972) 616-1701
Email: David.Stone@BowmanandBrooke.com
www.bowmanandbrooke.com

**From:** Kurt C. Kern
**Sent:** Tuesday, December 31, 2013 6:23 PM
**To:** Aubrey "Nick" Pittman (pittman@thepittmanlawfirm.com); dwashington@dwashlawfirm.com
**Cc:** David Stone; Jude T. Hickland; Brian E. Mason; Kim Weiner
**Subject:** Vehicle Inspections

Nick:

I'm not sure if it got communicated to you, but further to my e-mail of very early this morning, we've confirmed that the crash test vehicles in Phoenix and the exemplar vehicles in Houston are available for inspection on Friday, January 3rd. Please let me know if you and/or your experts want to inspect the various vehicles that day and I will supply you with the logistics regarding such inspections. Happy New Year.

Kurt

Kurt Christopher Kern
Bowman and Brooke LLP

APP 8

2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
Direct: 972.616.1711
Fax: 972.616.1701
KKern@BowmanandBrooke.com

_____
Note: This electronic mail is intended to be received and read only by certain individuals. It may contain information that is attorney-client privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you have received this in error, please notify me by replying and then delete both the message and reply. Thank you.

| | |
|---|---|
| **From:** | Kurt C. Kern |
| **Sent:** | Friday, January 03, 2014 2:29 PM |
| **To:** | David Stone; pittman@thepittmanlawfirm.com; Daryl Washington |
| **Cc:** | Jude T. Hickland; Brian E. Mason; Kim Weiner; John Carlson (jcarlson@howrybreen.com); Pat Fitzgerald; 'rhowry@howrybreen.com' (rhowry@howrybreen.com); todd.parks@wbclawfirm.com; Don Dawson; kathleen@dawson-clark.com; jkenefick@macdonalddevin.com; Joseph F. Henderson (JHenderson@macdonalddevin.com); 'Scott W. Self' (sself@feesmith.com) |
| **Subject:** | RE: Vehicle Inspections |

Nick:

Further to David's e-mail and having given it considerable thought the Toyota Defendants (even though we think your request for an extension of time for Plaintiffs to submit rebuttal reports is very late/untimely for the reasons stated in the Court's Order earlier today and in David's e-mail) would propose that in exchange for agreeing that Plaintiffs can have up to 5 PM on Friday, January 10th to submit all rebuttal reports, Plaintiffs agree as follows:

1. Plaintiffs will present Dr. Burton for deposition on January 14th or 15th at his office in Alpharetta, Georgia;

2. Plaintiffs will present Keith Freidman for two consecutive days of deposition, not to exceed more than 8 hours each day on January 21st and 22nd in Austin;

3. Plaintiffs will present Rhoades Stephenson for two consecutive days of deposition, not to exceed more than 8 hours each day on January 23rd and 24th;

4. Plaintiffs will present Jeff Vick for deposition on either January 27th or 28th; and

5. If necessary Plaintiffs will agree to allow biomechanical defense expert Dr. Catherine Corrigan to be presented for deposition up to and including March 3rd.

As always if you wish to confer regarding this matter please call me.

Kurt

Kurt Christopher Kern
Bowman and Brooke LLP
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
Direct: 972.616.1711
Fax: 972.616.1701
KKern@BowmanandBrooke.com

---

**From:** David Stone
**Sent:** Friday, January 03, 2014 1:39 PM
**To:** pittman@thepittmanlawfirm.com; Kurt C. Kern; Daryl Washington
**Cc:** Jude T. Hickland; Brian E. Mason; Kim Weiner; John Carlson (jcarlson@howrybreen.com); Pat Fitzgerald; 'rhowry@howrybreen.com' (rhowry@howrybreen.com); todd.parks@wbclawfirm.com; Don Dawson; kathleen@dawson-clark.com; jkenefick@macdonalddevin.com; Joseph F. Henderson (JHenderson@macdonalddevin.com); 'Scott W. Self'

(sself@feesmith.com)
**Subject:** RE: Vehicle Inspections

Nick, even though we provided full disclosure of our expert reports and supporting materials, including thorough documentation of the crash test with our expert disclosures on December 20, you did not make any request to inspect the crash tested 4Runner and Volvo until December 31, to which we responded on the same day. Further, I was puzzled by your urgent and untimely request to inspect the exemplar 4Runner and subject Volvo tractor since you have known for nearly two years that those vehicles were at Carr Engineering in Houston and available for inspection there.

Nevertheless, your experts certainly could have inspected either the crash tested 4Runner and Volvo in Phoenix, or the vehicles in Houston, today, as we had offered. You chose not respond to our offer. However, with reasonable notice, we can make these vehicles available for inspection next week, with the exception of Tuesday and Thursday. If you still want to inspect those vehicles, please let me know immediately when, by whom and how long you want to inspect these vehicles.

As for your request to extend the rebuttal report deadline, we do not believe an extension to January 20 will work with the other deadlines set by Judge Ramirez after yesterday's hearing. While I cannot speak for the other defendants, we might consider a request for a shorter extension of that deadline, in exchange for some other discovery accommodations from plaintiffs. If you want to have a meaningful conference on that issue, please feel free to call Kurt or me.


David P. Stone
Partner
Bowman and Brooke LLP
2501 North Harwood
Suite1700
Dallas, TX 75201
Main: (972) 616-1700
Direct: (972) 616-1733
Fax: (972) 616-1701
Email: David.Stone@BowmanandBrooke.com
www.bowmanandbrooke.com


**From:** Aubrey Nick Pittman [mailto:pittman@thepittmanlawfirm.com]
**Sent:** Thursday, January 02, 2014 7:07 PM
**To:** David Stone; Kurt C. Kern; Daryl Washington; Aubrey Nick Pittman
**Cc:** Jude T. Hickland; Brian E. Mason; Kim Weiner
**Subject:** Re: Vehicle Inspections

David:

Does this mean Toyota is unwilling to agree to an extension of the expert rebuttal date?

Also, as you know our experts would not be able to be in both places tomorrow so I'm not sure how that was supposed to work.

**From:** David Stone <David.Stone@bowmanandbrooke.com>
**Date:** Thu, 2 Jan 2014 21:27:44 +0000
**To:** Kurt C. Kern<Kurt.Kern@bowmanandbrooke.com>; Aubrey \"Nick\" Pittman (pittman@thepittmanlawfirm.com)<pittman@thepittmanlawfirm.com>; dwashington@dwashlawfirm.com<dwashington@dwashlawfirm.com>

**Cc:** Jude T. Hickland<Jude.Hickland@bowmanandbrooke.com>; Brian E.
Mason<Brian.Mason@bowmanandbrooke.com>; Kim Weiner<Kim.Weiner@bowmanandbrooke.com>
**Subject:** RE: Vehicle Inspections


Nick, we have still not heard from you about whether you want to inspect the Volvo and 4Runner used in the crash test in Phoenix and/or the subject Volvo tractor and exemplar 4Runner in Houston  tomorrow, January 3. If you want to inspect at either or both of these location tomorrow, I need to know by 4 pm today. Otherwise, I will have to release that date.

David P. Stone
Partner
Bowman and Brooke LLP
2501 North Harwood
Suite1700
Dallas, TX 75201
Main: (972) 616-1700
Direct: (972) 616-1733
Fax: (972) 616-1701
Email: David.Stone@BowmanandBrooke.com
www.bowmanandbrooke.com

---

**From:** Kurt C. Kern
**Sent:** Tuesday, December 31, 2013 6:23 PM
**To:** Aubrey "Nick" Pittman (pittman@thepittmanlawfirm.com); dwashington@dwashlawfirm.com
**Cc:** David Stone; Jude T. Hickland; Brian E. Mason; Kim Weiner
**Subject:** Vehicle Inspections

Nick:

I'm not sure if it got communicated to you, but further to my e-mail of very early this morning, we've confirmed that the crash test vehicles in Phoenix and the exemplar vehicles in Houston are available for inspection on Friday, January 3rd. Please let me know if you and/or your experts want to inspect the various vehicles that day and I will supply you with the logistics regarding such inspections. Happy New Year.

Kurt


Kurt Christopher Kern
Bowman and Brooke LLP
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
Direct: 972.616.1711
Fax: 972.616.1701
KKern@BowmanandBrooke.com

_____
Note: This electronic mail is intended to be received and read only by certain individuals. It may contain information that is attorney-client privileged or protected from disclosure by law. If it has been misdirected, or

if you suspect you have received this in error, please notify me by replying and then delete both the message and reply. Thank you.

APP 13

| | |
|---|---|
| **From:** | Don Dawson <ddawson@dawson-clark.com> |
| **Sent:** | Friday, January 03, 2014 2:30 PM |
| **To:** | Kurt C. Kern; David Stone; pittman@thepittmanlawfirm.com; Daryl Washington |
| **Cc:** | Jude T. Hickland; Brian E. Mason; Kim Weiner; John Carlson (jcarlson@howrybreen.com); Pat Fitzgerald; 'rhowry@howrybreen.com' (rhowry@howrybreen.com); todd.parks@wbclawfirm.com; Kathleen Clark; jkenefick@macdonalddevin.com; Joseph F. Henderson (JHenderson@macdonalddevin.com); 'Scott W. Self' (sself@feesmith.com) |
| **Subject:** | RE: Vehicle Inspections |

Mr. Pittman,

Strick would likewise agree to the proposal by Mr. Kern.

Regards,
Don

Donald H. Dawson, Jr.
Dawson & Clark, P.C.
243 West Congress, Suite 600
Detroit, MI 48226
(313) 256-8906
(313) 256-8913 fax
ddawson@dawson-clark.com

---

**From:** Kurt C. Kern [mailto:Kurt.Kern@bowmanandbrooke.com]
**Sent:** Friday, January 03, 2014 3:29 PM
**To:** David Stone; pittman@thepittmanlawfirm.com; Daryl Washington
**Cc:** Jude T. Hickland; Brian E. Mason; Kim Weiner; John Carlson (jcarlson@howrybreen.com); Pat Fitzgerald; 'rhowry@howrybreen.com' (rhowry@howrybreen.com); todd.parks@wbclawfirm.com; Don Dawson; Kathleen Clark; jkenefick@macdonalddevin.com; Joseph F. Henderson (JHenderson@macdonalddevin.com); 'Scott W. Self' (sself@feesmith.com)
**Subject:** RE: Vehicle Inspections

Nick:

Further to David's e-mail and having given it considerable thought the Toyota Defendants (even though we think your request for an extension of time for Plaintiffs to submit rebuttal reports is very late/untimely for the reasons stated in the Court's Order earlier today and in David's e-mail) would propose that in exchange for agreeing that Plaintiffs can have up to 5 PM on Friday, January 10th to submit all rebuttal reports, Plaintiffs agree as follows:

1. Plaintiffs will present Dr. Burton for deposition on January 14th or 15th at his office in Alpharetta, Georgia;

2. Plaintiffs will present Keith Freidman for two consecutive days of deposition, not to exceed more than 8 hours each day on January 21st and 22nd in Austin;

APP 14

| From: | John Carlson <jcarlson@howrybreen.com> |
|---|---|
| Sent: | Friday, January 03, 2014 3:18 PM |
| To: | Scott W. Self; 'John S. Kenefick'; Kurt C. Kern; David Stone; pittman@thepittmanlawfirm.com; Daryl Washington |
| Cc: | Jude T. Hickland; Brian E. Mason; Kim Weiner; Pat Fitzgerald; Randy Howry; todd.parks@wbclawfirm.com; Don Dawson; kathleen@dawson-clark.com; Joseph F. Henderson |
| Subject: | RE: Vehicle Inspections |

VGNA will agree to the proposal as well.

JEC

John E. Carlson, Of Counsel
HOWRY BREEN & HERMAN, LLP
1900 Pearl Street
Austin, Texas  78705
512.474.7300
512.474.8557 fax

**From:** Scott W. Self [mailto:sself@feesmith.com]
**Sent:** Friday, January 03, 2014 2:40 PM
**To:** 'John S. Kenefick'; 'Kurt C. Kern'; David Stone; pittman@thepittmanlawfirm.com; Daryl Washington
**Cc:** Jude T. Hickland; Brian E. Mason; Kim Weiner; John Carlson; Pat Fitzgerald; Randy Howry; todd.parks@wbclawfirm.com; Don Dawson; kathleen@dawson-clark.com; Joseph F. Henderson
**Subject:** RE: Vehicle Inspections

Fayard Moving likewise agrees to Mr. Kern's proposal.

Thank you,
Scott

**From:** John S. Kenefick [mailto:JKenefick@macdonalddevin.com]
**Sent:** Friday, January 03, 2014 2:37 PM
**To:** 'Kurt C. Kern'; David Stone; pittman@thepittmanlawfirm.com; Daryl Washington
**Cc:** Jude T. Hickland; Brian E. Mason; Kim Weiner; John Carlson (jcarlson@howrybreen.com); Pat Fitzgerald; 'rhowry@howrybreen.com' (rhowry@howrybreen.com); todd.parks@wbclawfirm.com; Don Dawson; kathleen@dawson-clark.com; Joseph F. Henderson; Scott W. Self
**Subject:** RE: Vehicle Inspections

Dolphin will agree to this proposal

**From:** Kurt C. Kern [mailto:Kurt.Kern@bowmanandbrooke.com]
**Sent:** Friday, January 03, 2014 2:29 PM
**To:** David Stone; pittman@thepittmanlawfirm.com; Daryl Washington

1

**Cc:** Jude T. Hickland; Brian E. Mason; Kim Weiner; John Carlson (jcarlson@howrybreen.com); Pat Fitzgerald; 'rhowry@howrybreen.com' (rhowry@howrybreen.com); todd.parks@wbclawfirm.com; Don Dawson; kathleen@dawson-clark.com; John S. Kenefick; Joseph F. Henderson; 'Scott W. Self' (sself@feesmith.com)
**Subject:** RE: Vehicle Inspections

Nick:

Further to David's e-mail and having given it considerable thought the Toyota Defendants (even though we think your request for an extension of time for Plaintiffs to submit rebuttal reports is very late/untimely for the reasons stated in the Court's Order earlier today and in David's e-mail) would propose that in exchange for agreeing that Plaintiffs can have up to 5 PM on Friday, January 10th to submit all rebuttal reports, Plaintiffs agree as follows:

1. Plaintiffs will present Dr. Burton for deposition on January 14th or 15th at his office in Alpharetta, Georgia;

2. Plaintiffs will present Keith Freidman for two consecutive days of deposition, not to exceed more than 8 hours each day on January 21st and 22nd in Austin;

3. Plaintiffs will present Rhoades Stephenson for two consecutive days of deposition, not to exceed more than 8 hours each day on January 23rd and 24th;

4. Plaintiffs will present Jeff Vick for deposition on either January 27th or 28th; and

5. If necessary Plaintiffs will agree to allow biomechanical defense expert Dr. Catherine Corrigan to be presented for deposition up to and including March 3rd.

As always if you wish to confer regarding this matter please call me.

Kurt

Kurt Christopher Kern
Bowman and Brooke LLP
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
Direct: 972.616.1711
Fax: 972.616.1701
KKern@BowmanandBrooke.com

---

**From:** David Stone
**Sent:** Friday, January 03, 2014 1:39 PM
**To:** pittman@thepittmanlawfirm.com; Kurt C. Kern; Daryl Washington
**Cc:** Jude T. Hickland; Brian E. Mason; Kim Weiner; John Carlson (jcarlson@howrybreen.com); Pat Fitzgerald; 'rhowry@howrybreen.com' (rhowry@howrybreen.com); todd.parks@wbclawfirm.com; Don Dawson; kathleen@dawson-clark.com; jkenefick@macdonalddevin.com; Joseph F. Henderson (JHenderson@macdonalddevin.com); 'Scott W. Self' (sself@feesmith.com)
**Subject:** RE: Vehicle Inspections

Nick, even though we provided full disclosure of our expert reports and supporting materials, including thorough documentation of the crash test with our expert disclosures on December 20, you did not make any request to inspect the crash tested 4Runner and Volvo until December 31, to which we responded on the same day. Further, I was puzzled by your urgent and untimely request to inspect the exemplar 4Runner and subject Volvo tractor since you have known for nearly two years that those vehicles were at Carr Engineering in Houston and available for inspection there.



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Postage | $

Certified

Return

(Endo...

Aubrey "Nick" Pittman
Kristin Kay Schroeder
THE PITTMAN LAW FIRM, P.C.
100 Crescent Court, Suite 700
Dallas, Texas 75201-2112

PS Form 3800, August 2006          See Reverse for Instructions

USPS.com® - USPS Tracking™

https://tools.usps.com/go/TrackConfirmAction!input.action?tRef=qt&tLc...

English        Customer Service        USPS Mobile                                    Register / Sign In



USPS.COM                                              Search USPS.com or Track Packages

Quick Tools
Track                          Find        Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price      USPS Tracking™
Find a ZIP Code™
Hold Mail
Change of Address

**Customer Service ›**
Have questions? We're here to help.

**Tracking Number: 70122210000058745864**

## Product & Tracking Information                          ## Available Options

Postal Product:              Features:                     Email Updates
                             Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 23, 2013 , 12:32 pm** | **Notice Left** | **DALLAS, TX 75201** |
| December 23, 2013 , 10:48 am | Out for Delivery | DALLAS, TX 75201 |
| December 23, 2013 , 10:38 am | Sorting Complete | DALLAS, TX 75201 |
| December 23, 2013 , 8:56 am | Arrival at Unit | DALLAS, TX 75201 |
| December 22, 2013 , 1:00 pm | Processed through USPS Sort Facility | DALLAS, TX 75398 |
| December 21, 2013 , 6:44 pm | Processed through USPS Sort Facility | DALLAS, TX 75398 |
| December 20, 2013 | Depart USPS Sort Facility | AUSTIN, TX 78710 |
| December 20, 2013 , 8:22 pm | Processed through USPS Sort Facility | AUSTIN, TX 78710 |

## Track Another Package

**What's your tracking (or receipt) number?**

[                                              ]    **Track It**

LEGAL                    ON USPS.COM                    ON ABOUT.USPS.COM        OTHER USPS SITES
Privacy Policy ›         Government Services ›           About USPS Home ›        Business Customer Gateway ›
Terms of Use ›           Buy Stamps & Shop ›             Newsroom ›               Postal Inspectors ›
FOIA ›                   Print a Label with Postage ›    USPS Service Alerts ›    Inspector General ›
No FEAR Act EEO Data ›   Customer Service ›              Forms & Publications ›   Postal Explorer ›
                         Delivering Solutions to the Last Mile ›   Careers ›
                         Site Index ›

USPS.COM

APP 18