**From:** Aubrey "Nick" Pittman [mailto:pittman@thepittmanlawfirm.com]
**Sent:** Thursday, January 02, 2014 3:49 PM
**To:** 'Kurt C. Kern'; 'dwashington@dwashlawfirm.com'
**Cc:** 'David Stone'; 'Jude T. Hickland'; 'Brian E. Mason'; 'Pat Fitzgerald (pfitzgerald@howrybreen.com)'; 'John Carlson (jcarlson@howrybreen.com)'; 'Randy Howry (rhowry@howrybreen.com)'; 'Don Dawson'; 'Kathleen Clark (kathleen@dawson-clark.com)'; 'todd.parks@wbclawfirm.com'; 'Ashley.delaCerda@wbclawfirm.com'; 'Scott W. Self (sself@feesmith.com)'; 'jkenefick@macdonalddevin.com'; 'jhenderson@macdonalddevin.com'
**Subject:** Expert Rebuttal Report deadline

Counsel:

In light of the Defendants' expert reports having been received over the holidays and our late receipt of the Volvo experts' reports, Plaintiff would like to extend to January 20, 2014, the date for expert rebuttal opinions.  Please let us know if you are willing to agree to this short extension.  This would not  affect your ability to conduct the depositions of Plaintiffs' experts prior to this time.