IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CAUSE NUMBER: 3:11-cv-0207-N |
| v. | § | |
| | § | |
| TOYOTA MOTOR CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**APPENDIX IN SUPPORT OF JOINT SUBMISSION REGARDING
DEFENDANTS' EXPEDITED MOTION FOR ENLARGEMENT OF TIME
FOR THE DEPOSITIONS OF PLAINTIFFS' EXPERTS**

TO THE HONORABLE COURT:

COME NOW, Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A., Inc.; Volvo Group North America, LLC f/k/a Volvo Trucks North America; Strick Trailers, LLC; John Fayard Moving & Warehouse, LLC; and Dolphin Line, Inc. (collectively "Defendants"), and Plaintiffs and would respectfully show the Court as follows:

| EXHIBIT | DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| Exhibit 1 | Expert report co-authored by Keith Friedman and Rhoads Stephenson in regards to Toyota | APP 1-84 |
| Exhibit 2 | Expert report co-authored by Keith Friedman and Rhoads Stephenson in regards to Volvo | APP 85-159 |
| Exhibit 3 | Expert report co-authored by Keith Friedman and Rhoads Stephenson in regards to Strick | APP 160-233 |
| Exhibit 4 | Expert report co-authored by Keith Friedman and Rhoads Stephenson in regards to Fayard and Dolphin | APP 234-297 |
| Exhibit 5 | Toyota Defendants' Expert Report by Robert Lange and Dolph Lohwasser | APP 298-558 |

| Exhibit 6 | Toyota Defendants' Expert Report by Lee Carr | APP 559-616 |

Respectfully submitted,

/s/ Aubrey "Nick" Pittman
AUBREY "NICK" PITTMAN
State Bar No. 16049750

**THE PITTMAN LAW FIRM, P.C.**
100 Crescent Court, Suite 700
Dallas, Texas 75201-2112
214-459-3454
214-853-5912 – fax
pittman@thepittmanlawfirm.com


/s/ Daryl K. Washington
DARYL K. WASHINGTON State
Bar No. 24013714

**LAW OFFICES OF DARYL K. WASHINGTON**
325 N. St. Paul St., Suite 1975
Dallas, Texas 75201
214-880-4883
469-718-0380 - fax
dwashington@dwashlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**


*/s/ David P. Stone*
**KURT C. KERN**
State Bar No. 11334600
kurt.kern@bowmanandbrooke.com
**DAVID P. STONE**
State Bar No. 19289060
david.stone@bowmanandbrooke.com
**JUDE T. HICKLAND**
State Bar No. 24065416
jude.hickland@bowmanandbrooke.com

**BOWMAN AND BROOKE LLP**
2501 North Harwood Street, Suite 1700

Dallas, Texas  75201
(972) 616-1700
(972) 616-1701 (fax)

**ATTORNEYS FOR DEFENDANTS TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., AND TOYOTA MOTOR SALES, U.S.A., INC.**


*/s/ Pat Fitzgerald*
**Randy Howry**
State Bar No. 10121690
rhowry@howrybreen.com
**Pat Fitzgerald**
State Bar No. 24036566
pfitzgerald@howrybreen.com
**John Carlson**
State Bar No. 00790426
jcarlson@howrybreen.com

**HOWRY BREEN & HERMAN, LLP**
1900 Pearl Street
Austin, Texas  78705-7300
512-474-7300
512-439-4106 - Direct Line
512-474-8557 – Facsimile

**ATTORNEYS FOR DEFENDANT VOLVO GROUP NORTH AMERICA, LLC f/k/a VOLVO TRUCKS NORTH AMERICA**


*/s/ S. Todd Parks*
**Donald H. Dawson, Jr.**
State Bar No. 05606500
ddawson@dawson-clark.com
**Kathleen A. Clark**
State Bar No. 00788830
kclark@dawson-clark.com

**DAWSON & CLARK, P.C.**
243 W. Congress
600 Marquette Building

Detroit, MI 48226
313-256-8900
313-256-8913 (Fax)

and

**S. Todd Parks**
State Bar No. 15526520
Todd.parks@wbclawfirm.com
**Ashley De La Cerda**
State Bar No. 24045760
Ashley.delacerda@wbclawfirm.com

**WALTERS, BALIDO & CRAIN, LLP**
900 Jackson Street, Suite 600
Dallas, Texas 75202
214.749.4805
214.760.1670 (fax)

**ATTORNEYS FOR DEFENDANT STRICK TRAILERS, LLC**


*/s/ Scott W. Self*
**Michael P. Sharp**
State Bar No. 00788857
msharp@feesmith.com
**Scott W. Self**
State Bar No. 24033176
sself@feesmith.com

**FEE, SMITH, SHARP & VITULLO, LLP**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
972-934-9100
972-934-9200 (fax)

**ATTORNEYS FOR DEFENDANT JOHN FAYARD MOVING & WAREHOUSE, LLC**


*/s/ Joseph F. Henderson*
**John S. Kenefick**
State Bar No. 24006294
jkenefick@macdonalddevin.com
**Joseph F. Henderson**

        State Bar No. 24036751
        jhenderson@macdonalddevin.com

**MACDONALD DEVIN, P.C.**
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270
214-744-3300
214-747-0942 (fax)

**ATTORNEYS FOR DEFENDANT**
**DOLPHIN LINE, INC.**

### CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 7th day of January, 2014.

        */s/ David P. Stone*