IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OLLIE GREENE, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| TOYOTA MOTOR CORPORATION, et al., § | CAUSE NUMBER: 3:11-cv-0207-N |
| § | |
| Defendants. § | |
| § | |

## AGREED ORDER REGARDING
## THE SCHEDULING OF EXPERT DEPOSITIONS

Before the Court is Plaintiffs and Defendants Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A., Inc.; Volvo Group North America, LLC f/k/a Volvo Trucks North America; Strick Trailers, LLC; John Fayard Moving & Warehouse, LLC; and Dolphin Line, Inc. (collectively "the Parties") Agreed Proposed Order Regarding the Scheduling of Expert Depositions. Having considered the Parties proposal, the Court is of the opinion the proposed agreed order should be **GRANTED**.

The Court hereby Orders that the following expert depositions take place on the following dates:

| | | |
|---|---|---|
| January 15, 2014 | Keith Friedman | Austin, Texas |
| January 21, 2014 | Jeff Vick | Dallas, Texas |
| January 22, 2014 | Stan Smith | Chicago, Illinois |
| January 22, 2014 | Trudi Zaplac | Houston, Texas |
| January 23, 2014 | Lee Carr | Houston, Texas |
| January 29, 2014 | Helen Reynolds | Dallas, Texas |
| January 31, 2014 | Tom Truss | Dallas, Texas |
| February 4, 2014 | Darrell Henderson | Lafayette, Louisiana |
| February 5, 2014 | Kenneth Tandy | Houston, Texas |
| February 7, 2014 | Will Van Arsdell | Natick, Massachusetts |
| February 10, 2014 | Smokey Dyer | Kansas City, Missouri |
| February 12, 2014 | Mickey Marine | Phoenix, Arizona |
| February 12, 2014 | Stephen Werner | Phoenix, Arizona |

|  |  |  |
|---|---|---|
| February 14, 2014 | Timothy Cheek | Charlotte, North Carolina |
| February 17, 2014 | Robert Lange | Detroit, Michigan |
| February 18, 2014 | Michelle Volger | Detroit, Michigan |
| February 20, 2014 | Dolph Lohwasser | Detroit, Michigan |

**SO ORDERED** on this 9th day of January, 2014.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE