**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **OLLIE GREENE, et al.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 3:11-CV-207-N |
| § | |
| **TOYOTA MOTOR CORPORATION, et al.,** § | |
| § | |
| Defendants. § | |

**ORDER**

Pursuant to the standing order of discovery reference dated June 19, 2013, all discovery disputes have been referred. Based on the parties' inability to reach agreement concerning the scheduling of expert depositions, the following order is hereby entered to schedule the expert depositions for which no agreement could be reached. Unless otherwise agreed by the parties in writing, with the agreement being filed with the Court,

1. The deposition of Keith Friedman shall take place on January 15 and 17, 2014.

2. The deposition of Dr. Rhoades Stephenson shall take place on January 18 and 28, 2014.

3. Based on the representation that he was in a motor vehicle accident, and the defendants' agreement in the joint status report that his deposition shall not have to take place before other depositions as ordered on January 2, 2014 (doc. 328), the deposition of Dr. Joseph Burton shall take place on January 30, 2014. The parties have agreed to this date but understand that his ability to appear is contingent upon the improvement of his medical condition. If he is unable to appear on that date, and the parties are unable to agree to a different date, then the plaintiffs shall file a motion seeking relief from the order that he appear on January 30, 2014.

4. The deposition of Dr. Catherine Corrigan shall take place on February 6, 2014, if the deposition of Dr. Burton goes forward prior to that date.

5. The deposition of Dr. David Viano shall take place on February 19, 2014, if the deposition of Dr. Burton goes forward prior to that date.

**SO ORDERED** on this 9th day of January, 2014.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE