IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OLLIE GREENE, Individually as the Surviving Parent of WYNDELL GREENE, SR., et al., § § § § Plaintiffs, § § vs. § § TOYOTA MOTOR CORPORATION § et al., § § Defendants. § | CASE NO.: 3:11-CV-00207-N<br><br>JURY TRIAL DEMANDED |

**APPENDIX TO**
**DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S (VNGA'S) RESPONSE TO PLAINTIFFS' REQUEST TO STRIKE VGNA'S EXPERT WITNESS REPORTS**

Defendant VOLVO GROUP NORTH AMERICA, LLC ("VGNA") files this Appendix to its Response to Plaintiffs' Request to Strike VGNA's Expert Witness Reports, respectfully showing:

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| A | Affidavit of Nelly Soriano | APP 1-4 |
| A-1 | VGNA's "Notice of Service" of Expert Disclosures (Document #294) | APP 5-11 |
| A-2 | E-Notice to Counsel of Filing of VGNA's "Notice of Service" of Expert Disclosures | APP 12-14 |
| A-3 | VGNA's Expert Disclosures/Designations (including Expert Reports, etc.) | APP 15-151 |
| A-4 | Certified Mail Receipt for Dec. 20, 2013 Mailing to Aubrey "Nick" Pittman | APP 152-53 |
| A-5 | Certified Mail Receipt for Dec. 20, 2013 Mailing to Daryl Washington | APP 154-55 |
| A-6 | USPS Tracking Information for Dec. 20, 2013 Certified Mailing to Aubrey "Nick" Pittman (from www.usps.com) | APP 156-58 |
| A-7 | USPS Tracking Information for Dec. 20, 2013 Certified Mailing to Daryl Washington (from www.usps.com) | APP 159-60 |

| **Exhibit No.** | **Description** | **Page Nos.** |
|:---:|---|:---:|
| B | Affidavit of David Lawrence | APP 161-63 |
| C | Jan. 2, 2014 E-mail from Aubrey "Nick" Pittman | APP 164-65 |

        Respectfully submitted,

*/s/ Randy Howry*

Randy Howry
State Bar No. 10121690
rhowry@howrybreen.com
Pat Fitzgerald
State Bar No. 24036566
pfitzgerald@howrybreen.com
John Carlson
State Bar No. 00790426
jcarlson@howrybreen.com

HOWRY BREEN & HERMAN, LLP
1900 Pearl Street
Austin, Texas  78705
Phone:  (512) 474-7300
Fax:  (512) 474-8557

**ATTORNEYS FOR DEFENDANT VOLVO GROUP NORTH AMERICA, LLC f/k/a VOLVO TRUCKS NORTH AMERICA**

**CERTIFICATE OF SERVICE**

This is to certify that on January 10, 2014, a true and correct copy of the above and foregoing was forwarded to all non-registered counsel of record in accordance with the Federal Rules of Civil Procedure to all registered counsel of record by electronic service through the court's ECF system in compliance with Federal Rule of Civil Procedure 5(b)(2)(E) and 5(b)(3).

_____
Randy Howry