IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. 3:11-CV-0207-N |
| | § | |
| TOYOTA MOTOR CORPORATION, *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

**ORDER OF REFERENCE**

Under the authority of 28 U.S.C § 636(b), Footnote 1 contained in Plaintiffs' Emergency Motion to Extend Time [329] is hereby referred to United States Magistrate Judge Irma Carrillo Ramirez for determination.

SIGNED January 10, 2014.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE