IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

OLLIE GREENE, *et al.*,               §
                                      §
        Plaintiffs,                   §
                                      §
v.                                    §         Civil Action No. 3:11-CV-207-N
                                      §
TOYOTA MOTOR CORPORATION,             §
*et al.*,                             §
                                      §
        Defendant.                    §

## ORDER

This Order addresses Defendant Strick Trailers, LLC's ("Strick") motion for leave to file its motion for summary judgment [Doc. 271]. The Court grants the motion. For the purposes of Local Rule 7.1, the Court deems Strick's motion for summary judgment filed as of the date of this Order.


Signed January 15, 2014.


_____
David C. Godbey
United States District Judge

ORDER – PAGE 1