**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **OLLIE GREENE,** *et al.,* | § | |
| | § | |
| **Plaintiffs,** | § | |
| **v.** | § | |
| | § | |
| **TOYOTA MOTOR CORPORATION, et al.,** | § | **CAUSE NUMBER: 3:11-cv-0207-N** |
| | § | |
| **Defendants.** | § | |
| | § | |

## AGREED ORDER REGARDING ATTORNEY'S FEES

Before the Court is Plaintiffs and Defendants Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A., Inc. (collectively "the Parties") Agreed Proposed Order Regarding Attorney's Fees.  In accordance with the Court's January 2, 2014 Order (Doc. No. 327), the Parties conferred about reasonable attorney's fees incurred by the Toyota Defendants in responding to *Plaintiffs' Joint Submission Regarding Plaintiffs' Emergency Motion to Quash December 23, 2013 and December 27, 2013 Subpoenas and Brief in Support*, filed December 20, 2013 (Doc. No. 291).  As a result of those discussions, Plaintiffs have agreed to pay a total of $1,750.00 to the Toyota Defendants.  Having considered the Parties proposal, the Court is of the opinion the agreed proposed order should be **GRANTED**.

The Court hereby Orders that Plaintiffs pay a total of $1,750.00 to Toyota Motor Sales, U.S.A., Inc. within thirty days of the date of this Order.

**SO ORDERED** on this 16th day of January, 2014.

*Irma Carrillo Ramirez*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE