IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the surviving parent of WYNDELL GREENE, SR., WILLIAM GREENE, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE HARDEMAN, Individually and as the surviving parent of LAKEYSHA GREENE, <br><br>Plaintiffs, <br><br>v. <br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC. VOLVO GROUP NORTH AMERICA, INC. VOLVO TRUCKS NORTH AMERICA, a DIVISION OF VOLVO GROUP NORTH AMERICAN, LLC., STRICK CORPORATION, INC., JOHN FAYARD MOVING & WAREHOUSE, LLC and DOLPHIN LINE, INC. <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NUMBER 3:11-cv-0207-N <br><br><br><br>JURY TRIAL DEMANDED |

**APPENDIX IN SUPPORT OF DEFENDANT STRICK TRAILER, LLC'S MOTION TO CROSS-DESIGNATE TOYOTA EXPERT ROBERT LANGE**

Defendant STRICK TRAILERS, LLC ("Strick") files this Appendix to its Motion to Cross-Designate Toyota Expert Robert Lange, respectfully showing:

| EXHIBIT | DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| Exhibit 1 | Cross-Designation of Robert Lange | App 1-3 |
| Exhibit 2 | Proposed Order | App 4-5 |

1

Respectfully submitted,
DAWSON & CLARK, P.C.

*/s/ Donald H. Dawson, Jr.*
DONALD H. DAWSON, JR.
Texas State Bar No. 05606500
KATHLEEN A. CLARK
Texas State Bar No. 00788830
243 West Congress, Suite 600
Detroit, MI 48226
(313) 256-8900 *(Office)*
(313) 256-8913 *(Facsimile)*

WALTERS, BALIDO & CRAIN, LLP

S. TODD PARKS
Texas State Bar No. 15526520
ASHLEY DE LA CERDA
Texas State Bar No. 24045760
900 Jackson Street, Suite 600
Dallas, TX 75202
(214) 749-4805 *(Office)*
(214) 760-1670 *(Facsimile)*

**ATTORNEYS FOR DEFENDANT STRICK**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on Monday, January 20, 2014, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Donald H. Dawson, Jr.*
DONALD H. DAWSON, JR.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the Surviving parent of WYNDELL GREENE, SR., WILLIAM GREEN, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE HARDEMAN, Individually and as the Surviving parent of LAKEYSHA GREEN, <br><br>Plaintiffs, <br><br>v. <br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC., VOLVO GROUP NORTH AMERICA, IND., VOLVO TRUCKS NORTH AMERICA, A A DIVISION OF VOLVO GROUP NORTH AMERICA, LLC., STRICK CORPORATION, INC., JOHN FAYARD MOVING & WAREHOUSE, LLC and DOLPHINE LINE, INC. <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NUMBER 3:11-cv-0207-N <br><br><br>JURY TRIAL DEMANDED |

## **DEFENDANT STRICK TRAILERS, LLC'S CROSS-DESIGNATION OF TOYOTA EXPERT ROBERT LANGE**

COMES NOW, Defendant Strick Trailers, LLC ("Strick"), by counsel, and serves the following cross-designation of Toyota expert Robert Lange for the purposes of providing expert testimony, pursuant to Federal Rule of Civil Procedure 26(a)(2)(A):

## Non-Retained Expert Witnesses

1. Robert Lange
   Exponent
   39100 County Club Drive
   Farmington Hills, MI 48331

Mr. Lange is an engineer who will offer opinions and testimony regarding the design, testing and performance of the subject vehicle's structure, occupant protections systems, and fuel system, and the design characteristics criticized by Plaintiffs. Lange's testimony also addresses a number of subjects which are relevant to the Plaintiffs' claims against Strick including, but not limited to the severity of the accident sequence, the damage sustained by the subject vehicle, and the cause of the resulting fire. Mr. Lange's opinions, and the basis for same, are more fully expressed in his report which was filed by Toyota on December 20, 2013. A copy of Mr. Lange's report, curriculum vitae (including a list of publications), testimony list, and exhibit list are attached.

## Reservation of Rights to Supplement and Designate Additional Experts

In addition to the foregoing designation(s), Strick reserves the right to supplement this designation and make additional designations of experts as contemplated by Federal Rule of Civil Procedure 26(a)(2) as needed.

Respectfully submitted,

**DAWSON & CLARK, P.C.**

/s/ Donald H. Dawson, Jr.
DONALD H. DAWSON, JR.
Texas State Bar No. 05606500
KATHLEEN A. CLARK
Texas State Bar No. 00788830
243 West Congress, Suite 600
Detroit, MI 48226
(313) 256-8900 *(Office)*
(313) 256-8913 *(Facsimile)*

**WALTERS, BALIDO & CRAIN, LLP**

/s/ S. Todd Parks
S. TODD PARKS
Texas State Bar No. 15526520
ASHLEY DE LA CERDA
Texas State Bar No. 24045760
900 Jackson Street, Suite 600
Dallas, TX 75202
(214) 749-4805 *(Office)*
(214) 760-1670 *(Facsimile)*

**ATTORNEYS FOR DEFENDANT STRICK**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2014, a copy of the foregoing, together with all exhibits, if any, was served on all counsel of record to this case.

/s/ Donald H. Dawson, Jr.
DONALD H. DAWSON, JR.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the Surviving parent of WYNDELL GREENE, SR., WILLIAM GREEN, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE HARDEMAN, Individually and as the Surviving parent of LAKEYSHA GREEN, <br><br>Plaintiffs, <br><br>v. <br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC., VOLVO GROUP NORTH AMERICA, IND., VOLVO TRUCKS NORTH AMERICA, A A DIVISION OF VOLVO GROUP NORTH AMERICA, LLC., STRICK CORPORATION, INC., JOHN FAYARD MOVING & WAREHOUSE, LLC and DOLPHINE LINE, INC. <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NUMBER 3:11-cv-0207-N <br><br><br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is Defendant Strick Trailer, LLC's ("Strick") Motion for Leave to Cross-Designate Toyota Expert Robert Lange filed on January 20, 2014. After consideration of the relevant filings, evidence, and applicable law, the Court finds good cause for granting the Motion for Leave to Cross-Designate Toyota Expert Robert Lange.

The Motion for Leave to Cross-Designate Toyota Expert Robert Lange is therefore **GRANTED** as follows:

1. Strick's cross-designation of Robert Lange is hereby granted and deemed filed as of January 20, 2014.

SO ORDERED on this ___ day of January, 2014.

_____
United States District Court Judge