**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **OLLIE GREENE, et al,** § | |
| § | |
| Plaintiffs, § | **CAUSE NUMBER: 3:11-cv-0207-N** |
| v. § | |
| § | |
| **TOYOTA MOTOR CORPORATION,** § | |
| **et al.** § | |
| § | **JURY TRIAL DEMANDED** |
| Defendants. § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' REPLY TO VGNA'S
RESPONSE TO PLAINTIFFS' REQUEST TO STRIKE THE
EXPERT WITNESS REPORTS OF VGNA'S TESTIFYING EXPERTS**

Ollie Greene, Individually and as the surviving parent of Wyndell Greene, Sr., William Greene, as the Administrator of the Estate of Wyndell Greene, Sr. and Marilyn Burdette Hardeman, Individually and as the surviving parent of LaKeysha Greene (collectively referred to as "Plaintiffs") file this Appendix in Support of Plaintiffs' Reply to VGNA's Response to Plaintiffs' request to strike the expert witness reports of VGNA's testifying experts.

| | DOCUMENT | PAGES |
|---|---|---|
| 1. | VGNA's service of 2012 discovery responses by fax | APP 001 - 005 |
| 2. | Plaintiffs' service of 2012 discovery requests to Toyota by fax and email | APP 006 |
| 3. | Plaintiffs' service of 2013 discovery requests to VGNA by fax and email | APP 007 |
| 4. | VGNA's service of discovery responses by fax | APP 008 - 010 |
| 5. | VGNA's service of VGNA's First Supplemental Disclosures by email | APP 011 - 015 |

| DOCUMENT | PAGES |
| --- | --- |
| 6. Strick's service of discovery responses by fax and hand-delivery | APP 016 - 025 |
| 7. Plaintiffs' November 20, 2013, service of expert reports by electronic means | APP 026 - 027 |
| 8. Toyota's December 20, 2013, service of expert reports by electronic means | APP 028 |
| 9. Strick's December 20, 2013, service of expert reports by electronic means | APP 029 |
| 10. Fayard's December 20, 2013, service of expert reports by electronic means | APP 030 |
| 11. Dolphin's December 20, 2013, service of expert reports by electronic means | APP 031 |
| 12. Email from Plaintiffs' counsel to Defendants' counsel regarding potential motion for more time to file rebuttal expert reports. | APP 032 |

Respectfully Submitted,

/s/ Aubrey "Nick" Pittman
AUBREY "NICK" PITTMAN
State Bar No. 16049750

**THE PITTMAN LAW FIRM, P.C.**
100 Crescent Court, Suite 700
Dallas, Texas 75201-2112
214-459-3454
214-853-5912 – fax
pittman@thepittmanlawfirm.com

/s/ Daryl K. Washington
DARYL K. WASHINGTON
State Bar No. 24013714

**LAW OFFICES OF DARYL K. WASHINGTON**
325 N. St. Paul St., Suite 1975
Dallas, Texas 75201
214-880-4883
469-718-0380 - fax
dwashington@dwashlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2014, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

        /s/ Aubrey "Nick" Pittman
      AUBREY "NICK" PITTMAN