IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OLLIE GREENE, Individually as the surviving parent of WYNDELL GREENE, SR., WILLIAM GREENE, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE HARDEMAN, Individually and as the surviving parent of LAKEYSHA GREENE, <br><br> Plaintiffs, <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC., VOLVO GROUP NORTH AMERICA, LLC., VOLVO TRUCKS NORTH AMERICA, A DIVISION OF VOLVO GROUP NORTH AMERICA, LLC., STRICK TRAILERS, LLC, JOHN FAYARD MOVING & WAREHOUSE, LLC, and DOLPHIN LINE, INC. <br><br> Defendants. | CAUSE NUMBER: 3:11-cv-0207-N <br><br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' RESPONSE TO DEFENDANT**
**STRICK TRAILERS, LLC'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE COURT:

Ollie Greene, Individually and as parent of Wyndell Greene, Sr., William Greene, as Administrator of the Estate of Wyndell Greene, Sr. and Marilyn Burdette Hardeman, Individually and the parent of LaKeysha Greene (collectively "Plaintiffs") file their Objections to Strick Trailers, LLC's ("Strick") summary judgment evidence and Response to Strick's Motion for Summary Judgment and show the Court as follows:

For the reasons stated in Plaintiffs' Brief in Support, the Court should strike and/or dismiss the evidence Strick presents allegedly in support of its motion for summary judgment. In

**PLAINTIFFS' RESPONSE TO STRICK'S THIRD**
**MOTION FOR SUMMARY JUDGMENT – Page 1**

addition, as also demonstrated in Plaintiffs' Brief in Opposition to Strick's motion for summary judgment, Strick is not entitled to summary judgment on any of the claims asserted by Plaintiffs. For the reasons set forth in Plaintiffs' Response and Brief in Opposition to Strick's Motion for Summary Judgment, summary judgment in favor of Strick is not appropriate since Plaintiffs have evidence of the elements of each cause of action and the law does not provide that Strick is entitled to the relief sought in Strick's Motion for Summary Judgment.

Therefore, Plaintiffs pray that Plaintiffs' Objections be sustained, that Strick's Motion for Summary Judgment be denied in its entirety, and that Plaintiffs be granted all relief, at law and in equity, to which they are entitled.

Respectfully Submitted,

| | |
|---|---|
| /s/ Aubrey "Nick" Pittman | /s/ Daryl K. Washington |
| AUBREY "NICK" PITTMAN | DARYL K. WASHINGTON |
| State Bar No. 16049750 | State Bar No. 24013714 |
| | |
| **THE PITTMAN LAW FIRM, P.C.** | **LAW OFFICES OF DARYL K. WASHINGTON P.C.** |
| 100 Crescent Court, Suite 700 | |
| Dallas, Texas 75201-2112 | 325 N. St. Paul St., Suite 1975 |
| 214-459-3454 | Dallas, Texas 75201 |
| 214-853-5912 – fax | 214-880-4883 |
| pittman@thepittmanlawfirm.com | 469-718-0380 - fax |
| | dwashington@dwashlawfirm.com |

**PLAINTIFFS' RESPONSE TO STRICK'S THIRD**
<u>**MOTION FOR SUMMARY JUDGMENT**</u> **– Page 2**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2014, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

      /s/ Aubrey "Nick" Pittman
AUBREY "NICK" PITTMAN