IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:11-CV-207-N |
| TOYOTA MOTOR CORPORATION, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

This Order addresses Defendants' motion to designate Charles Moody and Forest Products Transports, LLC as responsible third parties [Doc. 259]. Defendants filed their motion on December 10, 2013, and the Plaintiffs have not responded. The Court grants the motion.

Signed February 21, 2014.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE