IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the Surviving parent of WYNDELL GREENE, SR., WILLIAM GREEN, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE HARDEMAN, Individually and as the Surviving parent of LAKEYSHA GREEN, <br><br>Plaintiffs, <br><br>v. <br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC., VOLVO GROUP NORTH AMERICA, IND., VOLVO TRUCKS NORTH AMERICA, A A DIVISION OF VOLVO GROUP NORTH AMERICA, LLC., STRICK CORPORATION, INC., JOHN FAYARD MOVING & WAREHOUSE, LLC and DOLPHIN LINE, INC. <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NUMBER 3:11-cv-0207-N <br><br><br><br>JURY TRIAL DEMANDED |

**STRICK TRAILERS, LLC'S NOTICE OF THIIRD SUPPLEMENTAL DISCLOSURES**

Strick Trailers, LLC ("Strick"), by and through the undersigned counsel, hereby respectfully provides notice to the Court that a copy of Strick's Third Supplemental Disclosures were served on Plaintiffs' counsel of record this 26th day of February, 2014.

DAWSON & CLARK, P.C.

 /s/ Donald H. Dawson, Jr.
 DONALD H. DAWSON, JR.
Texas State Bar No. 05606500
KATHLEEN A. CLARK
Texas State Bar No. 00788830
243 West Congress, Suite 600
Detroit, MI 48226
(313) 256-8900 *(Office)*
(313) 256-8913 *(Facsimile)*

WALTERS, BALIDO & CRAIN, LLP

 /s/ S. Todd Parks
S. TODD PARKS
Texas State Bar No. 15526520
900 Jackson Street, Suite 600
Dallas, TX 75202
(214) 749-4805 *(Office)*
(214) 760-1670 *(Facsimile)*
**ATTORNEYS FOR DEFENDANT STRICK**

## CERTIFICATE OF SERVICE

   I hereby certify that on February 26, 2014, I electronically filed a copy of the foregoing, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.


   /s/ Donald H. Dawson, Jr.
   DONALD H. DAWSON, JR.