IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the Surviving Parent of WYNDELL GREENE, SR., et al., | § § § § | |
| Plaintiffs, | § | CASE NO.: 3:11-CV-00207-N |
| vs. | § § | JURY TRIAL DEMANDED |
| TOYOTA MOTOR CORPORATION et al., | § § § § | |
| Defendants. | § | |

**APPENDIX TO**
**DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S (VNGA'S)**
**MOTION TO EXCLUDE FRIEDMAN**

Defendant VOLVO GROUP NORTH AMERICA, LLC ("VGNA") files this Appendix to its Motion to Exclude Friedman, respectfully showing:

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| A | "Greene vs. Volvo NA, et al. – Preliminary Crashworthiness Report" by Keith Friedman and R. Rhoades Stephenson, PhD. (November 14, 2013) | APP0001-APP0076 |
| B | Excerpts from the Deposition of Keith Friedman (January 15, 2014) | APP0077- APP0141 |
| C | Excerpts from the Deposition of Jeff G. Vick (January 21, 2014) | APP0142 – APP0151 |
| D | Airbag SAEs | APP0152- APP0178 |
| E | "The Potential Effects of Radar Activated Heavy Truck Front End Airbags on Struck Vehicles in Front and Rear End Impacts" By Friedman, Mihora, and Hutchinson | APP0179- APP0220 |
| F | Excerpts from the Deposition of Joseph L. Burton, M.D. (January 30, 2014) | APP0221- APP0227 |
| G | Excerpts from the Deposition of David Viano, M.D. (February 19, 2014) | APP0228- APP0234 |
| H | Excerpts from the ProBiomechanics, LLC, David Viano Report (December 18, 2013) | APP0235- APP0242 |

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| I | Excerpts from the Exponent, Catherine Corrigan Report (December 20, 2013) | APP0243- APP0246 |
| J | Declaration of Stephen Werner (August 22, 2013) | APP0247- APP0257 |
| K | Excerpts from "Truck-Tractor Semitrailer Rear-End Collision Into Passenger Vehicles on Interstate 44 Near, Miami, Oklahoma" (June 26, 2009) | APP0258- APP0261 |
| L | Excerpts from the 30(b)(6) Deposition of Andrew Wilson Adams, Jr. (May 3, 2013) | APP0262- APP0265 |
| M | EVT-400 Information | APP0266- APP0302 |
| N | Excerpts from the Deposition of Charles Derrick Moody (September 4, 2013) | APP0303- APP0312 |
| O | Keith Friedman Deposition Exhibit 27, page 62 | APP0313- APP0315 |
| P | Characterization Testing and Analysis of a Commercial Vehicle and Side Collision Warning System and Adaptive Cruise Control | APP0316- APP0328 |
| Q | Volvo Trucks Field Operational Test: Evaluation of Advanced Safety Systems for Heavy Truck Tractors (February 15, 2005) | APP0329- APP0341 |
| R | Excerpts from Exhibit 27 from the Deposition of Keith Friedman | APP0342-APP0351 |
| S | Declaration of Stephen Werner, PhD with Exhibits A and B (March 17, 2014) | APP0352-APP0396 |
| T | Declaration of Timothy C. Cheek with Exhibits A through D (March 17, 2014) | APP0397-APP0452 |
| U | Excerpts from R. Rhoades Stephenson Deposition (January 18, 2014) | APP0453-APP0456 |
| V | Declaration of John E. Carlson (March 17, 2014) | APP0457-APP0459 |

Respectfully submitted,

_Randy Howry_
_____
Randy Howry
State Bar No. 10121690
rhowry@howrybreen.com
John Carlson
State Bar No. 00790426
jcarlson@howrybreen.com

HOWRY BREEN & HERMAN, LLP
1900 Pearl Street
Austin, Texas  78705
Phone:  (512) 474-7300
Fax:  (512) 474-8557

**ATTORNEYS FOR DEFENDANT VOLVO GROUP NORTH AMERICA, LLC f/k/a VOLVO TRUCKS NORTH AMERICA**

## CERTIFICATE OF SERVICE

This is to certify that on March 17, 2014, a true and correct copy of the above and foregoing was forwarded to all non-registered counsel of record in accordance with the Federal Rules of Civil Procedure to all registered counsel of record by electronic service through the court's ECF system in compliance with Federal Rule of Civil Procedure 5(b)(2)(E) and 5(b)(3).

_Randy Howry_
_____
Randy Howry

3