# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **OLLIE GREENE**, *et al.*, | § § § | |
| Plaintiffs | § § | |
| v. | § § | CAUSE NUMBER: 3:11-cv-0207-N |
| **TOYOTA MOTOR CORPORATION,** *et al.*, | § § § | |
| Defendants. | § | |

## APPENDIX IN SUPPORT OF THE TOYOTA DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT KEITH FRIEDMAN

TO THE HONORABLE COURT:

COME NOW, Defendants Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A., Inc. (collectively "the Toyota Defendants") and would respectfully show the Court as follows:

| EXHIBIT | DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| Exhibit A | Deposition of Dr. Joseph Burton | App. 1-9 |
| Exhibit B | Expert Report of Dr. Joseph L. Burton | App. 10-11 |

Respectfully submitted,

*/s/ Kurt C. Kern*
**KURT C. KERN**
State Bar No. 11334600
kurt.kern@bowmanandbrooke.com
**DAVID P. STONE**
State Bar No. 19289060
david.stone@bowmanandbrooke.com
**JUDE T. HICKLAND**
State Bar No. 24065416
jude.hickland@bowmanandbrooke.com

**BOWMAN AND BROOKE LLP**
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
(972) 616-1700
(972) 616-1701 (fax)

**ATTORNEYS FOR DEFENDANTS TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., AND TOYOTA MOTOR SALES, U.S.A., INC.**

### CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 21st day of April, 2014.

*/s/ Jude T. Hickland*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

OLLIE GREENE, INDIVIDUALLY,         )
AS THE SURVIVING PARENT             )
OF WYNDELL GREENE, SR.,             )
WILLIAM GREENE, AS THE              )
REPRESENTATIVE OF THE               )
ESTATE OF WYNDELL GREENE,           )
SR., AND MARILYN                    )
BURDETTE-HARDEMAN,                  )
INDIVIDUALLY AND AS THE             )
SURVIVING PARENT OF                 )
LAKEYSHA GREENE,                    )
                                    )
            Plaintiffs,             )
                                    ) CIVIL ACTION FILE
      vs.                           )
                                    ) NO: 3-11CV-0207-N
TOYOTA MOTOR CORPORATION,           )
TOYOTA MOTOR MANUFACTURING          )
NORTH AMERICA, INC., AND            )
TOYOTA MOTOR SALES USA,             )
INC., VOLVO GROUP NORTH             )
AMERICA, INC., VOLVO TRUCKS         )
NORTH AMERICA, A DIVISION           )
OF VOLVO GROUP NORTH                )
AMERICA, INC, STRICK                )
CORPORATION, INC., JOHN             )
FAYARD MOVING & WAREHOUSE,          )
LLC AND DOLPHIN LINE, INC.,         )
                                    )
            Defendants.             )


VIDEOTAPED DEPOSITION OF JOSEPH L. BURTON, M.D.

ALPHARETTA, GEORGIA

THURSDAY, JANUARY 30, 2014

1       January 30, 2014

2         9:58 a.m.

3

4

5

6     Videotaped deposition of

7  JOSEPH L. BURTON, M.D., held at the offices

8  of Burton & Associates, 13784 Highway 9,

9  Alpharetta, Georgia before

10 Tanya L. Verhoven-Page, Certified Court

11 Reporter and Notary Public of the State of

12 Georgia.

```
 1                APPEARANCES OF COUNSEL
 2
    On behalf of the Plaintiffs:
 3
         AUBREY "NICK" PITTMAN, ESQ.
 4       The Pittman Law Firm, P.C.
         100 Crescent Court
 5       Suite 700
         Dallas, Texas 75201
 6       (214) 459-3454

 7       DARYL K. WASHINGTON, ESQ.
         The Law Offices of Daryl K. Washington, P.C.
 8       325 St. Paul Street
         Suite 1975
 9       Dallas, Texas 75201
         (214) 880-4883
10       (214) 880-4885
         e-mail: dwashington@dwashlawfirm.com
11
12
13  On behalf of Toyota Motor Corporation:

14       KURT C. KERN, ESQ.
         Bowman and Brooke, LLP
15       2501 N. Harwood Street
         Suite 1700
16       Dallas, Texas 75201
         (972) 616-1700
17       (972) 616-1701
         e-mail: kurt.kern@bowmanandbrooke.com
18
19
20  On behalf of Volvo Group North America, Inc.:

21       RANDY HOWRY, ESQ.
         Howry, Breen & Herman, LLP
22       1900 Pearl Street
         Austin, Texas 78705-5408
23       (512) 474-7300
         (512) 474-8557
24       e-mail: rhowry@howrybreen.com
25
```

```
 1              APPEARANCES OF COUNSEL
 2
    On behalf of Dolphin Lines, Inc.:
 3
          JOHN S. KENEFICK, ESQ.
 4        MacDonald Devin, P.C.
          3800 Renaissance Tower
 5        1201 Elm Street
          Dallas, Texas 75270
 6        (214) 744-3300
          (214) 747-0942
 7        e-mail: jkenefick@macdonalddevin.com
 8
 9
10  On behalf of Strick Corporation, Inc.:
11        DONALD H. DAWSON, JR., ESQ.
          (By Telephone)
12        Dawson & Clark, P.C.
          243 W. Congress Street
13        600 Marquette Building
          Detroit, Michigan 48226
14        (313) 256-8900
          (313) 256-8913
15
          S. TODD PARKS, ESQ.
16        (By Telephone)
          Walters, Balido & Crain, LLP
17        900 Jackson Street
          Suite 600
18        Dallas, Texas 75202
          (214) 749-4805
19        (214) 760-1670
20
21
22
23
24
25
```

```
 1  encountered, yes.
 2      Q    Now, I have shown you in the past the
 3  actual report authored by the air force and the
 4  interview with Captain Bedding after this event, have
 5  I not?
 6           MR. PITTMAN:  Objection.  Form.
 7           THE WITNESS:  I don't know if
 8      you've shown it to me, but it's my Human
 9      Tolerance bibliography, that report.
10      Whether I got it from you or some other
11      source I don't honestly know or remember.
12  BY MR. DAWSON:
13      Q    All right.  Do you remember that the
14  medical staff and the conclusions in that report
15  stated that Captain Bedding would have more likely
16  than not died had he not had immediate medical help
17  on the scene?
18           MR. PITTMAN:  Objection.  Form.
19           THE WITNESS:  It did say that, yes.
20  BY MR. DAWSON:
21      Q    Thank you.
22           Now, AO dislocations are associated with
23  instantaneous loss of consciousness, are they not?
24      A    Many times.  Very frequently, yes.
25      Q    And so do you know whether or not
```

```
 1              E R R A T A   S H E E T
 2
 3        Pursuant to Rule 30 (7) (e) of the Federal Rules
 4   of Civil Procedure and/or Georgia Code Annotated
 5   81A-130 (B) (6) (e), any changes in form or substance
 6   which you desire to make to your deposition testimony
 7   shall be entered upon the deposition with a statement
 8   of the reasons given for making them.
 9        To assist you in making any such corrections,
10   please use the form below.  If supplemental or
11   additional pages are necessary, please furnish same
12   and attach them to this errata sheet.
13                        ---
14        I, the undersigned, JOSEPH L. BURTON, M.D., do
15   hereby certify that I have read the foregoing
16   deposition, and that to the best of my knowledge,
17   said deposition is true and accurate (with the
18   exception of the following corrections listed below).
19
20   Page_____ Line_____ should read:_____
21   Reason for change:_____
22   Page_____ Line_____ should read:_____
23   Reason for change:_____
24   Page_____ Line_____ should read:_____
25   Reason for change:_____
```

```
 1  Page_____ Line_____ should read:_____
 2  Reason for change:_____
 3  Page_____ Line_____ should read:_____
 4  Reason for change:_____
 5  Page_____ Line_____ should read:_____
 6  Reason for change:_____
 7  Page_____ Line_____ should read:_____
 8  Reason for change:_____
 9  Page_____ Line_____ should read:_____
10  Reason for change:_____
11  Page_____ Line_____ should read:_____
12  Reason for change:_____
13  Page_____ Line_____ should read:_____
14  Reason for change:_____
15  Page_____ Line_____ should read:_____
16  Reason for change:_____
17
18
19                            _____
                              Signature
20
21
22  _____, Notary Public.
23  This the_____ day of_____, 2014.
24  My Commission Expires:                          TLP
25
```

1                      D I S C L O S U R E

2

3   STATE OF GEORGIA     )   DEPOSITION OF:

4

5   FULTON COUNTY        )   JOSEPH L. BURTON, M.D.

6

7        Pursuant to Article 8.B of the Rules and
    Regulations of the Board of Court Reporting of the
8   Judicial Council of Georgia, I make the following
    disclosure:
9
         I am a Georgia Certified Court Reporter.  I am
10  here as a representative of Merrill Corporation.

11       Merrill Corporation was contacted by the offices
    of Bowman and Brooke, LLP to provide court reporting
12  services for this deposition.  Merrill Corporation
    will not be taking this deposition under any contract
13  that is prohibited by O.C.G.A. 15-14-37 (a) and (b).

14       Merrill Corporation has no contract or agreement
    to provide court reporting services with any party to
15  the case, or any reporter or reporting agency from
    whom a referral might have been made to cover the
16  deposition.

17       Merrill Corporation will charge its usual and
    customary rates to all parties in the case, and a
18  financial discount will not be given to any party in
    this litigation.

19

20

21

22                      _____
                        Tanya L. Verhoven-Page,
23                      Certified Court Reporter,
                        B-1790.
24

25

1          C E R T I F I C A T E
2
3  STATE OF GEORGIA:
4  FULTON COUNTY:
5
6          I hereby certify that the foregoing
7     deposition was reported, as stated in the
8     caption, and the questions and answers
9     thereto were reduced to written page
10    under my direction, that the preceding
11    pages represent a true and correct
12    transcript of the evidence given by said
13    witness.
14         I further certify that I am not of
15    kin or counsel to the parties in the
16    case, am not in the regular employ of
17    counsel for any of said parties, nor am I
18    in any way financially interested in the
19    result of said case.
20         Dated this 11th day of February,
21    2014.
22
23                    _____
                      Tanya L. Verhoven-Page,
24                    Certified Court Reporter,
                      B-1790.
25



# GREENE V. TOYOTA

**Burton & Associates Case No: 12-024**

**Prepared for: Aubrey Pittman**

**Report date: November 20, 2013**

**Report by: Joseph L. Burton, M.D.**

_____
**(Signature line)**

Page 7
12-024
Report

# Section #3:

# Opinions and Support of Opinions

I. **It is my opinion that Lakeysha Greene, Wesleigh Greene and Wyndell Greene, Jr., died as a consequence of traumatic injuries received as a consequence of the collision sequence; most probably sustained in the lateral impact of their vehicle into the rear of the tractor-trailer.**

II. **It is my opinion that Wyndell Greene, the 35-year-old male driver of the Toyota, died as a consequence of the fire and not of traumatic injuries received in the crash sequence.**

   **Detailed autopsies were performed on each occupant at issue and include the following findings:**

1. <u>DALLAS COUNTY M.E. REPORT FOR LAKEYSHA GREENE (POS. #3):</u>

The autopsy of Lakeysha Greene was conducted on May 28, 2010 at 9:30 am at the Southwestern Institute of Forensic Sciences in Dallas, Texas by Lynn Salzberger, M.D., M.E.

The body is received wearing white panties, a pink brazier, and purple t-shirt. The articles of clothing are charred. The body weighs 158 lbs and is 65 inches long.

Evidence of injury: Blunt force injuries and post mortem burns are present.

Lacerations and abrasions are at the frontal hairline. Bulbar hemorrhage is on the right eye. Blood is oozing from the left external auditory canal. The left ear is severely lacerated at the superior aspect of the helix. A gapping laceration is on the left side of the chin/jaw.

Subscapular hemorrhages overly the frontal bone and the right tempoparietal region.

A massive, gapping hinge fracture is present at the base of this skull with associated severe comminution of the middle and posterior cranial fossate. The temporal bones are comminuted. Linear fractures extend through the calvarium. The nasal bone is fractured.

Dense subarachnoid hemorrhage overlies the base and convexities of the brain. No subdural or epidural hemorrhages are present. The temporal and cerebellar loads are lacerated. The pontomedullary junction is lacerated. The pons, cerebellum and temporal poles are contused.