IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-207-N |
| | § | |
| TOYOTA MOTOR CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# **ORDER**

This Order addresses Defendant Strick Trailers, LLC's ("Strick") motion for leave to file a motion for partial summary judgment [Doc. 385]. The deadline for motions for summary judgment was December 10, 2013. *See* Second Am. Scheduling Order, June 19, 2013 [161].[1] "A schedule may be modified only for good cause and with the judge's consent." FED. R. CIV. P. 16(b)(4). The Court finds that Strick has not shown good cause to warrant modification of the schedule to file a third. Accordingly, the Court denies the motion.

---

[1]Though subsequent Scheduling Orders extended the deadlines for expert discovery and expert motions, they did not alter the deadline for motions for summary judgment. *See* Order, Jan. 3, 2014 [331]; Order Setting Trial Date, Jan. 3, 2014 [332].

ORDER – PAGE 1

Signed April 22, 2014.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2