IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the surviving parent of WYNDELL GREENE, SR., WILLIAM GREENE, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE-HARDEMAN, Individually and as the surviving parent of LAKEYSHA GREENE, | § § § § § § § § | CASE NUMBER: 3:11-cv-0207-N |
|       Plaintiffs | § § | |
| V. | § § | |
| TOYOTA MOTOR CORPORATION, TOYOTA MOTOR MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC., VOLVO GROUP NORTH AMERICA, INC., VOLVO TRUCKS NORTH AMERICA, A DIVISION OF VOLVO GROUP NORTH AMERICA, INC., STRICK CORPORATION, INC., JOHN FAYARD MOVING & WAREHOUSE, LLC, and DOLPHIN LINE, INC. | § § § § § § § § § § § § | |
|       Defendants. | § | |

**DEFENDANT STRICK TRAILERS, LLC'S OFFER OF SETTLEMENT**

      Comes now, Defendant, Strick Trailers, LLC, incorrectly referred to as Strick Corporation, Inc. (hereinafter, "Strick"), and files this its Offer of Settlement, and would respectfully show unto the Court as follows:

      Strick extends an offer of settlement in the amount of $335,000.00 (three hundred and thirty five thousand dollars and no cents) in exchange for a full and final release of all claims by all

Plaintiffs against Strick involved in the above-styled case. This offer of settlement will remain open until noon on May 13, 2014, after which time it will expire.

Please note that this offer is pursuant to Chapter 42 of the Texas Civil Practice and Remedies Code. If the above offer is rejected, and the judgment that is ultimately rendered in this case is less than 80% of the above offer, Strick will seek to recover litigation costs from Plaintiffs pursuant to Section 42.004 of the Texas Civil Practice and Remedies Code.

Respectfully submitted:

*/s/ S. Todd Parks*

_____

**S. TODD PARKS**
State Bar No.: 15526520
todd.parks@wbclawfirm.com
**Service of Documents:**
**ParksEDocNotifications@wbclawfirm.com**
**Walters, Balido & Crain, LLP**
10440 North Central Expressway, 15th Floor
Dallas, Texas 75231
214-749-4805
Fax: 214-760-1670

*/s/ Donald H. Dawson, Jr.*

_____

**DONALD H. DAWSON, JR.**
State Bar No.: 05606500
ddawson@dawson-clark.com
**KATHLEEN A. CLARK**
State Bar No.: 00788830
kclark@dawson-clark.com
**Dawson & Clark, P.C.**
243 W. Congress
600 Marquette Building
Detroit, MI 48226
313-256-8900
Fax: 313-256-8913

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing documents has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 8th day of May, 2014.

*/s/ S. Todd Parks*

_____

S. TODD PARKS