IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the Surviving Parent of WYNDELL GREENE, SR., et al., | § § § § § § § § § § § | CASE NO.: 3:11-CV-00207-N |
| Plaintiffs, | | |
| vs. | | JURY TRIAL DEMANDED |
| TOYOTA MOTOR CORPORATION et al., | | |
| Defendants. | | |

### DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S NOTICE OF SECOND SUPPLEMENTAL DISCLOSURES AND SUPPLEMENTAL REPORTS OF WERNER, CHEEK AND TANDY

COMES NOW DEFENDANT VOLVO GROUP NORTH AMERICA, LLC. a/k/a VOLVO TRUCKS NORTH AMERICA, f/k/a VOLVO GROUP NORTH AMERICA, INC. (hereinafter referred to as "VGNA"),and hereby respectfully provides notice to the Court that a copy of Defendants' Second Supplemental Disclosures and Supplemental reports of Stephen Werner, Timothy Cheek, and Kenneth Tandy were served on all attorneys of record pursuant to Federal Rule of Civil Procedure 26(a)(1), on May 23, 2014.

Respectfully submitted,

HOWRY BREEN & HERMAN, LLP.

*/s/ Randy Howry*

---

Randy Howry
State Bar No. 10121690
rhowry@howrybreen.com
John E. Carlson
State Bar No.  00790426
jcarlson@howrybreen.com
1900 Pearl Street
Austin, Texas 78705-5408
(512) 474-7300
(512) 474-8557 FAX

**ATTORNEYS FOR DEFENDANT
VOLVO GROUP NORTH AMERICA, LLC,
a/k/a VOLVO TRUCKS NORTH AMERICA,
f/k/a VOLVO GROUP NORTH AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2014, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure by electronic service through the court's ECF system in compliance with Federal Rules of Civil Procedure 5(b)(2)(E) and 5(b)(3).

*/s/ Randy Howry*

---

Randy Howry