IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the surviving parent of WYNDELL GREENE, SR., WILLIAM GREENE, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE HARDEMAN, Individually and as the surviving parent of LAKEYSHA GREENE, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NUMBER: 3:11-cv-0207-N |
| **Plaintiffs,** | § | |
| v. | §<br>§ | JURY TRIAL DEMANDED |
| TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC., VOLVO GROUP NORTH AMERICA, LLC., VOLVO TRUCKS NORTH AMERICA, A DIVISION OF VOLVO GROUP NORTH AMERICA, LLC., STRICK TRAILERS, LLC, JOHN FAYARD MOVING & WAREHOUSE, LLC, and DOLPHIN LINE, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| **Defendants.** | §<br>§ | |

| PRESIDING JUDGE<br>Hon. David Godbey | PLAINTIFF'S ATTORNEYS<br>Aubrey "Nick" Pittman and<br>Daryl K. Washington | DEFENDANTS'<br>ATTORNEYS: |
|---|---|---|
| TRIAL DATE(S): | COURTROOM CLERK: | COURT REPORTER: |

## PLANITIFFS' EXHIBIT LIST

| PLF.<br>NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 1. | Photo of Lakeysha Greene laying in the roadway | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 2. | Photo of Toyota SUV burning at accident site | | | | |
| 3. | Kaufman County Records Affidavit of 9-1-1 calls | | | | |
| 4. | Photo of Greene child charred remains | | | | |
| 5. | Photo2 of Greene child charred remains | | | | |
| 6. | Photo of wreckage and blood on roadway | | | | |
| 7. | Photo of charred remains being removed from Toyota 4Runner | | | | |
| 8. | Photo of rear of Toyota 4Runner at accident site | | | | |
| 9. | Photo of side of Toyota 4Runner at accident site | | | | |
| 10. | Photo of rear of Dolphin-Strick trailer at accident site | | | | |
| 11. | Photo of ICC Rear Impact Guard laying in roadway | | | | |
| 12. | Photo2 of ICC Rear Impact Guard laying in roadway | | | | |
| 13. | Intentionally Omitted | | | | |
| 14. | Photo of mud-flap on Dolphin Trailer at accident site | | | | |
| 15. | Close-up of photo2 of mud-flap on Dolphin Trailer at accident site | | | | |
| 16. | Photo of the Volvo tractor's front grill at accident site | | | | |
| 17. | Photo of front of Volvo truck at accident site | | | | |
| 18. | Intentionally Omitted | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 19. | Intentionally Omitted | | | | |
| 20. | Intentionally Omitted | | | | |
| 21. | Invoice for Repair of ICC bar by Gulf City Body and Trailer Works, Inc. | | | | |
| 22. | Quotation for Repair of ICC bar by Gulf City Body and Trailer Works, Inc. | | | | |
| 23. | Photo of rear of Strick Trailer after repair by Gulf City Body and Trailer Works, Inc. | | | | |
| 24. | Intentionally Omitted | | | | |
| 25. | Intentionally Omitted | | | | |
| 26. | Accident Report dated June 1, 2010, from Daniel Sprinkle of May 28, 2010, accident | | | | |
| 27. | Photos of rear of Strick trailer after accident - taken by John Fayard Moving | | | | |
| 28. | Fayard's Net Worth [**CONFIDENTIAL**] | | | | |
| 29. | April 6, 2010 Dolphin Repair Order | | | | |
| 30. | List of Trailers owned by Dolphin | | | | |
| 31. | Exemplar of Dolphin Broker Carrier Agreement, such as the one with Fayard Moving and Warehouse | | | | |
| 32. | Delivery receipt from RC Trailers for delivery of Strick Trailers to Dolphin | | | | |
| 33. | Financial statements of Dolphin Line Inc. [**CONFIDENTIAL**] | | | | |
| 34. | July 10, 2007 Dolphin Repair Order | | | | |
| 35. | February 29, 2008 Dolphin Repair Order | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 36. | July 2, 2008 Dolphin Repair Order | | | | |
| 37. | April 6, 2010 Dolphin Repair Order | | | | |
| 38. | Intentionally Omitted | | | | |
| 39. | Email from Todd Parks with deposition subjects for Strick designees and notification of production of exemplar trailer | | | | |
| 40. | Strick Invoice dated February 10, 2003 with RC Trailers | | | | |
| 41. | Strick Invoice with RC Trailers, signed by all | | | | |
| 42. | Strick Sales Order Specifications for RC Trailers Order | | | | |
| 43. | Press Release from Insurance Institute for Highway Safety – *Underride guards on big rigs fail in crashes; Institute petitions government for new standard* | | | | |
| 44. | Letter to NHTSA from Insurance Institute for Highway Safety re: petitioning the government for new standard for underride guards | | | | |
| 45. | *Underride Crashes*: Status Report from Insurance Institute for Highway Safety | | | | |
| 46. | April 14, 1993, memo from NHTSA regarding Rear Impact guards | | | | |
| 47. | Email among Strick officers regarding the Torcominian Patent's Underride Guard | | | | |
| 48. | Strick Trailer Care and Maintenance Manual | | | | |
| 49. | Strick Trailer Care and Maintenance Manual - Updated Dec 2011 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 50. | Strick's Manufacturer's Certification Label | | | | |
| 51. | Strick flyer – acknowledging that aftermarket and parts distributor is New Life Transport Parts Center | | | | |
| 52. | Strick's Dealers Names and Locations | | | | |
| 53. | Strick's Parts Nomenclature from New Life Transport Center | | | | |
| 54. | ICC Complete Assembly Orders | | | | |
| 55. | Strick Letter dated June 19, 1998 to customers to retrofit guards to new standards | | | | |
| 56. | Cost Bill of Materials for Rear of Strick Trailer | | | | |
| 57. | Photo1 taken May 14, 2012 of Strick Trailer manufactured under Canadian Standards | | | | |
| 58. | Photo2 taken May 14, 2012 of Strick Trailer manufactured under Canadian Standards | | | | |
| 59. | Photo3 taken May 14, 2012 of Strick Trailer manufactured under Canadian Standards | | | | |
| 60. | Strick diagram showing an ICC guard with rounded end | | | | |
| 61. | Canadian Motor Vehicle 223 Standards effective 2005 | | | | |
| 62. | List of Underride cases in which Strick has been involved | | | | |
| 63. | Strick Record Retention Policy | | | | |
| 64. | April 6, 2012 Supplemental Discovery Request to Strick | | | | |
| 65. | Strick Balance Sheet [**CONFIDENTIAL**] | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 66. | Canadian Motor Vehicle 223 Test Methods dated 2003 | | | | |
| 67. | Strick 1995 Rear Impact Guard Testing Report | | | | |
| 68. | Karco Testing Report for Strick Trailers submitted to NHTSA 1999 | | | | |
| 69. | Texas Peace Officer's Report prepared by Trooper Barkley | | | | |
| 70. | Excerpt from Texas Peace Officer's Report prepared by Trooper Clint Baughman | | | | |
| 71. | Excerpt2 from Texas Peace Officer's Report prepared by Trooper Clint Baughman | | | | |
| 72. | Annual Vehicle Inspection Report for Dolphin Tractor | | | | |
| 73. | Crash Investigation Report from Texas Peace Officer's Report prepared by Trooper Clint Baughman regarding John Fayard Moving & Storage | | | | |
| 74. | Supplemental Investigation report with information obtained from Trooper Barclay | | | | |
| 75. | Intentionally Omitted | | | | |
| 76. | Intentionally Omitted | | | | |
| 77. | Volvo's document retention policy | | | | |
| 78. | IIHS Status Report dated April 17, 2008 re: Crash Avoidance Technologies | | | | |
| 79. | May 10, 2000 Cooperative Agreement between Volvo and U.S. Dep't of Transportation re 3 year 100 vehicles Intelligent Vehicle Initiative Field Operational Test | | | | |

6

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 80. | Preliminary Studies in Haptic Displays for Rear-End Collision Avoidance System et al | | | | |
| 81. | Volvo Trucks Field Operational Test - Evaluation of Advanced Safety Systems for Heavy Trucks, prepared by Volvo, DOT, and others | | | | |
| 82. | National Transportation Safety Board Special Investigative Report - Prevention of Rear end collisions | | | | |
| 83. | National Transportation Safety Board's Most Wanted List - Mandate Motor Vehicle Collision Avoidance Technologies | | | | |
| 84. | National Transportation Safety Board's investigation of Truck-Tractor Semitrailer Rear-end Collision into Passenger Vehicles on Interstate 44 Near Miami, Oklahoma June 26, 2009 | | | | |
| 85. | Diagram of various Volvo Entities | | | | |
| 86. | Volvo Safety Milestones from Volvo Website | | | | |
| 87. | Volvo Truck Build Record for Volvo Truck involved in Greene crash | | | | |
| 88. | Diagram of Collision Warning Detection Technology and Effective Distances | | | | |
| 89. | Vorad Collision Warning System Service Manual | | | | |
| 90. | Eaton Vorad Installation Guide | | | | |
| 91. | Volvo 3P Purchasing | | | | |
| 92. | Press Release - Volvo Trucks introduces Collision Warning with Emergency Brake | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 93. | NHTSA's Vehicle Compatibility Research Program | | | | |
| 94. | Diagram of Volvo testing setup (offset wall) | | | | |
| 95. | Volvo truck prepared for  testing setup | | | | |
| 96. | Photo of Volvo truck ready for testing (front view) | | | | |
| 97. | Photo of Volvo truck ready for testing approaching wall (side view) | | | | |
| 98. | Photo of Volvo truck during crash testing (overhead view) | | | | |
| 99. | Photo of Volvo truck during crash testing (driver's side view) | | | | |
| 100. | Photo2 of Volvo truck during crash testing (driver's side view) | | | | |
| 101. | Drawing of Volvo Model VNL Truck Hood | | | | |
| 102. | Diagram of engineering drawing of hood of Volvo truck | | | | |
| 103. | Brochure of Volvo VN 630 Specifications, Options and Engines | | | | |
| 104. | Invoice for Volvo Truck involved in collision listing specifications and options | | | | |
| 105. | Photo of Volvo truck at accident site (passenger side view) | | | | |
| 106. | Photo of Volvo truck at accident site (front end view) | | | | |
| 107. | Photo of Volvo truck at accident site (showing front end and grill) | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 108. | Press Release in 2003 re Volvo Trucks in the Forefront Protecting Cars in Truck Accidents (discussing FUPS) | | | | |
| 109. | Content on Volvo Website regarding use of Front Under-run Protection System (FUPS) in United Arab Emirates | | | | |
| 110. | Content on Volvo Website regarding use of Front Under-run Protection System (FUPS) in Great Britain and Ireland | | | | |
| 111. | Content on Volvo Website regarding use of Front Under-run Protection System (FUPS) in Australia | | | | |
| 112. | Photo of remaining parts of Volvo tractor bumper taken at inspection | | | | |
| 113. | Volvo's listing of finite element modeling projects from Volvo's counsel | | | | |
| 114. | Chassis layout diagram for Volvo Truck | | | | |
| 115. | Volvo Information Bulletin of different VN model truck in the United States | | | | |
| 116. | VORAD 400 Owner's manual | | | | |
| 117. | Article - *First Order Analysis for Automotive Body Structure Design* | | | | |
| 118. | Article - *Application of Crash Simulation to Vehicle Development* | | | | |
| 119. | Passive Safety - Toyota's use of CAE and FEM | | | | |
| 120. | Document Retention Policy for Toyota Motor Corporation | | | | |
| 121. | *The Study of the Frontal Compatibility of Consideration of Interaction and Stiffness* | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 122. | THUMS Total HUman Model for Safety article | | | | |
| 123. | THUMS Total HUman Model for Safety 2011 article | | | | |
| 124. | Simulation of Occupant Motion in Rear Impacts using Human FE Model THUMS | | | | |
| 125. | Intentionally Omitted | | | | |
| 126. | Intentionally Omitted | | | | |
| 127. | Photograph of undercarriage of 2010 Toyota 4Runner prepared for NCAP testing | | | | |
| 128. | Photo of undercarriage of Toyota 4Runner Trail model (from Toyota Brochure) | | | | |
| 129. | Narrative of Fuel System from Toyota 4Runner Brochure | | | | |
| 130. | Narrative and diagram of Fuel Tank components (from Toyota 4Runner Brochure) | | | | |
| 131. | Letter dated March 5, 1993 from Saburo Inui to NHTSA discussing FMVSS 301 and standards for testing tanks | | | | |
| 132. | Narrative and diagram of SRS airbags (from 2010 Toyota Brochure) | | | | |
| 133. | Toyota press release of recall of RAV4 and Highlander vehicles to replace curtain shield airbag sensor assembly | | | | |
| 134. | Toyota press release of recall of 2011 RAV4 vehicles to replace curtain shield airbag initiator assembly | | | | |
| 135. | Picture showing the burning Toyota 4Runner | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 136. | Intentionally Omitted | | | | |
| 137. | Toyota Motor Sales' Document Retention Policy | | | | |
| 138. | Toyota 4Runner Ad (*No Intelligent Life Out There*) | | | | |
| 139. | Toyota 4Runner ad (*Rise Above Ordinary*) | | | | |
| 140. | Website advertising of Toyota 4Runner | | | | |
| 141. | September 24, 2009, Press Release announcing launch of 2010 4Runner | | | | |
| 142. | Internet article of Press Release regarding debut of Toyota 4Runner in Dallas | | | | |
| 143. | Sales brochure for 2011 4Runner | | | | |
| 144. | Sales brochure for 2010 4Runner | | | | |
| 145. | Toyota Pocket Source Brochure for 2010 4Runner | | | | |
| 146. | Intentionally Omitted | | | | |
| 147. | Copy of Toyota advertisement (spending a million dollars per hour) | | | | |
| 148. | Toyota 4Runner ad (Star Safety) | | | | |
| 149. | Toyota 2010 Organizational Chart | | | | |
| 150. | Toyota Press Release of recall of selected Lexus models | | | | |
| 151. | Toyota Press Release of recall of 4Runners and other vehicle in Southeast Region for Seat Occupant Sensing System | | | | |
| 152. | Toyota Press Release of recall of certain vehicles for passenger airbag inflator problems | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 153. | Manufacturers Motor Vehicle Specifications for 2010 4Runner | | | | |
| 154. | Toyota 4Runner Owners Warranty Rights Notification | | | | |
| 155. | Main Vehicle Inquiry showing logistics and building of the Greene 4Runner | | | | |
| 156. | Service Serial Master Inquiry for Greene 4Runner | | | | |
| 157. | Texas Dept. of Motor Vehicle history for the Greene 4Runner | | | | |
| 158. | Monroney Label (Sticker Label) for Greene 4Runner | | | | |
| 159. | Toyota Organizational Chart for 2013 | | | | |
| 160. | Mills Accident Report | | | | |
| 161. | Diab Accident Report | | | | |
| 162. | Baker Accident Report | | | | |
| 163. | Puga Accident Report | | | | |
| 164. | Schiller Accident Report | | | | |
| 165. | Snelgrove Accident Report | | | | |
| 166. | Photo of accident site (Exhibit 1 from Brian Thompson Deposition) | | | | |
| 167. | Recall letter from NHTSA dated June 25, 2010 of 2010 Lexus HS for noncompliance with FMVSS 301 | | | | |
| 168. | Toyota's July 27, 2010 letter to NHTSA responding to recall notice re 2010 Lexus HS for noncompliance with FMVSS 301 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 169. | Scale diagram of accident scene received from Texas Highway Patrol Division | | | | |
| 170. | Information regarding Stop-Sale Order on Toyota Automobiles from U.S., Canada over Flammable Seat Fabric | | | | |
| 171. | Intentionally Omitted | | | | |
| 172. | Intentionally Omitted | | | | |
| 173. | Intentionally Omitted | | | | |
| 174. | NHTSA Publication - Traffic Safety Facts 2006 Data (bates no. GREENE_006711-15) | | | | |
| 175. | Toyota Press Release confirming more than 2.2 million vehicles sold in U.S. in 2008. | | | | |
| 176. | Announcement:  Toyota Launches New Product Leadership Campaign with its agency Saatchi & Saatchi. | | | | |
| 177. | Ad with mom holding a baby - No matter who you are or what you drive, everyone deserves to be safe | | | | |
| 178. | Ad from front page of Yahoo, shown nationwide, depicting a woman holding a baby and figures of a family of four and the slogan "Everyone deserves safety." | | | | |
| 179. | Ad depicting minorities standing behind Toyota's "everyone deserves to be safe" claim. | | | | |
| 180. | National ad portraying actor (or employee) who is represented to be a female Automotive Engineer with Toyota. | | | | |
| 181. | National ad portraying actor (or employee) who is represented to be a minority male Automotive Engineer at Toyota. | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 182. | National ad portraying actor (or employee) who is represented to be the Chief Engineer at Toyota. | | | | |
| 183. | National ad alleging that Toyota has set up "Smart Teams," comprising "200 highly trained engineers and technical experts. | | | | |
| 184. | National ad alleging that Toyota has set up "Smart Teams," includes an endorsement from Toyota's "Chief Quality Officer," | | | | |
| 185. | Toyota T.V. ad depicting a couple, and announcing that Toyota is recognized for being safe. | | | | |
| 186. | Toyota T.V. ad depicting small children, and announcing that Toyota is recognized for being safe. | | | | |
| 187. | Toyota T.V. ad depicting a family of four, and announcing that Toyota is recognized for being safe. | | | | |
| 188. | Toyota T.V. ad depicting an African-American family with kids, and announcing that Toyota is recognized for being safe. | | | | |
| 189. | Toyota T.V. ad with a tagline announcing that Toyota is recognized for being safe. | | | | |
| 190. | Toyota T.V. ad with a tagline announcing that "no other brand has won more (safety awards)." | | | | |
| 191. | National ad - spending $1 million an hour on safety is displayed prominently on the commercial. | | | | |
| 192. | Rollover Ratings for Midsize SUV's prepared by Insurance Institute for Highway Safety, Highway Loss Data Institute. | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 193. | February 24, 2010, testimony of Toyota's CEO, Akio Toyoda, before the U.S. House Committee on Oversight and Government Reform. | | | | |
| 194. | February 9, 2010 Op-Ed in the Washington Post written by Toyota's CEO, Akio Toyoda. | | | | |
| 195. | Press Release:  Toyota paid $1.6 billion to settle claims related to certain recalls. | | | | |
| 196. | Press release: Toyota paid a record $16.4 million fine to the U.S. government for failing to quickly report safety problems. | | | | |
| 197. | Toyota recall in 2010 of thousands of the 2010 Lexus HS 250h due to deadly fuel leaks after collisions | | | | |
| 198. | Toyota recall of the Lexus GS, IS 250 and IS 350 models in the United States due to potential cracks in fuel pipes. | | | | |
| 199. | Toyota recall of 2009-2012 4Runners, Sequoias, and other vehicles because Toyota failed to test the passenger seat occupant sensing system calibration. | | | | |
| 200. | Toyota recall of hundreds of thousands of RAV4 and Highlander SUVs due to defective curtain shield airbags. | | | | |
| 201. | Toyota recall of more RAV4 and Highlander SUV models for defective side curtain shield airbags. | | | | |
| 202. | Toyota recalls Corolla, Sequoia, Tundra vehicles for defective airbag inflators. | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 203. | Toyota press releases confirming that Toyota has had over thirty-five (35) recalls over the last 2-3 years on all of its models for various safety issues. | | | | |
| 204. | Toyota ad depicting that the 4Runner is used off-road. | | | | |
| 205. | Toyota ad depicting the 4Runner being used for racing. | | | | |
| 206. | Toyota ad - 4Runner has maximum ground clearance. | | | | |
| 207. | Toyota ad of the undercarriage of 2010 Toyota 4Runner 4x4 version - bates SSTSUB13-00166 | | | | |
| 208. | Toyota d stating that the 4Runner can "take on any road to anywhere." | | | | |
| 209. | Toyota advertised the 4Runner as "one of the most trustworthy vehicles on the road." | | | | |
| 210. | 2010 article noting that Toyota's safety campaign was being blitzed all over the country on virtually every network. | | | | |
| 211. | Advertisement for Toyota 4Runner -"take daily nonstop to the middle of nowhere…then return home to tell us about it thanks to the Star Safety System." | | | | |
| 212. | Official Justice Department Press Release Announcing Criminal Charge Against Toyota Motor Corporation and Deferred Prosecution Agreement with $1.2 Billion Financial Penalty | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 213. | Official Justice Department Deferred Prosecution Agreement regarding Criminal Charge Against Toyota Motor Corporation and Deferred Prosecution Agreement with $1.2 Billion Financial Penalty | | | | |
| 214. | Official Justice Department Statement of Facts regarding Criminal Charge Against Toyota Motor Corporation and Deferred Prosecution Agreement with $1.2 Billion Financial Penalty | | | | |
| 215. | Toyota Automotive Safety Manual – Bates number 86845-86892 | | | | |
| 216. | Slideshow presentation (first 10 pages) – http://www.sc.toyotafinancial.com/web/tfs/pub /contents/investorRelations/Investor%20Presen tation%20April%202013.pdf | | | | |
| 217. | Letter dated June 14, 2010 from Toyota Financial Services regarding amount to be paid to Toyota as a result of the loss of the 4Runner | | | | |
| 218. | Toyota's Annual Report (Form 20-F) for 2010, pursuant to Section 13 of the SEC Act of 1934 (bate-numbers 847962-848163) | | | | |
| 219. | Volvo ad - Taking truck safety seriously | | | | |
| 220. | Volvo ad - At the forefront of traffic safety | | | | |
| 221. | Volvo ad – Safety is Paramount | | | | |
| 222. | Volvo drivers participate in major safety study | | | | |
| 223. | Volvo Manual – *Nobody Builds Safer Trucks* | | | | |
| 224. | Volvo Brochure - *world's leader in collision avoidance* | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
| --- | --- | --- | --- | --- | --- |
| | | | | ADMIT | N/ADM |
| 225. | NHTSA letter dated July 5, 2013 regarding Volvo recall campaign for 2007 VN truck for braking defect | | | | |
| 226. | Volvo's official owner notification of the recall of the 2007 VN truck for braking defect | | | | |
| 227. | List of NHTSA's 38 recalls of the Volvo VNL Truck due to hazards with various components | | | | |
| 228. | Volvo to pay $1.6 million fine to the government for delayed reporting of recalls | | | | |
| 229. | NHTSA's 2012 Vehicle Recalls by Manufacturer | | | | |
| 230. | Website printout of Volvo's use of front underride protection on Volvo trucks in Europe | | | | |
| 231. | Volvo ad - Safety is not an option.  It is the standard | | | | |
| 232. | "FUPS for Conventional Truck"- VGNA_007513 | | | | |
| 233. | Volvo Executive Summary Report of results with Vorad on 100 trucks for 36 million miles 2001-2004 | | | | |
| 234. | Federal Motor Carrier Safety Administration article showing available collision warning systems | | | | |
| 235. | Cooperative agreement dated May 10, 2000, between Volvo Trucks and U.S. Dept. of Transportation regarding Intelligent Vehicle Initiative [Cheek Depo Ex. 7] | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 236. | Volvo Trucks Field Operational Test: Evaluation of Advanced Safety Systems for Heavy Trucks, Bates VGNA_000815-825. [Cheek Depo Ex. 8] | | | | |
| 237. | U.S. Department of Transportation Federal Motor Carrier Safety Administration description of Collision Mitigation Systems [Cheek Depo Ex. 12] | | | | |
| 238. | Installation guide for Eaton VORAD, VOIG-0035, April 23 2005, Bates GREENE_006507-536.  [Cheek Depo Ex. 13] | | | | |
| 239. | Accident Analysis and Prevention journal article, Crash avoidance potential of four large truck technologies, Bates VGNA 006612-6620.  [Cheek Depo Ex. 14] | | | | |
| 240. | Highway Loss Data Institute Bulletin April 2012, Volvo collision avoidance features, initial results. [Cheek Depo Ex. 15] | | | | |
| 241. | National Transportation Safety Board's Most Wanted List - Mandate Motor Vehicle Collision Avoidance Technologies.  [Cheek Depo Ex. 16] | | | | |
| 242. | Website showing location of Volvo Trucks | | | | |
| 243. | Volvo's statement of Net Worth [CONFIDENTIAL] | | | | |
| 244. | Photo of rear of Dolphin-Strick trailer - GREENE_002101 | | | | |
| 245. | Photo of underside of Dolphin-Strick trailer - GREENE_002238 | | | | |
| 246. | Information from Strick's membership group and NHTSA regarding potential costs and benefits of underride guards | | | | |

19

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 247. | Strick Trailer's February 2, 1998 Testing Report for "16" Weld-on Bumper Gusset" | | | | |
| 248. | Department of Public Safety Photos (bates no. Toyota 00007-00080) | | | | |
| 249. | WFAA News scene photograph (bates no. Toyota_00131) | | | | |
| 250. | Autopsy of Lakeysha Greene | | | | |
| 251. | Autopsy of Wyndell Greene, Sr. | | | | |
| 252. | Recording of Kaufman County 9-1-1 call: 025_2010_05_28_182454699 (confirmed by Plaintiffs' Ex. 3) | | | | |
| 253. | Recording of Kaufman County 9-1-1 call: 022_2010_05_28_182454261(confirmed by Plaintiffs' Ex. 3) | | | | |
| 254. | Recording of Kaufman County 9-1-1 call: 005_2010_05_28_183041417(confirmed by Plaintiffs' Ex. 3) | | | | |
| 255. | Recording of Kaufman County 9-1-1 call DISPATCHING Elmo Fire and Rescue: 023_2010_05_28_182733167(confirmed by Plaintiffs' Ex. 3) | | | | |
| 256. | Affidavit of Texas Department of Transportation Crash Report | | | | |
| 257. | Affidavit of Billing of Reasonable and Necessary Medical Expenses from UT Southwestern Medical Center (bates no. GREENE_006442-006467) | | | | |
| 258. | Medical Examiner's tagged photographs of Wyndell Greene, Sr. (with private parts redacted) (bates no. GREENE_006468-006470) | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 259. | Medical Expenses from Air Evac Lifeteam to transport Wyndell Greene, Sr. on May 28, 2010 | | | | |
| 260. | Affidavit of medical records from Air Evac Lifeteam for Wyndell Greene, Sr. on May 28, 2010 (bates no. GREENE_000125-000137) | | | | |
| 261. | Medical Expenses from Centennial Medical Center | | | | |
| 262. | Photos at accident site (bates no. GREENE_000400-000407) | | | | |
| 263. | Dairy entries in Caring Bridge journal (bates no. GREENE_000432-000453) | | | | |
| 264. | Affidavit of Billing of Reasonable and Necessary Medical Expenses from Parkland Hospital (bates no. GREENE_002820-003115) | | | | |
| 265. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 1 of 8) | | | | |
| 266. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 2 of 8) | | | | |
| 267. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 3 of 8) | | | | |
| 268. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 4 of 8) | | | | |
| 269. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 5 of 8) | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 270. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 6 of 8) | | | | |
| 271. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 7 of 8) | | | | |
| 272. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 8 of 8) | | | | |
| 273. | Summary of Wyndell Greene medical expenses paid by Meridian Resource on behalf of Lakeysha Greene | | | | |
| 274. | ETMC EMS Patient Care Records for Wyndell Greene on May 28, 2010 | | | | |
| 275. | Dairy entries in Caring Bridge journal (bates no. GREENE_002494-002726) | | | | |
| 276. | Lakeysha and Wyndell Greene wedding photo | | | | |
| 277. | Photo of Wesleigh Greene at birth | | | | |
| 278. | Photo of Wesleigh Greene with her father as he works | | | | |
| 279. | Photo of Wesleigh Greene at 1st birthday party | | | | |
| 280. | Photo of Wyndell Greene, Sr. teaching Wesleigh to swim | | | | |
| 281. | Wesleigh Greene's writings and drawings to her mother | | | | |
| 282. | Wesleigh Greene's writings and drawings to her mother and father | | | | |
| 283. | Wyndell Greene, Sr. and Wesleigh Greene at Daughter-Daddy dance | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 284. | Photo of Wesleigh Greene dressed for birthday party | | | | |
| 285. | Photo of Wyndell Greene, II at childbirth | | | | |
| 286. | Photo of Wyndell "Kyle" Greene, II | | | | |
| 287. | Photo of Wesleigh Greene | | | | |
| 288. | Photo of Wesleigh and Kyle Greene | | | | |
| 289. | Short video of Wesleigh Greene | | | | |
| 290. | Short video of Wyndell Kyle Greene, II | | | | |
| 291. | Greene Family Photo | | | | |
| 292. | Photo of Wesleigh Greene and teacher | | | | |
| 293. | Wesleigh Greene and classmates | | | | |
| 294. | Greene Family Photo | | | | |
| 295. | Greene Family Photo | | | | |
| 296. | Photo of Mrs. Marilyn Hardeman and grandkids | | | | |
| 297. | Photo of Mrs. Ollie Greene and Wesleigh | | | | |
| 298. | Memorial Service video for Lakeysha, Wesleigh, and Wyndell Greene, II (bates no. GREENE_006435) | | | | |
| 299. | Printed Memorial Service Program for Lakeysha, Wesleigh, and Wyndell Greene, II | | | | |
| 300. | Video portrait of the Greene family (bates no. GREENE_006716) | | | | |
| 301. | Video of balloon send-off for Wesleigh Greene from classmates (bates no. GREENE_000455) | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 302. | Funeral expenses for Lakeysha, Wesleigh, and Kyle funeral | | | | |
| 303. | Photo of gravestone for Lakeysha, Kyle and Wesleigh Greene | | | | |
| 304. | Wyndell Greene's funeral program | | | | |
| 305. | Video 1 of interior and exterior of the Greene residence | | | | |
| 306. | Video 2 of interior and exterior of the Greene residence | | | | |
| 307. | Timeline of critical dates | | | | |
| 308. | Dr. Darrell Henderson's Expert Report | | | | |
| 309. | Curriculum Vitae and testimony list for Dr. Darrell Henderson | | | | |
| 310. | Photo1 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | | | | |
| 311. | Photo2 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | | | | |
| 312. | Photo3 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | | | | |
| 313. | Photo4 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | | | | |
| 314. | Photo5 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | | | | |
| 315. | Photo6 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | | | | |
| 316. | Photo7 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 317. | Photo8 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | | | | |
| 318. | Photo9 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | | | | |
| 319. | Skin and Burn Illustrations_0001 | | | | |
| 320. | Skin and Burn Illustrations_0002 | | | | |
| 321. | Skin and Burn Illustrations_0003 | | | | |
| 322. | Skin and Burn Illustrations_0004 | | | | |
| 323. | Intentionally Omitted | | | | |
| 324. | Intentionally Omitted | | | | |
| 325. | Expert report of Dr. Trudi Zaplac | | | | |
| 326. | Curriculum Vitae of Dr. Trudi Zaplac | | | | |
| 327. | Expert report of Dr. Stan Smith | | | | |
| 328. | Curriculum Vitae of Dr. Stan Smith and list of cases | | | | |
| 329. | Wyndell and Lakeysha Greene Tax Returns 2005-2010 | | | | |
| 330. | Wyndell Greene payroll records - ACCENTURE, LLP EMPLOYMENT AND PAYROLL RECORDS VOL. 1 OF 2 | | | | |
| 331. | Wyndell Greene payroll records - ACCENTURE, LLP EMPLOYMENT AND PAYROLL RECORDS VOL. 2 OF 2 | | | | |
| 332. | Wyndell Greene payroll records - Merrill Lynch | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 333. | Lakeysha Greene payroll records – Accenture, Vol 1 of 3 | | | | |
| 334. | Lakeysha Greene payroll records – Accenture, Vol 2 of 3 | | | | |
| 335. | Lakeysha Greene payroll records – Accenture, Vol 3 of 3 | | | | |
| 336. | Lakeysha Greene payroll records - PepsiCo | | | | |
| 337. | Expert report of Jeff Vick | | | | |
| 338. | Curriculum Vitae of Jeff Vick | | | | |
| 339. | On-Site Photo DSC07094 | | | | |
| 340. | On-Site Photo DSC07096 | | | | |
| 341. | On-Site Photos DSC07102 and DSC07123 | | | | |
| 342. | On-Site Photos DSC07104 and DSC07128 | | | | |
| 343. | On-Site Photo DSC07105 and DSC07129 | | | | |
| 344. | On-Site Photo DSC07106 and DSC 07130 | | | | |
| 345. | On-Site Photo DSC07107 and DSC07136 | | | | |
| 346. | On-Site Photo DSC07111 | | | | |
| 347. | On-Site Photo DSC07114 | | | | |
| 348. | On-Site Photo DSC07116 | | | | |
| 349. | On-Site Photo DSC07118 | | | | |
| 350. | On-Site Photo DSC07122 | | | | |
| 351. | On-Site Aerial Photo MG_6717_4000 | | | | |
| 352. | On-Site Photo of accident fire | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 353. | On-Site Photo1 of vehicles at rest | | | | |
| 354. | On-Site Photo2 of vehicles at rest | | | | |
| 355. | On-Site Photo3 of vehicles at rest | | | | |
| 356. | On-Site Photo4 of vehicles at rest | | | | |
| 357. | On-Site Photo5 of vehicles at rest | | | | |
| 358. | On-Site Photo6 of vehicles at rest | | | | |
| 359. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01038 | | | | |
| 360. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01039 | | | | |
| 361. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01042 | | | | |
| 362. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01043 | | | | |
| 363. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01045 | | | | |
| 364. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01046 | | | | |
| 365. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01047 | | | | |
| 366. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01051 | | | | |
| 367. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01053 | | | | |
| 368. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01055 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 369. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01056 | | | | |
| 370. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01057 | | | | |
| 371. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01059 | | | | |
| 372. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01060 | | | | |
| 373. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01063 | | | | |
| 374. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01064 | | | | |
| 375. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01065 | | | | |
| 376. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01068 | | | | |
| 377. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01069 | | | | |
| 378. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01070 | | | | |
| 379. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01072 | | | | |
| 380. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01073 | | | | |
| 381. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01074 | | | | |
| 382. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01075 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 383. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01076 | | | | |
| 384. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01077 | | | | |
| 385. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01083 | | | | |
| 386. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01084 | | | | |
| 387. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01099 | | | | |
| 388. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01101 | | | | |
| 389. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01102 | | | | |
| 390. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01103 | | | | |
| 391. | Toyota 4Runner Photo DSC06488 | | | | |
| 392. | Toyota 4Runner Photo DSC06489 | | | | |
| 393. | Toyota 4Runner Photo DSC07419 | | | | |
| 394. | Toyota 4Runner Photo DSC07420 | | | | |
| 395. | Toyota 4Runner Photo DSC07421 | | | | |
| 396. | Toyota 4Runner Photo DSC07422 | | | | |
| 397. | Toyota 4Runner Photo DSC07423 | | | | |
| 398. | Toyota 4Runner Photo DSC07424 | | | | |
| 399. | Toyota 4Runner Photo DSC07426 | | | | |
| 400. | Toyota 4Runner Photo DSC07427 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 401. | Toyota 4Runner Photo DSC07428 | | | | |
| 402. | Toyota 4Runner Photo DSC07434 | | | | |
| 403. | Toyota 4Runner Photo DSC07435 | | | | |
| 404. | Toyota 4Runner Photo DSC07436 | | | | |
| 405. | Toyota 4Runner Photo DSC07437 | | | | |
| 406. | Toyota 4Runner Photo DSC07438 | | | | |
| 407. | Toyota 4Runner Photo DSC07456 | | | | |
| 408. | Toyota 4Runner Photo DSC07457 | | | | |
| 409. | Toyota Corolla Photo DSC07468 | | | | |
| 410. | Toyota 4Runner Photo DSC07470 | | | | |
| 411. | Toyota 4Runner Photo DSC07634 | | | | |
| 412. | Toyota Corolla Photo DSC07550 | | | | |
| 413. | Toyota Corolla Photo DSC07551 | | | | |
| 414. | Toyota Corolla Photo DSC07552 | | | | |
| 415. | Toyota Corolla Photo DSC07553 | | | | |
| 416. | Toyota Corolla Photo DSC07554 | | | | |
| 417. | Toyota Corolla Photo DSC07562 | | | | |
| 418. | Toyota Corolla Photo DSC07568 | | | | |
| 419. | Toyota Corolla Photo DSC07583 | | | | |
| 420. | Toyota Corolla Photo DSC07586 | | | | |
| 421. | Toyota Corolla Photo DSC07595 | | | | |
| 422. | Toyota Corolla Photo DSC07597 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 423. | Toyota Corolla Photo DSC07604 | | | | |
| 424. | Toyota Corolla Photo DSC07611 | | | | |
| 425. | Toyota Corolla Photo DSC07655 | | | | |
| 426. | Toyota Corolla Photo DSC07656 | | | | |
| 427. | Toyota Corolla Photo DSC07662 | | | | |
| 428. | Toyota Corolla Photo DSC07663 | | | | |
| 429. | Volvo VN Tractor Photo DSC07261 | | | | |
| 430. | Volvo VN Tractor Photo DSC07263 | | | | |
| 431. | Volvo VN Tractor Photo DSC07264 | | | | |
| 432. | Volvo VN Tractor Photo DSC07266 | | | | |
| 433. | Volvo VN Tractor Photo DSC07357 | | | | |
| 434. | Volvo VN Tractor Photo DSC07358 | | | | |
| 435. | Volvo VN Tractor Photo DSC07360 | | | | |
| 436. | Volvo VN Tractor Photo DSC07381 | | | | |
| 437. | Two photos of Volvo VN tractor at tow yard (bates no. GREENE_006505-06) | | | | |
| 438. | Photo of Fayard Freightliner tractor (bates no. GREENE_001123) | | | | |
| 439. | Photo of Fayard Freightliner tractor (bates no. GREENE_001124) | | | | |
| 440. | Photo of Fayard Freightliner tractor (bates no. GREENE_001213) | | | | |
| 441. | Photo of Fayard Freightliner tractor (bates no. GREENE_001224) | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 442. | Photo of Fayard Freightliner tractor (bates no. GREENE_001226) | | | | |
| 443. | Photo of Fayard Freightliner tractor (bates no. GREENE_001231) | | | | |
| 444. | Photo of Fayard Freightliner tractor (bates no. GREENE_001232) | | | | |
| 445. | Photo of Fayard Freightliner tractor (bates no. GREENE_001233) | | | | |
| 446. | Photo of Fayard Freightliner tractor (bates no. GREENE_001236) | | | | |
| 447. | Photo of Fayard Freightliner tractor (bates no. GREENE_001240) | | | | |
| 448. | Photo of Fayard Freightliner tractor (bates no. GREENE_001242) | | | | |
| 449. | Photo of Fayard Freightliner tractor (bates no. GREENE_001243) | | | | |
| 450. | Photo of Fayard Freightliner tractor (bates no. GREENE_001245) | | | | |
| 451. | Photo of Fayard Freightliner tractor (bates no. GREENE_001246) | | | | |
| 452. | Photo of inspection certification from Fayard Freightliner tractor (bates no. GREENE_001273) | | | | |
| 453. | Photo of inspection certification from Fayard Freightliner tractor (bates no. GREENE_001274) | | | | |
| 454. | VinLink VIN information for Toyota 4Runner | | | | |
| 455. | VinLink VIN information for Toyota Corolla | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 456. | 2006 TOYOTA COROLLA 4 DOOR SEDAN AutoStats | | | | |
| 457. | 2010 TOYOTA 4RUNNER 4 DOOR 4X2 UTILITY AutoStats | | | | |
| 458. | StifCalc Rear Impact Test Summary Report | | | | |
| 459. | StifCalc Rear Impact Test Summary Report- Utility vehicles | | | | |
| 460. | Equations and Calculations from Jeff Vick | | | | |
| 461. | Volvo Point of Perception - diagram | | | | |
| 462. | Volvo Braking Begins - diagram | | | | |
| 463. | Volvo 4 Runner Impact - diagram | | | | |
| 464. | 4 Runner Corolla Impact - diagram | | | | |
| 465. | Volvo 4 Runner Corolla impact - diagram | | | | |
| 466. | 4 Runner Volvo Separation - diagram | | | | |
| 467. | 4 Runner Strick Trailer Impact - diagram | | | | |
| 468. | Strick Trailer Impact - diagram | | | | |
| 469. | Tool Box Impact - diagram | | | | |
| 470. | Vehicle Final Rest Position - diagram | | | | |
| 471. | Texas Dept. of Public Safety - Highway Patrol Officer Measurements | | | | |
| 472. | Friedman Research Expert Report - Toyota | | | | |
| 473. | Friedman Research Expert Report - Volvo | | | | |
| 474. | Friedman Research Expert Report - Strick | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 475. | Friedman Research Expert Report – Fayard and Dolphin | | | | |
| 476. | Curriculum Vitae of Keith Friedman | | | | |
| 477. | Curriculum Vitae of Dr. R. Rhodes Stephenson | | | | |
| 478. | Fire bibliography – marked as Exhibit 6 to Dr. Stephenson deposition | | | | |
| 479. | Supplemental bibliography (marked as Exhibit 7 to Dr. Stephenson's deposition" | | | | |
| 480. | Additional research considered (marked as Exhibit 7 to Dr. Stephenson's deposition) | | | | |
| 481. | Toyota ad directed towards consumers in Mr. Greene's demographic | | | | |
| 482. | The 2010 Toyota 4Runner | | | | |
| 483. | Exemplar of fuel tank from 2010 Toyota 4Runner | | | | |
| 484. | Photo of dislodged underride guard (bates no. GREENE_000903) | | | | |
| 485. | Photo of dislodged underride guard (bates no. GREENE_000904) | | | | |
| 486. | 2010 Toyota 4Runner LF Quarter Panel Comparison between Replacement and Incident Vehicle | | | | |
| 487. | Comparison tank crush -  Photo of end of tank to end of shield | | | | |
| 488. | Greene Fuel tank and rear damage | | | | |
| 489. | photo of bottom of strap | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 490. | photo of fuel tank skid plate | | | | |
| 491. | photo of rear axle | | | | |
| 492. | photo of rear axle bracket and stabilizer link | | | | |
| 493. | photo of measurement of fuel tank distance | | | | |
| 494. | photo of vehicle damage | | | | |
| 495. | Greene v Toyota Roof reinforcement Photos | | | | |
| 496. | photo of rear of Strick trailer | | | | |
| 497. | photo of metal object photographed at scene embedded in tailgate of trailer | | | | |
| 498. | photo of Toyota Part #63104-35010 | | | | |
| 499. | illustration of Toyota Part #63104-35010 | | | | |
| 500. | photo of Toyota Part #63104-35010 | | | | |
| 501. | photo of end pieces from Toyota part #63104-35010 | | | | |
| 502. | Strick Trailer and Toyota 4Runner impact | | | | |
| 503. | illustration of accident vehicle parts | | | | |
| 504. | illustration of accident vehicle parts | | | | |
| 505. | illustration of accident vehicle parts | | | | |
| 506. | illustration of accident vehicle parts | | | | |
| 507. | Photos of underride guard at accident scene | | | | |
| 508. | Photo of Greene vehicle at accident scene | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | **ADMIT** | **N/ADM** |
| 509. | Photos of examples of underride mountings | | | | |
| 510. | Photos of example in use underride guard | | | | |
| 511. | Repair quote of accident trailer arranged by Fayard | | | | |
| 512. | Bates# Dolphin-0320 - Annual Vehicle Inspection Report for Dolphin Line Vehicle dated 5-6-2009 | | | | |
| 513. | Photos of underride guards that Fayard installed on the Strick trailer | | | | |
| 514. | Violations discovered by TXPDS Commercial Vehicle Enforcement (TX10440EAQ01, CD# 0798253, 5/28/2010 | | | | |
| 515. | Documents included with purchase of Strick authorized parts - no instructions | | | | |
| 516. | Photo of Strick part | | | | |
| 517. | Photo of Strick underride guard as received | | | | |
| 518. | Photo of Strick underride guard test | | | | |
| 519. | Underride guard P3 test results | | | | |
| 520. | Photo illustrations of underride guard designs that are welded to cross tube | | | | |
| 521. | Comparison illustrations of underride guards | | | | |
| 522. | Illustration of Strick tested version of underride guard had bolts on the top bracket | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 523. | Document - Strick bill of materials that proves they knew trailer was for Dolphin Line (customer) | | | | |
| 524. | Photos of scratch marks on incident Toyota 4Runner on pavement and partial shield | | | | |
| 525. | Photos of Volvo front end and flexible bumper fascia that fell off | | | | |
| 526. | Figure - Comparison of FMVSS Stopping Distance Requirements from 60 mph | | | | |
| 527. | VGNA_007565 - Load cases | | | | |
| 528. | From Toyota Bates 754674-754682, | | | | |
| 529. | From Toyota Bates 754683-754688 | | | | |
| 530. | From Toyota Bates 754689-754697 | | | | |
| 531. | Passive Safety - Finite Element Modeling | | | | |
| 532. | Toyota partial body | | | | |
| 533. | FE model of Toyota 4Runner | | | | |
| 534. | 2010 vs 2014 Toyota 4Runner rear portion comparison | | | | |
| 535. | Photo of 2010 Toyota 4Runner fuel tank distance to rear axle | | | | |
| 536. | Comparison illustrations 2010 Toyota 4Runner with fuel tank | | | | |
| 537. | Toyota frame, tank, body deformation illustration | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 538. | 2010 Toyota 4Runner fuel tank with labels and test results | | | | |
| 539. | Photo - side view of driver rear frame - incident 2010 Toyota 4Runner | | | | |
| 540. | Photo from Toyota Rav4 | | | | |
| 541. | Alternative design of fuel tank placement | | | | |
| 542. | Alternative frame design and fuel tank placement | | | | |
| 543. | Check valve illustrations | | | | |
| 544. | Illustration of fuel tanks Toyota vehicles - 1994 4Runner, 2008 Rav4, 2008 Sequoia | | | | |
| 545. | Illustration of fuel tank - 2006 Toyota 4Runner | | | | |
| 546. | Test Results and comparison of 2010 Toyota 4Runner with other vehicle fuel system designs | | | | |
| 547. | Exhibit 12 from Keith Friedman Deposition | | | | |
| 548. | Illustrations of leak testing, accident scene information, and vehicle characteristics | | | | |
| 549. | Illustrations related to Strick underride guard | | | | |
| 550. | Illustrations of Toyota fuel system components | | | | |
| 551. | Illustrations of Toyota parts and strick trailer | | | | |
| 552. | Illustrations related to Strick underride guard | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 553. | illustrations of strick Toyota and volvo parts and concepts | | | | |
| 554. | Illustration of strick underride guard | | | | |
| 555. | Illustration of Toyota part and trailer | | | | |
| 556. | illustration of Toyota 4runners | | | | |
| 557. | illustration of Toyota parts | | | | |
| 558. | illustration of frame designs | | | | |
| 559. | Illustration of volvo tractor parts | | | | |
| 560. | Illustration of accident vehicle parts | | | | |
| 561. | Illustration of Toyota shield | | | | |
| 562. | Illustration of fuel tanks | | | | |
| 563. | Illustration of Toyota shield | | | | |
| 564. | Illustration of seat belt usage | | | | |
| 565. | Illustration of accident vehicle damage | | | | |
| 566. | Illustration of accident vehicle damage | | | | |
| 567. | Illustration of accident vehicle damage | | | | |
| 568. | Illustration of accident vehicle damage | | | | |
| 569. | Illustration of accident vehicle damage | | | | |
| 570. | Illustration of accident vehicle damage | | | | |
| 571. | Illustration of Toyota vehicles | | | | |
| 572. | Illustration of fuel tanks | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
| --- | --- | --- | --- | --- | --- |
| | | | | ADMIT | N/ADM |
| 573. | Illustration of vehicle damage and defense analyses/test | | | | |
| 574. | Illustration of vehicle damage | | | | |
| 575. | Illustration of strick underride guards | | | | |
| 576. | Illustration of vehicle damage, scene, parts | | | | |
| 577. | Illustration of Toyota parts | | | | |
| 578. | Illustration of Toyota parts | | | | |
| 579. | Illustration of Toyota parts | | | | |
| 580. | Illustration of Toyota parts | | | | |
| 581. | Illustration of Toyota parts | | | | |
| 582. | Illustration of Toyota parts | | | | |
| 583. | Illustration of Toyota parts | | | | |
| 584. | Illustration of Toyota parts | | | | |
| 585. | Illustration of Toyota parts | | | | |
| 586. | Demonstrative video heavy truck to suv 1 | | | | |
| 587. | Demonstrative video heavy truck to suv 2 | | | | |
| 588. | Demonstrative video heavy truck to suv 3 | | | | |
| 589. | Demonstrative video heavy truck to suv 4 | | | | |
| 590. | Demonstrative video heavy truck to suv 5 | | | | |
| 591. | Demonstrative video heavy truck to suv 6 | | | | |
| 592. | Demonstrative video heavy truck to suv 7 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 593. | Demonstrative video heavy truck to suv 8 | | | | |
| 594. | Demonstrative video heavy truck to suv 9 | | | | |
| 595. | Demonstrative video heavy truck to suv 10 | | | | |
| 596. | Demonstrative video heavy truck to suv 11 | | | | |
| 597. | Demonstrative video heavy truck to suv 12 | | | | |
| 598. | Demonstrative video heavy truck to suv 13 | | | | |
| 599. | Demonstrative video heavy truck to suv 14 | | | | |
| 600. | Demonstrative video heavy truck to suv 15 | | | | |
| 601. | Demonstrative video heavy truck to suv 16 | | | | |
| 602. | Demonstrative video heavy truck to suv 17 | | | | |
| 603. | Demonstrative video heavy truck to suv 18 | | | | |
| 604. | Demonstrative video heavy truck to suv 19 | | | | |
| 605. | Demonstrative video heavy truck to suv 20 | | | | |
| 606. | Demonstrative video heavy truck to suv 21 | | | | |
| 607. | Demonstrative video heavy truck to suv 22 | | | | |
| 608. | Demonstrative video heavy truck to suv 23 | | | | |
| 609. | Demonstrative video heavy truck to suv 24 | | | | |
| 610. | Demonstrative video heavy truck to suv 25 | | | | |
| 611. | Demonstrative video suv to trailer 1 | | | | |
| 612. | Demonstrative video suv to trailer 2 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 613. | Demonstrative video suv to trailer 3 | | | | |
| 614. | Demonstrative video suv to trailer 4 | | | | |
| 615. | Demonstrative video suv to trailer 5 | | | | |
| 616. | Demonstrative video suv to trailer 6 | | | | |
| 617. | Demonstrative video suv to trailer 7 | | | | |
| 618. | Demonstrative video suv to trailer 8 | | | | |
| 619. | Demonstrative video suv to trailer 9 | | | | |
| 620. | Demonstrative video suv to trailer 10 | | | | |
| 621. | Demonstrative video suv to trailer 11 | | | | |
| 622. | Demonstrative video suv to trailer 12 | | | | |
| 623. | Demonstrative video suv to trailer 13 | | | | |
| 624. | Demonstrative video suv to trailer 14 | | | | |
| 625. | Demonstrative video suv to trailer 15 | | | | |
| 626. | Demonstrative video suv to trailer 16 | | | | |
| 627. | Demonstrative video suv to trailer 17 | | | | |
| 628. | Demonstrative video suv to trailer 18 | | | | |
| 629. | Demonstrative video suv to trailer 19 | | | | |
| 630. | Demonstrative video suv to trailer 20 | | | | |
| 631. | Demonstrative video suv to trailer 21 | | | | |
| 632. | Demonstrative video suv to trailer 22 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 633. | Demonstrative video suv to trailer 23 | | | | |
| 634. | Demonstrative video suv to trailer 24 | | | | |
| 635. | Demonstrative video suv to trailer 25 | | | | |
| 636. | Demonstrative video fuel tank leak | | | | |
| 637. | Demonstrative video fuel tank leak | | | | |
| 638. | Friedman/Stephenson Analysis of Evidence Photo 1 | | | | |
| 639. | Friedman/Stephenson Analysis of Evidence Photo 2 | | | | |
| 640. | Friedman/Stephenson Analysis of Evidence Photo 3 | | | | |
| 641. | Friedman/Stephenson Analysis of Evidence Photo 4 | | | | |
| 642. | Friedman/Stephenson Analysis of Evidence Photo 5 | | | | |
| 643. | Friedman/Stephenson Analysis of Evidence Photo 6 | | | | |
| 644. | Friedman/Stephenson Analysis of Evidence Photo 7 | | | | |
| 645. | Friedman/Stephenson Analysis of Evidence Photo 8 | | | | |
| 646. | Friedman/Stephenson Analysis of Evidence Photo 9 | | | | |
| 647. | Friedman/Stephenson Analysis of Evidence Photo 10 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 648. | Friedman/Stephenson Analysis of Evidence Photo 11 | | | | |
| 649. | Friedman/Stephenson Analysis of Evidence Photo 12 | | | | |
| 650. | Friedman/Stephenson Analysis of Evidence Photo 13 | | | | |
| 651. | Friedman/Stephenson Analysis of Evidence Photo 14 | | | | |
| 652. | Friedman/Stephenson Analysis of Evidence Photo 15 | | | | |
| 653. | Friedman/Stephenson Analysis of Evidence Photo 16 | | | | |
| 654. | Friedman/Stephenson Analysis of Evidence Photo 17 | | | | |
| 655. | Friedman/Stephenson Analysis of Evidence Photo 18 | | | | |
| 656. | Friedman/Stephenson Analysis of Evidence Photo 19 | | | | |
| 657. | Friedman/Stephenson Analysis of Evidence Photo 20 | | | | |
| 658. | Friedman/Stephenson Analysis of Evidence Photo 21 | | | | |
| 659. | Friedman/Stephenson Analysis of Evidence Photo 22 | | | | |
| 660. | Friedman/Stephenson Analysis of Evidence Photo 23 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 661. | Friedman/Stephenson Analysis of Evidence Photo 24 | | | | |
| 662. | Friedman/Stephenson Analysis of Evidence Photo 25 | | | | |
| 663. | Friedman/Stephenson Analysis of Evidence Photo 26 | | | | |
| 664. | Friedman/Stephenson Analysis of Evidence Photo 27 | | | | |
| 665. | Friedman/Stephenson Analysis of Evidence Photo 28 | | | | |
| 666. | Friedman/Stephenson Analysis of Evidence Photo 29 | | | | |
| 667. | Friedman/Stephenson Analysis of Evidence Photo 30 | | | | |
| 668. | Friedman/Stephenson Analysis of Evidence Photo 31 | | | | |
| 669. | Friedman/Stephenson Analysis of Evidence Photo 32 | | | | |
| 670. | Friedman/Stephenson Analysis of Evidence Photo 33 | | | | |
| 671. | Friedman/Stephenson Analysis of Evidence Photo 34 | | | | |
| 672. | Friedman/Stephenson Analysis of Evidence Photo 35 | | | | |
| 673. | Friedman/Stephenson Analysis of Evidence Photo 36 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
| --- | --- | --- | --- | --- | --- |
| | | | | ADMIT | N/ADM |
| 674. | Friedman/Stephenson Analysis of Evidence Photo 37 | | | | |
| 675. | Friedman/Stephenson Analysis of Evidence Photo 38 | | | | |
| 676. | Friedman/Stephenson Analysis of Evidence Photo 39 | | | | |
| 677. | Friedman/Stephenson Analysis of Evidence Photo 40 | | | | |
| 678. | Friedman/Stephenson Analysis of Evidence Photo 41 | | | | |
| 679. | Friedman/Stephenson Analysis of Evidence Photo 42 | | | | |
| 680. | Friedman/Stephenson Analysis of Evidence Photo 43 | | | | |
| 681. | Friedman/Stephenson Analysis of Evidence Photo 44 | | | | |
| 682. | Friedman/Stephenson Analysis of Evidence Photo 45 | | | | |
| 683. | Friedman/Stephenson Analysis of Evidence Photo 46 | | | | |
| 684. | Friedman/Stephenson Analysis of Evidence Photo 47 | | | | |
| 685. | Friedman/Stephenson Analysis of Evidence Photo 48 | | | | |
| 686. | Friedman/Stephenson Analysis of Evidence Photo 49 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
| --- | --- | --- | --- | --- | --- |
| | | | | ADMIT | N/ADM |
| 687. | Friedman/Stephenson Analysis of Evidence Photo 50 | | | | |
| 688. | Friedman/Stephenson Analysis of Evidence Photo 51 | | | | |
| 689. | Friedman/Stephenson Analysis of Evidence Photo 52 | | | | |
| 690. | Friedman/Stephenson Analysis of Evidence Photo 53 | | | | |
| 691. | Friedman/Stephenson Analysis of Evidence Photo 54 | | | | |
| 692. | Friedman/Stephenson Analysis of Evidence Photo 55 | | | | |
| 693. | Friedman/Stephenson Analysis of Evidence Photo 56 | | | | |
| 694. | Friedman/Stephenson Analysis of Evidence Photo 57 | | | | |
| 695. | Friedman/Stephenson Analysis of Evidence Photo 58 | | | | |
| 696. | Friedman/Stephenson Analysis of Evidence Photo 59 | | | | |
| 697. | Friedman/Stephenson Analysis of Evidence Photo 60 | | | | |
| 698. | Friedman/Stephenson Analysis of Evidence Photo 61 | | | | |
| 699. | Friedman/Stephenson Analysis of Evidence Photo 62 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 700. | Friedman/Stephenson Analysis of Evidence Photo 63 | | | | |
| 701. | Friedman/Stephenson Analysis of Evidence Photo 64 | | | | |
| 702. | Friedman/Stephenson Analysis of Evidence Photo 65 | | | | |
| 703. | Friedman/Stephenson Analysis of Evidence Photo 66 | | | | |
| 704. | Friedman/Stephenson Analysis of Evidence Photo 67 | | | | |
| 705. | Friedman/Stephenson Analysis of Evidence Photo 68 | | | | |
| 706. | Friedman/Stephenson Analysis of Evidence | | | | |
| 707. | Friedman/Stephenson Analysis of Evidence Photo 70 | | | | |
| 708. | Friedman/Stephenson Analysis of Evidence Photo 71 | | | | |
| 709. | Friedman/Stephenson Analysis of Evidence Photo 72 | | | | |
| 710. | Friedman/Stephenson Analysis of Evidence Photo 73 | | | | |
| 711. | Friedman/Stephenson Analysis of Evidence Photo 74 | | | | |
| 712. | Friedman/Stephenson Analysis of Evidence Photo 75 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 713. | Friedman/Stephenson Analysis of Evidence Photo 76 | | | | |
| 714. | Friedman/Stephenson Analysis of Evidence Photo 77 | | | | |
| 715. | Friedman/Stephenson Analysis of Evidence Photo 78 | | | | |
| 716. | Friedman/Stephenson Analysis of Evidence Photo 79 | | | | |
| 717. | Friedman/Stephenson Analysis of Evidence Photo 80 | | | | |
| 718. | Friedman/Stephenson Analysis of Evidence Photo 81 | | | | |
| 719. | Friedman/Stephenson Analysis of Evidence Photo 82 | | | | |
| 720. | Friedman/Stephenson Analysis of Evidence Photo 83 | | | | |
| 721. | Friedman/Stephenson Analysis of Evidence Photo 84 | | | | |
| 722. | Friedman/Stephenson Analysis of Evidence Photo 85 | | | | |
| 723. | Friedman/Stephenson Analysis of Evidence Photo 86 | | | | |
| 724. | Friedman/Stephenson Analysis of Evidence Photo 87 | | | | |
| 725. | Friedman/Stephenson Analysis of Evidence Photo 88 | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 726. | Friedman/Stephenson Analysis of Evidence Photo 89 | | | | |
| 727. | Friedman/Stephenson Analysis of Evidence Photo 90 | | | | |
| 728. | Friedman/Stephenson Analysis of Evidence Photo 91 | | | | |
| 729. | Friedman/Stephenson Analysis of Evidence Photo 92 | | | | |
| 730. | Friedman/Stephenson Analysis of Evidence Photo 93 | | | | |
| 731. | Friedman/Stephenson Analysis of Evidence Photo 94 | | | | |
| 732. | Friedman/Stephenson Analysis of Evidence Photo 95 | | | | |
| 733. | Friedman/Stephenson Analysis of Evidence Photo 96 | | | | |
| 734. | Friedman/Stephenson Analysis of Evidence Photo 97 | | | | |
| 735. | Friedman/Stephenson Analysis of Evidence Photo 98 | | | | |
| 736. | Friedman/Stephenson Analysis of Evidence Photo 99 | | | | |
| 737. | Friedman/Stephenson Analysis of Evidence Photo 100 | | | | |
| 738. | Cost information for Toyota fuel tank protectors if purchased from parts seller | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 739. | February 28, 2011 letter from the Insurance Institute for Highway Safety to National Highway Traffic Safety Administration: Petition for Rulemaking; 49 CFR Part 571 Federal Motor Vehicle Safety Standards; Rear Impact Guards; Rear Impact Protection | | | | |
| 740. | Insurance Institute for Highway Safety News Release:  Underride guards on big rigs often fail in crashes; Institute petitions government for new standard | | | | |
| 741. | Insurance Institute for Highway Safety Status Report, Bulletin Vol. 46, No. 2, March 1, 2011:  Underride Crashes | | | | |
| 742. | Insurance Institute for Highway Safety Status Report, Bulletin Vol. 47, No. 5, July 3, 2012: Special Issue: Crash Avoidance | | | | |
| 743. | Insurance Institute for Highway Safety Bulletin Vol. 29, No. 5, April 2012:  Volvo collision avoidance features: initial results | | | | |
| 744. | Expert report of Dr. Joseph Burton | | | | |
| 745. | Curriculum Vitae of Dr. Joseph Burton | | | | |
| 746. | Collection of Dr. Burton's Vehicle Inspection Photographs | | | | |
| 747. | Dr. Burton Rear Impact Case list | | | | |
| 748. | Dr. Burton Underride Case list | | | | |
| 749. | Dr. Burton Fuel-fed Fires Cases list | | | | |
| 750. | Dr. Burton Lateral Impact Cases list | | | | |
| 751. | Dr. Burton Rear Impact Bibliography | | | | |
| 752. | Dr. Burton Fire / CO Bibliography | | | | |

| PLF. NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 753. | Dr. Burton Side Impact Bibliography | | | | |
| 754. | Dr. Burton Underride Bibliography | | | | |
| 755. | Dr. Burton Head Injury Bibliography | | | | |
| 756. | Dr. Burton Human Tolerance Bibliography | | | | |
| 757. | Dr. Burton Pain & Suffering Bibliography | | | | |
| 758. | Dr. Burton Diagnosis of Seat Belt Usage Bibliography | | | | |
| 759. | Dr. Burton Seat Belt Bibliography | | | | |
| 760. | Dr. Burton Forensic Textbook Bibliography | | | | |
| 761. | Papers authored by Dr. Burton | | | | |
| 762. | Timeline of critical dates | | | | |

Plaintiffs further reserve the right to use any exhibits identified by Defendants in their exhibit lists, as well as rebuttal exhibits whose use may not be known, or reasonably anticipated, at the time of this submission.

Respectfully Submitted,


/s/ Aubrey "Nick" Pittman
AUBREY "NICK" PITTMAN
State Bar No. 16049750

**THE PITTMAN LAW FIRM, P.C.**
100 Crescent Court, Suite 700
Dallas, Texas 75201-2112
214-459-3454
214-853-5912 – fax
pittman@thepittmanlawfirm.com

/s/ Daryl K. Washington
DARYL K. WASHINGTON
State Bar No. 24013714

**LAW OFFICES OF DARYL K. WASHINGTON P.C.**
325 N. St. Paul St., Suite 1975
Dallas, Texas  75201
214-880-4883
469-718-0380 - fax
dwashington@dwashlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 23, 2014, the foregoing document was filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

<u>  /s/ Aubrey "Nick" Pittman        </u>
AUBREY "NICK" PITTMAN