**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **OLLIE GREENE, et al,** § | |
| § | |
| Plaintiffs, § | **CAUSE NUMBER: 3:11-cv-0207-N** |
| v. § | |
| § | |
| **TOYOTA MOTOR CORPORATION,** § | |
| **et al.** § | |
| § | **JURY TRIAL DEMANDED** |
| Defendants. § | |

**NOTICE OF SERVICE OF PLAINTIFFS'
RULE 26(e)(2) EXPERT SUPPLEMENTATION**

To the extent these materials can be considered to be expert supplementation, Plaintiffs Ollie Greene, Individually and as the surviving parent of Wyndell Greene, Sr., William Greene, as the Administrator of the Estate of Wyndell Greene, Sr. and Marilyn Burdette-Hardeman, Individually and as the surviving parent of LaKeysha Greene, pursuant to Federal Rule of Civil Procedure 26(e)(2) provided expert supplementation to Defendants on January 15, 2014, January 20, 2014, February 17, 2014, and/or April 7, 2014 of the following items:

1. Complete files and demonstrative evidence from Friedman Research Corporation;
2. Calculations of Jeff Vick;
3. Affidavit and evidence from Dr. Stan V. Smith, Ph.D. (see e.g. Dkt. No. 571);
4. Affidavit and evidence from Dr. Trudi Zaplac, Ph.D., (see Dkt. No. 558);
5. Affidavit and evidence from Dr. Joseph L. Burton (see e.g. Dkt. No. 527);
6. Affidavit and evidence from Dr. Darrell L. Henderson (see e.g. Dkt. No. 530);
7. Affidavit and evidence from Jeff G. Vick, (see e.g. Dkt. No. 554);
8. Affidavit and evidence from Keith Friedman (see e.g. Dkt. No. 567); and
9. Affidavit and evidence from Dr. R Rhoads Stephenson, (see e.g. Dkt. No. 567).

Respectfully Submitted,

| | |
|---|---|
| /s/ Aubrey "Nick" Pittman | /s/ Daryl K. Washington |
| AUBREY "NICK" PITTMAN | DARYL K. WASHINGTON |
| State Bar No. 16049750 | State Bar No. 24013714 |
| | |
| **THE PITTMAN LAW FIRM, P.C.** | **LAW OFFICES OF DARYL K. WASHINGTON** |
| 100 Crescent Court, Suite 700 | 325 N. St. Paul St., Suite 1975 |
| Dallas, Texas 75201-2112 | Dallas, Texas 75201 |
| 214-459-3454 | 214-880-4883 |
| 214-853-5912 – fax | 469-718-0380 - fax |
| pittman@thepittmanlawfirm.com | dwashington@dwashlawfirm.com |

## CERTIFICATE OF SERVICE

  I hereby certify that on May 23, 2014, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

                 /s/ Aubrey "Nick" Pittman
                 AUBREY "NICK" PITTMAN