**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **OLLIE GREENE**, *et al.*, | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| v. | § | **CAUSE NUMBER: 3:11-cv-0207-N** |
| | § | |
| **TOYOTA MOTOR CORPORATION,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## TOYOTA DEFENDANTS' AMENDED (CORRECTED) DEPOSITION DESIGNATIONS

TO THE HONORABLE COURT:

COMES NOW, Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A., Inc. (collectively "the Toyota Defendants") and file their Amended Deposition Designation. Toyota Defendants reserve the right to supplement this Designation upon receipt of Plaintiffs' Deposition Designation.

**I.**
## ANDREW WILSON ADAMS, JR.

| Begin | End |
|---|---|
| Page 7, Line 13 | Page 8, Line 9 |
| Page 17, Line 13 | Page 17, Line 15 |
| Page 18, Line 8 | Page 18, Line 12 |
| Page 18, Line 15 | Page 19, Line 7 |
| Page 19, Line 10 | Page 20, Line 16 |

| Begin | End |
|---|---|
| Page 20, Line 19 | Page 20, Line 24 |
| Page 21, Line 2 | Page 21, Line 7 |
| Page 21, Line 10 | Page 21, Line 10 |
| Page 22, Line 3 | Page 22, Line 6 |
| Page 22, Line 8 | Page 22, Line 9 |
| Page 22, Line 12 | Page 22, Line 13 |
| Page 23, Line 20 | Page 24, Line 3 |
| Page 24, Line 6 | Page 24, Line 7 |
| Page 25, Line 22 | Page 25, Line 25 |
| Page 26, Line 9 | Page 26, Line 10 |
| Page 26, Line 17 | Page 27, Line 1 |
| Page 27, Line 5 | Page 27, Line 15 |
| Page 31, Line 8 | Page 31, Line 17 |
| Page 31, Line 20 | Page 31, Line 21 |
| Page 31, Line 24 | Page 32, Line 7 |
| Page 38, Line 9 | Page 38, Line 11 |
| Page 39, Line 19 | Page 39, Line 21 |
| Page 39, Line 24 | Page 40, Line 1 |
| Page 40, Line 15 | Page 40, Line 22 |

| Begin | End |
|---|---|
| Page 40, Line 25 | Page 41, Line 12 |
| Page 41, Line 15 | Page 41, Line 15 |
| Page 47, Line 12 | Page 47, Line 21 |
| Page 47, Line 24 | Page 48, Line 1 |
| Page 48, Line 5 | Page 49, Line 7 |
| Page 49, Line 11 | Page 49, Line 17 |
| Page 49, Line 21 | Page 49, Line 24 |
| Page 50, Line 2 | Page 50, Line 2 |
| Page 50, Line 20 | Page 51, Line 10 |
| Page 51, Line 13 | Page 51, Line 13 |
| Page 51, Line 17 | Page 51, Line 23 |
| Page 52, Line 1 | Page 52, Line 1 |
| Page 57, Line 7 | Page 57, Line 24 |
| Page 60, Line 25 | Page 61, Line 1 |
| Page 61, Line 5 | Page 61, Line 7 |
| Page 61, Line 17 | Page 62, Line 4 |
| Page 62, Line 12 | Page 62, Line 15 |
| Page 62, Line 19 | Page 62, Line 25 |
| Page 63, Line 4 | Page 63, Line 10 |

| Begin | End |
|---|---|
| Page 63, Line 14 | Page 63, Line 14 |
| Page 63, Line 16 | Page 63, Line 19 |
| Page 63, Line 25 | Page 64, Line 5 |
| Page 65, Line 12 ("Was…") | Page 65, Line 24 |
| Page 66, Line 18 | Page 67, Line 9 |
| Page 67, Line 13 | Page 68, Line 4 |
| Page 68, Line 8 | Page 68, Line 15 |
| Page 69, Line 24 | Page 70, Line 4 |
| Page 70, Line 8 | Page 70, Line 16 |
| Page 71, Line 10 | Page 71, Line 15 |
| Page 71, Line 20 | Page 71, Line 24 |
| Page 72, Line 2 | Page 72, Line 7 |
| Page 72, Line 12 | Page 72, Line 13 |
| Page 72, Line 20 | Page 72, Line 25 |
| Page 73, Line 3 | Page 73, Line 6 |
| Page 73, Line 8 | Page 73, Line 19 |
| Page 74, Line 2 | Page 74, Line 3 |
| Page 74, Line 6 | Page 74, Line 16 |
| Page 80, Line 16 | Page 80, Line 24 |

| Begin | End |
|---|---|
| Page 81, Line 2 | Page 81, Line 2 |
| Page 81, Line 23 | Page 81, Line 25 |
| Page 82, Line 20 | Page 82, Line 22 |
| Page 82, Line 24 | Page 83, Line 7 |
| Page 83, Line 10 | Page 83, Line 10 |
| Page 83, Line 17 | Page 83, Line 24 |
| Page 84, Line 2 | Page 84, Line 3 |
| Page 105, Line 19 | Page 105, Line 23 |
| Page 106, Line 15 | Page 106, Line 23 |
| Page 107, Line 1 | Page 107, Line 1 |
| Page 107, Line 18 | Page 108, Line 9 |
| Page 109, Line 24 | Page 110, Line 13 |
| Page 112, Line 20 | Page 113, Line 1 |
| Page 113, Line 20 | Page 113, Line 22 |
| Page 118, Line 6 | Page 118, Line 10 |
| Page 118, Line 13 | Page 118, Line 23 |
| Page 119, Line 16 | Page 119, Line 23 |
| Page 119, Line 25 | Page 120, Line 5 |
| Page 120, Line 8 | Page 120, Line 8 |

## II.
## <u>MARK AMSTOCK</u>

| Begin | End |
|---|---|
| Page 7, Line 21 | Page 7, Line 23 |
| Page 8, Line 2 | Page 8, Line 8 |
| Page 11, Line 20 | Page 13, Line 7 |
| Page 48, Line 4 | Page 48, Line 18 |
| Page 73, Line 10 | Page 73, Line 15 |
| Page 74, Line 8 | Page 74, Line 24 |
| Page 77, Line 6 | Page 78, Line 1 |
| Page 121, Line 17 | Page 122, Line 22 |

## III.
## <u>DEXTER BARKLEY</u>

| Begin | End |
|---|---|
| Page 7, Line 5 | Page 7, Line 8 |
| Page 8, Line 11 | Page 9, Line 2 |
| Page 9, Line 7 | Page 10, Line 25 |
| Page 12, Line 23 | Page 15, Line 20 |
| Page 16, Line 12 | Page 20, Line 4 |
| Page 21, Line 21 | Page 24, Line 22 |

| Begin | End |
|-------|-----|
| Page 29, Line 1 | Page 42, Line 15 |
| Page 42, Line 25 | Page 43, Line 15 |
| Page 43, Line 20 | Page 49, Line 19 |
| Page 50, Line 11 | Page 50, Line 24 |
| Page 51, Line 5 | Page 51, Line 8 |
| Page 51, Line 24 | Page 52, Line 16 |
| Page 52, Line 25 | Page 53, Line 3 |
| Page 56, Line 13 | Page 61, Line 24 |
| Page 62, Line 7 | Page 69, Line 7 |
| Page 69, Line 12 | Page 70, Line 1 |
| Page 73, Line 21 | Page 74, Line 4 |
| Page 88, Line 11 | Page 88, Line 18 |
| Page 105, Line 10 | Page 109, Line 19 |
| Page 118, Line 19 | Page 122, Line 15 |

## IV.
## CLINTON BAUGHMAN

| Begin | End |
|-------|-----|
| Page 8, Line 5 | Page 8, Line 6 |
| Page 8, Line 13 | Page 10, Line 7 |

| Begin | End |
|---|---|
| Page 10, Line 16 | Page 11, Line 4 |
| Page 11, Line 18 | Page 15, Line 24 |
| Page 18, Line 13 | Page 18, Line 17 |
| Page 18, Line 23 | Page 19, Line 7 |
| Page 20, Line 8 | Page 21, Line 4 |
| Page 21, Line 9 | Page 21, Line 20 |
| Page 22, Line 9 | Page 22, Line 11 |
| Page 22, Line 19 | Page 24, Line 13 |
| Page 24, Line 20 | Page 24, Line 24 |
| Page 25, Line 21 | Page 26, Line 25 |
| Page 27, Line 8 | Page 27, Line 22 |
| Page 28, Line 10 | Page 29, Line 4 |
| Page 29, Line 16 | Page 30, Line 6 |
| Page 33, Line 16 | Page 34, Line 1 |
| Page 34, Line 4 | Page 34, Line 8 |
| Page 34, Line 11 | Page 34, Line 22 |
| Page 37, Line 25 | Page 38, Line 4 |
| Page 38, Line 6 | Page 38, Line 12 |
| Page 38, Line 15 | Page 38, Line 15 |

| Begin | End |
|---|---|
| Page 45, Line 13 | Page 45, Line 25 |
| Page 52, Line 13 | Page 52, Line 22 |
| Page 53, Line 11 | Page 54, Line 23 |
| Page 58, Line 4 | Page 58, Line 19 |
| Page 64, Line 13 | Page 65, Line 10 |
| Page 67, Line 23 | Page 68, Line 11 |
| Page 70, Line 22 | Page 71, Line 15 |
| Page 72, Line 8 | Page 72, Line 10 |
| Page 75, Line 19 | Page 75, Line 25 |
| Page 76, Line 5 | Page 76, Line 7 |
| Page 79, Line 18 | Page 81, Line 6 |
| Page 86, Line 13 | Page 86, Line 25 |
| Page 101, Line 2 | Page 101, Line 11 |
| Page 101, Line 14 | Page 101, Line 22 |
| Page 101, Line 24 | Page 101, Line 24 |
| Page 102, Line 23 | Page 102, Line 24 |
| Page 103, Line 1 | Page 103, Line 5 |
| Page 103, Line 7 | Page 103, Line 9 |
| Page 114, Line 21 | Page 114, Line 25 |

| Begin | End |
|---|---|
| Page 115, Line 2 | Page 115, Line 4 |
| Page 115, Line 6 | Page 115, Line 8 |
| Page 131, Line 3 | Page 131, Line 20 |
| Page 131, Line 23 | Page 131, Line 23 |
| Page 137, Line 18 | Page 138, Line 20 |
| Page 138, Line 22 | Page 138, Line 24 |

## V.
## CHARLES EDWIN BIRD

| Begin | End |
|---|---|
| Page 7, Line 13 | Page 7, Line 21 |
| Page 11, Line 9 | Page 11, Line 18 |
| Page 12, Line 6 | Page 12, Line 11 |
| Page 39, Line 4 | Page 39, Line 6 |
| Page 39, Line 9 | Page 39, Line 19 |
| Page 40, Line 4 | Page 40, Line 6 |
| Page 40, Line 9 | Page 40, Line 11 |
| Page 41, Line 3 | Page 41, Line 6 |
| Page 46, Line 17 | Page 46, Line 22 |
| Page 47, Line 2 | Page 47, Line 12 |

| Begin | End |
|---|---|
| Page 47, Line 16 | Page 47, Line 23 |
| Page 48, Line 1 | Page 48, Line 2 |
| Page 48, Line 6 | Page 48, Line 12 |
| Page 60, Line 21 | Page 60, Line 25 |
| Page 62, Line 8 | Page 62, Line 10 |
| Page 62, Line 12 | Page 62, Line 15 |
| Page 63, Line 8 | Page 64, Line 17 |
| Page 78, Line 2 | Page 78, Line 6 |
| Page 78, Line 22 | Page 79, Line 3 |
| Page 79, Line 7 | Page 79, Line 8 |
| Page 82, Line 20 | Page 83, Line 16 |
| Page 83, Line 18 | Page 83, Line 20 |
| Page 91, Line 20 | Page 91, Line 22 |
| Page 92, Line 1 | Page 92, Line 3 |
| Page 94, Line 7 | Page 94, Line 8 |
| Page 94, Line 14 | Page 94, Line 21 |
| Page 95, Line 1 | Page 95, Line 7 |
| Page 95, Line 9 | Page 95, Line 9 |
| Page 97, Line 21 | Page 99, Line 7 |

| Begin | End |
|---|---|
| Page 99, Line 9 | Page 99, Line 22 |
| Page 101, Line 2 | Page 101, Line 22 |
| Page 101, Line 25 | Page 101, Line 25 |
| Page 127, Line 17 | Page 127, Line 23 |
| Page 128, Line 2 | Page 128, Line 3 |
| Page 128, Line 7 | Page 128, Line 9 |
| Page 128, Line 13 | Page 128, Line 19 |
| Page 129, Line 2 | Page 129, Line 6 |
| Page 129, Line 9 | Page 129, Line 9 |

## VI.
## JOSEPH BURTON

| Begin | End |
|---|---|
| Page 9, Line 17 | Page 9, Line 19 |
| Page 9, Line 24 | Page 10, Line 15 |
| Page 11, Line 17 | Page 14, Line 10 |
| Page 15, Line 2 | Page 15, Line 11 |
| Page 16, Line 22 | Page 18, Line 11 |
| Page 21, Line 21 | Page 28, Line 6 |
| Page 30, Line 4 | Page 45, Line 18 |

| Begin | End |
|-------|-----|
| Page 51, Line 24 | Page 53, Line 8 |
| Page 53, Line 20 | Page 63, Line 3 |
| Page 63, Line 16 | Page 64, Line 25 |
| Page 69, Line 14 | Page 71, Line 5 |
| Page 75, Line 8 | Page 82, Line 3 |
| Page 88, Line 7 | Page 90, Line 19 |
| Page 101, Line 12 | Page 102, Line 9 |
| Page 109, Line 12 | Page 111, Line 22 |
| Page 118, Line 4 | Page 118, Line 14 |
| Page 122, Line 21 | Page 125, Line 12 |
| Page 151, Line 25 | Page 158, Line 15 |

**VII.**
**HAROLD CLYDE**

| Begin | End |
|-------|-----|
| Page 8, Line 18 | Page 8, Line 23 |
| Page 174, Line 22 | Page 175, Line 3 |

**VIII.**
**CHRISTOPHER COUNTRYMAN**

| Begin | End |
|---|---|
| Page 6, Line 5 | Page 6, Line 6 |
| Page 7, Line 8 | Page 7, Line 21 |
| Page 7, Line 25 | Page 10, Line 17 |
| Page 11, Line 16 | Page 12, Line 5 |
| Page 13, Line 8 | Page 13, Line 21 |
| Page 14, Line 1 | Page 15, Line 8 |
| Page 16, Line 3 | Page 16, Line 21 |
| Page 18, Line 11 | Page 18, Line 25 |
| Page 19, Line 3 | Page 19, Line 18 |
| Page 21, Line 22 | Page 23, Line 20 |
| Page 25, Line 5 | Page 26, Line 10 |
| Page 26, Line 12 | Page 27, Line 20 |
| Page 28, Line 2 | Page 30, Line 5 |
| Page 34, Line 8 | Page 36, Line 6 |
| Page 38, Line 11 | Page 38, Line 24 |
| Page 44, Line 6 | Page 44, Line 14 |
| Page 44, Line 20 | Page 45, Line 1 |
| Page 45, Line 6 | Page 45, Line 12 |

| Begin | End |
|---|---|
| Page 45, Line 16 | Page 45, Line 17 |
| Page 63, Line 7 | Page 63, Line 19 |
| Page 63, Line 22 | Page 63, Line 24 |
| Page 64, Line 1 | Page 64, Line 1 |
| Page 64, Line 3 | Page 63, Line 4 |

## IX.
## ALBERT CUMMINS

| Begin | End |
|---|---|
| Page 7, Line 5 | Page 7, Line 18 |
| Page 8, Line 11 | Page 10, Line 9 |
| Page 10, Line 22 | Page 11, Line 18 |
| Page 12, Line 10 | Page 12, Line 14 |
| Page 13, Line 1 | Page 13, Line 4 |
| Page 13, Line 6 | Page 13, Line 9 |
| Page 13, Line 12 | Page 13, Line 17 |
| Page 14, Line 16 | Page 14, Line 20 |
| Page 15, Line 15 | Page 15, Line 22 |
| Page 16, Line 17 | Page 16, Line 22 |
| Page 18, Line 12 | Page 21, Line 8 |

| Begin | End |
|---|---|
| Page 23, Line 16 | Page 24, Line 12 |
| Page 24, Line 19 | Page 25, Line 3 |
| Page 25, Line 9 | Page 25, Line 14 |
| Page 25, Line 18 | Page 25, Line 22 |
| Page 26, Line 17 | Page 27, Line 7 |
| Page 29, Line 12 | Page 29, Line 16 |
| Page 29, Line 25 | Page 30, Line 2 |
| Page 30, Line 20 | Page 31, Line 7 |
| Page 33, Line 9 | Page 33, Line 16 |
| Page 34, Line 15 | Page 35, Line 1 |
| Page 35, Line 3 | Page 35, Line 3 |
| Page 51, Line 9 | Page 51, Line 23 |
| Page 51, Line 25 | Page 52, Line 9 |
| Page 52, Line 11 | Page 52, Line 20 |
| Page 52, Line 22 | Page 53, Line 8 |
| Page 53, Line 10 | Page 54, Line 9 |
| Page 54, Line 11 | Page 54, Line 16 |
| Page 54, Line 18 | Page 54, Line 18 |
| Page 56, Line 21 | Page 57, Line 4 |

| Begin | End |
|---|---|
| Page 57, Line 6 | Page 57, Line 6 |
| Page 64, Line 8 | Page 64, Line 22 |
| Page 92, Line 13 | Page 92, Line 17 |
| Page 97, Line 19 | Page 98, Line 10 |
| Page 101, Line 14 | Page 102, Line 7 |
| Page 102, Line 9 | Page 102, Line 16 |
| Page 102, Line 18 | Page 103, Line 3 |

## X.
## DR. TRACY DYER

| Begin | End |
|---|---|
| Page 7, Line 1 | Page 7, Line 14 |
| Page 8, Line 8 | Page 8, Line 12 |
| Page 8, Line 17 | Page 10, Line 14 |
| Page 11, Line 4 | Page 12, Line 21 |
| Page 13, Line 6 | Page 16, Line 23 |
| Page 17, Line 2 | Page 20, Line 23 |
| Page 23, Line 3 | Page 25, Line 4 |
| Page 58, Line 19 | Page 59, Line 5 |
| Page 60, Line 1 | Page 60, Line 24 |
| Page 62, Line 18 | Page 64, Line 1 |

| Begin | End |
|-------|-----|
| Page 72, Line 11 | Page 72, Line 20 |

## XI.
## RYAN EARHEART

| Begin | End |
|-------|-----|
| Page 5, Line 24 | Page 6, Line 2 |
| Page 6, Line 13 | Page 6, Line 20 |
| Page 7, Line 18 | Page 8, Line 23 |
| Page 10, Line 20 | Page 10, Line 24 |
| Page 11, Line 4 | Page 11, Line 9 |
| Page 11, Line 13 | Page 12, Line 7 |
| Page 16, Line 8 | Page 16, Line 16 |
| Page 17, Line 1 | Page 17, Line 14 |
| Page 18, Line 3 | Page 19, Line 13 |
| Page 25, Line 23 | Page 26, Line 2 |
| Page 31, Line 8 | Page 32, Line 18 |
| Page 33, Line 5 | Page 33, Line 8 |
| Page 33, Line 23 | Page 34, Line 2 |
| Page 36, Line 23 | Page 37, Line 8 |
| Page 40, Line 8 | Page 40, Line 16 |

| Begin | End |
|-------|-----|
| Page 46, Line 2 | Page 46, Line 5 |
| Page 46, Line 19 | Page 47, Line 4 |
| Page 56, Line 17 | Page 57, Line 13 |

## XII.
## KYLE EVANS

| Begin | End |
|-------|-----|
| Page 6, Line 5 | Page 6, Line 6 |
| Page 8, Line 3 | Page 8, Line 24 |
| Page 10, Line 12 | Page 13, Line 24 |
| Page 14, Line 12 | Page 15, Line 12 |
| Page 16, Line 11 | Page 21, Line 14 |
| Page 22, Line 13 | Page 27, Line 7 |
| Page 33, Line 16 | Page 36, Line 24 |
| Page 44, Line 8 | Page 44, Line 21 |
| Page 56, Line 21 | Page 57, Line 13 |
| Page 90, Line 17 | Page 92, Line 6 |
| Page 93, Line 17 | Page 95, Line 11 |
| Page 96, Line 12 | Page 98, Line 1 |

**XIII.**
**ICHIRO FUKUMOTO**
**Volume I – June 7, 2013**

| Begin | End |
|---|---|
| Page 8, Line 5 | Page 8, Line 20 |
| Page 9, Line 4 | Page 9, Line 14 |
| Page 9, Line 21 | Page 10, Line 6 |
| Page 13, Line 13 | Page 14, Line 20 |
| Page 18, Line 21 | Page 19, Line 18 |
| Page 44, Line 2 | Page 44, Line 21 |
| Page 47, Line 4 | Page 47, Line 14 |
| Page 102, Line 7 | Page 104, Line 8 |
| Page 105, Line 4 | Page 105, Line 24 |
| Page 109, Line 25 | Page 112, Line 16 |
| Page 116, Line 1 | Page 117, Line 16 |
| Page 124, Line 1 | Page 124, Line 17 |
| Page 125, Line 1 | Page 128, Line 2 |

**XIV.**
**ICHIRO FUKUMOTO**
**Volume II – June 8, 2013**

| Begin | End |
|---|---|
| Page 20, Line 11 | Page 20, Line 24 |
| Page 30, Line 2 | Page 30, Line 13 |
| Page 31, Line 25 | Page 32, Line 12 |
| Page 37, Line 3 | Page 37, Line 12 |
| Page 44, Line 10 | Page 44, Line 13 |
| Page 45, Line 3 | Page 46, Line 20 |
| Page 47, Line 9 | Page 50, Line 19 |
| Page 58, Line 16 | Page 59, Line 13 |
| Page 64, Line 23 | Page 65, Line 19 |
| Page 66, Line 22 | Page 67, Line 20 |
| Page 68, Line 4 | Page 70, Line 9 |

**XV.**
**JOE GIBSON**

| Begin | End |
|---|---|
| Page 5, Line 25 | Page 7, Line 11 |
| Page 8, Line 2 | Page 9, Line 18 |
| Page 9, Line 24 | Page 10, Line 7 |
| Page 11, Line 23 | Page 12, Line 11 |

| Begin | End |
|---|---|
| Page 14, Line 14 | Page 14, Line 23 |
| Page 15, Line 24 | Page 16, Line 24 |
| Page 17, Line 18 | Page 17, Line 25 |
| Page 19, Line 19 | Page 19, Line 25 |
| Page 20, Line 2 | Page 20, Line 20 |
| Page 20, Line 22 | Page 21, Line 2 |
| Page 21, Line 5 | Page 21, Line 14 |
| Page 21, Line 17 | Page 22, Line 2 |
| Page 22, Line 4 | Page 22, Line 7 |
| Page 22, Line 11 | Page 22, Line 14 |
| Page 22, Line 16 | Page 22, Line 22 |
| Page 22, Line 24 | Page 23, Line 23 |
| Page 31, Line 2 | Page 31, Line 9 |
| Page 31, Line 11 | Page 32, Line 7 |

## XVI.
## DR. CHESTER GWIN

| Begin | End |
|---|---|
| Page 6, Line 25 | Page 7, Line 14 |
| Page 8, Line 7 | Page 10, Line 17 |

| | |
|---|---|
| Page 10, Line 19 | Page 11, Line 25 |
| Page 12, Line 4 | Page 15, Line 11 |
| Page 15, Line 13 | Page 17, Line 20 |
| Page 18, Line 14 | Page 19, Line 5 |
| Page 19, Line 9 | Page 23, Line 11 |
| Page 23, Line 20 | Page 25, Line 16 |
| Page 30, Line 23 | Page 31, Line 10 |
| Page 35, Line 16 | Page 36, Line 5 |
| Page 48, Line 18 | Page 49, Line 5 |
| Page 51, Line 24 | Page 52, Line 5 |
| Page 52, Line 17 | Page 52, Line 25 |

## XVII.
## GARY HATFIELD

| Begin | End |
|---|---|
| Page 5, Line 25 | Page 7, Line 10 |
| Page 12, Line 24 | Page 13, Line 10 |
| Page 13, Line 12 | Page 14, Line 13 |
| Page 14, Line 22 | Page 15, Line 1 |
| Page 15, Line 10 | Page 15, Line 14 |
| Page 15, Line 16 | Page 16, Line 2 |
| Page 16, Line 4 | Page 16, Line 11 |

| Begin | End |
|---|---|
| Page 17, Line 2 | Page 17, Line 22 |
| Page 17, Line 25 | Page 22, Line 1 |
| Page 22, Line 22 | Page 24, Line 7 |
| Page 24, Line 9 | Page 24, Line 21 |
| Page 24, Line 23 | Page 25, Line 11 |
| Page 26, Line 10 | Page 26, Line 23 |
| Page 26, Line 25 | Page 27, Line 2 |
| Page 28, Line 2 | Page 28, Line 8 |
| Page 29, Line 7 | Page 30, Line 22 |
| Page 31, Line 6 | Page 31, Line 14 |
| Page 31, Line 18 | Page 31, Line 25 |
| Page 37, Line 8 | Page 37, Line 20 |
| Page 40, Line 13 | Page 40, Line 19 |
| Page 41, Line 19 | Page 41, Line 23 |
| Page 44, Line 9 | Page 44, Line 16 |
| Page 44, Line 18 | Page 44, Line 20 |
| Page 44, Line 23 | Page 45, Line 10 |
| Page 50, Line 1 | Page 50, Line 21 |
| Page 52, Line 23 | Page 53, Line 11 |

| Begin | End |
|-------|-----|
| Page 53, Line 22 | Page 54, Line 11 |
| Page 55, Line 3 | Page 55, Line 8 |
| Page 57, Line 2 | Page 57, Line 6 |
| Page 57, Line 22 | Page 58, Line 2 |
| Page 59, Line 13 | Page 59, Line 23 |
| Page 61, Line 13 | Page 61, Line 19 |
| Page 63, Line 5 | Page 63, Line 19 |
| Page 64, Line 12 | Page 64, Line 21 |
| Page 65, Line 19 | Page 66, Line 6 |
| Page 73, Line 3 | Page 74, Line 5 |
| Page 74, Line 22 | Page 75, Line 6 |
| Page 75, Line 13 | Page 75, Line 22 |
| Page 76, Line 7 | Page 77, Line 22 |
| Page 78, Line 17 | Page 78, Line 22 |
| Page 78, Line 24 | Page 79, Line 10 |
| Page 80, Line 7 | Page 80, Line 11 |
| Page 80, Line 13 | Page 80, Line 23 |
| Page 80, Line 25 | Page 81, Line 11 |
| Page 81, Line 13 | Page 81, Line 13 |

| Begin | End |
|---|---|
| Page 83, Line 13 | Page 84, Line 10 |

## XVIII.
## JAMES JAY JACKSON

| Begin | End |
|---|---|
| Page 7, Line 6 | Page 7, Line 9 |
| Page 7, Line 12 | Page 7, Line 23 |
| Page 8, Line 1 | Page 8, Line 6 |
| Page 8, Line 10 | Page 8, Line 21 |
| Page 9, Line 18 | Page 10, Line 1 |
| Page 10, Line 9 | Page 11, Line 3 |
| Page 14, Line 10 | Page 15, Line 2 |
| Page 16, Line 21 | Page 17, Line 6 |
| Page 18, Line 2 | Page 18, Line 14 |
| Page 18, Line 20 | Page 18, Line 23 |
| Page 18, Line 25 | Page 19, Line 8 |
| Page 26, Line 20 | Page 27, Line 13 |
| Page 29, Line 22 | Page 30, Line 7 |
| Page 33, Line 20 | Page 33, Line 25 |
| Page 36, Line 19 | Page 36, Line 24 |

| Begin | End |
|---|---|
| Page 42, Line 16 | Page 44, Line 19 |
| Page 45, Line 17 | Page 45, Line 20 |
| Page 47, Line 17 | Page 49, Line 6 |
| Page 52, Line 24 | Page 53, Line 8 |
| Page 57, Line 9 | Page 57, Line 17 |
| Page 57, Line 20 | Page 57, Line 24 |
| Page 58, Line 22 | Page 59, Line 16 |
| Page 59, Line 18 | Page 59, Line 24 |
| Page 60, Line 1 | Page 60, Line 4 |
| Page 62, Line 17 | Page 62, Line 21 |
| Page 73, Line 14 | Page 73, Line 15 |
| Page 73, Line 17 | Page 73, Line 25 |
| Page 74, Line 2 | Page 74, Line 5 |
| Page 74, Line 7 | Page 74, Line 9 |
| Page 76, Line 9 | Page 76, Line 24 |
| Page 77, Line 1 | Page 77, Line 7 |
| Page 79, Line 6 | Page 79, Line 23 |
| Page 80, Line 5 | Page 80, Line 7 |
| Page 80, Line 9 | Page 80, Line 9 |

| Begin | End |
|---|---|
| Page 81, Line 22 | Page 81, Line 25 |
| Page 82, Line 2 | Page 82, Line 9 |
| Page 87, Line 7 | Page 87, Line 11 |
| Page 87, Line 14 | Page 89, Line 7 |
| Page 89, Line 10 | Page 89, Line 14 |
| Page 89, Line 16 | Page 89, Line 21 |
| Page 92, Line 23 | Page 93, Line 12 |
| Page 97, Line 3 | Page 97, Line 10 |
| Page 97, Line 12 | Page 97, Line 16 |
| Page 97, Line 18 | Page 98, Line 5 |
| Page 98, Line 7 | Page 98, Line 19 |
| Page 98, Line 21 | Page 99, Line 7 |
| Page 99, Line 10 | Page 99, Line 13 |
| Page 99, Line 15 | Page 99, Line 21 |
| Page 99, Line 23 | Page 99, Line 23 |

**XIX.**
**FRANK KATZ**

| Begin | End |
|---|---|
| Page 9, Line 13 | Page 9, Line 18 |
| Page 9, Line 22 | Page 10, Line 11 |
| Page 11, Line 5 | Page 11, Line 24 |
| Page 12, Line 14 | Page 13, Line 1 |
| Page 13, Line 7 | Page 13, Line 14 |
| Page 19, Line 1 | Page 19, Line 22 |
| Page 22, Line 15 | Page 22, Line 20 |
| Page 23, Line 15 | Page 23, Line 17 |
| Page 25, Line 21 | Page 26, Line 11 |
| Page 39, Line 2 | Page 39, Line 6 |
| Page 39, Line 14 | Page 39, Line 15 |
| Page 39, Line 17 | Page 39, Line 18 |
| Page 40, Line 10 | Page 40, Line 24 |
| Page 42, Line 4 | Page 42, Line 9 |
| Page 42, Line 11 | Page 42, Line 11 |
| Page 45, Line 5 | Page 45, Line 9 |
| Page 80, Line 17 | Page 80, Line 20 |
| Page 80, Line 22 | Page 80, Line 24 |

| Begin | End |
|---|---|
| Page 84, Line 23 | Page 85, Line 1 |
| Page 85, Line 21 | Page 86, Line 4 |
| Page 96, Line 19 | Page 96, Line 22 |
| Page 96, Line 24 | Page 97, Line 3 |
| Page 97, Line 5 | Page 97, Line 9 |
| Page 97, Line 11 | Page 97, Line 14 |
| Page 97, Line 16 | Page 97, Line 23 |
| Page 97, Line 25 | Page 98, Line 13 |
| Page 98, Line 15 | Page 98, Line 22 |
| Page 98, Line 24 | Page 99, Line 4 |
| Page 99, Line 6 | Page 99, Line 6 |
| Page 112, Line 18 | Page 113, Line 5 |
| Page 114, Line 24 | Page 115, Line 19 |
| Page 115, Line 21 | Page 115, Line 24 |
| Page 116, Line 1 | Page 116, Line 17 |
| Page 116, Line 19 | Page 116, Line 20 |
| Page 117, Line 3 | Page 118, Line 8 |
| Page 118, Line 10 | Page 118, Line 20 |
| Page 120, Line 13 | Page 120, Line 17 |

| Begin | End |
|---|---|
| Page 123, Line 19 | Page 123, Line 21 |
| Page 123, Line 24 | Page 124, Line 14 |
| Page 140, Line 11 | Page 140, Line 14 |
| Page 146, Line 16 | Page 146, Line 20 |
| Page 146, Line 22 | Page 146, Line 22 |
| Page 150, Line 1 | Page 150, Line 3 |
| Page 150, Line 5 | Page 150, Line 17 |
| Page 153, Line 17 | Page 153, Line 22 |
| Page 153, Line 24 | Page 154, Line 4 |
| Page 154, Line 6 | Page 154, Line 7 |
| Page 172, Line 10 | Page 172, Line 16 |
| Page 181, Line 24 | Page 182, Line 1 |
| Page 182, Line 3 | Page 182, Line 7 |
| Page 182, Line 9 | Page 182, Line 13 |
| Page 182, Line 15 | Page 182, Line 19 |
| Page 182, Line 21 | Page 182, Line 25 |
| Page 183, Line 2 | Page 183, Line 15 |
| Page 183, Line 17 | Page 183, Line 17 |
| Page 185, Line 11 | Page 185, Line 15 |

| Begin | End |
|---|---|
| Page 185, Line 17 | Page 185, Line 17 |
| Page 185, Line 22 | Page 186, Line 2 |
| Page 189, Line 21 | Page 190, Line 7 |
| Page 190, Line 9 | Page 190, Line 12 |
| Page 201, Line 8 | Page 201, Line 17 |
| Page 213, Line 3 | Page 213, Line 10 |

## XX.
## CHARLES DERRICK MOODY

| Begin | End |
|---|---|
| Page 10, Line 9 | Page 11, Line 11 |
| Page 12, Line 1 | Page 12, Line 6 |
| Page 12, Line 18 | Page 14, Line 1 |
| Page 14, Line 4 | Page 14, Line 11 |
| Page 16, Line 10 | Page 17, Line 11 |
| Page 18, Line 16 | Page 19, Line 1 |
| Page 19, Line 12 | Page 20, Line 3 |
| Page 20, Line 7 | Page 20, Line 11 |
| Page 21, Line 12 | Page 21, Line 15 |
| Page 21, Line 19 | Page 21, Line 19 |

| Begin | End |
|-------|-----|
| Page 22, Line 3 | Page 22, Line 17 |
| Page 23, Line 3 | Page 23, Line 14 |
| Page 24, Line 3 | Page 25, Line 14 |
| Page 25, Line 24 | Page 26, Line 18 |
| Page 27, Line 1 | Page 28, Line 1 |
| Page 28, Line 4 | Page 28, Line 4 |
| Page 28, Line 15 | Page 28, Line 16 |
| Page 28, Line 19 | Page 28, Line 19 |
| Page 28, Line 25 | Page 29, Line 14 |
| Page 29, Line 17 | Page 29, Line 23 |
| Page 31, Line 4 | Page 31, Line 9 |
| Page 36, Line 25 | Page 38, Line 1 |
| Page 38, Line 10 | Page 39, Line 19 |
| Page 39, Line 22 | Page 44, Line 22 |
| Page 47, Line 14 | Page 48, Line 1 |
| Page 48, Line 10 | Page 48, Line 19 |
| Page 48, Line 22 | Page 49, Line 3 |
| Page 49, Line 6 | Page 49, Line 15 |
| Page 49, Line 18 | Page 49, Line 21 |
| Page 49, Line 24 | Page 51, Line 1 |

| Begin | End |
|-------|-----|
| Page 51, Line 11 | Page 54, Line 11 |
| Page 54, Line 14 | Page 54, Line 24 |
| Page 55, Line 2 | Page 57, Line 1 |
| Page 57, Line 6 | Page 57, Line 20 |
| Page 57, Line 23 | Page 62, Line 8 |
| Page 64, Line 11 | Page 64, Line 21 |
| Page 64, Line 24 | Page 68, Line 1 |
| Page 68, Line 7 | Page 70, Line 18 |
| Page 72, Line 23 | Page 73, Line 12 |
| Page 73, Line 15 | Page 73, Line 18 |
| Page 73, Line 21 | Page 74, Line 13 |
| Page 75, Line 11 | Page 75, Line 18 |
| Page 75, Line 21 | Page 76, Line 15 |
| Page 76, Line 18 | Page 76, Line 18 |
| Page 77, Page 1 | Page 77, Line 19 |
| Page 78, Line 17 | Page 78, Line 21 |
| Page 78, Line 24 | Page 79, Line 5 |
| Page 79, Line 8 | Page 80, Line 2 |
| Page 81, Line 7 | Page 82, Line 2 |
| Page 88, Line 22 | Page 89, Line 5 |

| Begin | End |
|---|---|
| Page 96, Line 15 | Page 96, Line 17 |
| Page 96, Line 20 | Page 97, Line 2 |
| Page 97, Line 5 | Page 97, Line 5 |
| Page 97, Line 22 | Page 98, Line 8 |
| Page 102, Line 18 | Page 103, Line 9 |
| Page 103, Line 12 | Page 104, Line 25 |
| Page 106, Line 25 | Page 107, Line 9 |
| Page 107, Line 17 | Page 107, Line 19 |

## XXI.
## GREGORY JOSEPH PRINZO

| Begin | End |
|---|---|
| Page 5, Line 22 | Page 5, Line 23 |
| Page 6, Line 2 | Page 6, Line 25 |
| Page 11, Line 25 | Page 12, Line 2 |
| Page 14, Line 20 | Page 14, Line 23 |
| Page 15, Line 1 | Page 15, Line 4 |
| Page 15, Line 23 | Page 15, Line 25 |
| Page 19, Line 11 | Page 19, Line 13 |
| Page 20, Line 1 | Page 20, Line 8 |
| Page 20, Line 10 | Page 20, Line 11 |

| Begin | End |
|---|---|
| Page 22, Line 21 | Page 22, Line 23 |
| Page 23, Line 1 | Page 23, Line 7 |
| Page 23, Line 15 | Page 24, Line 1 |
| Page 24, Line 4 | Page 24, Line 10 |
| Page 24, Line 13 | Page 24, Line 15 |
| Page 24, Line 25 | Page 25, Line 5 |
| Page 25, Line 8 | Page 25, Line 10 |
| Page 26, Line 15 | Page 26, Line 25 |
| Page 27, Line 9 | Page 27, Line 21 |
| Page 31, Line 22 ("You're…") | Page 32, Line 2 |
| Page 40, Line 21 | Page 40, Line 23 |
| Page 40, Line 25 | Page 41, Line 6 |
| Page 43, Line 17 | Page 43, Line 20 |
| Page 43, Line 23 | Page 44, Line 2 |
| Page 44, Line 6 | Page 44, Line 8 |
| Page 44, Line 12 | Page 44, Line 17 |
| Page 51, Line 22 | Page 52, Line 7 |
| Page 53, Line 6 | Page 53, Line 8 |
| Page 53, Line 11 | Page 53, Line 14 |

| Begin | End |
|---|---|
| Page 55, Line 5 | Page 55, Line 21 |
| Page 56, Line 20 ("is…") | Page 56, Line 23 |
| Page 57, Line 18 ("Volvo…") | Page 57, Line 23 |

## XXII.
## DR. LYNN SALZBERGER

| Begin | End |
|---|---|
| Page 6, Line 25 | Page 7, Line 13 |
| Page 7, Line 24 | Page 8, Line 8 |
| Page 8, Line 16 | Page 9, Line 5 |
| Page 9, Line 14 | Page 10, Line 8 |
| Page 10, Line 13 | Page 12, Line 3 |
| Page 12, Line 5 | Page 12, Line 7 |
| Page 13, Line 8 | Page 15, Line 12 |
| Page 16, Line 20 | Page 18, Line 8 |
| Page 18, Line 12 | Page 19, Line 1 |
| Page 20, Line 22 | Page 21, Line 2 |
| Page 21, Line 9 | Page 22, Line 4 |
| Page 22, Line 13 | Page 23, Line 8 |
| Page 23, Line 14 | Page 24, Line 15 |

| | |
|---|---|
| Page 41, Line 9 | Page 41, Line 20 |
| Page 43, Line 11 | Page 43, Line 24 |
| Page 50, Line 18 | Page 53, Line 19 |

## XXIII.
## DANIEL SPRINKLE

| Begin | End |
|---|---|
| Page 5, Line 22 | Page 6, Line 20 |
| Page 8, Line 23 | Page 9, Line 16 |
| Page 9, Line 19 | Page 9, Line 25 |
| Page 10, Line 3 | Page 10, Line 5 |
| Page 10, Line 12 | Page 10, Line 16 |
| Page 11, Line 3 | Page 13, Line 17 |
| Page 16, Line 11 | Page 17, Line 15 |
| Page 18, Line 6 | Page 18, Line 11 |
| Page 18, Line 19 | Page 19, Line 20 |
| Page 21, Line 10 | Page 21, Line 14 |
| Page 22, Line 3 | Page 22, Line 16 |
| Page 24, Line 13 | Page 24, Line 23 |
| Page 25, Line 5 | Page 25, Line 21 |

| Begin | End |
|---|---|
| Page 26, Line 2 | Page 29, Line 6 |
| Page 29, Line 13 | Page 30, Line 16 |
| Page 30, Line 19 | Page 32, Line 1 |
| Page 34, Line 3 | Page 35, Line 4 |
| Page 36, Line 18 | Page 36, Line 20 |
| Page 36, Line 22 | Page 37, Line 7 |
| Page 38, Line 6 | Page 38, Line 21 |
| Page 38, Line 23 | Page 39, Line 11 |
| Page 39, Line 13 | Page 39, Line 25 |
| Page 40, Line 4 | Page 40, Line 14 |
| Page 40, Line 21 | Page 41, Line 9 |
| Page 41, Line 11 | Page 41, Line 25 |
| Page 42, Line 24 | Page 43, Line 18 |
| Page 47, Line 1 | Page 47, Line 8 |
| Page 48, Line 13 | Page 49, Line 5 |
| Page 49, Line 7 | Page 50, Line 4 |
| Page 51, Line 9 | Page 51, Line 21 |
| Page 54, Line 7 | Page 54, Line 10 |
| Page 55, Line 9 | Page 55, Line 17 |

| Begin | End |
|-------|-----|
| Page 60, Line 10 | Page 63, Line 16 |
| Page 63, Line 18 | Page 64, Line 1 |
| Page 65, Line 7 | Page 65, Line 11 |
| Page 65, Line 25 | Page 66, Line 2 |
| Page 67, Line 18 | Page 69, Line 14 |
| Page 70, Line 17 | Page 70, Line 21 |
| Page 71, Line 4 | Page 71, Line 12 |
| Page 73, Line 25 | Page 74, Line 7 |
| Page 77, Line 15 | Page 77, Line 19 |
| Page 81, Line 15 | Page 81, Line 22 |
| Page 82, Line 10 | Page 82, Line 20 |
| Page 85, Line 24 | Page 86, Line 5 |
| Page 86, Line 7 | Page 86, Line 19 |
| Page 86, Line 21 | Page 87, Line 16 |
| Page 87, Line 18 | Page 89, Line 16 |
| Page 89, Line 18 | Page 89, Line 18 |
| Page 90, Line 17 | Page 92, Line 7 |
| Page 92, Line 10 | Page 92, Line 14 |

**XXIV.**
**JERRY TALTON**

| Begin | End |
|-------|-----|
| Page 5, Line 24 | Page 6, Line 3 |
| Page 6, Line 15 | Page 7, Line 9 |
| Page 8, Line 20 | Page 9, Line 2 |
| Page 9, Line 15 | Page 10, Line 4 |
| Page 13, Line 6 | Page 13, Line 7 |
| Page 13, Line 20 | Page 16, Line 1 |
| Page 16, Line 13 | Page 16, Line 17 |
| Page 17, Line 25 | Page 18, Line 8 |
| Page 23, Line 21 | Page 24, Line 15 |
| Page 25, Line 12 | Page 25, Line 23 |
| Page 29, Line 23 | Page 30, Line 21 |
| Page 33, Line 16 | Page 34, Line 11 |
| Page 35, Line 6 | Page 35, Line 8 |
| Page 35, Line 20 | Page 35, Line 23 |
| Page 38, Line 1 | Page 38, Line 5 |
| Page 38, Line 11 | Page 39, Line 4 |
| Page 44, Line 25 | Page 45, Line 7 |
| Page 49, Line 8 | Page 49, Line 11 |

| Begin | End |
|---|---|
| Page 49, Line 13 | Page 49, Line 22 |
| Page 49, Line 24 | Page 50, Line 4 |
| Page 50, Line 6 | Page 50, Line 6 |
| Page 57, Line 7 | Page 57, Line 10 |
| Page 57, Line 12 | Page 57, Line 16 |
| Page 57, Line 18 | Page 57, Line 22 |
| Page 57, Line 24 | Page 58, Line 5 |
| Page 58, Line 7 | Page 58, Line 20 |
| Page 58, Line 22 | Page 59, Line 12 |
| Page 59, Line 21 | Page 59, Line 25 |
| Page 60, Line 2 | Page 60, Line 16 |
| Page 60, Line 18 | Page 61, Line 3 |
| Page 61, Line 5 | Page 61, Line 5 |
| Page 61, Line 18 | Page 61, Line 21 |
| Page 61, Line 23 | Page 62, Line 2 |
| Page 62, Line 4 | Page 62, Line 17 |
| Page 64, Line 6 | Page 64, Line 9 |
| Page 64, Line 11 | Page 66, Line 8 |
| Page 77, Line 2 | Page 77, Line 8 |

| Begin | End |
|---|---|
| Page 85, Line 6 | Page 85, Line 20 |
| Page 85, Line 22 | Page 86, Line 5 |
| Page 87, Line 10 | Page 87, Line 24 |

**XXV.**
**BRIAN J. THOMPSON**

| Begin | End |
|---|---|
| Page 6, Line 5 | Page 6, Line 6 |
| Page 8, Line 12 | Page 9, Line 8 |
| Page 11, Line 14 | Page 15, Line 5 |
| Page 15, Line 18 | Page 19, Line 8 |
| Page 19, Line 13 | Page 20, Line 14 |
| Page 20, Line 17 ("Which…") | Page 23, Line 18 |
| Page 23, Line 25 | Page 24, Line 14 |
| Page 24, Line 23 | Page 28, Line 14 |
| Page 28, Line 18 | Page 28, Line 21 |
| Page 28, Line 24 | Page 29, Line 13 |
| Page 29, Line 16 | Page 39, Line 9 |
| Page 39, Line 13 | Page 40, Line 20 |
| Page 41, Line 8 | Page 41, Line 16 |

| Begin | End |
|---|---|
| Page 43, Line 15 | Page 44, Line 8 |
| Page 45, Line 13 | Page 45, Line 19 |
| Page 59, Line 2 | Page 59, Line 23 |

## XXVI.
## <u>MICHELLE VOGLER, PH.D., P.E.</u>

| Begin | End |
|---|---|
| Page 11, Line 22 | Page 11, Line 23 |
| Page 12, Line 1 | Page 12, Line 15 |
| Page 12, Line 25 | Page 13, Line 5 |
| Page 17, Line 8 | Page 18, Line 8 |
| Page 24, Line 22 | Page 25, Line 11 |
| Page 45, Line 10 | Page 45, Line 24 |
| Page 68, Line 1 | Page 70, Line 15 |
| Page 71, Line 13 | Page 71, Line 15 |
| Page 71, Line 21 | Page 73, Line 17 |
| Page 74, Line 21 | Page 75, Line 3 |
| Page 82, Line 15 | Page 82, Line 16 |
| Page 82, Line 18 | Page 82, Line 19 |
| Page 82, Line 21 | Page 83, Line 3 |

| Begin | End |
|---|---|
| Page 84, Line 13 | Page 84, Line 17 |
| Page 85, Line 16 | Page 85, Line 19 |
| Page 86, Line 15 | Page 88, Line 15 |
| Page 89, Line 15 | Page 91, Line 8 |
| Page 95, Line 6 | Page 95, Line 10 |
| Page 95, Line 21 | Page 96, Line 2 |
| Page 96, Line 9 | Page 96, Line 21 |
| Page 97, Line 16 | Page 98, Line 12 |
| Page 99, Line 7 | Page 99, Line 22 |
| Page 109, Line 14 | Page 109, Line 22 |
| Page 134, Line 12 | Page 135, Line 12 |
| Page 183, Line 1 | Page 184, Line 9 |
| Page 209, Line 7 | Page 209, Line 11 |
| Page 210, Line 9 | Page 210, Line 17 |
| Page 210, Line 22 | Page 211, Line 1 |
| Page 226, Line 2 | Page 226, Line 13 |

Respectfully submitted,

*/S/ DAVID P. STONE*
**KURT C. KERN**
State Bar No. 11334600
kurt.kern@bowmanandbrooke.com
**DAVID P. STONE**
State Bar No. 19289060
david.stone@bowmanandbrooke.com
**JUDE T. HICKLAND**
State Bar No. 24065416
jude.hickland@bowmanandbrooke.com

**BOWMAN AND BROOKE LLP**
2501 North Harwood Street, Suite 1700
Dallas, Texas  75201
(972) 616-1700
(972) 616-1701 (fax)

**ATTORNEYS FOR DEFENDANTS
TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA,
INC., AND TOYOTA MOTOR SALES,
U.S.A., INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 28th day of May, 2014.

*/S/ DAVID P. STONE*