IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

### Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:11-CV-0207-N
2. Style of case: OLLIE GREENE, ET AL. V. TOYOTA MOTOR CORPORATION, ET AL.
3. Nature of suit: PI-Wrongful Death/Negligence/Gross Negligence
4. Method of ADR used:    X Mediation        ☐ Mini-Trial        ☐ Summary Jury Trial
5. Date ADR session was held: 5/27/2014
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.            ☐ Settled, in part, as result of ADR
   ☐ Settled as a result of ADR.                 **XX Parties were unable to reach settlement.**
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $2,950.00
8. Duration of ADR: Full Day  (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider): **NOTE:  MEDIATION WITH PLAINTIFFS AND DEFENDANT JOHN FAYARD MOVING & WAREHOUSE, LLC ONLY.**

   Courtenay L. Bass - Mediator                Daryl K. Washington, Esq.-Plaintiff
   William K. Greene – Plaintiffs' Rep.        Scott W. Self, Esq.-Defendant Fayard
   Aubrey "Nick" Pittman, Esq.-Plaintiff       Katherine Howard – Defendant's Rep.
                                               (by phone)

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Courtenay L. Bass*                                May 29, 2014
Signature                                          Date

12001 N. Central Expressway, Suite 650, Dallas, Texas  75243    (214)303-4500
Address                                                         Telephone

**Aubrey "Nick" Pittman, Esq.**
Pittman Law Firm
100 Crescent Court
Suite 700
Dallas, TX  75201
(214) 459-3454
(214) 853-5912

**Daryl K. Washington, Esq.**
Law Office of Daryl K. Washington PC
325 N. St. Paul Street
Suite 1975
Dallas, TX  75201
(214) 880-4883
(214) 751-6685

**Scott W. Self, Esq.**
Fee, Smith, Sharp, & Vitullo
13155 Noel Road
Suite 1000
Dallas, TX  75240
(972) 934-9100
(972) 934-9200