IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OLLIE GREENE, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> TOYOTA MOTOR CORPORATION, *et al.*, § <br> § <br> Defendants. § <br> § | CAUSE NUMBER: 3:11-cv-0207-N |

**JOINT STATUS REPORT ON MEDIATION AND SETTLEMENT**

Plaintiffs Ollie Greene, Individually and as the surviving parent of Wyndell Greene, Sr., William Greene, as the Administrator of the Estate of Wyndell Greene, Sr. and Marilyn Burdette Hardeman, Individually and as the surviving parent of LaKeysha Greene (collectively hereinafter referred to as "Plaintiffs"), and Defendant Volvo Group North America, LLC, f/k/a Volvo Trucks North America, ("VGNA"), respectfully submit this joint status report on the results of the mediation in this case between these two parties:

Plaintiffs and VGNA mediated the case on May 28, 2014, and continued informal discussions in the days following the mediation. VGNA and Plaintiffs have now settled all claims in this case by and between Plaintiffs and VGNA.

This settlement does not affect Plaintiffs' claims against the remaining defendants.

VGNA and Plaintiffs are in the process of preparing appropriate settlement and dismissal documents, and will be filing an agreed motion for dismissal prior to trial.

Plaintiffs and VGNA believe that all pending pleadings, motions, briefs, objections and other matters as between Plaintiffs and VGNA are now moot and need not be ruled upon.

1

Respectively submitted,

| | |
|---|---|
| */s/ Aubrey "Nick" Pittman* <br> AUBREY "NICK" PITTMAN <br> State Bar No. 16049750 <br><br> **THE PITTMAN LAW FIRM, P.C.** <br><br> 100 Crescent Court, Suite 700 <br> Dallas, Texas 75201-2112 <br> 214-459-3454 <br> 214-853-5912 – fax <br> pittman@thepittmanlawfirm.com | */s/ Daryl K. Washington* <br> DARYL K. WASHINGTON <br> State Bar No. 24013714 <br><br> **LAW OFFICES OF DARYL K. WASHINGTON, P.C.** <br><br> 325 N. St. Paul St., Suite 1975 <br> Dallas, Texas 75201 <br> 214-880-4883 <br> 469-718-0380 - fax <br> dwashington@dwashlawfirm.com |

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Randy Howry*
RANDY HOWRY
Texas State Bar No. 10121690
JOHN E. CARLSON
Texas State Bar No. 00790426

**HOWRY BREEN & HERMAN, L.L.P.**
1900 Pearl Street
Austin, Texas 78705-5408
512-474-7300
512-474-8557 – Fax
rhowry@howrybreen.com
pfitzgerald@howrybreen.com
jcarlson@howrybreen.com

**ATTORNEYS FOR VOLVO GROUP NORTH AMERICA, LLC f/k/a VOLVO TRUCKS NORTH AMERICA**

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 4, 2014, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

                                      */s/ Randy Howry*
                                      RANDY HOWRY