IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the surviving parent of WYNDELL GREENE, SR., WILLIAM GREENE, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE-HARDEMAN, Individually and as the surviving parent of LAKEYSHA GREENE, | § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CAUSE NUMBER 3:11-cv-0207-N |
| | § | JURY TRIAL DEMANDED |
| TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC. VOLVO GROUP NORTH AMERICA, INC. VOLVO TRUCKS NORTH AMERICA, a DIVISION OF VOLVO GROUP NORTH AMERICAN, LLC, STRICK TRAILERS, LLC, JOHN FAYARD MOVING & WAREHOUSE, LLC and DOLPHIN LINE, INC. | § § § § § § § § § § § § | |
| Defendants. | § | |

**DEFENDANT STRICK TRAILERS, LLC'S BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE # 11 (OTHER VEHICLES)**

Defendant Strick Trailers, LLC ("Strick") respectfully requests the Court deny Plaintiffs'

Motion in Limine # 11 (to exclude all reference to the design characteristics and/or crash

performance of vehicles other than the vehicles involved in the subject accident. (Doc. 684,

Page

ID 32277).

It is not clear what evidence Plaintiffs seek to exclude as to other trailers or their crash

performance. It is also not clear whether Plaintiffs are seeking to limit evidence solely to the subject trailer, or to the trailer model. As it applies to Strick, the motion is overly broad and would exclude highly relevant evidence:

First, Strick is entitled to give the jury a reasonably short explanation of its business, i.e. that it has been a trailer manufacturer for a number of decades, that it designs, manufactures and sells Dry Van trailers in various sizes and models, including custom trailers, and that it equips those which are required to have them with rear underride guards. Moreover, if the jury is to be instructed that Strick is to be held to the standard of an expert, Strick is entitled to put on facts relevant to its expertise, which includes the design and manufacture of other trailers.

Second, Plaintiffs' proposed alternative designs consist of other makes and models of trailers and their underride guards. They include, but are not limited, to underride guards on a 2013 Manac trailer, a 2014 Stoughton trailer, various conceptual underride guards constructed to meet European standards and appended to the back of a truck chassis or trailers, and underride guards appended to the back of a MAN truck or trailer and guard(s) for trailers designed to the 2007 Canadian standard. Discussion of the feasibility and effectiveness of alternative design guards implicates discussion of other makes and models.

Third, the issue of whether the replacement underride guard is of Strick origin necessarily involves discussion of other underride guard designs which Strick does, and does not, produce.

Finally, it is not clear what specific evidence is targeted by Plaintiffs' references to Fed. R. Evid. 602, 702, or 704. Accordingly, Strick is unable to respond. Plaintiffs should raise their objections, on this basis, to specific evidence as it is offered so that Strick has a fair opportunity to rebut the challenge.

**CONCLUSION**

For the reasons stated above, Defendant Strick respectfully requests the Court deny Plaintiffs' Motion In Limine # 11.

    Respectfully submitted,
    DAWSON & CLARK, P.C.

    */S/ Donald H. Dawson, Jr.*
    DONALD H. DAWSON, JR.
    Texas State Bar No. 05606500
    KATHLEEN A. CLARK
    Texas State Bar No. 00788830
    243 West Congress, Suite 600
    Detroit, MI 48226
    (313) 256-8900 *(Office)*
    (313) 256-8913 *(Facsimile)*

    WALTERS, BALIDO & CRAIN, LLP

    */S/*
    S. TODD PARKS
    Texas State Bar No. 15526520
    ASHLEY DE LA CERDA
    Texas State Bar No. 24045760
    10440 North Central Tower, 15th Floor
    Dallas, TX 75231
    (214) 749-4805 *(Office)*
    (214) 760-1670 *(Facsimile)*

    **ATTORNEYS FOR DEFENDANT STRICK**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 4, 2014, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure.

    */S/ Donald H. Dawson, Jr.*
    DONALD H. DAWSON, JR.