IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the surviving parent of WYNDELL GREENE, SR., WILLIAM GREENE, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE-HARDEMAN, Individually and as the surviving parent of LAKEYSHA GREENE, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NUMBER 3:11-cv-0207-N |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | JURY TRIAL DEMANDED |
| TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC. VOLVO GROUP NORTH AMERICA, INC. VOLVO TRUCKS NORTH AMERICA, a DIVISION OF VOLVO GROUP NORTH AMERICAN, LLC., STRICK TRAILERS, LLC, JOHN FAYARD MOVING & WAREHOUSE, LLC and DOLPHIN LINE, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |

## APPENDIX TO DEFENDANT STRICK TRAILERS, LLC'S BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE # 23 (SEVERITY OF ACCIDENT)

Defendant STRICK TRAILERS, LLC ("Strick") files this Appendix in Support of its

Brief in Opposition to Plaintiffs' Motion in Limine # 23 (Severity of Accident, respectfully

showing:

1

| EXHIBIT | DESCRIPTION | PAGE NUMBERS |
|---------|-------------|--------------|
| A | Deposition Burton - *Kennon, et al v. Lee, et al* | 1-2 |

Respectfully submitted,
DAWSON & CLARK, P.C.

*/s/ Donald H. Dawson, Jr.*
DONALD H. DAWSON, JR.
Texas State Bar No. 05606500
243 West Congress, Suite 600
Detroit, MI 48226
(313) 256-8900 *(Office)*
(313) 256-8913 *(Facsimile)*


WALTERS, BALIDO & CRAIN, LLP

*/s/ S. Todd Parks*
S. TODD PARKS
Texas State Bar No. 15526520
900 Jackson Street, Suite 600
Dallas, TX 75202
(214) 749-4805 *(Office)*
(214) 760-1670 *(Facsimile)*

**ATTORNEYS FOR DEFENDANT
STRICK TRAILERS, LLC**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 4, 2014, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Donald H. Dawson, Jr.*
 DONALD H. DAWSON, JR.

```
 1          IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                        STATE OF MISSOURI
 2

 3   BRENDA KENNON, ET. AL.,     )
                                 )
 4             Plaintiffs,  )
                                 ) CIVIL ACTION FILE
 5        vs.                    )
                                 ) NO. 042-007264
 6   GILSTER-MARY LEE, ET. AL., )
                                 )
 7             Defendants.  )

 8

 9

10

11

12

13

14                     DEPOSITION OF

15                 JOSEPH L. BURTON, M.D.

16                  ALPHARETTA, GEORGIA

17                 TUESDAY, JUNE 6, 2006

18

19

20

21

22

23   REPORTED BY:  TANYA L. VERHOVEN-PAGE,
                    CCR-B-1790
24
     FILE NO.  421445
25
```

                                                        1

```
 1    record.)

 2    BY MR. COLE:

 3        Q    I'm showing you Exhibit 15.  That appears

 4    to be a single article published in 1997 by the

 5    Society of Automotive Engineers entitled

 6    Relationships Between Crash Casualties and Crash

 7    Attributes; is that right?

 8        A    Yes, sir.  This is an article -- it's SAE

 9    article 970393 that we put in every file that's a

10    frontal crash, basically, or a rear end crash or a

11    side impact.  We don't put it in rollover cases;

12    because rollovers were excluded in the database

13    analysis by Maliaris and Digges and DeBlois.

14             I put it in there because it's one of the

15    most recent articles written where the NASS database

16    was perused and studied and made a correlation

17    between Delta V likelihood of fatality, PDOF

18    likelihood of fatality and things like that.

19        Q    Do you consider Exhibit 15 authoritative?

20        A    Yes, sir.  I don't know anything in it

21    that I disagree with.

22    (Defendants' Exhibit No. 16 was marked for the

23    record.)

24    BY MR. COLE:

25        Q    I'm showing you what's been marked as
```

41