**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **OLLIE GREENE, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-207-N |
| | § | |
| **TOYOTA MOTOR CORPORATION, et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the order of reference dated December 16, 2013, before the Court is *Defendants' Joint Motion to Compel Immediate Production of Agreement Memorializing Settlement Between Plaintiffs and Volvo Group North America, LLC*, filed June 5, 2014 (doc. 708). To the extent that the motion is a discovery motion, it does not comply with the requirements set forth in the *Amended Order and Discovery Protocol*, dated September 9, 2013.[1] It is hereby **UNFILED** pursuant to paragraph 27 of that order and protocol.

**SO ORDERED** on this 6th day of June, 2014.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent the motion is a discovery motion, it was also filed after the deadline for completion of discovery set forth in Paragraph 3 d. of the *Second Amended Scheduling Order*, filed June 19, 2013 (doc. 161). This paragraph states that discovery closes 90 days before trial. By order dated January 3, 2014 (doc. 332), the trial date was set for June 23, 2014, so the deadline for discovery expired in March 2014. Discovery motions are subject to the deadline for completion of discovery. *See Days Inn Worldwide, Inc. v. Sonia Investments,* 237 F.R.D. 395, 398 (N.D. Tex. 2006).