IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-0207-N |
| | § | |
| TOYOTA MOTOR CORP., *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

This Order addresses Toyota Defendants' motion to exclude [380] and Defendant Strick Trailer, LLC's motion to exclude [391]. These motions primarily related to finite element modeling ("FEM") done by Keith Friedman after his designation on November 20, 2013. Because of the importance of the testimony to Plaintiffs', the Court denies the motion to exclude. However, the Court requires Plaintiffs to produce Friedman for a supplemental deposition, not to exceed two hours, limited to the subject of Friedman's FEM done after November 20, 2013. If the parties are unable to agree on a different time, the deposition will be on June 13, 2014 starting at 10:00 a.m., Dallas time. Plaintiffs may produce Friedman for deposition by telephone. If Plaintiffs elect to produce Friedman by telephone, Defendants must provide Plaintiffs' counsel with any exhibits they want to use in the deposition sufficiently before the deposition for counsel to deliver them to Friedman.

Signed June 6, 2014.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2