IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the surviving parent of WYNDELL GREENE, SR., WILLIAM GREENE, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE HARDEMAN, Individually and as the surviving parent of LAKEYSHA GREENE,<br><br>    Plaintiffs,<br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC., VOLVO GROUP NORTH AMERICA, LLC., VOLVO TRUCKS NORTH AMERICA, A DIVISION OF VOLVO GROUP NORTH AMERICA, LLC., STRICK TRAILERS, LLC, JOHN FAYARD MOVING & WAREHOUSE, LLC, and DOLPHIN LINE, INC.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NUMBER: 3:11-cv-0207-N<br><br><br>JURY TRIAL DEMANDED |

---

**DEFENDANT JOHN FAYARD MOVING & WAREHOUSE, LLC'S
OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, **JOHN FAYARD MOVING & WAREHOUSE, LLC** (hereinafter, "Fayard Moving") and serves these, its Objections to the Deposition Designations contained in Plaintiffs' First Amended Witness List and Deposition Designations (Doc. 706):

1. Witness – Daniel Sprinkle

| Deposition Page:Line | Objection(s) |
|---|---|
| 17:16 – 17:20 | Relevance – FRE 402 and 403 |
| 32:11 – 32:20 | Relevance – FRE 402 and 403 |
| 35:8 – 37:7 | Relevance – FRE 402 and 403 |
| 37:22 – 39:8 | Relevance – FRE 402 and 403 |
| 40:18 – 41:6 | Relevance – FRE 402 and 403 |
| 42:9 – 43:14 | Relevance – FRE 402 and 403 |
| 44:23 – 45:8 | Relevance – FRE 402 and 403<br>Personal knowledge – FRE 602 |
| 46:20 – 47:25 | Relevance – FRE 402 and 403<br>Personal knowledge – FRE 602<br>Hearsay – FRE 802 |
| 49:18 – 49:24 | Relevance – FRE 402 and 403<br>Personal knowledge – FRE 602<br>Expert opinion – FRE 702 |
| 51:9 – 51:11 | Optional completeness – FRE 106 |
| 55:18 – 56:6 | Relevance – FRE 402 and 403 |
| 86:2 – 92:8 | Relevance – FRE 402 and 403<br>Hearsay – FRE 802 |

Fayard Moving hereby joins in any objections lodged by any of the other Defendant parties herein to Plaintiffs' proposed deposition designations. Fayard Moving likewise reserves its right subsequently to lodge additional objections to any deposition designations identified by Plaintiffs subsequent to those filed and served on the Court's deadline of May 23, 2014.

Respectfully submitted,

_____/s/ Scott W. Self_____

**MICHAEL P. SHARP**
State Bar No. 00788857
**SCOTT W. SELF**
State Bar No. 24033176
**FEE, SMITH, SHARP & VITULLO, LLP**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 752440
972-934-9100 telephone
972-934-9200 facsimile
msharp@feesmith.com
sself@feesmith.com

**ATTORNEYS FOR DEFENDANT
JOHN FAYARD MOVING &
WAREHOUSE, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 6, 2014, the foregoing Defendant John Fayard Moving & Warehouse, LLC's *Objection to Plaintiffs' Deposition Designations* was filed with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

_____/s/ Scott W. Self_____
**MICHAEL P. SHARP**
**SCOTT W. SELF**