IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the surviving parent of WYNDELL GREENE, SR., WILLIAM GREENE, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE-HARDEMAN, Individually and as the surviving parent of LAKEYSHA GREENE, | § § § § § § § § | |
| | § | CAUSE NUMBER 3:11-cv-0207-N |
| Plaintiffs, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| | § | |
| TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC. VOLVO GROUP NORTH AMERICA, INC. VOLVO TRUCKS NORTH AMERICA, a DIVISION OF VOLVO GROUP NORTH AMERICAN, LLC, STRICK TRAILERS, LLC, JOHN FAYARD MOVING & WAREHOUSE, LLC and DOLPHIN LINE, INC. | § § § § § § § § § § § | |
| | § | |
| Defendants. | § | |

**DEFENDANT STRICK TRAILERS, LLC'S MOTION TO JOIN (JOINDER IN) TOYOTA'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' MOTIONS IN LIMINE**

Defendant, Strick Trailers, LLC, respectfully files this Motion to Join (Joinder) Toyota's

Responses and Objections to Plaintiffs' Motions in Limine.

**Motion to Join / Joinder**

Plaintiffs filed 37 Motions in Limine on May 23, 2014. (Doc. 684).  Toyota filed its

Responses and Objections to Plaintiffs' Motions in Limine on June 6, 2014. (Doc. 728).  Strick

expressly joins in Toyota's responses and objections as if set forth here in full with the exception

of Toyota's responses to Plaintiffs' Motions in Limine Nos.: 17, 18, 19, 20, 25, 27, 29, 31, and

32.  Strick also joins in the yet-to-be-filed objections and responses of its Co-Defendants to

Plaintiffs' Motions in Limine to the extent the relief sought is not prejudicial to Strick.

### Prayer for Relief

For all the foregoing reasons, Strick respectfully requests that the Court grant this Motion

to Join, and joins Toyota in its objections and responses to Plaintiffs' Motions in Limine unless

specifically excluded above.

Respectfully submitted,

DAWSON & CLARK, P.C.

*/s/ Donald H. Dawson, Jr.*
DONALD H. DAWSON, JR.
Texas State Bar No. 05606500
KATHLEEN A. CLARK
Texas State Bar No. 00788830
243 West Congress, Suite 600
Detroit, MI 48226
(313) 256-8900 (Office)
(313) 256-8913 (Facsimile)

WALTERS, BALIDO & CRAIN, LLP

_____
   S. TODD PARKS
Texas State Bar No. 15526520
ASHLEY DE LA CERDA
Texas State Bar No. 24045760
900 Jackson Street, Suite 600
Dallas, TX 75202
(214) 749-4805 (Office)
(214) 760-1670 (Facsimile)

*ATTORNEYS FOR DEFENDANT*
*STRICK*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2014, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

/s/ Donald H. Dawson, Jr.
DONALD H. DAWSON, JR.