IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the | § | |
| Surviving parent of WYNDELL GREENE, | § | |
| SR., WILLIAM GREENE, as the | § | |
| Administrator of the Estate of WYNDELL | § | |
| GREENE, SR., and MARILYN BURDETTE | § | |
| HARDEMAN, Individually and as the | § | CAUSE NUMBER 3:11-cv-0207-N |
| Surviving parent of LAKEYSHA GREENE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| TOYOTA MOTOR CORPORATION, | § | |
| TOYOTA MOTOR ENGINEERING & | § | |
| MANUFACTURING NORTH AMERICA, | § | |
| INC., TOYOTA MOTOR SALES USA, INC., | § | |
| VOLVO GROUP NORTH AMERICA, IND., | § | |
| VOLVO TRUCKS NORTH AMERICA, A | § | |
| A DIVISION OF VOLVO GROUP | § | |
| NORTH AMERICA, LLC., STRICK | § | |
| TRAILERS, LLC, JOHN FAYARD | § | |
| MOVING & WAREHOUSE, LLC and | § | |
| DOLPHIN LINE, INC. | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**STRICK'S SUPPLEMENTAL OBJECTIONS TO PLAINTIFFS'
SECOND AMENDED EXHIBIT LIST**

1

Defendant Strick Trailer, LLC. ("Strick"), having now received Plaintiffs' exhibits, supplements its objections to exhibits on Plaintiffs' Second Amended Exhibit, as set forth below. Having had an opportunity to review exhibits not adequately described on Plaintiff's Second Amended Exhibit List, Strick is also able to withdraw some of its objections, as set forth below.

| PLF. NO. | DESCRIPTION | Strick's Objections |
|---|---|---|
| 1. | Photo of Lakeysha Greene laying in the roadway | On grounds stated in Strick Motion in Limine Re Gruesome Evidence [DOC. 627] and Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 2. | Photo of Toyota SUV burning at accident site | Fed. R. Evid. 401, 402, 403 also if remains are showing on grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627] and Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) and Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants. [Doc. 672] |
| 3. | Kaufman County Records Affidavit of 9-1-1 calls | Hearsay. Fed. R. Evid. 802. Unduly Prejudicial. Fed. R. Evid.403.   Also object to portions of call transcripts referring to death of children on grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672]  and Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or |

2

| | | |
|---|---|---|
| | | Wyndell Greene, and joined by all Defendants (DOC 672). |
| 4. | Photo of Greene child charred remains | On grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627] and Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
| 5. | Photo2 of Greene child charred remains | On grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627] and Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
| 6. | Photo of wreckage and blood on roadway | On grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627] and Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
| 7. | Photo of charred remains being removed from Toyota 4Runner | On grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627] and Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |

| | | |
|---|---|---|
| 8. | Photo of rear of Toyota 4Runner at accident site | **OBJECTION WITHDRAWN** |
| 9. | Photo of side of Toyota 4Runner at accident site | **OBJECTION WITHDRAWN** |
| 10. | Photo of rear of Dolphin-Strick trailer at accident site | **OBJECTION WITHDRAWN** |
| 11. | Photo of ICC Rear Impact Guard laying in roadway | **OBJECTION WITHDRAWN** |
| 12. | Photo2 of ICC Rear Impact Guard laying in roadway | **OBJECTION WITHDRAWN** |

3

| 13. | Intentionally Omitted | |
|---|---|---|
| 14. | Photo of mud-flap on Dolphin Trailer at accident site | **OBJECTION WITHDRAWN** |
| 15. | Close-up of photo2 of mud-flap on Dolphin Trailer at accident site | **OBJECTION WITHDRAWN** |
| 16. | Photo of the Volvo tractor's front grill at accident site | |
| 17. | Photo of front of Volvo truck at accident site | |
| 18. | Intentionally Omitted | |
| 19. | Intentionally Omitted | |
| 20. | Intentionally Omitted | |
| 21. | Invoice for Repair of ICC bar by Gulf City Body and Trailer Works, Inc. | |
| 22. | Quotation for Repair of ICC bar by Gulf City Body and Trailer Works, Inc. | |
| 23. | Photo of rear of Strick Trailer after repair by Gulf City Body and Trailer Works, Inc. | |
| 24. | Intentionally Omitted | |
| 25. | Intentionally Omitted | |
| 26. | Accident Report dated June 1, 2010, from Daniel Sprinkle of May 28, 2010, accident | |
| 27. | Photos of rear of Strick trailer after accident - taken by John Fayard Moving | |
| 28. | Fayard's Net Worth [**CONFIDENTIAL**] | Fed. R. Evid. 401, 402, 403. |
| 29. | April 6, 2010 Dolphin Repair Order | |

| 30. | List of Trailers owned by Dolphin | |
| 31. | Exemplar of Dolphin Broker Carrier Agreement, such as the one with Fayard Moving and Warehouse | |
| 32. | Delivery receipt from RC Trailers for delivery of Strick Trailers to Dolphin | |
| 33. | Financial statements of Dolphin Line Inc. **[CONFIDENTIAL]** | Fed. R. Evid. 401, 402, 403. |
| 34. | July 10, 2007 Dolphin Repair Order | |
| 35. | February 29, 2008 Dolphin Repair Order | |
| 36. | July 2, 2008 Dolphin Repair Order | |
| 37. | April 6, 2010 Dolphin Repair Order | |
| 38. | Intentionally Omitted | |
| 39. | Email from Todd Parks with deposition subjects for Strick designees and notification of production of exemplar trailer | Fed. R. Evid. 403, irrelevant communication of counsel involving discovery issues. |
| 40. | Strick Invoice dated February 10, 2003 with RC Trailers | |
| 41. | Strick Invoice with RC Trailers, signed by all | |
| 42. | Strick Sales Order Specifications for RC Trailers Order | |

| 43. | Press Release from Insurance Institute for Highway Safety – *Underride guards on big rigs fail in crashes; Institute petitions government for new standard* | Hearsay.  Fed. R. Evid. 802.  Document is post-accident (dated 3/14/13) not relevant to notice.  No foundation.  Contains irrelevant unduly prejudicial data re all heavy truck deaths.  (See Strick Motion in Limine Re Heavy Truck Death/Injury Rates- DOC.  624) and to inapplicable Canadian standards not in effect at the time of manufacture (See Strick Motion in Limine Re Inapplicable Standards (DOC. 629).  Contains significant opinion throughout article about Strick is unable to cross examine a document.    Fed. R. Evid. 403.   U.S. Const.  Amend. 5 and 14; Texas Const. Art. 1 §18. |
| --- | --- | --- |
| 44. | Letter to NHTSA from Insurance Institute for Highway Safety re:  petitioning the government for new standard for underride guards | Hearsay.  Fed. R. Evid. 802.  Document is post-accident (dated 3/14/13) not relevant to notice.  No foundation.  Contains irrelevant unduly prejudicial data re all heavy truck deaths.  (See Strick Motion in Limine Re Heavy Truck Death/Injury Rates- DOC.  624) and to inapplicable Canadian standards not in effect at the time of manufacture (See Strick Motion in Limine Re Inapplicable Standards (DOC. 629).  Contains significant opinion throughout article about Strick is unable to cross examine a document.    Fed. R. Evid. 403.   U.S. Const.  Amend. 5 and 14; Texas Const. Art. 1 §18. |
| 45. | *Underride Crashes*: Status Report from Insurance Institute for Highway Safety | Hearsay Fed. R. Evid. 802.  Post-accident article dated 3/1/11.  No foundation.   Further object on the same basis as stated to Exhibit # 44 above. |
| 46. | April 14, 1993, memo from NHTSA regarding Rear Impact | |
| 47. | Email among Strick officers regarding the Torcominian Patent's Underride Guard | Document is not identified with sufficient specificity for Strick to determine whether to object.  Assuming this document is Plaintiff's Exhibit 47 from F. Katz's Deposition, Strick has no objection to this exhibit. |

6

| 48. | Strick Trailer Care and Maintenance Manual | |
|---|---|---|
| 49. | Strick Trailer Care and Maintenance Manual - Updated Dec 2011 | |
| 50. | Strick's Manufacturer's Certification Label | Assuming this is the trailer certification label or the Strick OEM certification label of the horizontal bar, Stick has to objection. |
| 51. | Strick flyer – acknowledging that aftermarket and parts distributor is New Life Transport Parts Center | |
| 52. | Strick's Dealers Names and Locations | |
| 53. | Strick's Parts Nomenclature from New Life Transport Center | |
| 54. | ICC Complete Assembly Orders | |
| 55. | Strick Letter dated June 19, 1998 to customers to retrofit guards to new standards | Irrelevant, misleading and unduly prejudicial. Fed. R. Evid. 402, 403. The subject trailer was equipped with the guard design which is the subject of the letter.   Introduction of this letter may suggest to the jury that Strick had an obligation later to recommend retrofit with a 2007 guard, and it had no such duty.  See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |
| 56. | Cost Bill of Materials for Rear of  Strick Trailer | |
| 57. | Photo1 taken May 14, 2012 of Strick Trailer manufactured under Canadian Standards | Irrelevant and unduly prejudicial.  See Strick's Motion in Limine Re Inapplicable Standards. (DOC 629) No foundation as photographer is not identified |

| 58. | Photo2 taken May 14, 2012 of Strick Trailer manufactured under Canadian Standards | Irrelevant and unduly prejudicial.  See Strick's Motion in Limine Re Inapplicable Standards. (DOC 629) No foundation as photographer is not identified |
|-----|-----|-----|
| 59. | Photo3 taken May 14, 2012 of Strick Trailer manufactured under Canadian Standards | Irrelevant and unduly prejudicial.  Fed. R. Evid. 402, 403.  See Strick's Motion in Limine Re Inapplicable Standards. (DOC 629) No foundation as the photographer is not identified. |
| 60. | Strick diagram showing an ICC guard with rounded end | Irrelevant and unduly prejudicial.  Fed. R. Evid. 402, 403.  Plaintiff has no expert witness who has opined that a safer alternative design using rounded ends would have changed the performance of the guard in the accident or reduced or prevented the injuries. |
| 61. | Canadian Motor Vehicle 223 Standards effective 2005 | The correct effective date of CMVSS 223 is 9/1/07.  Irrelevant and unduly prejudicial as it is not applicable in time or location to the subject trailer which was manufactured in 2003 for U.S. use.  See Strick's motion in limine re inapplicable standards. (DOC 629.) |
| 62. | List of Underride cases in which Strick has been involved | Irrelevant and unduly prejudicial.  Fed. R. Evid. 402, 403.   No foundation of substantial similarity.   See Strick's Motion in Limine Re Other Accidents (DOC 634). |
| 63. | Strick Record Retention Policy | Irrelevant and unduly prejudicial.  Fed. R. Evid. 402, 403. |
| 64. | April 6, 2012 Supplemental Discovery Request to Strick | Irrelevant and unduly prejudicial.  Fed. R. Evid. 402, 403. |
| 65. | Strick Balance Sheet [**CONFIDENTIAL**] | Not Constitutionally permitted for a jury to consider Strick's net worth. See Strick's Motion in Limine Re Bifurcate Exemplary Damages, to Exclude Financial Information During the Liability Phase, and to Exclude Extra-Territorial Sales and Revenues in Any Phase (Doc. 651, Page ID 31031-31032) |

| 66. | Canadian Motor Vehicle 223 Test Methods dated 2003 | The effective date of CMVSS 223 is 9/1/07. Irrelevant and unduly prejudicial as it is not applicable in time or location to the subject trailer which was manufactured in 2003 for U.S. use. See Strick's motion in limine re inapplicable standards. (DOC 629.) |
| --- | --- | --- |
| 67. | Strick 1995 Rear Impact Guard Testing Report | Not adequately identified but if not for the Dry Van trailer, irrelevant and unduly prejudicial. Fed. R. Evid. 402, 403. |
| 68. | Karco Testing Report for Strick Trailers submitted to NHTSA 1999 | Irrelevant, unduly prejudicial; Inadmissible other bad act. Fed. R. Evid. 402, 403, 404(b). See Strick's Motion In Limine Re Irrelevant Certification Label Bad Acts (DOC 638) |
| 69. | Texas Peace Officer's Report prepared by Trooper Barkley | Hearsay. Fed. R. Evid. 802. |
| 70. | Excerpt from Texas Peace Officer's Report prepared by Trooper Clint Baughman | Hearsay. Fed. R. Evid. 802. Additional objections may apply but excerpt is not adequately identified. |
| 71. | Excerpt2 from Texas Peace Officer's Report prepared by Trooper Clint Baughman | Hearsay. Fed. R. Evid. 802. Additional objections may apply but excerpt is not adequately identified. |
| 72. | Annual Vehicle Inspection Report for Dolphin Tractor | |
| 73. | Crash Investigation Report from Texas Peace Officer's Report prepared by Trooper Clint Baughman regarding John Fayard Moving & Storage | |
| 74. | Supplemental Investigation report with information obtained from Trooper Barclay | Hearsay. Fed. R. Evid. 802. |
| 75. | Intentionally Omitted | |
| 76. | Intentionally Omitted | |

9

| 77. | Intentionally Omitted | |
|---|---|---|
| 78. | IIHS Status Report dated April 17, 2008 re: Crash Avoidance Technologies | |
| 79. | Intentionally Omitted | |
| 80. | Intentionally Omitted | |
| 81. | Intentionally Omitted | |
| 82. | National Transportation Safety Board Special Investigative Report - Prevention of Rear end collisions | |
| 83. | National Transportation Safety Board's Most Wanted List - Mandate Motor Vehicle Collision Avoidance Technologies | |
| 84. | National Transportation Safety Board's investigation of Truck-Tractor Semitrailer Rear-end Collision into Passenger Vehicles on Interstate 44 Near Miami, Oklahoma June 26, 2009 | Hearsay Fed. R. Evid. 802. |
| 85. | Intentionally Omitted | |
| 86. | Intentionally Omitted | |
| 87. | Intentionally Omitted | |
| 88. | Intentionally Omitted | |
| 89. | Intentionally Omitted | |
| 90. | Intentionally Omitted | |
| 91. | Intentionally Omitted | |
| 92. | Intentionally Omitted | |
| 93. | NHTSA's Vehicle Compatibility Research Program | |

| | | |
|---|---|---|
| 94. | Intentionally Omitted | |
| 95. | Intentionally Omitted | |
| 96. | Intentionally Omitted | |
| 97. | Intentionally Omitted | |
| 98. | Intentionally Omitted | |
| 99. | Intentionally Omitted | |
| 100. | Intentionally Omitted | |
| 101. | Intentionally Omitted | |
| 102. | Intentionally Omitted | |
| 103. | Intentionally Omitted | |
| 104. | Intentionally Omitted | |
| 105. | Photo of Volvo truck at accident site (passenger side view) | |
| 106. | Photo of Volvo truck at accident site (front end view) | |
| 107. | Photo of Volvo truck at accident site (showing front end and grill) | |
| 108. | Intentionally Omitted | |
| 109. | Intentionally Omitted | |
| 110. | Intentionally Omitted | |
| 111. | Intentionally Omitted | |
| 112. | Photo of remaining parts of Volvo tractor bumper taken at inspection | |
| 113. | Intentionally Omitted | |

| 114. | Intentionally Omitted | |
|------|------------------------|--|
| 115. | Intentionally Omitted | |
| 116. | Intentionally Omitted | |
| 117. | Article - *First Order Analysis for Automotive Body Structure Design* | |
| 118. | Article - *Application of Crash Simulation to Vehicle Development* | |
| 119. | Passive Safety - Toyota's use of CAE and FEM | |
| 120. | Document Retention Policy for Toyota Motor Corporation | |
| 121. | *The Study of the Frontal Compatibility of Consideration of Interaction and Stiffness* | |
| 122. | THUMS Total Human Model for Safety article | |
| 123. | THUMS Total Human Model for Safety 2011 article | |
| 124. | Simulation of Occupant Motion in Rear Impacts using Human FE Model THUMS | |
| 125. | Intentionally Omitted | |
| 126. | Letter dated March 4, 1992 from Saburo Inui to NHTSA discussing FMVSS 210 and manufacturer's freedom on designs | |
| 127. | Photograph of undercarriage of 2010 Toyota 4Runner prepared for NCAP testing | |
| 128. | Photo of undercarriage of Toyota 4Runner Trail model (from Toyota Brochure) | |
| 129. | Narrative of Fuel System from Toyota 4Runner Brochure | |

| 130. | Narrative and diagram of Fuel Tank components (from Toyota 4Runner Brochure) | |
|---|---|---|
| 131. | Letter dated March 5, 1993 from Saburo Inui to NHTSA discussing FMVSS 301 and standards for testing tanks | |
| 132. | Narrative and diagram of SRS airbags (from 2010 Toyota Brochure) | |
| 133. | Toyota press release of recall of RAV4 and Highlander vehicles to replace curtain shield airbag sensor assembly | Strick objects to admission of any prior recalls of any defendant manufacturer's products which are not at issue in this case. Such products are irrelevant, unduly prejudicial and seek to impugn the character of the defendant for recalls.   Strick is concerned that the admission of recall evidence may lead the jury to believe there is a common law duty of all manufacturers to recall products, when there is not, and cause undue confusion and prejudice.  Fed. R. Evid. 402, 403, 404(b).   See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |

| 134. | Toyota press release of recall of 2011 RAV4 vehicles to replace curtain shield airbag initiator assembly | Strick objects to admission of any prior recalls of any defendant manufacturer's products which are not at issue in this case. Such products are irrelevant, unduly prejudicial and seek to impugn the character of the defendant for recalls. Strick is concerned that the admission of recall evidence may lead the jury to believe there is a common law duty of all manufacturers to recall products, when there is not, and cause undue confusion and prejudice.  Fed. R. Evid. 402, 403, 404(b). See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |
|---|---|---|
| 135. | Picture showing the burning Toyota 4Runner | Unduly prejudicial.  Fed. R. Evid. 403.   If photo shows occupants, also objection on basis stated in Strick's Motion In Limine Re Gruesome Evidence (DOC. 627), Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672], and Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 136. | Intentionally Omitted | |
| 137. | Toyota Motor Sales' Document Retention Policy | |
| 138. | Toyota 4Runner Ad (*No Intelligent Life Out There*) | |
| 139. | Toyota 4Runner ad (*Rise Above Ordinary*) | |

| 140. | Website advertising of Toyota 4Runner | |
|---|---|---|
| 141. | September 24, 2009, Press Release announcing launch of 2010 4Runner | |
| 142. | Internet article of Press Release regarding debut of Toyota 4Runner in Dallas | |
| 143. | Sales brochure for 2011 4Runner | |
| 144. | Sales brochure for 2010 4Runner | |
| 145. | Toyota Pocket Source Brochure for 2010 4Runner | |
| 146. | Intentionally Omitted | |
| 147. | Copy of Toyota advertisement (spending a million dollars per hour) | |
| 148. | Toyota 4Runner ad (Star Safety) | |
| 149. | Toyota 2010 Organizational Chart | |
| 150. | Toyota Press Release of recall of selected Lexus models | Irrelevant and unduly prejudicial.  Fed. R. Evid. 402, 403.   Admission of other recalls may erroneously give the impression to the jury that all manufacturers have a common law duty to recall.   See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |

| 151. | Toyota Press Release of recall of 4Runners and other vehicle in Southeast Region for Seat Occupant Sensing System | Irrelevant and unduly prejudicial.  Fed. R. Evid. 402, 403.   Admission of other recalls may erroneously give the impression to the jury that all manufacturers have a common law duty to recall.   See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |
|---|---|---|
| 152. | Toyota Press Release of recall of certain vehicles for passenger airbag inflator problems | Irrelevant and unduly prejudicial.  Fed. R. Evid. 402, 403.   Admission of other recalls may erroneously give the impression to the jury that all manufacturers have a common law duty to recall.   See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |
| 153. | Manufacturers Motor Vehicle Specifications for 2010 4Runner | |
| 154. | Toyota 4Runner Owners Warranty Rights Notification | |
| 155. | Main Vehicle Inquiry showing logistics and building of the Greene 4Runner | |
| 156. | Service Serial Master Inquiry for Greene 4Runner | |
| 157. | Texas Dept. of Motor Vehicle history for the Greene 4Runner | |
| 158. | Monroney Label (Sticker Label) for Greene 4Runner | |
| 159. | Toyota Organizational Chart for 2013 | |
| 160. | Mills Accident Report | Not adequately identified.   If accident concerns trailer underride guards, Strick |

| | | |
|---|---|---|
| | | objects on basis stated in its Motion to Exclude Other Incidents [Doc 634] |
| 161. | Diab Accident Report | Not adequately identified.   If accident concerns trailer underride guards, Strick objects on basis stated in its Motion to Exclude Other Incidents [Doc 634] |
| 162. | Baker Accident Report | Not adequately identified.   If accident concerns trailer underride guards, Strick objects on basis stated in its Motion to Exclude Other Incidents [Doc 634] |

| | | |
|---|---|---|
| 163. | Puga Accident Report | Not adequately identified.   If accident concerns trailer underride guards, Strick objects on basis stated in its Motion to Exclude Other Incidents [Doc 634] |
| 164. | Schiller Accident Report | Not adequately identified.   If accident concerns trailer underride guards, Strick objects on basis stated in its Motion to Exclude Other Incidents [Doc 634] |
| 165. | Snelgrove Accident Report | Not adequately identified.   If accident concerns trailer underride guards, Strick objects on basis stated in its Motion to Exclude Other Incidents [Doc 634] |
| 166. | Photo of accident site (Exhibit 1 from Brian Thompson Deposition) | |

| 167. | Recall letter from NHTSA dated June 25, 2010 of 2010 Lexus HS for noncompliance with FMVSS 301 | Strick objects to admission of any prior recalls of any defendant manufacturer's products which are not at issue in this case. They are irrelevant, unduly prejudicial and seek to impugn the character of the defendant for recalls.   Strick is concerned that the admission of recall evidence may lead the jury to believe there is a common law duty of all manufacturers to recall products, when there is not, and cause undue confusion and prejudice. Fed. R. Evid. 402, 403, 404(b).   See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |
| 168. | Toyota's July 27, 2010 letter to NHTSA responding to recall notice re 2010 Lexus HS for noncompliance with FMVSS 301 | Strick objects to admission of any prior recalls of any defendant manufacturer's products which are not at issue in this case. They are irrelevant, unduly prejudicial and seek to impugn the character of the defendant for recalls.   Strick is concerned that the admission of recall evidence may lead the jury to believe there is a common law duty of all manufacturers to recall products, when there is not, and cause undue confusion and prejudice. Fed. R. Evid. 402, 403, 404(b).   See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |
| 169. | Scale diagram of accident scene received from Texas Highway Patrol Division | No foundation.  Hearsay.   Fed. R. Evid. 802 |

18

| | | |
|---|---|---|
| 170. | Information regarding Stop-Sale Order on Toyota Automobiles from U.S., Canada over Flammable Seat Fabric | |
| 171. | Intentionally Omitted | |
| 172. | Intentionally Omitted | |
| 173. | Intentionally Omitted | |
| 174. | NHTSA Publication - Traffic Safety Facts 2006 Data (bates no. GREENE_006711-15) | Hearsay.  Fed. R. Evid. 802.   No foundation.   Strick further objects on the basis of its Motion in Limine on Heavy Truck Fatality Rates. (Doc. 624).  If the court rules the evidence is admissible for a limited purpose against other defendant(s). |
| 175. | Toyota Press Release confirming more than 2.2 million vehicles sold in U.S. in 2008. | |
| 176. | Announcement:  Toyota Launches New Product Leadership Campaign with its agency Saatchi & Saatchi. | |
| 177. | Ad with mom holding a baby - No matter who you are or what you drive, everyone deserves to be safe | |
| 178. | Ad from front page of Yahoo, shown nationwide, depicting a woman holding a baby and figures of a family of four and the slogan "Everyone deserves safety." | |

| 179. | Ad depicting minorities standing behind Toyota's "everyone deserves to be safe" claim. | Strick objects to any improper and highly prejudicial issue of race into this case. All parties are entitled to a fair trial regardless of the race of Plaintiffs or Defendants. U.S. Const. Amend. 5 and 14; Texas Const. Art.1 §18 Plaintiffs have designated other ads making the point "everyone deserves" safety and Strick takes no position as to admissibility of those advertisements. This one may not be admissible on its face so long as no questions are asked which hint, suggest, or otherwise assert it was improper for Toyota to advertise to minorities. |
| --- | --- | --- |
| 180. | National ad portraying actor (or employee) who is represented to be a female Automotive Engineer with Toyota. | |
| 181. | National ad portraying actor (or employee) who is represented to be a minority male Automotive Engineer at Toyota. | Strick objects to any improper and highly prejudicial issue of race into this case. All parties are entitled to a fair trial regardless of the race of Plaintiffs or Defendants. U.S. Const. Amend. 5 and 14; Texas Const. Art.1 §18 Plaintiffs have designated other ads making the point "everyone deserves" safety and Strick takes no position as to admissibility of those advertisements. This one may not be admissible on its face so long as no questions are asked which hint, suggest, or otherwise assert it was improper for Toyota to advertise to minorities. |
| 182. | National ad portraying actor (or employee) who is represented to be the Chief Engineer at Toyota. | |
| 183. | National ad alleging that Toyota has set up "Smart Teams," comprising "200 highly trained engineers and technical experts. | |

| | | |
|---|---|---|
| 184. | National ad alleging that Toyota has set up "Smart Teams," includes an endorsement from Toyota's "Chief Quality Officer," | |
| 185. | Toyota T.V. ad depicting a couple, and announcing that Toyota is recognized for being safe. | |
| 186. | Toyota T.V. ad depicting small children, and announcing that Toyota is recognized for being safe. | |
| 187. | Toyota T.V. ad depicting a family of four, and announcing that Toyota is recognized for being safe. | Fed. R. Evid. 403 (assuming the court sustains objections to Toyota Motion to Exclude Statements Regarding "Consumer Safety" as Purpose of Suit on behalf of and joined by, all Defendants. (DOC. 672) |
| 188. | Toyota T.V. ad depicting an African-American family with kids, and announcing that Toyota is recognized for being safe. | Strick objects to any improper and highly prejudicial issue of race into this case.  All parties are entitled to a fair trial regardless of the race of Plaintiffs or Defendants.  U.S. Const. Amend. 5 and 14; Texas Const. Art.1 §18 Plaintiffs have designated other ads making the point "everyone deserves" safety and Strick takes no position as to admissibility of those advertisements.  This one may not be admissible on its face so long as no questions are asked which hint, suggest, or otherwise assert it was improper for Toyota to advertise to minorities. |
| 189. | Toyota T.V. ad with a tagline announcing that Toyota is recognized for being safe. | |
| 190. | Toyota T.V. ad with a tagline announcing that "no other brand has won more (safety awards)." | |
| 191. | National ad - spending $1 million an hour on safety is displayed prominently on the commercial. | |

21

| 192. | Rollover Ratings for Midsize SUV's prepared by Insurance Institute for Highway Safety, Highway Loss Data Institute. | |
|------|------|------|
| 193. | February 24, 2010, testimony of Toyota's CEO, Akio Toyoda, before the U.S. House Committee on Oversight and Government Reform. | |
| 194. | February 9, 2010 Op-Ed in the Washington Post written by Toyota's CEO, Akio Toyoda. | |
| 195. | Press Release:  Toyota paid $1.6 billion to settle claims related to certain recalls. | Strick objects to admission of any prior recalls of any defendant manufacturer's products which are not at issue in this case. They are irrelevant, unduly prejudicial and seek to impugn the character of the defendant for recalls.  Strick is concerned that the admission of recall evidence may lead the jury to believe there is a common law duty of all manufacturers to recall products, when there is not, and cause undue confusion and prejudice.  Fed. R. Evid. 402, 403, 404(b).  See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |
| 196. | Press release: Toyota paid a record $16.4 million fine to the U.S. government for failing to quickly report safety problems. | |

| 197. | Toyota recall in 2010 of thousands of the 2010 Lexus HS 250h due to deadly fuel leaks after collisions | Strick objects to admission of any prior recalls of any defendant manufacturer's products which are not at issue in this case. They are irrelevant, unduly prejudicial and seek to impugn the character of the defendant for recalls.   Strick is concerned that the admission of recall evidence may lead the jury to believe there is a common law duty of all manufacturers to recall products, when there is not, and cause undue confusion and prejudice.  Fed. R. Evid. 402, 403, 404(b).   See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |
|---|---|---|
| 198. | Toyota recall of the Lexus GS, IS 250 and IS 350 models in the United States due to potential cracks in fuel pipes. | Strick objects to admission of any prior recalls of any defendant manufacturer's products which are not at issue in this case. They are irrelevant, unduly prejudicial and seek to impugn the character of the defendant for recalls.   Strick is concerned that the admission of recall evidence may lead the jury to believe there is a common law duty of all manufacturers to recall products, when there is not, and cause undue confusion and prejudice.  Fed. R. Evid. 402, 403, 404(b).   See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |

| 199. | Toyota recall of 2009-2012 4Runners, Sequoias, and other vehicles because Toyota failed to test the passenger seat occupant sensing system calibration. | Strick objects to admission of any prior recalls of any defendant manufacturer's products which are not at issue in this case. They are irrelevant, unduly prejudicial and seek to impugn the character of the defendant for recalls.   Strick is concerned that the admission of recall evidence may lead the jury to believe there is a common law duty of all manufacturers to recall products, when there is not, and cause undue confusion and prejudice.  Fed. R. Evid. 402, 403, 404(b).   See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |
| --- | --- | --- |
| 200. | Toyota recall of hundreds of thousands of RAV4 and Highlander SUVs due to defective curtain shield airbags. | Strick objects to admission of any prior recalls of any defendant manufacturer's products which are not at issue in this case. They are irrelevant, unduly prejudicial and seek to impugn the character of the defendant for recalls.   Strick is concerned that the admission of recall evidence may lead the jury to believe there is a common law duty of all manufacturers to recall products, when there is not, and cause undue confusion and prejudice.  Fed. R. Evid. 402, 403, 404(b).   See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |

| | | |
|---|---|---|
| 201. | Toyota recall of more RAV4 and Highlander SUV models for defective side curtain shield airbags. | Strick objects to admission of any prior recalls of any defendant manufacturer's products which are not at issue in this case. They are irrelevant, unduly prejudicial and seek to impugn the character of the defendant for recalls.   Strick is concerned that the admission of recall evidence may lead the jury to believe there is a common law duty of all manufacturers to recall products, when there is not, and cause undue confusion and prejudice.  Fed. R. Evid. 402, 403, 404(b).   See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |
| 202. | Toyota recalls Corolla, Sequoia, Tundra vehicles for defective airbag inflators. | Strick objects to admission of any prior recalls of any defendant manufacturer's products which are not at issue in this case. They are irrelevant, unduly prejudicial and seek to impugn the character of the defendant for recalls.   Strick is concerned that the admission of recall evidence may lead the jury to believe there is a common law duty of all manufacturers to recall products, when there is not, and cause undue confusion and prejudice.  Fed. R. Evid. 402, 403, 404(b).   See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |

| | | |
|---|---|---|
| 203. | Toyota press releases confirming that Toyota has had over thirty-five (35) recalls over the last 2-3 years on all of its models for various safety issues. | Strick objects to admission of any prior recalls of any defendant manufacturer's products which are not at issue in this case. They are irrelevant, unduly prejudicial and seek to impugn the character of the defendant for recalls.   Strick is concerned that the admission of recall evidence may lead the jury to believe there is a common law duty of all manufacturers to recall products, when there is not, and cause undue confusion and prejudice.  Fed. R. Evid. 402, 403, 404(b).   See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |
| 204. | Toyota ad depicting that the 4Runner is used off-road. | |
| 205. | Toyota ad depicting the 4Runner being used for racing. | |
| 206. | Toyota ad - 4Runner has maximum ground clearance. | |
| 207. | Toyota ad of the undercarriage of 2010 Toyota 4Runner 4x4 version - bates SSTSUB13-00166 | |
| 208. | Toyota d stating that the 4Runner can "take on any road to anywhere." | |
| 209. | Toyota advertised the 4Runner as "one of the most trustworthy vehicles on the road." | |
| 210. | 2010 article noting that Toyota's safety campaign was being blitzed all over the country on virtually every network. | |

| 211. | Advertisement for Toyota 4Runner -"take daily nonstop to the middle of nowhere…then return home to tell us about it thanks to the Star Safety System." | |
| 212. | Official Justice Department Press Release Announcing Criminal Charge Against Toyota Motor Corporation and Deferred Prosecution Agreement with $1.2 Billion Financial Penalty | |
| 213. | Official Justice Department Deferred Prosecution Agreement regarding Criminal Charge Against Toyota Motor Corporation and Deferred Prosecution Agreement with $1.2 Billion Financial Penalty | |
| 214. | Official Justice Department Statement of Facts regarding Criminal Charge Against Toyota Motor Corporation and Deferred Prosecution Agreement with $1.2 Billion Financial Penalty | |
| 215. | Toyota Automotive Safety Manual – Bates number 86845-86892 | |
| 216. | Slideshow presentation (first 10 pages) – http://www.sc.toyotafinancial.com/web/tfs/pub /contents/investor Relations/Investor 20 Presentation 20April 202013.pdf | |
| 217. | Letter dated June 14, 2010 from Toyota Financial Services regarding amount to be paid to Toyota as a result of the loss of the 4Runner | |
| 218. | Toyota's Annual Report (Form 20-F) for 2010, pursuant to Section 13 of the SEC Act of 1934 (bate-numbers 847962-848163) | |
| 219. | Intentionally Omitted | |
| 220. | Intentionally Omitted | |
| 221. | Intentionally Omitted | |
| 222. | Intentionally Omitted | |

| 223. | Intentionally Omitted | |
|---|---|---|
| 224. | Intentionally Omitted | |
| 225. | Intentionally Omitted | |
| 226. | Intentionally Omitted | |
| 227. | Intentionally Omitted | |
| 228. | Intentionally Omitted | |
| 229. | NHTSA's 2012 Vehicle Recalls by Manufacturer | Strick objects to admission of any prior recalls of any defendant manufacturer's products which are not at issue in this case. They are irrelevant, unduly prejudicial and seek to impugn the character of the defendant for recalls.   Strick is concerned that the admission of recall evidence may lead the jury to believe there is a common law duty of all manufacturers to recall products, when there is not, and cause undue confusion and prejudice.  Fed. R. Evid. 402, 403, 404(b).   See Strick's Motion in Limine Re Recall and Retrofit (DOC 636); Strick's Motion to Exclude Friedman/Stephenson Opinions Re Recall and Retrofit (DOC 407); and, Strick's Reply Brief (DOC 590) |
| 230. | Intentionally Omitted | |
| 231. | Intentionally Omitted | |
| 232. | Intentionally Omitted | |
| 233. | Intentionally Omitted | |
| 234. | Intentionally Omitted | |
| 235. | Intentionally Omitted | |
| 236. | Intentionally Omitted | |

| | | |
|---|---|---|
| 237. | Intentionally Omitted | |
| 238. | Intentionally Omitted | |
| 239. | Intentionally Omitted | |
| 240. | Intentionally Omitted | |
| 241. | Intentionally Omitted | |
| 242. | Intentionally Omitted | |
| 243. | Intentionally Omitted | |
| 244. | Photo of rear of Dolphin-Strick trailer - GREENE_002101 | **OBJECTION WITHDRAWN** |
| 245. | Photo of underside of Dolphin-Strick trailer - GREENE_002238 | |
| 246. | Information from Strick's membership group and NHTSA regarding potential costs and benefits of underride guards | **OBJECTION: Hearsay.  Fed. R. Evid. 802.  Not relevant to notice as date of article is after manufacture of the trailer. Large parts of article irrelevant as they related to side underride guard. Plaintiffs' experts have never presented a side underride guard as a safer feasible alternative design.  Fed. R. 402, 403.** . |
| 247. | Strick Trailer's February 2, 1998 Testing Report for "16" Weld-on Bumper Gusset" | |
| 248. | Department of Public Safety Photos (bates no. Toyota 00007-00080) | Strick objects to those photos contained in this set that show remains on the grounds stated in  Strick's Motion in Limine Re Gruesome Evidence [DOC. 627]   If children are visible also object on grounds stated in Toyota's Motion to Exclude the Children |

| 249. | WFAA News scene photograph (bates no. Toyota_00131) | Hearsay.  Fed. R. Evid. 802. Fed. R. Evid. 401, 402, 403 and also if remains are showing on grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627], and  Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672], and Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
|---|---|---|
| 250. | Autopsy of Lakeysha Greene | Hearsay. Fed. R. Evid. 802. Unduly Prejudicial. Fed. R. Evid.403.   On grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627], and Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 251. | Autopsy of Wyndell Greene, Sr. | Hearsay. Fed. R. Evid. 802. Unduly Prejudicial. Fed. R. Evid.403.   Also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627], and Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672). |
| 252. | Recording of Kaufman County 9-1-1 call: 025_2010_05_28_182454699 (confirmed by Plaintiffs' Ex. 3) | Hearsay. Fed. R. Evid. 802. Unduly Prejudicial. Fed. R. Evid.403.   Also object to portions of call transcripts referring to death of children on grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] and Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages |

| | | Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
|---|---|---|
| 253. | Recording of Kaufman County 9-1-1 call: 022_2010_05_28_182454261(confirmed by Plaintiffs' Ex. 3) | Hearsay. Fed. R. Evid. 802. Unduly Prejudicial. Fed. R. Evid.403.    Also object to portions of call transcripts referring to death of children on grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] and Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 254. | Recording of Kaufman County 9-1-1 call: 005_2010_05_28_183041417(confirmed by Plaintiffs' Ex. 3) | Hearsay. Fed. R. Evid. 802. Unduly Prejudicial. Fed. R. Evid.403.    Also object to portions of call transcripts referring to death of children on grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] and Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 255. | Recording of Kaufman County 9-1-1 call DISPATCHING Elmo Fire and Rescue: 023_2010_05_28_182733167(confirmed by Plaintiffs' Ex. 3) | Hearsay. Fed. R. Evid. 802. Unduly Prejudicial. Fed. R. Evid.403.    Also object to portions of call transcripts referring to death of children on grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] and Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |

| | | |
|---|---|---|
| 256. | Affidavit of Texas Department of Transportation Crash Report | Hearsay. Fed. R. Evid. 802. Unduly Prejudicial. Fed. R. Evid.403. |
| 257. | Affidavit of Billing of Reasonable and Necessary Medical Expenses from UT Southwestern Medical Center (bates no. GREENE_006442-006467) | |
| 258. | Medical Examiner's tagged photographs of Wyndell Greene, Sr. (with private parts redacted) (bates no. GREENE_006468-006470) | Unduly Prejudicial. Fed. R. Evid.403.   Also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627] and Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 259. | Medical Expenses from Air Evac Lifeteam to transport Wyndell Greene, Sr. on May 28, 2010 | |
| 260. | Affidavit of medical records from Air Evac Lifeteam for Wyndell Greene, Sr. on May 28, 2010 (bates no. GREENE_000125-000137) | |
| 261. | Medical Expenses from Centennial Medical Center | |
| 262. | Photos at accident site (bates no. GREENE_000400-000407) | Unduly Prejudicial. Fed. R. Evid.403.   Also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627] and Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672], and Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 263. | Dairy entries in Caring Bridge journal (bates no. GREENE_000432-000453) | Irrelevant, no foundation. Fed. R. Evid. 401, 402, 403.  Hearsay.   Fed. R. Evid. 802. Also object to the extent the entries refer to grief and anguish over the deaths of the |

| | | |
|---|---|---|
| | | children on the grounds stated in Toyota's Motion in Limine to Exclude the Children submitted on behalf of, and joined by, all Defendants. (DOC. 672) |
| 264. | Affidavit of Billing of Reasonable and Necessary Medical Expenses from Parkland Hospital (bates no. GREENE_002820-003115) | |
| 265. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 1 of 8) | |
| 266. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 2 of 8) | |
| 267. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 3 of 8) | |
| 268. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 4 of 8) | |
| 269. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 5 of 8) | |
| 270. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 6 of 8) | |
| 271. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 7 of 8) | |
| 272. | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 8 of 8) | |

| 273. | Summary of Wyndell Greene medical expenses paid by Meridian Resource on behalf of Lakeysha Greene | |
|------|------|------|
| 274. | ETMC EMS Patient Care Records for Wyndell Greene on May 28, 2010 | |
| 275. | Dairy entries in Caring Bridge journal (bates no. GREENE_002494-002726) | Irrelevant, no foundation. Fed. R. Evid. 401, 402, 403.  Hearsay.   Fed. R. Evid. 802. Also object to the extent the entries refer to death of children, grief or mental anguish re same n grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
| 276. | Lakeysha and Wyndell Greene wedding photo | On grounds stated in  Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 277. | Photo of Wesleigh Greene at birth | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
| 278. | Photo of Wesleigh Greene with her father as he works | On grounds stated in Defendant's Joint Motion in Limine No. 5  Relating to Evidence Regarding any Alleged Damages Concerning or Relating to the Greene Children (DOC 672) and Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all |

34

| | | Defendants (DOC 672) |
|---|---|---|
| 279. | Photo of Wesleigh Greene at 1st birthday party | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
| 280. | Photo of Wyndell Greene, Sr. teaching Wesleigh to swim | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
| 281. | Wesleigh Greene's writings and drawings to her mother | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
| 282. | Wesleigh Greene's writings and drawings to her mother and father | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
| 283. | Wyndell Greene, Sr. and Wesleigh Greene at Daughter-Daddy dance | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
| 284. | Photo of Wesleigh Greene dressed for birthday party | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |

| 285. | Photo of Wyndell Greene, II at childbirth | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
|---|---|---|
| 286. | Photo of Wyndell "Kyle" Greene, II | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
| 287. | Photo of Wesleigh Greene | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
| 288. | Photo of Wesleigh and Kyle Greene | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
| 289. | Short video of Wesleigh Greene | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
| 290. | Short video of Wyndell Kyle Greene, II | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |
| 291. | Greene Family Photo | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672] |

| 292. | Photo of Wesleigh Greene and teacher | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants. [Doc. 672] |
|---|---|---|
| 293. | Wesleigh Greene and classmates | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants. [Doc. 672] |
| 294. | Greene Family Photo | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants. [Doc. 672] |
| 295. | Greene Family Photo | On grounds stated in Toyota's Motion in Limine No. 5  Relating to Evidence Regarding any Alleged Damages Concerning or Relating to the Greene Children (DOC 672) and Toyota's Motion In Limine No. 6 relating to Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 296. | Photo of Mrs. Marilyn Hardeman and grandkids | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants. [Doc. 672] |
| 297. | Photo of Mrs. Ollie Greene and Wesleigh | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants. [Doc. 672] |

| | | |
|---|---|---|
| 298. | Memorial Service video for Lakeysha, Wesleigh, and Wyndell Greene, II (bates no. GREENE_006435) | On grounds stated in   Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672], and Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 299. | Printed Memorial Service Program for Lakeysha, Wesleigh, and Wyndell Greene, II | On grounds stated Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672], and Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 300. | Video portrait of the Greene family (bates no. GREENE_006716) | On grounds stated in   Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672], and Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 301. | Video of balloon send-off for Wesleigh Greene from classmates (bates no. GREENE_000455) | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  (Doc. 672) |
| 302. | Funeral expenses for Lakeysha, Wesleigh, and Kyle funeral | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672], and Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |

| 303. | Photo of gravestone for Lakeysha, Kyle and Wesleigh Greene | On grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants. [Doc. 672], and Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
|---|---|---|
| 304. | Wyndell Greene's funeral program | On grounds stated in Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 305. | Video 1 of interior and exterior of the Greene residence | Irrelevant and unduly prejudicial. Fed. R. Evid. 401, 402, 403. Also on grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants. [Doc. 672], and Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants. [Doc. 672], and Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 306. | Video 2 of interior and exterior of the Greene residence | Irrelevant and unduly prejudicial. Fed. R. Evid. 401, 402, 403. Also on grounds stated in Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants. [Doc. 672], and Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |

39

| 307. | Timeline of critical dates | Hearsay. Fed. R. Evid. 802.<br><br>**SUPPLEMENTAL OBJECTION:   Ex. 307 is missing from the exhibit set.  If this is the same Timeline as identified and provided as Ex. 733, Strick maintains its objection on the grounds of Hearsay. Fed. R. Evid. 802. Strick reserves the right to further object when received.** |
|------|---------------------------|---|
| 308. | Dr. Darrell Henderson's Expert Report | Hearsay. Fed. R. Evid. 802. |
| 309. | Curriculum Vitae and testimony list for Dr. Darrell Henderson | Hearsay. Fed. R. Evid. 802. |
| 310. | Photo1 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | Fed. R. Evid. 401, 402, 403 and also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence (DOC. 627) and  Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 311. | Photo2 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | Fed. R. Evid. 401, 402, 403 and also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence (DOC. 627) and  Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 312. | Photo3 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | Fed. R. Evid. 401, 402, 403 and also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence (DOC. 627) and  Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |

| 313. | Photo4 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | Fed. R. Evid. 401, 402, 403 and also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence (DOC. 627) and  Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 314. | Photo5 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | Fed. R. Evid. 401, 402, 403 and also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence (DOC. 627) and  Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 315. | Photo6 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | Fed. R. Evid. 401, 402, 403 and also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence (DOC. 627) and Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 316. | Photo7 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | Fed. R. Evid. 401, 402, 403 and also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence (DOC. 627) and Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 317. | Photo8 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | Fed. R. Evid. 401, 402, 403 and also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence (DOC. 627) and  Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |

| | | |
|---|---|---|
| 318. | Photo9 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) | Fed. R. Evid. 401, 402, 403 and also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence (DOC. 627) and Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 319. | Skin and Burn Illustrations_0001 | |
| 320. | Skin and Burn Illustrations_0002 | |
| 321. | Skin and Burn Illustrations_0003 | |
| 322. | Skin and Burn Illustrations_0004 | |
| 323. | Intentionally Omitted | |
| 324. | Intentionally Omitted | |
| 325. | Expert report of Dr. Trudi Zaplac | Hearsay. Fed. R. Evid. 802. |
| 326. | Curriculum Vitae of Dr. Trudi Zaplac | Hearsay. Fed. R. Evid. 802. |
| 327. | Expert report of Dr. Stan Smith | Hearsay. Fed. R. Evid. 802. |
| 328. | Curriculum Vitae of Dr. Stan Smith and list of cases | Hearsay. Fed. R. Evid. 802. |
| 329. | Wyndell and Lakeysha Greene Tax Returns 2005-2010 | Irrelevant and unduly prejudicial. Fed. R. Evid. 402, 403. |
| 330. | Wyndell Greene payroll records - ACCENTURE, LLP EMPLOYMENT AND PAYROLL RECORDS VOL. 1 OF 2 | Irrelevant and unduly prejudicial. Fed. R. Evid. 402, 403. |
| 331. | Wyndell Greene payroll records - ACCENTURE, LLP EMPLOYMENT AND PAYROLL RECORDS VOL. 2 OF 2 | Irrelevant and unduly prejudicial. Fed. R. Evid. 402, 403. |
| 332. | Wyndell Greene payroll records - Merrill Lynch | Irrelevant and unduly prejudicial. Fed. R. Evid. 402, 403. |

| 333. | Lakeysha Greene payroll records – Accenture, Vol 1 of 3 | Irrelevant and unduly prejudicial. Fed. R. Evid. 402, 403. |
|------|--------------------------------------------------------|------------------------------------------------------------|
| 334. | Lakeysha Greene payroll records – Accenture, Vol 2 of 3 | Irrelevant and unduly prejudicial. Fed. R. Evid. 402, 403. |
| 335. | Lakeysha Greene payroll records – Accenture, Vol 3 of 3 | Irrelevant and unduly prejudicial. Fed. R. Evid. 402, 403. |
| 336. | Lakeysha Greene payroll records - PepsiCo | Irrelevant and unduly prejudicial. Fed. R. Evid. 402, 403. |
| 337. | Expert report of Jeff Vick | Hearsay. Fed. R. Evid. 802. |
| 338. | Curriculum Vitae of Jeff Vick | Hearsay. Fed. R. Evid. 802. |
| 339. | On-Site Photo DSC07094 | **OBJECTION WITHDRAWN** |
| 340. | On-Site Photo DSC07096 | **OBJECTION WITHDRAWN** |
| 341. | On-Site Photos DSC07102 and DSC07123 | **OBJECTION WITHDRAWN** |
| 342. | On-Site Photos DSC07104 and DSC07128 | **OBJECTION WITHDRAWN** |
| 343. | On-Site Photo DSC07105 and DSC07129 | **OBJECTION WITHDRAWN** |
| 344. | On-Site Photo DSC07106 and DSC 07130 | **OBJECTION WITHDRAWN** |
| 345. | On-Site Photo DSC07107 and DSC07136 | **OBJECTION WITHDRAWN** |
| 346. | On-Site Photo DSC07111 | **OBJECTION WITHDRAWN** |
| 347. | On-Site Photo DSC07114 | **OBJECTION WITHDRAWN** |
| 348. | On-Site Photo DSC07116 | **OBJECTION WITHDRAWN** |
| 349. | On-Site Photo DSC07118 | **OBJECTION WITHDRAWN** |
| 350. | On-Site Photo DSC07122 | **OBJECTION WITHDRAWN** |
| 351. | On-Site Aerial Photo MG_6717_4000 | **OBJECTION WITHDRAWN** |
| 352. | On-Site Photo of accident fire | **OBJECTION WITHDRAWN** |
| 353. | On-Site Photo1 of vehicles at rest | **OBJECTION WITHDRAWN** |
| 354. | On-Site Photo2 of vehicles at rest | **OBJECTION WITHDRAWN** |

| 355. | On-Site Photo3 of vehicles at rest | **OBJECTION WITHDRAWN** |
|------|-----------------------------------|-------------------------|
| 356. | On-Site Photo4 of vehicles at rest | **OBJECTION WITHDRAWN** |
| 357. | On-Site Photo5 of vehicles at rest | **OBJECTION WITHDRAWN** |
| 358. | On-Site Photo6 of vehicles at rest | **OBJECTION WITHDRAWN** |
| 359. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01038 | |
| 360. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01039 | |
| 361. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01042 | |
| 362. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01043 | |
| 363. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01045 | |
| 364. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01046 | |
| 365. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01047 | |
| 366. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01051 | |
| 367. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01053 | |
| 368. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01055 | |

| 369. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01056 | Fed. R. Evid. 401, 402, 403 and also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627] and  Toyota's Motion to Exclude the Children and Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| --- | --- | --- |
| 370. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01057 | Fed. R. Evid. 401, 402, 403 and also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627] and Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 371. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01059 | Fed. R. Evid. 401, 402, 403 and also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627] and Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 372. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01060 | |
| 373. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01063 | |
| 374. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01064 | Fed. R. Evid. 401, 402, 403 |
| 375. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01065 | Fed. R. Evid. 401, 402, 403 |
| 376. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01068 | |

| 377. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01069 | |
|---|---|---|
| 378. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01070 | |
| 379. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01072 | |
| 380. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01073 | Fed. R. Evid. 401, 402, 403 and on grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627] and Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 381. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01074 | Fed. R. Evid. 401, 402, 403 and on grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627] and Toyota's Motion to Exclude Evidence Regarding any Alleged Damages Concerning or Relating to Lakeysha or Wyndell Greene, and joined by all Defendants (DOC 672) |
| 382. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01075 | |
| 383. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01076 | |
| 384. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01077 | |
| 385. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01083 | |
| 386. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01084 | |
| 387. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01099 | |

| | | |
|---|---|---|
| 388. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01101 | Fed. R. Evid. 401, 402, 403 and also on grounds stated in Strick's Motion in Limine Re Gruesome Evidence [DOC. 627] |
| 389. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01102 | |
| 390. | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01103 | |
| 391. | Toyota 4Runner Photo DSC06488 | |
| 392. | Toyota 4Runner Photo DSC06489 | |
| 393. | Toyota 4Runner Photo DSC07419 | |
| 394. | Toyota 4Runner Photo DSC07420 | |
| 395. | Toyota 4Runner Photo DSC07421 | |
| 396. | Toyota 4Runner Photo DSC07422 | |
| 397. | Toyota 4Runner Photo DSC07423 | |
| 398. | Toyota 4Runner Photo DSC07424 | |
| 399. | Toyota 4Runner Photo DSC07426 | |
| 400. | Toyota 4Runner Photo DSC07427 | |
| 401. | Toyota 4Runner Photo DSC07428 | |
| 402. | Toyota 4Runner Photo DSC07434 | |
| 403. | Toyota 4Runner Photo DSC07435 | |
| 404. | Toyota 4Runner Photo DSC07436 | |
| 405. | Toyota 4Runner Photo DSC07437 | |
| 406. | Toyota 4Runner Photo DSC07438 | |
| 407. | Toyota 4Runner Photo DSC07456 | |

| 408. | Toyota 4Runner Photo DSC07457 | |
| 409. | Toyota Corolla Photo DSC07468 | |
| 410. | Toyota 4Runner Photo DSC07470 | |
| 411. | Toyota 4Runner Photo DSC07634 | |
| 412. | Toyota Corolla Photo DSC07550 | |
| 413. | Toyota Corolla Photo DSC07551 | |
| 414. | Toyota Corolla Photo DSC07552 | |
| 415. | Toyota Corolla Photo DSC07553 | |
| 416. | Toyota Corolla Photo DSC07554 | |
| 417. | Toyota Corolla Photo DSC07562 | |
| 418. | Toyota Corolla Photo DSC07568 | |
| 419. | Toyota Corolla Photo DSC07583 | |
| 420. | Toyota Corolla Photo DSC07586 | |
| 421. | Toyota Corolla Photo DSC07595 | |
| 422. | Toyota Corolla Photo DSC07597 | |
| 423. | Toyota Corolla Photo DSC07604 | |
| 424. | Toyota Corolla Photo DSC07611 | |
| 425. | Toyota Corolla Photo DSC07655 | |
| 426. | Toyota Corolla Photo DSC07656 | |
| 427. | Toyota Corolla Photo DSC07662 | |
| 428. | Toyota Corolla Photo DSC07663 | |
| 429. | Volvo VN Tractor Photo DSC07261 | |
| 430. | Volvo VN Tractor Photo DSC07263 | |

| 431. | Volvo VN Tractor Photo DSC07264 | |
|------|--------------------------------|---|
| 432. | Volvo VN Tractor Photo DSC07266 | |
| 433. | Volvo VN Tractor Photo DSC07357 | |
| 434. | Volvo VN Tractor Photo DSC07358 | |
| 435. | Volvo VN Tractor Photo DSC07360 | Fed. R. Evid. 401, 402, 403 and also if remains are showing on grounds stated in Strick's Motion in Limine Re Gruesome Evidence (DOC. 627) |
| 436. | Volvo VN Tractor Photo DSC07381 | Fed. R. Evid. 401, 402, 403 and also if remains are showing on grounds stated in Strick's Motion in Limine Re Gruesome Evidence (DOC. 627) |
| 437. | Two photos of Volvo VN tractor at tow yard (bates no. GREENE_006505-06) | |
| 438. | Photo of Fayard Freightliner tractor (bates no. GREENE_001123) | |
| 439. | Photo of Fayard Freightliner tractor (bates no. GREENE_001124) | |
| 440. | Photo of Fayard Freightliner tractor (bates no. GREENE_001213) | |
| 441. | Photo of Fayard Freightliner tractor (bates no. GREENE_001224) | |
| 442. | Photo of Fayard Freightliner tractor (bates no. GREENE_001226) | |
| 443. | Photo of Fayard Freightliner tractor (bates no. GREENE_001231) | |
| 444. | Photo of Fayard Freightliner tractor (bates no. GREENE_001232) | |

| | | |
|---|---|---|
| 445. | Photo of Fayard Freightliner tractor (bates no. GREENE_001233) | |
| 446. | Photo of Fayard Freightliner tractor (bates no. GREENE_001236) | |
| 447. | Photo of Fayard Freightliner tractor (bates no. GREENE_001240) | |
| 448. | Photo of Fayard Freightliner tractor (bates no. GREENE_001242) | |
| 449. | Photo of Fayard Freightliner tractor (bates no. GREENE_001243) | |
| 450. | Photo of Fayard Freightliner tractor (bates no. GREENE_001245) | |
| 451. | Photo of Fayard Freightliner tractor (bates no. GREENE_001246) | |
| 452. | Photo of inspection certification from Fayard Freightliner tractor (bates no. GREENE_001273) | |
| 453. | Photo of inspection certification from Fayard Freightliner tractor (bates no. GREENE_001274) | |
| 454. | VinLink VIN information for Toyota 4Runner | |
| 455. | VinLink VIN information for Toyota Corolla | |
| 456. | 2006 TOYOTA COROLLA 4 DOOR SEDAN AutoStats | |
| 457. | 2010 TOYOTA 4RUNNER 4 DOOR 4X2 UTILITY AutoStats | |
| 458. | StifCalc Rear Impact Test Summary Report | Hearsay.  Fed. R. Evid. 802 |
| 459. | StifCalc Rear Impact Test Summary Report- Utility vehicles | Hearsay.  Fed. R. Evid. 802 |

| 460. | Equations and Calculations from Jeff Vick | Object on basis of failure to timely produce. See Strick Motion re Vick calculations. (DOC 409) |
|------|-------------------------------------------|---------------------------------------------------------------------------------------------------|
| 461. | Volvo Point of Perception - diagram | Strick assumes this diagram is one produced by J. Vick.  If not, Plaintiffs' need to adequately identify this exhibit as Strick may have further objections. |
| 462. | Volvo Braking Begins - diagram | Strick assumes this diagram is one produced by J. Vick.  If not, Plaintiffs' need to adequately identify this exhibit as Strick may have further objections. |
| 463. | Volvo 4 Runner Impact - diagram | Strick assumes this diagram is one produced by J. Vick.  If not, Plaintiffs' need to adequately identify this exhibit as Strick may have further objections. |
| 464. | 4 Runner Corolla Impact - diagram | Strick assumes this diagram is one produced by J. Vick.  If not, Plaintiffs' need to adequately identify this exhibit as Strick may have further objections. |
| 465. | Volvo 4 Runner Corolla impact - diagram | Strick assumes this diagram is one produced by J. Vick.  If not, Plaintiffs' need to adequately identify this exhibit as Strick may have further objections. |
| 466. | 4 Runner Volvo Separation - diagram | Strick assumes this diagram is one produced by J. Vick.  If not, Plaintiffs' need to adequately identify this exhibit as Strick may have further objections. |
| 467. | 4 Runner Strick Trailer Impact - diagram | Strick assumes this diagram is one produced by J. Vick.  If not, Plaintiffs' need to adequately identify this exhibit as Strick may have further objections. |
| 468. | Strick Trailer Impact - diagram | Strick assumes this diagram is one produced by J. Vick.  If not, Plaintiffs' need to adequately identify this exhibit as Strick may have further objections. |

| 469. | Tool Box Impact - diagram | Strick assumes this diagram is one produced by J. Vick.  If not, Plaintiffs' need to adequately identify this exhibit as Strick may have further objections. |
|------|---------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 470. | Vehicle Final Rest Position - diagram | Strick assumes this diagram is one produced by J. Vick.  If not, Plaintiffs' need to adequately identify this exhibit as Strick may have further objections. |
| 471. | Texas Dept. of Public Safety - Highway Patrol Officer Measurements | |
| 472. | Friedman Research Expert Report - Toyota | Hearsay.  Fed. R. Evid. 802;   Many entries irrelevant, unduly prejudicial.  Fed. R. Evid. 402, 403. |
| 473. | Intentionally Omitted | |
| 474. | Friedman Research Expert Report - Strick | Hearsay.  Fed. R. Evid. 802;   Many entries irrelevant, unduly prejudicial.  Fed. R. Evid. 402, 403. |
| 475. | Friedman Research Expert Report – Fayard and Dolphin | Hearsay.  Fed. R. Evid. 802;   Many entries irrelevant, unduly prejudicial.  Fed. R. Evid. 402, 403. |
| 476. | Curriculum Vitae of Keith Friedman | Hearsay.  Fed. R. Evid. 802 |
| 477. | Curriculum Vitae of Dr. R. Rhodes Stephenson | Hearsay.  Fed. R. Evid. 802 |
| 478. | Fire bibliography – marked as Exhibit 6 to Dr. Stephenson deposition | Hearsay.  Fed. R. Evid. 802;   Many entries irrelevant, unduly prejudicial.  Fed. R. Evid. 402, 403. |
| 479. | Supplemental bibliography (marked as Exhibit 7 to Dr. Stephenson's deposition" | Hearsay.  Fed. R. Evid. 802;   Many entries irrelevant, unduly prejudicial.  Fed. R. Evid. 402, 403. |
| 480. | Additional research considered (marked as Exhibit 8 to Dr. Stephenson's deposition) | Hearsay.  Fed. R. Evid. 802;   Many entries irrelevant, unduly prejudicial.  Fed. R. Evid. 402, 403. |

| | | |
|---|---|---|
| 481. | Toyota ad directed towards consumers in Mr. Greene's demographic | Strick objects to any improper and highly prejudicial issue of race into this case.  All parties are entitled to a fair trial regardless of the race of Plaintiffs or Defendants.  U.S. Const. Amend. 5 and 14; Texas Const. Art.1 §18  Plaintiffs have designated other ads making the point "everyone deserves" safety and Strick takes no position as to admissibility of those advertisements.  This one may not be admissible on its face so long as no questions are asked which hint, suggest, or otherwise assert it was improper for Toyota to advertise to minorities. |
| 482. | The 2010 Toyota 4Runner | With the understanding that this is the subject 4Runner, Strick has no objection to a jury view. |
| 483. | Exemplar of fuel tank from 2010 Toyota 4Runner | |
| 484. | Photo of dislodged underride guard (bates no. GREENE_000903) | |
| 485. | Photo of dislodged underride guard (bates no. GREENE_000904) | |
| 486. | 2010 Toyota 4Runner LF Quarter Panel Comparison between Replacement and Incident Vehicle | Strick does not understand what this exhibit is. Plaintiff needs identify this exhibit and upon identifying this exhibit, Strick may have further objections. |
| 487. | Comparison tank crush -  Photo of end of tank to end of shield | |
| 488. | Photos of Greene fuel tank damage and impacts from accident | |
| 489. | photo of identification of 4Runner roof replacement | |
| 490. | photo of impact of area of 4Runner with trailer | |

| 491. | Photos of underride guard at accident scene | Assuming this is one of the police photographs, Strick has no objection (although this appears appears to be duplicative of other exhibits listed above.   If it is not a police photo, need identification of photographer. |
|------|---------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 492. | Photo of Greene vehicle at accident scene | Fed. R. Evid. 401, 402, 403 and also if remains are showing on grounds stated in Strick's Motion in Limine Re Gruesome Evidence (DOC.627) |
| 493. | Photos of examples of underride mountings | Need better identification of exhibit (including make/model/model year of mountings,, who prepared and representation as to whether previously produced |
| 494. | Photos of example in use underride guard | Strick assumes this is a photograph of Strick's 2007 guard designed to meet the Canadian standard.   If so, Strick objects on the basis stated in Strick's Motion in Limine Re Inapplicable Standards, Argument Section C, Doc. 629 Page ID's 30695-30697.  Fed. R. Evid. 402, 403, 407. |
| 495. | Repair quote of accident trailer arranged by Fayard | Fed. R. Evid. 402, 403. |
| 496. | Bates# Dolphin-0320 - Annual Vehicle Inspection Report for Dolphin Line Vehicle dated 5-6-2009 | |
| 497. | Photos of underride guards that Fayard installed on the Strick trailer | |
| 498. | Violations discovered by TXPDS Commercial Vehicle Enforcement (TX10440EAQ01, CD# 0798253, 5/28/2010 | |

| 499. | Documents included with purchase of Strick authorized parts - no instructions | Irrelevant and unduly prejudicial.   No foundation that Strick supplied an aftermarket underride guard assembly for this trailer. Which underride guard this is or from whom Plaintiffs' expert Friedman purchased it is not clear.  No chain of custody from Strick through the dealer from whom purchased and could have been dealer's oversight.  This is also post-accident.   Fed. R. Evid. 402, 403, 404(b), 602. |
|------|-------------------------------------------------------------------------------|-----------------------------------------------------------------------------|
| 500. | Photo of Strick part, with label | |
| 501. | Photo of Strick underride guard as received | |
| 502. | Photo of Strick underride guard test | |
| 503. | Underride guard P3 test results | Not sufficiently identified.   If this is a page out of Strick's FMVSS 223 compliance test on the subject guard design, under the optional completeness rule, Strick requests the entire document be admitted as this portion only is unfair and unduly prejudicial.  Fed. R. Evid. 106.   Fed. R. Evid. 403. |
| 504. | Photo illustrations of underride guard designs that are welded to cross tube | Not sufficiently identified.   Irrelevant and unduly prejudicial.   Fed. R. Evid. 402, 403. |
| 505. | Comparison illustrations of underride guards | |
| 506. | Illustration of Strick tested version of underride guard had bolts on the top bracket | Not sufficiently identified and not timely produced or identified in expert report. |

| 507. | Document - Strick bill of materials that proves they knew trailer was for Dolphin Line (customer) | |
|---|---|---|
| 508. | Photos of scratch marks on incident Toyota 4Runner on pavement and partial shield | |
| 509. | Photos of Volvo front end and flexible bumper fascia that fell off | |
| 510. | Figure - Comparison of FMVSS Stopping Distance Requirements from 60 mph | |
| 511. | Intentionally Omitted | |
| 512. | Excerpt of FE modeling from Toyota Bates 754674-754682 | |
| 513. | Excerpt of FE modeling from Toyota Bates 754683-754688 | |
| 514. | Excerpt of FE modeling from Toyota Bates 754689-754697 | |
| 515. | Passive Safety - Finite Element Modeling | |
| 516. | Excerpt of FE modeling of Toyota partial body | Insufficient information to identify the exhibit, Strick has requested Plaintiffs' better describe or produce the exhibits but they have not done so.  Strick requests that the exhibit be stricken from the record, and further object as being untimely produced, or not produced at all, and unduly prejudicial. Fed. R. Evid. 402, 403. |

| 517. | Excerpt of FE modeling of Toyota 4Runner | Insufficient information to identify the exhibit, Strick has requested Plaintiffs' better describe or produce the exhibits but they have not done so. Strick requests that the exhibit be stricken from the record, and further object as being untimely produced, or not produced at all, and unduly prejudicial. Fed. R. Evid. 402, 403. |
| --- | --- | --- |
| 518. | 2010 vs 2014 Toyota 4Runner rear portion comparison | Insufficient information to identify the exhibit, Strick has requested Plaintiffs' better describe or produce the exhibits but they have not done so. Strick requests that the exhibit be stricken from the record, and further object as being untimely produced, or not produced at all, and unduly prejudicial. Fed. R. Evid. 402, 403. |
| 519. | Photo of 2010 Toyota 4Runner fuel tank distance to rear axle | |
| 520. | Comparison illustrations 2010 Toyota 4Runner with fuel tank | |
| 521. | Toyota frame, tank, body deformation illustration | |
| 522. | 2010 Toyota 4Runner fuel tank with labels and test results | |
| 523. | Photo - side view of driver rear frame - incident 2010 Toyota 4Runner | |
| 524. | Photo from Toyota Rav4 | |
| 525. | Alternative design of fuel tank placement | |
| 526. | Alternative frame design and fuel tank placement | |
| 527. | Check valve illustrations | |

| 528. | Illustration of fuel tanks Toyota vehicles - 1994 4Runner, 2008 Rav4, 2008 Sequoia | |
| 529. | Illustration of fuel tank - 2006 Toyota 4Runner | |
| 530. | Test Results and comparison of 2010 Toyota 4Runner with other vehicle fuel system designs | |
| 531. | Exhibit 12 from Keith Friedman Deposition | |
| 532. | Illustrations of leak testing, accident scene information, and vehicle characteristics | |
| 533. | Illustrations related to Strick underride guard, including photos of components and scene photos | Insufficient information; object to late produced and not timely produced or identified in expert report. |
| 534. | Illustrations of Toyota 4Runner exemplar fuel system components | |
| 535. | Illustrations of Toyota parts and Strick trailer | |
| 536. | Illustrations related to Strick underride guard, including subject trailer and installation instructions | Insufficient information; object to late produced and not timely produced or identified in expert report.<br><br>**SUPPLEMENTAL OBJECTION:   Exhibit description is inaccurate.  Exhibit consists of three photographs, one of which is annotated, and FMVSS 571.223 S5.5., no installation instructions, and a photograph of an unidentified trailer/underride guard.** |
| 537. | illustrations of Strick Toyota and Volvo parts and concepts | **OBJECTION WITHDRAWN** |

| 538. | Illustration of 2003 Strick welded underride guard | Insufficient information; object to late produced and not timely produced or identified in expert report.<br><br>**SUPPLEMENTAL OBJECTION:   No Foundation.   The exhibit is an annotated photograph of a 2003 MY Strick trailer inspected by Plaintiff's expert more than 10 years later, in January of 2014.  It is equipped with a non-OE underride guard unknown date, source, or date attached (See Freedman's Deposition pgs. 511-514 re his lack of knowledge of maintenance history).  More prejudicial than probative.   Fed. R. Evid. 403.  The caption is misleading as it implies Strick was producing OE welded underride guards in 2003, when it was not.** |
| --- | --- | --- |
| 539. | Illustration of Toyota part and trailer | **OBJECTION WITHDRAWN** |
| 540. | illustration of Toyota 4runners | **OBJECTION WITHDRAWN** |
| 541. | illustration of Toyota parts (fuel tank, tank strap and shield) | **OBJECTION WITHDRAWN** |
| 542. | illustration of alternative frame designs | |
| 543. | Illustration of Volvo tractor frame and  parts | |

| 544. | Illustration of accident vehicle parts | Insufficient information; object to late produced and not timely produced or identified in expert report.<br><br>**SUPPLEMENTAL OBJECTION:   Ex. 544 is missing from the exhibit set.  Strick has requested a copy and reserves the right to further object when received.** |
|---|---|---|
| 545. | Illustration of Toyota Fuel Tank Skid Plate Underside Striations | |
| 546. | Illustration of various fuel tanks | |
| 547. | Illustration of Toyota shield | |
| 548. | Illustration of seat belt usage | **OBJECTION:  Exhibit Produced appears to be First Responder removing remains at the scene of the accident.   See Strick's Motion in Limine Re Gruesome Evidence [Doc. 627] and Toyota's Motion to Exclude the Children submitted on behalf of, and joined by, all Defendants.  [Doc. 672]** |
| 549. | Illustration of accident vehicle fuel tank damage | |
| 550. | Illustration of accident vehicle damage | |
| 551. | Illustration of accident vehicle damage (Rear Axle Bracket and Stabilizer Link Impact with Rear of Muffler) | |
| 552. | Illustration of rear axle forward motion | |
| 553. | Illustration of strap bending and rear fuel tank deformation | |
| 554. | Illustration of fuel tank bending and other vehicle damage | |
| 555. | Visual comparison of 2010 and 2014 4Runners | |

W:\Greene\Trial Exhibits\Objections to Exhibits\PLaintiff\Supp Obj to Pl 2d Am Exh Lst3.docx

| 556. | Illustration of locations of fuel tanks by other manufacturers | |
|---|---|---|
| 557. | Radar collision mitigation scenarios (Ex. 26 at Friedman Deposition) | |
| 558. | Illustration of vehicle damage to 4Runner and Strick trailer | **OBJECTION: Exhibit appears to represent a new undisclosed expert opinion, which is prejudicial to defendant Strick and too late to cure or respond to.** |
| 559. | Illustration of replacement Strick underride guards | **OBJECTION: Strick objects to the photograph of the white underride guard if it is a Canadian rear impact guard on the grounds stated in Strick's Motion re Inapplicable Standards** |
| 560. | Illustration of vehicle damage, scene, parts | |
| 561. | Illustration of Toyota parts | |
| 562. | Illustration of Toyota parts | |
| 563. | Illustration of Toyota parts | |
| 564. | Illustration of Toyota parts | |
| 565. | Illustration of Toyota parts | |
| 566. | Illustration of Toyota parts | |
| 567. | Illustration of Toyota parts | |
| 568. | Illustration of Toyota parts | |
| 569. | Illustration of Toyota parts | |

| 570. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| 571. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |

| 572. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| --- | --- | --- |
| 573. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |

| 574. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| 575. | Demonstrative video – 4Runner component parts | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |

| 576. | Demonstrative video – 4Runner component parts | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| 577. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| 578. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |

| 579. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 **SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
|---|---|---|
| 580. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 581. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |

| 582. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| --- | --- | --- |
| 583. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 584. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |

| 585. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 **SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
|---|---|---|
| 586. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 587. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 588. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 589. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 590. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 591. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 592. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |

| 593. | Demonstrative video – 4Runner component parts | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
|---|---|---|
| 594. | Demonstrative video – 4Runner component parts | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 595. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 596. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 597. | Demonstrative video – 4Runner component parts | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 598. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 599. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 600. | Demonstrative video – 4Runner component parts | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 601. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 602. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 603. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 604. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |

| 605. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
|---|---|---|
| 606. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 607. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 608. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 609. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 610. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 611. | Demonstrative video – Heavy Truck into 4Runner | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 612. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |

| 613. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| 614. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |

| 615. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 **SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| 616. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 **SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |

| 617. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| --- | --- | --- |
| 618. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |

| 619. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| 620. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |

| 621. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| --- | --- | --- |
| 622. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |

| 623. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| --- | --- | --- |
| 624. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |

| 625. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 **SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
|------|---------------------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 626. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 **SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| 627. | Demonstrative video – 4Runner fuel system design | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |

| 628. | Demonstrative video – 4Runner fuel system design | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
|------|---------------------------------------------------|------------------------------------------------------------------------------------------------------------------------------|
| 629. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 **SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given.  Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| 630. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 **SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given.  Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |

| 631. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| 632. | Demonstrative video – 4Runner into Strick Trailer, ICC dislodged | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |

| 633. | Demonstrative video – 4Runner into Strick Trailer, ICC dislodged | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 <br><br> **SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| 634. | Demonstrative video – 4Runner into Strick Trailer, ICC dislodged | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 <br><br> **SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |

| | | |
|---|---|---|
| 635. | Demonstrative video – 4Runner into Strick Trailer | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION: FEA simulation video which was not previously produced to Strick.  FEA input and output data have not been produced.  No foundation.  Extremely prejudicial to Strick as amount of time allotted to depose Mr. Friedman on his FEA is insufficient given. Strick has filed an emergency motion for relief on the time, but Strick is also prejudiced by not having sufficient time for its experts to respond to and rebut Mr. Friedman's voluminous newly produced work, especially since the simulation input and output data has not been provided.** |
| 636. | Demonstrative video – psi fill for fuel tank | **OBJECTION WITHDRAWN** |
| 637. | Demonstrative video – fuel tank leak video | **OBJECTION WITHDRAWN** |
| 638. | Demonstrative video – IIHS crash test | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37<br><br>**SUPPLEMENTAL OBJECTION:   Strick objects to tests of Canadian rear impact guard on the basis stated in its Motion in Limine re Inapplicable Standards (Doc 629) and Unduly prejudicial.  Fed. R. Evid. 403** |

| 639. | Demonstrative video – IIHS crash test | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 **SUPPLEMENTAL OBJECTION:  Strick objects to tests of Canadian rear impact guard on the basis stated in its Motion in Limine re Inapplicable Standards (Doc 629) and Unduly prejudicial.  Fed. R. Evid. 403** |
|---|---|---|
| 640. | Friedman/Stephenson Analysis of Evidence Photo 9 | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 641. | Friedman/Stephenson Analysis of Evidence Photo 10 | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 642. | Friedman/Stephenson Analysis of Evidence Photo 11 | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 643. | Friedman/Stephenson Analysis of Evidence Photo 12 | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 644. | Friedman/Stephenson Analysis of Evidence Photo 13 | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 645. | Friedman/Stephenson Analysis of Evidence Photo 14 | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 646. | Friedman/Stephenson Analysis of Evidence Photo 15 | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 647. | Friedman/Stephenson Analysis of Evidence Photo 16 | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 648. | Friedman/Stephenson Analysis of Evidence Photo 17 | Insufficient description.  Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |

| 649. | Friedman/Stephenson Analysis of Evidence Photo 18 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
|---|---|---|
| 650. | Friedman/Stephenson Analysis of Evidence Photo 19 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 651. | Friedman/Stephenson Analysis of Evidence Photo 20 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 652. | Friedman/Stephenson Analysis of Evidence Photo 21 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 653. | Friedman/Stephenson Analysis of Evidence Photo 22 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 654. | Friedman/Stephenson Analysis of Evidence Photo 23 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 655. | Friedman/Stephenson Analysis of Evidence Photo 24 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 656. | Friedman/Stephenson Analysis of Evidence Photo 25 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 657. | Friedman/Stephenson Analysis of Evidence Photo 26 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 658. | Friedman/Stephenson Analysis of Evidence Photo 27 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 659. | Friedman/Stephenson Analysis of Evidence Photo 28 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 660. | Friedman/Stephenson Analysis of Evidence Photo 29 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |

| 661. | Friedman/Stephenson Analysis of Evidence Photo 30 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
|---|---|---|
| 662. | Friedman/Stephenson Analysis of Evidence Photo 31 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 663. | Friedman/Stephenson Analysis of Evidence Photo 32 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 664. | Friedman/Stephenson Analysis of Evidence Photo 33 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 665. | Friedman/Stephenson Analysis of Evidence Photo 34 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 666. | Friedman/Stephenson Analysis of Evidence Photo 35 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 667. | Friedman/Stephenson Analysis of Evidence Photo 36 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 668. | Friedman/Stephenson Analysis of Evidence Photo 37 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 669. | Friedman/Stephenson Analysis of Evidence Photo 38 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 670. | Friedman/Stephenson Analysis of Evidence Photo 39 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 671. | Friedman/Stephenson Analysis of Evidence Photo 40 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 672. | Friedman/Stephenson Analysis of Evidence Photo 41 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 673. | Friedman/Stephenson Analysis of Evidence Photo 42 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |

| 674. | Friedman/Stephenson Analysis of Evidence Photo 43 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
|---|---|---|
| 675. | Friedman/Stephenson Analysis of Evidence Photo 44 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 676. | Friedman/Stephenson Analysis of Evidence Photo 45 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 677. | Friedman/Stephenson Analysis of Evidence Photo 46 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 678. | Friedman/Stephenson Analysis of Evidence Photo 47 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 679. | Friedman/Stephenson Analysis of Evidence Photo 48 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 680. | Friedman/Stephenson Analysis of Evidence Photo 49 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 681. | Friedman/Stephenson Analysis of Evidence Photo 50 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 682. | Friedman/Stephenson Analysis of Evidence Photo 51 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 683. | Friedman/Stephenson Analysis of Evidence Photo 52 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 684. | Friedman/Stephenson Analysis of Evidence Photo 53 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 685. | Friedman/Stephenson Analysis of Evidence Photo 54 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 686. | Friedman/Stephenson Analysis of Evidence Photo 55 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |

| 687. | Friedman/Stephenson Analysis of Evidence Photo 56 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
|---|---|---|
| 688. | Friedman/Stephenson Analysis of Evidence Photo 57 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 689. | Friedman/Stephenson Analysis of Evidence Photo 58 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 690. | Friedman/Stephenson Analysis of Evidence Photo 59 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 691. | Friedman/Stephenson Analysis of Evidence Photo 60 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 692. | Friedman/Stephenson Analysis of Evidence Photo 61 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 693. | Friedman/Stephenson Analysis of Evidence Photo 62 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 694. | Friedman/Stephenson Analysis of Evidence Photo 63 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 695. | Friedman/Stephenson Analysis of Evidence Photo 64 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 696. | Friedman/Stephenson Analysis of Evidence Photo 1 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 697. | Friedman/Stephenson Analysis of Evidence Photo 2 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 698. | Friedman/Stephenson Analysis of Evidence Photo 3 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 699. | Friedman/Stephenson Analysis of Evidence Photo 4 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |

| 700. | Friedman/Stephenson Analysis of Evidence Photo 5 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
|------|---|---|
| 701. | Friedman/Stephenson Analysis of Evidence Photo 6 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 702. | Friedman/Stephenson Analysis of Evidence Photo 7 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 703. | Friedman/Stephenson Analysis of Evidence Photo 8 | Insufficient description.   Not produced previously or late produced.  Not described in Rule 26 expert report.  Fed. R. Evid. 37 |
| 704. | Illustration of Toyota parts | **OBJECTION WITHDRAWN** |
| 705. | Illustration of Toyota parts | **OBJECTION WITHDRAWN** |
| 706. | Illustration of Toyota parts | **OBJECTION WITHDRAWN** |
| 707. | Photos of cab interior of Daniel Sprinkle's tractor | |
| 708. | Cost information for Toyota fuel tank protectors if purchased from parts seller | |
| 709. | February 28, 2011 letter from the Insurance Institute for Highway Safety to National Highway Traffic Safety Administration: Petition for Rulemaking; 49 CFR Part 571 Federal Motor Vehicle Safety Standards; Rear Impact Guards; Rear Impact Protection | Object on the Basis stated in Strick's Motion In Limine Re Inapplicable Standards (DOC 629). Fed. R. Evid. 402, 403, 802; No foundation; Deprives Strick of the right of due process of law.  U.S. Const. Amend. 5 and 14; Texas Const. Art. 1 §18. |
| 710. | Insurance Institute for Highway Safety News Release:  Underride guards on big rigs often fail in crashes; Institute petitions government for new standard | Object on the Basis stated in Strick's Motion In Limine Re Inapplicable Standards (DOC 629). Fed. R. Evid. 402, 403, 802; No foundation; deprives Strick of the right of due process of law.  U.S. Const. Amend. 5 and 14; Texas Const. Art. 1 §18. |

| 711. | Insurance Institute for Highway Safety Status Report, Bulletin Vol. 46, No. 2, March 1, 2011:  Underride Crashes | Object on the Basis stated in Strick's Motion In Limine Re Inapplicable Standards (DOC 629).  Fed. R. Evid. 402, 403, 802; No foundation; deprives Strick of the right of due process of law.  U.S. Const. Amend. 5 and 14; Texas Const. Art. 1 §18. |
|------|------|------|
| 712. | Insurance Institute for Highway Safety Status Report, Bulletin Vol. 47, No. 5, July 3, 2012: Special Issue: Crash Avoidance | |
| 713. | Insurance Institute for Highway Safety Bulletin Vol. 29, No. 5, April 2012:  Volvo collision avoidance features: initial results | |
| 714. | Expert report of Dr. Joseph Burton | Hearsay.  Fed. R. Evid. 802. |
| 715. | Curriculum Vitae of Dr. Joseph Burton | Hearsay.  Fed. R. Evid. 802. |
| 716. | Collection of Dr. Burton's Vehicle Inspection Photographs | |
| 717. | Dr. Burton Rear Impact Case list | Hearsay.  Fed. R. Evid. 802. |
| 718. | Dr. Burton Underride Case list | Hearsay.  Fed. R. Evid. 802. |
| 719. | Dr. Burton Fuel-fed Fires Cases list | Hearsay.  Fed. R. Evid. 802. |
| 720. | Dr. Burton Lateral Impact Cases list | Hearsay.  Fed. R. Evid. 802. |
| 721. | Dr. Burton Rear Impact Bibliography | Hearsay. Fed. R. Evid. 802.   Irrelevant as this is a generic bibliography covering a wide swath of topics not at issue |
| 722. | Dr. Burton Fire / CO Bibliography | Hearsay. Fed. R. Evid. 802.   Irrelevant as this is a generic bibliography covering a wide swath of topics not at issue |
| 723. | Dr. Burton Side Impact Bibliography | Hearsay.  Fed. R. Evid. 802. |
| 724. | Dr. Burton Underride Bibliography | Hearsay.  Fed. R. Evid. 802. |
| 725. | Dr. Burton Head Injury Bibliography | Hearsay.  Fed. R. Evid. 802. |
| 726. | Dr. Burton Human Tolerance Bibliography | Hearsay.  Fed. R. Evid. 802. |

| 727. | Dr. Burton Pain & Suffering Bibliography | Hearsay.  Fed. R. Evid. 802. |
|------|------------------------------------------|------------------------------|
| 728. | Dr. Burton Diagnosis of Seat Belt Usage Bibliography | Hearsay.  Fed. R. Evid. 802. |
| 729. | Dr. Burton Seat Belt Bibliography | Hearsay.  Fed. R. Evid. 802. |
| 730. | Dr. Burton Forensic Textbook Bibliography | Hearsay.  Fed. R. Evid. 802. |
| 731. | Papers authored by Dr. Burton | Hearsay.  Fed. R. Evid. 802. |
| 732. | Dr. Burton's 4Runner inspection notes | Hearsay.  Fed. R. Evid. 802. |
| 733. | Timeline of critical dates | Insufficiently Identified.<br><br>**SUPPLEMENTAL OBJECTION: Hearsay. Fed. R. Evid. 802.** |
| 734. | Frank Katz email regarding Canadian bumper and cost per unit | Irrelevant and unduly prejudicial as it is not applicable in time or location to the subject trailer which was manufactured in 2003 for U.S. use. Fed. R. Evid. 402, 403. See Strick's motion in limine re inapplicable standards. (DOC 629.) |
| 735. | Frank Katz email regarding Canadian bumper | **SUPPLEMENTAL OBJECTION: Irrelevant and unduly prejudicial as it is not applicable in time or location to the subject trailer which was manufactured in 2003 for U.S. use. Fed. R. Evid. 402, 403. See Strick's motion in limine re inapplicable standards. (DOC 629.)** |
| 736. | Email regarding TTMA conference on Lufkin verdict | **SUPPLEMENTAL OBJECTION: Irrelevant and unduly prejudicial as it is not applicable in time or location to the subject trailer which was manufactured in 2003 for U.S. use. Fed. R. Evid. 402, 403. See Strick's motion in limine re inapplicable standards. (DOC 629.)** |

Respectfully submitted,
DAWSON & CLARK, P.C.


    ___/s/_ _Donald H. Dawson, Jr._

W:\Greene\Trial Exhibits\Objections to Exhibits\PLaintiff\Supp Obj to Pl 2d Am Exh Lst3.docx

DONALD H. DAWSON, JR.
Texas State Bar No. 05606500
KATHLEEN A. CLARK
Texas State Bar No. 00788830
243 West Congress, Suite 600
Detroit, MI 48226
(313) 256-8900 *(Office)*
(313) 256-8913 *(Facsimile)*

WALTERS, BALIDO & CRAIN, LLP
_____/s/_____
S. TODD PARKS
Texas State Bar No. 15526520
10440 North Central Tower, 15th Floor
Dallas, TX 75231
(214) 749-4805 *(Office)*
(214) 760-1670 *(Facsimile)*

**ATTORNEYS FOR DEFENDANT STRICK**

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on June 13, 2014, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

_____/s/__ *Donald H. Dawson, Jr.*
DONALD H. DAWSON, JR.