IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-0207-N |
| | § | |
| TOYOTA MOTOR CORP., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Order addresses Dolphin Line Inc.'s motion to exclude Smith [458], Toyota Defendants motion to exclude Smith [449], Strick Corporation's motion to exclude Smith [423], and John Fayard Moving & Warehouse, LLC motion to exclude experts [467]. The Court grants the motions as they apply to Dr. Smith's opinions regarding value of life or hedonic damages. *See Smith v. Jenkins*, 732 F.3d 51, 65-67 (1st Cir. 2013). The Court otherwise denies the motions.

Signed June 13, 2014.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE