IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OLLIE GREENE, Individually as the Surviving Parent of WYNDELL GREENE, SR., WILLIAM GREENE, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE-HARDEMAN, Individually and as the Surviving Parent of LAKEYSHA GREENE D; <br><br> Plaintiffs <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, TOYOTA MOTOR MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC., VOLVO GROUP NORTH AMERICA, LLC, VOLVO TRUCKS NORTH AMERICA, A DIVISION OF VOLVO GROUP NORTH AMERICA, LLC, STRICK TRAILERS, LLC, JOHN FAYARD MOVING & WAREHOUSE, LLC and DOLPHIN LINE, INC. <br><br> Defendants. | CAUSE NUMBER: 3:11-cv-0207-N <br><br> JURY TRIAL DEMANDED |

## DOLPHIN LINE'S JOINDER IN DEFENDANT TOYOTA'S RESPONSE AND OBJECTIONS TO PLAINTIFF'S MOTIONS IN LIMINE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant DOLPHIN LINE, INC. ("Dolphin"), Defendant in the above-reference action and files this joinder in and adopts Defendant Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A., Inc.'s ("Toyota") Responses and Objections to Plaintiffs' Motion in Limine (Doc. 728).

Dolphin expressly joins in Toyota's responses and objections as if set forth here in full with the exception of Toyota's responses to Plaintiff's Motions in Limine Nos. 21 and 31. Dolphine also joins in the objections and responses of its Co-Defendants to Plaintiffs' Motions in Limine to the extent the relief sought is not prejudicial to Dolphin.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Dolphin Line, Inc. respectfully requests that the Court grant its joinder unless specifically excluded above and for general relief. Respectfully submitted:

Respectfully submitted,

By:    /s/ Jacob M. Borchers
       **John S. Kenefick**
       State Bar No. 24006294
       Attorney-in-Charge
       JKenefick@MacdonaldDevin.com
       **Nathan W. Shackelford**
       State Bar No. 24070598
       NShackelford@MacdonaldDevin.com
       **Jacob M. Borchers**
       State Bar No. 24067522
       JBorchers@MacdonaldDevin.com
       **MACDONALD DEVIN, P.C.**
       3800 Renaissance Tower
       1201 Elm Street
       Dallas, Texas 75270-2130
       214.744.3300 Telephone
       214.747.0942 Facsimile

       **ATTORNEYS FOR DEFENDANT**
       **DOLPHIN LINE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

/s/ Jacob M. Borchers
**Jacob M. Borchers**