# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **OLLIE GREENE, Individually as the Surviving Parent of WYNDELL GREENE, SR., WILLIAM GREENE, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE-HARDEMAN, Individually and as the Surviving Parent of LAKEYSHA GREENE D;** | § § § § § § § § § | |
| **Plaintiffs** | § § | |
| v. | § § | **CAUSE NUMBER: 3:11-cv-0207-N** |
| **TOYOTA MOTOR CORPORATION, TOYOTA MOTOR MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC., VOLVO GROUP NORTH AMERICA, LLC, VOLVO TRUCKS NORTH AMERICA, A DIVISION OF VOLVO GROUP NORTH AMERICA, LLC, STRICK TRAILERS, LLC, JOHN FAYARD MOVING & WAREHOUSE, LLC and DOLPHIN LINE, INC.** | § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

## DOLPHIN LINE, INC.'S SECOND AMENDED TRIAL EXHIBIT INDEX

To the Honorable Judge of Said Court:

COMES NOW, Defendant Dolphin Line, Inc., and pursuant to the Court's Order (ECF #332), Local Rule 26.2 and Fed. R. Civ. P. 26(a)(3), hereby files its Second Amended Trial Exhibit Index, for the purposes of entering same, if necessary, at trial:

| **Exh** | **Description** | **Objections** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 1. | Dolphin Line Repair Orders | | | |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
|  | Dolphin-0270-0312 |  |  |  |
| 2. | Various Dolphin Line Annual Vehicle Inspection Reports<br>DOLPHIN-0313-0321 |  |  |  |
| 3. | Application for Certificate and Title Registration<br>DOLPHIN-0519-0521 |  |  |  |
| 4. | Dolphin Line, Inc.'s Policies and Procedures<br>DOLPHIN-0522-0578 |  |  |  |
| 5. | Withdrawn |  |  |  |
| 6. | Withdrawn |  |  |  |
| 7. | Withdrawn |  |  |  |
| 8. | Withdrawn |  |  |  |
| 9. | Withdrawn |  |  |  |
| 10. | Withdrawn |  |  |  |
| 11. | Notes from Dexter Barkley's investigation<br>Exhibit 6 to the deposition of Dexter Barkley |  |  |  |
| 12. | Records from Elmo Volunteer Fire Department<br>TOY 13742-13756<br>Exhibit 2 to the deposition of Roger Crues |  |  |  |
| 13. | Results of Daniel Sprinkle's Post-Accident DOT Controlled Substance Test<br>Exhibit 25 to the deposition of Jerry Talton |  |  |  |
| 14. | Withdrawn |  |  |  |
| 15. | Post-Accident Photographs taken by Jerry Talton of the Dolphin Line trailer<br>Exhibit 27 to the deposition of Jerry Talton |  |  |  |
| 16. | Withdrawn |  |  |  |
| 17. | Withdrawn |  |  |  |
| 18. | Withdrawn |  |  |  |
| 19. | Withdrawn |  |  |  |
| 20. | Withdrawn |  |  |  |

| **Exh** | **Description** | **Objections** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 21. | Withdrawn | | | |
| 22. | Withdrawn | | | |
| 23. | Withdrawn | | | |
| 24. | Invoice and Quote from Gulf City Body and Trailer Works, Inc. to John Fayard Moving & Warehousing<br>JFM 00001-00002 | | | |
| 25. | Invoice from John Fayard Moving & Warehousing to Dolphin Line dated May 26, 2010<br>JFM 00003 | | | |
| 26. | Email from Cindy Parker to Jerry Talton dated June 1, 2010<br>JFM 00004-00005 | | | |
| 27. | Flowerwood Nursery's Packing Lists<br>JFM 00006-00013 | | | |
| 28. | Withdrawn | | | |
| 29. | Results of DOT Controlled Substance Test for Danny Sprinkle<br>JFM 00049-00050 | | | |
| 30. | Withdrawn | | | |
| 31. | Withdrawn | | | |
| 32. | Withdrawn | | | |
| 33. | Withdrawn | | | |
| 34. | Withdrawn | | | |
| 35. | Withdrawn | | | |
| 36. | Withdrawn | | | |
| 37. | Withdrawn | | | |
| 38. | Withdrawn | | | |
| 39. | Withdrawn | | | |
| 40. | Various compliance testing reports and calculations for rear impact guards/bumpers | | | |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
|  | STRICK00275-00470 |  |  |  |
| 41. | Withdrawn |  |  |  |
| 42. | Strick Trailer Care and Maintenance Manual STRICK00528-00539 |  |  |  |
| 43. | Withdrawn |  |  |  |
| 44. | Memorandum re Heavy Truck Rear Impact Guards; Rear Impact Protection STRICK00673-00683 |  |  |  |
| 45. | Strick Trailer Care and Maintenance Manual updated January 28, 2010 STRICK00685-00694 |  |  |  |
| 46. | Strick Trailer Care and Maintenance Manual updated December 2, 2010 STRICK00695-00704 |  |  |  |
| 47. | Strick Trailer Care and Maintenance Manual updated December 1, 2011 STRICK00705-00714 |  |  |  |
| 48. | Strick Bumper Certification Plate STRICK00715-00718 |  |  |  |
| 49. | Torcomian Industries installation drawings, patents, and calculations STRICK00719-00767 |  |  |  |
| 50. | Withdrawn |  |  |  |
| 51. | Withdrawn |  |  |  |
| 52. | Withdrawn |  |  |  |
| 53. | Withdrawn |  |  |  |
| 54. | Withdrawn |  |  |  |
| 55. | Withdrawn |  |  |  |
| 56. | Withdrawn |  |  |  |
| 57. | Strick Rear Impact Guard Testing Report dated January 7, 1997 STRICK01389-01435 |  |  |  |
| 58. | Strick Rear Impact Guard Testing Report dated |  |  |  |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
|  | February 6, 1997<br>STRICK01436-01482 |  |  |  |
| 59. | Strick Rear Impact Guard Testing Report dated January 23, 1998<br>STRICK01562-01600 |  |  |  |
| 60. | Strick Rear Impact Guard Testing Report dated January 23, 1998<br>STRICK01640-01678 |  |  |  |
| 61. | Strick Rear Impact Guard Testing Report dated February 2, 1998<br>STRICK01523-01561 |  |  |  |
| 62. | Strick Rear Impact Guard Testing Report dated February 2, 1998<br>STRICK01483-01522 |  |  |  |
| 63. | Strick Rear Impact Guard Testing Report dated February 9, 1998<br>STRICK01601-01639 |  |  |  |
| 64. | Strick Rear Impact Guard Testing Report dated February 18, 1998<br>STRICK01679-01714 |  |  |  |
| 65. | Strick Rear Impact Guard Testing Report dated February 6, 1998<br>STRICK01715-01754 |  |  |  |
| 66. | Strick Rear Impact Guard Testing Report dated March 2, 1998<br>STRICK01755-01800 |  |  |  |
| 67. | Strick Rear Impact Guard Testing Report dated May 4, 1998<br>STRICK01801-01844 |  |  |  |
| 68. | Strick Rear Impact Guard Testing Report dated May 18, 1998<br>STRICK01845-01886 |  |  |  |
| 69. | Strick Rear Impact Guard Testing Report dated February 25, 1999<br>STRICK01887-01926 |  |  |  |
| 70. | Strick Rear Impact Guard Testing Report dated February 23, 1999<br>STRICK01927-01964 |  |  |  |

| **Exh** | **Description** | **Objections** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 71. | Strick Rear Impact Guard Testing Report dated February 16, 1999<br>STRICK01965-02007 | | | |
| 72. | Strick Rear Impact Guard Testing Report dated February 15, 1999<br>STRICK02008-02051 | | | |
| 73. | Strick Standard Bumper Test, P3 Test Point dated March 18, 1999<br>STRICK002052 | | | |
| 74. | Strick Rear Impact Guard Testing Report dated May 25, 2000<br>STRICK002053-002092 | | | |
| 75. | Rear Impact Guard and Protection Report dated September 12, 1996<br>STRICK002094-002111 | | | |
| 76. | Trailer Care and Maintenance Manual<br>STRICK002166-002177 | | | |
| 77. | Withdrawn | | | |
| 78. | Withdrawn | | | |
| 79. | Strick Rear Impact Guard Testing Report dated July 26, 2000<br>STRICK002112-002153 | | | |
| 80. | Withdrawn | | | |
| 81. | Federal Regulations re rear impact guards<br>STRICK002483-002488 | | | |
| 82. | Withdrawn | | | |
| 83. | Strick ICC Bumper Plans<br>STRICK 04437-04438 | | | |
| 84. | Volvo Truck Build Record<br>Exhibit 87 to the deposition of Gregory Prinzo | | | |
| 85. | Diagram of VORAD system<br>Exhibit 88 to the deposition of Gregory Prinzo | | | |
| 86. | Service Manual Trucks, Eaton VORAD Collision Warning System<br>Exhibit 89 to the deposition of Gregory Prinzo<br>VGNA_001663-001710 | | | |

| **Exh** | **Description** | **Objections** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 87. | Eaton VORAD Installation Guidelines<br>Exhibit 90 to the deposition of Gregory Prinzo<br>GREENE_006507-006536 | | | |
| 88. | Volvo 3P Purchasing<br>Exhibit 91 to the deposition of Gregory Prinzo | | | |
| 89. | Withdrawn | | | |
| 90. | Photographs of Mississippi Apportioned Registration Cab Card and Driver's Daily Logs<br>Exhibit 2 to the deposition of Charles Moody | | | |
| 91. | Photograph of DOT Trailer Placard<br>Exhibit 4 to the deposition of Charles Moody | | | |
| 92. | Photographs of Charles Moody's cell phone<br>Exhibits 18-19 to the deposition of Charles Moody | | | |
| 93. | Withdrawn | | | |
| 94. | Withdrawn | | | |
| 95. | Withdrawn | | | |
| 96. | Withdrawn | | | |
| 97. | Withdrawn | | | |
| 98. | Withdrawn | | | |
| 99. | Withdrawn | | | |
| 100. | Withdrawn | | | |
| 101. | Withdrawn | | | |
| 102. | Withdrawn | | | |
| 103. | Scan of the 4Runner<br>Exhibit 16 to the deposition of Lee Carr | | | |
| 104. | Calculation of Stiffness Coefficient Changes for Varying Delta-V's<br>Exhibit 20 to the deposition of Lee Carr | | | |
| 105. | Carr Engineering 3D Analysis of accident<br>Exhibit 25 to the deposition of Lee Carr | | | |

| **Exh** | **Description** | **Objections** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 106. | Dr. Michelle Vogler's Report dated December 18, 2013<br>Exhibit 3 to the deposition of Michelle Vogler | | | |
| 107. | Dr. Vogler's accident reconstruction comparison<br>Exhibit 4 to the deposition of Michelle Vogler | | | |
| 108. | Dr. Vogler's accident scene analysis<br>Exhibit 5 to the deposition of Michelle Vogler | | | |
| 109. | Summary of Reconstruction Calculations<br>Exhibit 7 to the deposition of Michelle Vogler | | | |
| 110. | Strick Trailer Deformation<br>Exhibit 8 to the deposition of Michelle Vogler | | | |
| 111. | Strick Rear Impact Guard Testing Report<br>Exhibit 12 to the deposition of Michelle Vogler<br>STRICK01523-01561 | | | |
| 112. | Bumper Test, Strick Standard, P3 Test Point<br>Exhibit 13 to the deposition of Michelle Vogler<br>STRICK02052 | | | |
| 113. | Potential Costs, Safety Benefits, and Cost-Effectiveness of Side Impact Guards for Truck Trailers<br>Exhibit 14 to the deposition of Michelle Vogler<br>STRICK02380-02444 | | | |
| 114. | Impact Energy Comparison<br>Exhibit 15 to the deposition of Michelle Vogler | | | |
| 115. | Impact Energy, Plaintiffs Alternate Rear Impact Guard Design Crash Tests Compared to Subject Collision Energy<br>Exhibit 16 to the deposition of Michelle Vogler | | | |
| 116. | Accident History-EDSMAC4, Volvo, 4Runner, Corolla<br>Exhibit 17 to the deposition of Michelle Vogler | | | |
| 117. | Accident History-SIMON, Yawl<br>Exhibit 18 to the deposition of Michelle Vogler | | | |
| 118. | Impact Guard Analysis<br>Exhibit 22 to the deposition of Michelle Vogler | | | |
| 119. | Withdrawn | | | |
| 120. | Withdrawn | | | |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
| 121. | Tom Truss Report dated December 19, 2013<br>Exhibit 2 to the deposition of Tom Truss | | | |
| 122. | Rockwell / ZF Meritor 10-Speed Transmissions<br>Exhibit 3 to the deposition of Tom Truss | | | |
| 123. | Dr. Viano's report dated December 18, 2013<br>Exhibit 3 to the deposition of David Viano | | | |
| 124. | Dr. Viano's calculations and analysis<br>Exhibits 4-6 to the deposition of David Viano | | | |
| 125. | Lee Carr's Diagram of Accident and David Viano's calculations<br>Exhibit 7 to the deposition of David Viano | | | |
| 126. | Withdrawn | | | |
| 127. | Dr. Viano's handwritten notes<br>Exhibits 11 and 17 to the deposition of David Viano | | | |
| 128. | Withdrawn | | | |
| 129. | IIHS Summary of Online Safety Ratings for Toyota 4Runner<br>Exhibit 13 to the deposition of David Viano | | | |
| 130. | IIHS Status Report, Vol. 46, No. 2, dated March 1, 2011<br>Exhibit 14 to the deposition of David Viano | | | |
| 131. | Summary of Notes from Review of Dr. Corrigan's Deposition<br>Exhibit 15 to the deposition of David Viano | | | |
| 132. | Summary of Notes from Review of Dr. Burton's Deposition<br>Exhibit 16 to the deposition of David Viano | | | |
| 133. | Withdrawn | | | |

## JOINDER IN AND ADOPTION OF CO-DEFENDANTS' INDEXES

In all other respects, Dolphin Line joins in and adopts the Exhibit Indexes submitted by its co-Defendants in this action. The matters set forth herein are in addition to and not in lieu of those grounds.

Respectfully submitted,

By:   /s/ Jacob M. Borchers
       **John S. Kenefick**
       State Bar No. 24006294
       jkenefick@macdonalddevin.com
       **Jacob M. Borchers**
       State Bar No. 2403067522
       jborchers@macdonalddevin.com
       **MACDONALD DEVIN, P.C.**
       1201 Elm Street, Ste. 3800
       Dallas, Texas 75270-2130
       214.744.3300 Telephone
       214.747.0942 Facsimile

       **ATTORNEYS FOR DEFENDANT**
       **DOLPHIN LINE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

       /s/ Jacob M. Borchers
       **JACOB M. BORCHERS**