IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-0207-N |
| | § | |
| TOYOTA MOTOR CORP., *et al.*, | § | |
| | § | |
| Defendants. | § | |

### **ORDER**

This Order addresses Defendant Strick Trailer, LLC's motion in limine regarding photographs [627]. The Court orders Plaintiffs to bring to the pretrial conference for in camera review a set of any photographs Plaintiffs intend to offer into evidence that include the image in whole or in part of the body of any decedent. Additionally, Plaintiffs are ordered to file in this action before the pretrial conference a statement regarding such proposed exhibits that will list the exhibits in the order of their importance to Plaintiffs' case (most important first), and for each exhibit will state: (1) the relevancy of the exhibit; (2) whether the exhibit supports the testimony of any designated expert, and if so the manner in which the expert relies on that exhibit; and (3) the extent to which the relevancy of the exhibit would be affected if the portion of the photograph displaying the body or part of a body were redacted.

Signed June 18, 2014.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2