IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| OLLIE GREENE, et al, | § | |
|---|---|---|
| | § | |
| Plaintiffs, | § | CAUSE NUMBER: 3:11-cv-0207-N |
| v. | § | |
| | § | |
| TOYOTA MOTOR CORPORATION, et al. | § | |
| | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## PLAINTIFFS' REPORT ON TRIAL EXHIBIT PHOTOS

Plaintiffs Ollie Greene, Individually and as the surviving parent of Wyndell Greene, Sr., William Greene, as the Administrator of the Estate of Wyndell Greene, Sr. and Marilyn Burdette Hardeman, Individually and as the surviving parent of LaKeysha Greene (collectively hereinafter referred to as "Plaintiffs") submit this pleading in compliance with the Court's June 18, 2014, Order (Dkt. No. 829) and show as follows:

| Plaintiffs' Proposed Exhibit | (1) Relevancy of Exhibit | (2) Supports Expert Test. | (3) How relevancy affected if redacted? |
|---|---|---|---|
| Plaintiffs' Ex. 310 – photo of Wyndell Greene at burn unit | Establishes pain and suffering, and physical disfigurement. Also, supports necessity and reasonableness of medical expenses | Yes | Relevance would be substantially affected if exhibit is redacted to conceal the nature of the pain and physical disfigurement |
| Plaintiffs' Ex. 311 – photo of Wyndell Greene at burn unit | Establishes pain and suffering, and physical disfigurement. Also, supports necessity and reasonableness of medical expenses | Yes | Relevance would be substantially affected if exhibit is redacted to conceal the nature of the pain and physical disfigurement |
| Plaintiffs' Ex. 312 – photo of Wyndell Greene at burn unit | Establishes pain and suffering, and physical disfigurement. Also, supports necessity and reasonableness of medical expenses | Yes | Relevance would be substantially affected if exhibit is redacted to conceal the nature of the pain and physical disfigurement |

| Plaintiffs' Proposed Exhibit | (1) Relevancy of Exhibit | (2) Supports Expert Test. | (3) How relevancy affected if redacted? |
|---|---|---|---|
| Plaintiffs' Ex. 313 – photo of Wyndell Greene at burn unit | Establishes pain and suffering, and physical disfigurement. Also, supports necessity and reasonableness of medical expenses | Yes | Relevance would be substantially affected if exhibit is redacted to conceal the nature of the pain and physical disfigurement |
| Plaintiffs' Ex. 314 – photo of Wyndell Greene at burn unit | Establishes pain and suffering, and physical disfigurement. Also, supports necessity and reasonableness of medical expenses | Yes | Relevance would be substantially affected if exhibit is redacted to conceal the nature of the pain and physical disfigurement |
| Plaintiffs' Ex. 315 – photo of Wyndell Greene at burn unit | Establishes pain and suffering, and physical disfigurement. Also, supports necessity and reasonableness of medical expenses | Yes | Relevance would be substantially affected if exhibit is redacted to conceal the nature of the pain and physical disfigurement |
| Plaintiffs' Ex. 316 – photo of Wyndell Greene at burn unit | Establishes pain and suffering, and physical disfigurement. Also, supports necessity and reasonableness of medical expenses | Yes | Relevance would be substantially affected if exhibit is redacted to conceal the nature of the pain and physical disfigurement |
| Plaintiffs' Ex. 317 – photo of Wyndell Greene at burn unit | Establishes pain and suffering, and physical disfigurement. Also, supports necessity and reasonableness of medical expenses | Yes | Relevance would be substantially affected if exhibit is redacted to conceal the nature of the pain and physical disfigurement |
| Plaintiffs' Ex. 318 – photo of Wyndell Greene at burn unit | Establishes pain and suffering, and physical disfigurement. Also, supports necessity and reasonableness of medical expenses | Yes | Relevance would be substantially affected if exhibit is redacted to conceal the nature of the pain and physical disfigurement |
| Plaintiffs' Ex. 258 – photo of Wyndell Greene at Medical Examiner's office | Establishes permanent physical disfigurement and cause of death | Yes | Relevance would be substantially affected if exhibit is redacted to conceal the nature of the cause of death and permanent physical disfigurement |

| Plaintiffs' Proposed Exhibit | (1) Relevancy of Exhibit | (2) Supports Expert Test. | (3) How relevancy affected if redacted? |
|---|---|---|---|
| Plaintiffs' Ex. 1 – photo of Lakeysha Greene on roadway | Establishes pain and suffering, and burns | Yes | Relevant to showing that Toyota's fire burned Mrs. Greene, the occupant restraint failure and the underride guard failure. Would be substantially affected if exhibit is redacted to conceal the nature of Mrs. Greene's injuries and burns |
| Plaintiffs' Ex. 4 – photo of child being removed from 4Runner | Establishes pain and suffering, and burns | Yes | Relevant to showing that Toyota's fire burned the kids and the effect of the underride guard failure. Would be substantially affected if exhibit is redacted to conceal the nature of the kids' injuries and burns |
| Plaintiffs' Ex. 5 – photo of child being removed from 4Runner | Establishes pain and suffering, and burns | Yes | Relevant to showing that Toyota's fire burned the kids and the effect of the underride guard failure. Would be substantially affected if exhibit is redacted to conceal the nature of the kids' injuries and burns |
| Plaintiffs' Ex. 7 – photo of child being removed from 4Runner | Establishes pain and suffering, and burns | Yes | Relevant to showing that Toyota's fire burned the kids and the effect of the underride guard failure. Would be substantially affected if exhibit is redacted to conceal the nature of the kids' injuries and burns |
| Plaintiffs' Ex. 6 – photo of wreckage on freeway | Establishes pain and suffering, and burns | Yes | Would be unable to show extent of the causation element of the defective products |

Respectfully Submitted,

/s/ Aubrey "Nick" Pittman
AUBREY "NICK" PITTMAN
State Bar No. 16049750

**THE PITTMAN LAW FIRM, P.C.**
100 Crescent Court, Suite 700
Dallas, Texas 75201-2112
214-459-3454
214-853-5912 – fax
pittman@thepittmanlawfirm.com

/s/ Daryl K. Washington
DARYL K. WASHINGTON
State Bar No. 24013714

**LAW OFFICES OF DARYL K. WASHINGTON P.C.**
325 N. St. Paul St., Suite 1975
Dallas, Texas 75201
214-880-4883
214-751-6685 - fax
dwashington@dwashlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2014, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

      /s/ Aubrey "Nick" Pittman
    AUBREY "NICK" PITTMAN