IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the Surviving Parent of WYNDELL GREENE, SR., et al., | § § § § | |
| | § | CASE NO.: 3:11-CV-00207-N |
| Plaintiffs, | § § | |
| vs. | § | JURY TRIAL DEMANDED |
| | § | |
| TOYOTA MOTOR CORPORATION et al., | § § § | |
| | § | |
| Defendants. | § | |

# **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

The Agreed Motion to Dismiss Defendant Volvo Group North America, LLC f/k/a Volvo Trucks North America, Inc. With Prejudice [Document #845] is granted in all respects. In so ruling, the Court concludes that there is no just reason for delay in entering this final order of dismissal as to the claims and causes of action that have been asserted against Volvo Group North America, LLC and other "Volvo" entities in this lawsuit. Accordingly, it is hereby ordered that:

1. All claims and causes of action asserted by plaintiffs Ollie Greene (Individually as the surviving parent of Wyndell Greene, Sr.), William Greene, as the Administrator of the Estate of Wyndell Greene Sr.) and Marilyn Burdette Hardeman (Individually and as the surviving parent of LaKeysha Greene) (collectively, "Plaintiffs") against defendant Volvo Group North America, LLC f/k/a Volvo Trucks North America, Inc. ("VGNA") are dismissed with prejudice to re-filing of same.

2. This Order of Dismissal includes and encompasses: *(1)* all claims and causes asserted against any "Volvo" entity by Plaintiffs in this lawsuit (including "Volvo Group North America, Inc." and "Volvo Trucks of North America, a Division of Volvo Group North America, Inc." in addition to Volvo Group North America, LLC) (see Document #'s 26, 34,

      113 & 118); and *(2)* any and all causes of action that were or could have been made by Plaintiffs against the aforementioned "Volvo" entities in this action.

3. All costs are taxed against the party incurring same, and Plaintiffs and VGNA shall each bear the cost of their own attorney's fees.

4. This Order of Dismissal is final as to any and all claims and causes of action asserted against VGNA and any other "Volvo" entity.

5. This Order of Dismissal does not address or include claims or causes of action that have been asserted by Plaintiffs against other (*i.e.*, non-"Volvo") entities in this action.

SIGNED June 20, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE