**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:11-CV-0207-N
2. Style of case: OLLIE GREENE, ET AL. V. TOYOTA MOTOR CORPORATION, ET AL.
3. Nature of suit: PI-Wrongful Death/Negligence/Gross Negligence
4. Method of ADR used:  ☑ Mediation          ☐ Mini-Trial          ☐ Summary Jury Trial
5. Date ADR session was held: 5/28/2014 AND 5/29/2014
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.
   ☑ **Settled subsequent to the ADR Session, through continued negotiations with the following defendants: Volvo Group North America, Strick Corporation and Dolphin Lines Inc. ONLY.**
   ☑ **The defendant, Toyota Motor Corporation and Plaintiffs were UNABLE to reach settlement; those claims remain pending.**

7. What was your TOTAL fee: $6,900.00
8. Duration of ADR: **1 FULL DAY SESSION (5/28/2014) AND 1 FOUR HOUR SESSION (5/29/2014)**.
9. Please list persons in attendance:

   Doug Fletcher, Mediator                       George Adkins for Strick
   William Greene, Plaintiffs' Rep.              John S. Kenefick, Esq. for Dolphin
   Aubrey "Nick" Pittman, Esq. for Plaintiff     Joe Henderson for Dolphin
   Daryl K. Washington, Esq. for Plaintiff       Katherine Thompson for Dolphin
   Randy Howry, Esq. for Volvo                   Russell J. Walton for Dolphin
   John E. Carlson, Esq. for Volvo               Kurt Kern, Esq. for Toyota
   S. Todd Parks, Esq. for Strick                Luke Torres for Toyota

   *Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Douglas Fletcher*
Signature                                         June 24, 2014
                                                  Date

12001 N. Central Expressway, Suite 650, Dallas, Texas  75243     (214)303-4500
Address                                                           Telephone

**Aubrey "Nick" Pittman, Esq.**
Pittman Law Firm
100 Crescent Court, Suite 700
Dallas, TX  75201
(214) 459-3454
(214) 853-5912

**Daryl K. Washington, Esq.**
Law Office of Daryl K. Washington PC
325 N. St. Paul Street, Suite 1975
Dallas, TX  75201
(214) 880-4883
(214) 751-6685

**Randy Howry, Esq.**
**John E. Carlson, Esq.**
Howry Breen & Herman LLP
1900 Pearl Street
Austin, TX  78705
(512) 474-7300
(512) 474-8557

**S. Todd Parks, Esq.**
Walters Balido & Crain LLP
100 N. Trinity Street
Decatur, TX  76234
(940) 626-8254
(214) 760-1670

**John S. Kenefick, Esq.**
MacDonald Devin
1201 Elm Street, Suite 3800
Dallas, TX  75270-2014
(214) 744-3300
(214) 747-0942

**Kurt C. Kern, Esq.**
Bowman 7 Brooke LLP
2711 N. Haskell Ave., Suite 650
Dallas, TX 75204
(214) 616-1700
(214) 616-1701