**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **OLLIE GREENE**, *et al.*, § | |
| § | |
| Plaintiffs § | |
| § | |
| v. § | **CAUSE NUMBER: 3:11-cv-0207-N** |
| § | |
| **TOYOTA MOTOR CORPORATION**, *et al.*, § | |
| § | |
| Defendants. § | |

**TOYOTA DEFENDANTS' OBJECTIONS TO PLAINTIFFS'
DEPOSITION DESIGNATIONS FOR FUKUMOTO, AMSTOCK AND CLYDE**

TO THE HONORABLE COURT:

COMES NOW, Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A., Inc. (collectively "the Toyota Defendants") and files their Objections to Plaintiffs' Deposition Designations for Fukumoto, Amstock and Clyde:

**I.
ICHIRO FUKUMOTO VOL. 1**

| Plaintiffs' Designations | Objections |
|---|---|
| 14:11-25 | Toyota objects under Federal Rule of Evidence 403 to 14:21-25 because it addresses other incidents not related to the current claims. Toyota objects under Federal Rules of Evidence 401 and 402 because it is not probative of a fact of consequence. |
| 20:1-21:9 | Toyota objects under Federal Rule of Evidence 401, 402, and 403 because it concerns the size and/or net worth of Toyota, which is not relevant at this stage of the bifurcated proceedings, and is unfairly prejudicial while being of no probative value to a fact of consequence. |

| Plaintiffs' Designations | Objections |
|---|---|
| 23:4-25 | Toyota objects under Federal Rules of Evidence 401 and 402 because this lawsuit concerns the 2010 U.S. bound Toyota 4Runner—not other Toyota vehicles. |
| 24:6-25:14 | Toyota objects under Federal Rules of Evidence 401 and 402 because this lawsuit concerns the 2010 U.S. bound Toyota 4Runner—not other Toyota vehicles or markets. |
| 25:18-26:16 | Toyota objects under Federal Rules of Evidence 401 and 402 because this lawsuit concerns the 2010 U.S. bound Toyota 4Runner—not other Toyota vehicles or markets. |
| 59:1-60:1 | Toyota objects under Federal Rules of Evidence 401 and 402 because it does not tend to make a fact of consequence more or less likely.  It is also a waste of time and should be excluded under Federal Rule of Evidence 403 because Mr. Fukumoto is not fluent in the English language. |
| 60:3-60:11 | Toyota objects under Federal Rules of Evidence 401 and 402 because it does not tend to make a fact of consequence more or less likely.  It is also a waste of time and should be excluded under Federal Rule of Evidence 403 because Mr. Fukumoto is not fluent in the English language. |
| 60:23-61:17 | Toyota objects because the line of questioning assumes facts not in evidence, including specifically that FEM work was done. |
| 69:2-70:17 | Toyota objects because the line of questioning assumes facts not in evidence.  Toyota further objects to the line of questioning as unduly repetitious. |
| 73:16-74:8 | Toyota objects based on relevance.  The document does not relate to the 2010 U.S. Bound Toyota 4Runner. |
| 89:18-90:9 | Toyota objects based on relevance and under Federal Rule of Evidence 403.  Toyota further objects that it assumes facts not in evidence, |

| Plaintiffs' Designations | Objections |
|---|---|
| | including that FE analysis was done. |
| 104:9-14 | Toyota objects that the designation is of an incomplete answer in that it does not include the witness's response at 104:15-19. The entire response should be included for completeness. |
| 113:13-115:25 | Toyota objects based on relevance and under Federal Rule of Evidence 403. Toyota further objects that it violates the court's limine order. |
| 127:3-128:2 | Toyota objects based on relevance as it does not relate to the U.S. bound 2010 Toyota 4Runner |

## II.
## ICHIRO FUKUMOTO VOL. 2

| Plaintiffs' Designations | Objections |
|---|---|
| 10:3-12:10 | Toyota objects based on relevance because it is not related to the 2010 U.S. bound 4Runner. |
| 46:21-47:8 | Toyota objects based on relevance because it is not related to the 2010 U.S. bound 4Runner. |
| 52:6-52:20 | Toyota objects based on relevance because it is not related to the 2010 U.S. bound 4Runner. |
| 53:3-53:18 | Toyota objects based on relevance because it is not related to the 2010 U.S. bound 4Runner. |
| 56:4-57:15 | Toyota objects based on relevance because it is not related to the 2010 U.S. bound 4Runner. |
| 61:3-61:8 | Toyota objects based on relevance because Plaintiffs have not made an airbag non-deployment claim. |
| 72:6-72:20 | Toyota objects based on relevance because, recalls related to other vehicles are irrelevant, and it is not related to the 2010 U.S. bound 4Runner. Toyota further objects pursuant to Federal Rule of Evidence 403 because the evidence is not of probative value and is unfairly prejudicial to Toyota. |
| 73:20-74:1 | Toyota objects based on relevance because recalls related to other vehicles are irrelevant, |

| Plaintiffs' Designations | Objections |
|---|---|
| | and it is not related to the 2010 U.S. bound 4Runner. Toyota further objects pursuant to Federal Rule of Evidence 403 because the evidence is not of probative value and is unfairly prejudicial to Toyota. |

## III.
## MARK AMSTOCK

| Plaintiffs' Designations | Objections | Counter-Designations |
|---|---|---|
| 7:12-14 | | |
| 7:18-20 | | |
| 9:4-7 | | |
| 11:5-12 | | 11:20-23 |
| 13:4-11 | | |
| 16:4-11 | | |
| 18:7-23 | | |
| 21:2-13 | | |
| 22:8-19 | | |
| 23:23 – 24:2 | | |
| 25:7-20 | | |
| 26:5-7 | | |
| 28:7-22 | | |

| Plaintiffs' Designations | Objections | Counter-Designations |
|---|---|---|
| 44:7 – 45:4 | Toyota objects based on relevance and under Federal Rule of Evidence 403. | |
| 45:15 – 46:25 | Toyota objects based on relevance and under Federal Rule of Evidence 403. | |
| 48:4-11 | | |
| 49:8 – 50:21 | | |
| 51:4-10 | | |
| 51:25 – 52:5 | | |
| 52:12 – 53:14 | | |
| 53:25 – 55:3 | | |
| 57:7-15 | Toyota objects based on relevance, Federal Rule of Evidence 403 and assumes facts not in evidence. | |
| 58:3-7 | | |
| 59:12-19 | Toyota objects because it assumes facts not in evidence (there is a difference in safety) | |
| 61:16-25 | | |
| 62:21-24 | | |
| 64:1-6 | | |
| 64:22 – 65:12 | | |
| 67:15-20 | | |
| 68:17-22 | | |

| Plaintiffs' Designations | Objections | Counter-Designations |
|---|---|---|
| 70:1-16 | | 73:10-15 and 74:8-20 |
| 81:8-24 | | |
| 88:15-25 | | |
| 94:12 – 95:4 | | |
| 95:7-12 | | |
| 95:13 – 96:13 | Toyota objects based on relevance, Federal Rule of Evidence 403 and it violates the Court's motion in limine rulings. | |
| 97:18-23 | Toyota objects based on relevance, Federal Rule of Evidence 403 and it violates the Court's motion in limine rulings. | |
| 99:24 – 100:12 | Toyota objects based on relevance, Federal Rule of Evidence 403 and it violates the Court's motion in limine rulings. | |
| 102:5-15 | | |
| 104:4-19 | | |
| 107:16 – 108:6 | Toyota objects based on relevance, Federal Rule of Evidence 403 and it violates the Court's motion in limine rulings. | |
| 117:8-21 | Toyota objects based on relevance and Federal Rule of Evidence 403. | |
| 117:22 – 118:9 | Toyota objects based on relevance and Federal Rule of Evidence 403. | |

| Plaintiffs' Designations | Objections | Counter-Designations |
|---|---|---|
| 119:9 – 120:16 | Toyota objects based on relevance and Federal Rule of Evidence 403. | |
| 123:13-23 | Toyota objects based on relevance and Federal Rule of Evidence 403 | |

## IV.
## HAROLD CLYDE

| Plaintiffs' Designations | Objections | Counter-Designations |
|---|---|---|
| 8:12-17 | | |
| 9:7-11 | | |
| 11:12-18 | | |
| 11:22-24 | Fed. R. Evid. 401, 402, 403 | |
| 12:6-11 | Fed. R. Evid. 401, 402, 403 | |
| 13:21 – 14:9 | Fed. R. Evid. 401, 402, 403 – outside the scope | |
| 16:1-10 | Fed. R. Evid. 401, 402, 403 | |
| 18:19 – 19:9 | Fed. R. Evid. 401, 402, 403 | |
| 19:13-18 | Fed. R. Evid. 401, 402, 403; violates Court's pre-trial order regarding bifurcation | |
| 19:25 – 20:6 | Fed. R. Evid. 401, 402, 403; violates Court's pre-trial order regarding bifurcation | |
| 23:17-23 | | |
| 23:24 – 26:10 | 24:16—26:10 based on Fed. R. Evid. 401, 402, 403, violates Court's pre-trial | |

| Plaintiffs' Designations | Objections | Counter-Designations |
|---|---|---|
| | limine order (Doc. No. 672, Nos. 3,4) | |
| 28:18 – 30:5 | Fed. R. Evid. 401, 402, 403 – outside the scope | |
| 31:4-19 | Fed. R. Evid. 401, 402, 403 – outside the scope | |
| 32:16 – 33:2 | Fed. R. Evid. 401, 402, 403 – outside the scope | |
| 36:19 – 38:3 | Fed. R. Evid. 401, 402, 403 – outside the scope; improper comment on the law; sidebar; harassing | |
| 39:2-8 | Fed. R. Evid. 401, 402, 403; outside the scope; violates Court's pre-trial order regarding bifurcation | |
| 45:18-22 | Fed. R. Evid. 401, 402, 403; assume facts | |
| 50:7-24 | Fed. R. Evid. 401, 402, 403; outside the scope; violates Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) | |
| 56:2-21 | Fed. R. Evid. 401, 402, 403; outside the scope; violates Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) | |
| 57:22 – 58:3 | Fed. R. Evid. 401, 402, 403; outside the scope; violates Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) | |
| 58:11 – 59:12 | Fed. R. Evid. 401, 402, 403; outside the scope; violates Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) | |
| 61:16 – 62:4 | Fed. R. Evid. 401, 402, 403; outside the scope; violates Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) | |
| 62:15 – 63:1 | Fed. R. Evid. 401, 402, 403; outside the scope; violates | |

| Plaintiffs' Designations | Objections | Counter-Designations |
|---|---|---|
|  | Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) |  |
| 64:10 – 65:2 | Fed. R. Evid. 401, 402, 403; outside the scope; violates Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) |  |
| 66:15 – 68:22 | Fed. R. Evid. 401, 402, 403; outside the scope; violates Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) |  |
| 70:14 – 71:5 |  |  |
| 72:17-25 |  |  |
| 76:3 – 77:22 | Fed. R. Evid. 401, 402, 403; outside the scope |  |
| 77:23 – 78:9 | Fed. R. Evid. 401, 402, 403; outside the scope |  |
| 79:10 – 80:17 | Fed. R. Evid. 401, 402, 403; outside the scope |  |
| 81:7-18 |  |  |
| 88:4-9 | Fed. R. Evid. 401, 402, 403; outside the scope |  |
| 89:2-16 | Fed. R. Evid. 401, 402, 403; outside the scope |  |
| 90:11 – 91:20 |  |  |
| 91:21 – 93:14 | Fed. R. Evid. 401, 402, 403; outside the scope; assumes facts; harassing |  |
| 98:22 – 99:1 | Fed. R. Evid. 401, 402, 403 |  |
| 99:16 – 101:25 | Fed. R. Evid. 401, 402, 403; outside the scope; harassing |  |
| 103:14 – 106:8 | Fed. R. Evid. 401, 402, 403; violates Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) |  |

| Plaintiffs' Designations | Objections | Counter-Designations |
|---|---|---|
| 108:11 – 109:23 | Fed. R. Evid. 401, 402, 403; harassing; calls for legal conclusion | |
| 12:24 – 114:13 | 113:15—114:14 based on Fed. R. Evid. 401, 402, 403; assumes facts | |
| 115:6-25 | Fed. R. Evid. 401, 402, 403 | |
| 116:1-18 | Fed. R. Evid. 401, 402, 403 | |
| 116:21 – 117:6 | | |
| 118:5 – 120:15 | Fed. R. Evid. 401, 402, 403 | |
| 123:14 – 124:18 | Fed. R. Evid. 401, 402, 403 | |
| 126:9 – 127:4 | Fed. R. Evid. 401, 402, 403 | |
| 127:10 – 128:12 | Fed. R. Evid. 401, 402, 403 | |
| 129:13-21 | Fed. R. Evid. 401, 402, 403; violates Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) | |
| 134:4 – 136:3 | Fed. R. Evid. 401, 402, 403; violates Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) | |
| 138:25 – 139:11 | Fed. R. Evid. 401, 402, 403; violates Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) | |
| 139:23 – 142:17 | Fed. R. Evid. 401, 402, 403; violates Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) | |
| 143:22 – 144:9 | Fed. R. Evid. 401, 402, 403; violates Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) | |

| Plaintiffs' Designations | Objections | Counter-Designations |
|---|---|---|
| 145:2 – 148:23 | Fed. R. Evid. 401, 402, 403; violates Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) | |
| 155:2 - 156:6 | Fed. R. Evid. 401, 402, 403; violates Court's pre-trial limine order (Doc. No. 672, Nos. 3,4) | |
| 158:20 – 159:13 | Fed. R. Evid. 401, 402, 403 | |
| 159:21 – 160:15 | Fed. R. Evid. 401, 402, 403; outside the scope | |

Respectfully submitted,

*/s/ Kurt C. Kern*_____
**KURT C. KERN**
State Bar No. 11334600
kurt.kern@bowmanandbrooke.com
**DAVID P. STONE**
State Bar No. 19289060
david.stone@bowmanandbrooke.com
**JUDE T. HICKLAND**
State Bar No. 24065416
jude.hickland@bowmanandbrooke.com

**BOWMAN AND BROOKE LLP**
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
(972) 616-1700
(972) 616-1701 (fax)

**ATTORNEYS FOR DEFENDANTS TOYOTA MOTOR CORPORATION, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., AND TOYOTA MOTOR SALES, U.S.A., INC.**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 25th day of June, 2014.

                              */s/ Jude T. Hickland*