IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OLLIE GREENE, *et al.*, § | |
| § | |
| Plaintiffs § | |
| § | |
| v. § | CAUSE NUMBER: 3:11-cv-0207-N |
| § | |
| TOYOTA MOTOR CORPORATION, *et al.,* § | |
| § | |
| Defendants. § | |

## TOYOTA DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT NO. 300

TO THE HONORABLE COURT:

Defendants Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales U.S.A., Inc. (collectively, the "Toyota Defendants") file these Objections to Plaintiffs' Exhibit No. 300.

On Tuesday, June 24, 2014, Plaintiffs notified the Toyota Defendants of their intent to use Plaintiffs' Exhibit No. 300, a thirty-minute tribute video containing witness interviews of various acquaintances of the Greene family.

The Toyota Defendants object to this video footage in its entirety because it is hearsay, not relevant to Plaintiffs' claims, and consists of statements which are cumulative of witness testimony presented to the jury in court via numerous live witnesses. Moreover, many excerpts of the video pertain to Wesleigh and Kyle Greene, which are irrelevant unduly prejudicial to the Toyota Defendants and in violation of the Motion in Limine the Court granted on this topic. The probative value of this video, if any, is greatly outweighed by the unfair prejudice the Toyota Defendants are sure to suffer if this exhibit is shown to the jury. *See,* e.g., *U.S. v. Sampson,* 335 F. Supp.2d 166 (D. Mass. 2004) (excluding a 27-minute video detailing a victim's life); *Salazar*

*v. State,* 90 S.W.3d 330 (Tex. Crim. App. 2002) (trial court abused its discretion in admitting a 17-minute tribute video).

The Toyota Defendants' specific objections to Plaintiffs' Exhibit No. 300 are in the chart below.

| Time Start | Time End | Witness/Speaker | Objections |
|---|---|---|---|
| 00:00 | 00:42 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 00:42 | 02:12 | Fred Frank (took witness stand on June 25, 2014) | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 02:12 | 03:07 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 03:07 | 03:53 | Robin Askew | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 03:53 | 04:40 | Lori Nolan | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 04:40 | 06:19 | Richard Dixon | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 06:20 | 7:50 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children in violation of Defendants' Joint Motion in Limine (DO. 672) |
| 7:50 | 9:00 | Vincent & Demetria Dayries | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children in violation of Defendants' Joint Motion in Limine (DO. 672) |
| 9:00 | 9:13 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children in violation of Defendants' Joint |

| Time Start | Time End | Witness/Speaker | Objections |
|---|---|---|---|
| | | | Motion in Limine (DO. 672) |
| 9:13 | 10:06 | Wesleigh Greene | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children in violation of Defendants' Joint Motion in Limine (DO. 672) |
| 10:06 | 11:11 | Narrator and other unknown speakers | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children in violation of Defendants' Joint Motion in Limine (DO. 672) |
| 11:12 | 11:42 | Vincent & Demetrica Dayries | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children in violation of Defendants' Joint Motion in Limine (DO. 672) |
| 11:42 | 11:51 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children in violation of Defendants' Joint Motion in Limine (DO. 672) |
| 11:51 | 12:30 | Erica Canty | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children in violation of Defendants' Joint Motion in Limine (DO. 672) |
| 12:30 | 14:27 | Narrator<br>Wyndell Kyle Greene, II | Fed. R. Evid. 401, 402, 403, 801, 802 |

| Time Start | Time End | Witness/Speaker | Objections |
|---|---|---|---|
| | | | Mentions Greene children in violation of Defendants' Joint Motion in Limine (DO. 672) |
| 14:27 | 15:10 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children in violation of Defendants' Joint Motion in Limine (DO. 672) |
| 15:10 | 16:23 | William Bahney | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 16:23 | 16:44 | Lori Nolan | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 16:44 | 17:36 | James Harrod | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 17:36 | 17:58 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 17:58 | 18:48 | Lori Nolan | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 18:48 | 19:33 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Depicts Greene children in violation of Defendants' Joint Motion in Limine (DO. 672) |
| 19:33 | 19:55 | Lori Nolan | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 19:55 | 20:08 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Depicts Greene children in violation of Defendants' Joint Motion in Limine (DO. 672) |
| 20:08 | 20:29 | William Bahney | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene |

| Time Start | Time End | Witness/Speaker | Objections |
|---|---|---|---|
| | | | children in violation of Defendants' Joint Motion in Limine (DO. 672) |
| 20:29 | 21:02 | James Harrod | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 21:02 | 21:34 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802

Depicts Greene children in violation of Defendants' Joint Motion in Limine (DO. 672) |
| 21:34 | 22:30 | Vincent & Demetrica Dayries | Fed. R. Evid. 401, 402, 403, 801, 802

Depicts Greene children in violation of Defendants' Joint Motion in Limine (DO. 672) |
| 22:30 | 22:53 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802

Depicts Greene children in violation of Defendants' Joint Motion in Limine (DO. 672) |
| 22:53 | 23:05 | Rudy Williams | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 23:05 | 23:36 | Robin Askew | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 23:36 | 24:29 | Erica Canty | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 24:29 | 25:18 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802

Asserts evidence pertaining to damages related to Greene Children, Wesleigh |

| Time Start | Time End | Witness/Speaker | Objections |
|---|---|---|---|
| | | | and Kyle Greene, in violation of Defendants' Joint Motion in Limine |
| 25:18 | 26:02 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Depicts gruesome photographs of charred remains of Greene Children and LaKeysha Greene lying in roadway at accident scene |
| 26:02 | 26:32 | Robin Askew | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 26:32 | 27:20 | James Harrod | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 27:20 | 27:46 | Vincent & Dametrica Dayries | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 27:46 | 27:58 | Erica Canty | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 27:58 | 28:30 | William Bahney | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 28:30 | 29:40 | Lori Nolan | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Contains evidence regarding alleged damages that pertain to Wesleigh and Kyle Greene |
| 29:40 | 30:19 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Contains evidence regarding alleged damages that concern Wesleigh and Kyle Greene |

Respectfully submitted,

*/s/ Kurt C. Kern*_____
**KURT C. KERN**
State Bar No. 11334600
kurt.kern@bowmanandbrooke.com
**DAVID P. STONE**
State Bar No. 19289060
david.stone@bowmanandbrooke.com
**JUDE T. HICKLAND**
State Bar No. 24065416
jude.hickland@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
(972) 616-1700
(972) 616-1701 (fax)

**ATTORNEYS FOR TOYOTA DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 25th day of June, 2014.

*/s/ Kurt C. Kern*_____