IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OLLIE GREENE, *et al.*, § | |
| § | |
| Plaintiffs § | |
| § | |
| v. § | CAUSE NUMBER: 3:11-cv-0207-N |
| § | |
| TOYOTA MOTOR CORPORATION, *et al.*, § | |
| § | |
| Defendants. § | |

## TOYOTA DEFENDANTS' AMENDED OBJECTIONS TO PLAINTIFFS' EXHIBIT NO. 300

TO THE HONORABLE COURT:

Defendants Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales U.S.A., Inc. (collectively, the "Toyota Defendants") file these Amended Objections to Plaintiffs' Exhibit No. 300.

On Tuesday, June 24, 2014, Plaintiffs notified the Toyota Defendants of their intent to use Plaintiffs' Exhibit No. 300, a thirty-minute tribute video containing witness interviews of various acquaintances of the Greene family.

The Toyota Defendants object to this video footage in its entirety because it is hearsay, not relevant to Plaintiffs' claims, and consists of statements which are cumulative of witness testimony presented to the jury in court via numerous live witnesses. Moreover, many excerpts of the video pertain to Wesleigh and Kyle Greene, which are irrelevant, unduly prejudicial to the Toyota Defendants, and in violation of the Motion in Limine the Court granted on this topic. The probative value of this video, if any, is greatly outweighed by the unfair prejudice the Toyota Defendants are sure to suffer if this exhibit is shown to the jury. *See,* e.g., *U.S. v.*

*Sampson,* 335 F. Supp.2d 166, 191 (D. Mass. 2004) (excluding a 27-minute video detailing a victim's life); *Salazar v. State,* 90 S.W.3d 330, 335-36 (Tex. Crim. App. 2002) (trial court abused its discretion in admitting a 17-minute tribute video).

The Toyota Defendants' specific objections to Plaintiffs' Exhibit No. 300 are as follows:

| **Time Start** | **Time End** | **Witness/Speaker** | **Objections** |
|---|---|---|---|
| 00:00 | 00:42 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 00:42 | 02:12 | Fred Frank | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 02:12 | 03:07 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 03:07 | 03:53 | Robin Askew | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 03:53 | 04:40 | Lori Nolan | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 04:40 | 06:19 | Richard Dixon | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 06:20 | 7:50 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children contrary to the Motion in Limine previously granted by the Court (DO. 672) |
| 7:50 | 9:00 | Vincent & Demetria Dayries | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children contrary to the Motion in Limine previously granted by the Court (DO. 672) |
| 9:00 | 9:13 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children contrary to the Motion in Limine previously granted by the Court (DO. 672) |
| 9:13 | 10:06 | Wesleigh Greene | Fed. R. Evid. 401, |

| Time Start | Time End | Witness/Speaker | Objections |
|---|---|---|---|
| | | | 402, 403, 801, 802<br><br>Mentions Greene children contrary to the Motion in Limine previously granted by the Court (DO. 672) |
| 10:06 | 11:11 | Narrator and other unknown speakers | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children contrary to the Motion in Limine previously granted by the Court (DO. 672) |
| 11:12 | 11:42 | Vincent & Demetrica Dayries | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children contrary to the Motion in Limine previously granted by the Court (DO. 672) |
| 11:42 | 11:51 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children contrary to the Motion in Limine previously granted by the Court (DO. 672) |
| 11:51 | 12:30 | Erica Canty | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children contrary to the Motion in Limine previously granted by the Court (DO. 672) |
| 12:30 | 14:27 | Narrator<br>Wyndell Kyle Greene, II | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children contrary to the Motion in Limine |

| Time Start | Time End | Witness/Speaker | Objections |
|---|---|---|---|
| | | | previously granted by the Court (DO. 672) |
| 14:27 | 15:10 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children contrary to the Motion in Limine previously granted by the Court (DO. 672) |
| 15:10 | 16:23 | William Bahney | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 16:23 | 16:44 | Lori Nolan | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 16:44 | 17:36 | James Harrod | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 17:36 | 17:58 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 17:58 | 18:48 | Lori Nolan | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 18:48 | 19:33 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Depicts Greene children contrary to the Motion in Limine previously granted by the Court (DO. 672) |
| 19:33 | 19:55 | Lori Nolan | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 19:55 | 20:08 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Depicts Greene children contrary to the Motion in Limine previously granted by the Court (DO. 672) |
| 20:08 | 20:29 | William Bahney | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Mentions Greene children contrary to the Motion in Limine previously granted by |

| Time Start | Time End | Witness/Speaker | Objections |
|---|---|---|---|
| | | | the Court (DO. 672) |
| 20:29 | 21:02 | James Harrod | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 21:02 | 21:34 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802

Depicts Greene children contrary to the Motion in Limine previously granted by the Court (DO. 672) |
| 21:34 | 22:30 | Vincent & Demetrica Dayries | Fed. R. Evid. 401, 402, 403, 801, 802

Depicts Greene children contrary to the Motion in Limine previously granted by the Court (DO. 672) |
| 22:30 | 22:53 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802

Depicts Greene children contrary to the Motion in Limine previously granted by the Court (DO. 672) |
| 22:53 | 23:05 | Rudy Williams | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 23:05 | 23:36 | Robin Askew | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 23:36 | 24:29 | Erica Canty | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 24:29 | 25:18 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802

Asserts evidence pertaining to damages related to Greene Children, Wesleigh and Kyle Greene, contrary to the Motion in Limine previously |

| Time Start | Time End | Witness/Speaker | Objections |
|---|---|---|---|
| | | | granted by the Court (DO. 672) |
| 25:18 | 26:02 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Depicts gruesome photographs of charred remains of Greene Children and LaKeysha Greene lying in roadway at accident scene |
| 26:02 | 26:32 | Robin Askew | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 26:32 | 27:20 | James Harrod | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 27:20 | 27:46 | Vincent & Dametrica Dayries | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 27:46 | 27:58 | Erica Canty | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 27:58 | 28:30 | William Bahney | Fed. R. Evid. 401, 402, 403, 801, 802 |
| 28:30 | 29:40 | Lori Nolan | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Contains evidence regarding alleged damages that pertain to Wesleigh and Kyle Greene |
| 29:40 | 30:19 | Narrator | Fed. R. Evid. 401, 402, 403, 801, 802<br><br>Contains evidence regarding alleged damages that concern Wesleigh and Kyle Greene |

Respectfully submitted,

*/s/ Kurt C. Kern*_____
**KURT C. KERN**
State Bar No. 11334600
kurt.kern@bowmanandbrooke.com
**DAVID P. STONE**
State Bar No. 19289060
david.stone@bowmanandbrooke.com
**JUDE T. HICKLAND**
State Bar No. 24065416
jude.hickland@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
2501 North Harwood Street, Suite 1700
Dallas, Texas  75201
(972) 616-1700
(972) 616-1701 (fax)

**ATTORNEYS FOR TOYOTA DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 25th day of June, 2014.

*/s/ Kurt C. Kern*_____