# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **OLLIE GREENE, et al,** § | |
| § | |
| Plaintiffs, § | **CAUSE NUMBER: 3:11-cv-0207-N** |
| v. § | |
| § | |
| **TOYOTA MOTOR CORPORATION, et al.** § | |
| § | |
| Defendants. § | **JURY TRIAL DEMANDED** |

## PLAINTIFFS' COUNTER DEPOSITION DESIGNATIONS

Plaintiffs Ollie Greene, Individually and as the surviving parent of Wyndell Greene, Sr., William Greene, as the Administrator of the Estate of Wyndell Greene, Sr. and Marilyn Burdette Hardeman, Individually and as the surviving parent of LaKeysha Greene (collectively hereinafter referred to as "Plaintiffs"), submit their counter designation of deposition testimony:

| | Witness | Subject matter | Deposition Cites |
|---|---|---|---|
| 1. | Andrew Adams | This witness will provide testimony regarding VGNA. | 91:2-14 |
| 2. | Charles Bird | This witness will provide testimony regarding VGNA. | 71:5-17<br>79:9-20<br>95:10-22<br>100:3 – 101:1 |
| 3. | Ryan Earheart | This witness will provide testimony regarding Dolphin Line | Not applicable |
| 4. | Joe Gibson | This witness will provide testimony regarding Dolphin Line. | 15:2-18 |
| 5. | Gary Hatfield | This witness will provide testimony regarding Dolphin Line. | 20:12-17<br>54:12-15<br>74:6-18<br>77:23 – 78:3<br>79:14 – 80:6 |

| | **Witness** | **Subject matter** | **Deposition Cites** |
|---|---|---|---|
| 6. | James Jackson | This witness will provide testimony regarding defendant Strick Trailers, LLC | 26:7-19 |
| 7. | Frank Katz | This witness will provide testimony regarding defendant Strick Trailers, LLC | 59:24 - 61:9<br>112:22-25 |
| 8. | Charles Moody | This witness will provide testimony regarding the May 28, 2010 accident and his role in the incident. | 10:16-18<br>12:18 – 14:3<br>14:25 – 15:24<br>16:5-21<br>24:14 – 25:23<br>28:5-14<br>50:7 – 51:19<br>52:14 – 54:8<br>55:6-18<br>62:16 – 64:7<br>66:19 – 68:14<br>68:18 – 69:17<br>83:12 – 85:1<br>86:17 – 88:20<br>97:6-10<br>106:2-15<br>113:12-21 |
| 9. | Gregory Prinzo | This witness will provide testimony regarding VGNA. | 9:13-24<br>40:15-20<br>71:21 – 72:15 |

| | **Witness** | **Subject matter** | **Deposition Cites** |
|---|---|---|---|
| 10. | Daniel Sprinkle | This witness will provide testimony regarding the May 28, 2010 accident and his role in the incident. | 5:22 – 6:11<br>7:14-24<br>8:10-18<br>13:8 – 14:18<br>15:2 – 17:20<br>18:15 – 19:18<br>20:2-24<br>26:2 – 27:16<br>28:3-20<br>31:4-23<br>32:11-20<br>34:4 – 37:7<br>37:22 – 39:8<br>40:18 – 41:6<br>42:9 – 43:14<br>44:3-13<br>44:23 – 45:8<br>46:20 – 47:25<br>48:13-17<br>48:22-23<br>49:3-24<br>51:9-11<br>54:7-15<br>84:24 – 85:23 |
| 11. | Jerry Tarlton | This witness will provide testimony regarding John Fayard Moving & Warehouse | 37:17-25 |

Plaintiffs further reserve the right to call any other witness identified by Defendants in their witness lists, as well as rebuttal witnesses and witnesses whose presence may not be known, or reasonably anticipated, at the time of this submission.

Respectfully Submitted,

/s/ Aubrey "Nick" Pittman
AUBREY "NICK" PITTMAN
State Bar No. 16049750

**THE PITTMAN LAW FIRM, P.C.**
100 Crescent Court, Suite 700
Dallas, Texas 75201-2112
214-459-3454
214-853-5912 – fax
pittman@thepittmanlawfirm.com

/s/ Daryl K. Washington
DARYL K. WASHINGTON
State Bar No. 24013714

**LAW OFFICES OF DARYL K. WASHINGTON P.C.**
325 N. St. Paul St., Suite 1975
Dallas, Texas 75201
214-880-4883
469-718-0380 - fax
dwashington@dwashlawfirm.com

/s/ Greg Marks
GREG MARKS
State Bar No. 12994900

**GUAJARDO & MARKS LLP**
One Galleria Tower
13355 Noel Rd. Suite 1370
Dallas, TX 75240
972-774-9800
greg@guardjomarks.com

/s/ Paul Stafford
PAUL STAFFORD
State Bar No. 00791716

**STAFFORD LAW FIRM, P.C.**
2736 ROYAL LANE #59617
DALLAS, TX 75229
214-649-3405
214-206-9445 fax
paul.stafford@staffordfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 28, 2014, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

                                                  /s/ Aubrey "Nick" Pittman
                                                 AUBREY "NICK" PITTMAN