Case 3:11-cv-00207-N-BH Document 887 Filed 07/08/14 Page 1 of 18 PageID 35107

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 8 2014
CLERK, U.S. DISTRICT COURT
By_____ Deputy

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS/DALLAS DIVISION

OLLIE GREENE, et al.,

V.

TOYOTA MOTOR CORP.

EXHIBIT AND WITNESS LIST

Case Number: 3:11-CV-0207-N

| PRESIDING JUDGE David C. Godbey | PLAINTIFF'S ATTORNEY Aubrey Pittman, Greg Marks, Daryl Washington and Paul Stafford | DEFENDANT'S ATTORNEY Kurt C. Kern, David P. Stone and Brittany D. Johnson |
|---|---|---|
| TRIAL DATE (S) June 23, 2014- | COURT REPORTER Shawn McRoberts and Linda Langford | COURTROOM DEPUTY Carla Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 370 | | 6/23/14 | | Yes | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01057 |
| 371 | | 6/23/14 | | Yes | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01059 |
| | 3.001 | 6/23/14 | | Yes | 115 photographs of the accident scene taken by Texas Department of Public Safety |
| | 3.009 | 6/23/14 | | Yes | 115 photographs of the accident scene taken by Texas Department of Public Safety |
| | 3.020 | 6/23/14 | | Yes | Kaufman County Records Affidavit of 9-1-1 calls |
| | 3.021 | 6/23/14 | | Yes | 115 photographs of the accident scene taken by Texas Department of Public Safety |
| | 3.022 | 6/23/14 | | Yes | 115 photographs of the accident scene taken by Texas Department of Public Safety |
| | 3.027 | 6/23/14 | | Yes | 115 photographs of the accident scene taken by Texas Department of Public Safety |
| | 404.087 | 6/23/14 | | Yes | 360 Photographs of Volvo Tractor taken July 8, 2011 by Carr Engineering |
| | 506.002 | 6/23/14 | | Yes | 62 Photographs of Volvo truck inspection taken November 12, 2013 by Richard Dyer |
| 520 | | 6/24/14 | | Yes | Comparison illustrations 2010 Toyota 4Runner with fuel tank |
| 521 | | 6/24/14 | | Yes | Toyota frame, tank, body deformation illustration |
| 119 | | 6/24/14 | | Yes | Passive Safety - Toyota's use of CAE and FEM |
| 738 | | 6/24/14 | | Yes | Demonstrative video – run3-1 |
| 739 | | 6/24/14 | | Yes | Demonstrative video – run3-2 |
| 740 | | 6/24/14 | | Yes | Demonstrative video – run3-3 |
| 560 | | 6/24/14 | | Yes | Illustration of vehicle damage, scene, parts (1 page) |
| 549 | | 6/24/14 | | Yes | Illustration of accident vehicle fuel tank damage |
| 483 | | 6/24/14 | | Yes | Exemplar of fuel tank from 2010 Toyota 4Runner |
| 552 | | 6/24/14 | | Yes | Illustration of rear axle forward motion |
| 9 | | 6/24/14 | | Yes | Photo of side of Toyota 4Runner at accident site |

| | | | | | |
|---|---|---|---|---|---|
| 487 | | 6/24/14 | | Yes | Comparison tank crush - Photo of end of tank to end of shield |
| 127 | | 6/24/14 | | Yes | Photograph of undercarriage of 2010 Toyota 4Runner prepared for NCAP testing |
| 636 | | 6/24/14 | | Yes | Demonstrative video – psi fill for fuel tank |
| 637 | | 6/24/14 | | Yes | Demonstrative video – fuel tank leak video |
| 526 | | 6/24/14 | | Yes | Illustration of Toyota parts |
| 563 | | 6/24/14 | | Yes | Illustration of Toyota parts |
| 476 | | 6/24/14 | | Yes | Curriculum Vitae of Keith Friedman |
| 546 | | 6/24/14 | | Yes | Illustration of various fuel tanks |
| 547 | | 6/24/14 | | Yes | Illustration of Toyota shield |
| 519 | | 6/24/14 | | Yes | Photo of 2010 Toyota 4Runner fuel tank distance to rear axle |
| 534 | | 6/24/14 | | Yes | Illustrations of Toyota 4Runner exemplar fuel system components |
| 521 | | 6/24/14 | | Yes | Toyota frame, tank, body deformation illustration |
| 119 | | 6/24/14 | | Yes | Passive Safety - Toyota's use of CAE and FEM |
| 525 | | 6/24/14 | | Yes | Alternative design of fuel tank placement |
| | 46.1 | 6/24/14 | | Yes | 67 Scene photographs taken by Forest Products (00299-00332) |
| | 46.2 | 6/24/14 | | Yes | 67 Scene photographs taken by Forest Products (00299-00332) |
| | 46.3 | 6/24/14 | | Yes | 67 Scene photographs taken by Forest Products (00299-00332) |
| | 46.4 | 6/24/14 | | Yes | 67 Scene photographs taken by Forest Products (00299-00332) |
| | 3.020 | 6/24/14 | | Yes | 115 photographs of the accident scene taken by Texas Department of Public Safety |
| 338 | | 6/25/14 | | Yes | Curriculum Vitae of Jeff Vick |
| 351 | | 6/25/14 | | Yes | On-Site Aerial Photo MG_6717_4000 |
| 346 | | 6/25/14 | | Yes | On-Site Photo DSC07111 |
| 342 | | 6/25/14 | | Yes | On-Site Photos DSC07104 and DSC07128 |
| 344 | | 6/25/14 | | Yes | On-Site Photo DSC07106 and DSC 07130 |
| 397 | | 6/25/14 | | Yes | Toyota 4Runner Photo DSC07423 |
| 385 | | 6/25/14 | | Yes | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01083 |
| 341 | | 6/25/14 | | Yes | On-Site Photos DSC07102 and DSC07123 |
| 360 | | 6/25/14 | | Yes | Texas Dept. of Public Safety - Highway Patrol on-scene photo DSC01039 |
| | 404.127 | 6/25/14 | | Yes | 360 Photographs of Volvo Tractor taken July 8, 2011 by Carr Engineering |
| | 404.183 | 6/25/14 | | Yes | 360 Photographs of Volvo Tractor taken July 8, 2011 by Carr Engineering |
| | 417.003 | 6/25/14 | | Yes | 112 Photographs of accident scene taken July 7, 2011 taken by Carr Engineering |
| | 1 | 6/25/14 | | Yes | Texas Peace Officer's Accident Report (00001-00006) |
| | 155 | 6/25/14 | | Yes | Moody, Charles – Exhibit #18: Police photograph of cell phone |

| | | | | | |
|---|---|---|---|---|---|
| | 156 | 6/25/14 | | Yes | Moody, Charles – Exhibit #19: Police photograph of cell phone |
| | 56.001 | 6/25/14 | | Yes | Criminal Negligent Homicide indictment against Charles Moody |
| | 56.009 | 6/25/14 | | Yes | Criminal Negligent Homicide indictment against Charles Moody |
| | 56.010 | 6/25/14 | | Yes | Criminal Negligent Homicide indictment against Charles Moody |
| | 58 | 6/25/14 | | Yes | Plaintiffs' Original Complaint in Wyndell Greene, et al v. Charles Moody and Forest Products Transports, LLC; Cause Number 3-10CV-1085G |
| | 2085 | 6/25/14 | | Yes | Jeff Vicks billing records |
| 463* | | 6/25/14 | | Yes | Volvo 4 Runner Impact - diagram ; *Admitted by the Defense* |
| 461* | | 6/25/14 | | Yes | Volvo Point of Perception - diagram; *Admitted by the Defense* |
| 743 | | 6/26/14 | | Yes | Records from Kaufman County Sheriff's Investigative File |
| 253 | | 6/26/14 | | Yes | Recording of Kaufman County 9-1-1 call: 022_2010_05_28_182454261(confirmed by Plaintiffs' Ex. 3) |
| 328 | | 6/26/14 | | Yes | Curriculum Vitae of Dr. Stan Smith and list of cases |
| 276 | | 6/26/14 | | Yes | Lakeysha and Wyndell Greene wedding photo |
| 277 | | 6/26/14 | | Yes | Photo of Wesleigh Greene at birth |
| 278 | | 6/26/14 | | Yes | Photo of Wesleigh Greene with her father as he works |
| 280 | | 6/26/14 | | Yes | Photo of Wyndell Greene, Sr. teaching Wesleigh to swim |
| 291 | | 6/26/14 | | Yes | Greene Family Photo |
| 311 | | 6/26/14 | | Yes | Photo2 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) |
| 312 | | 6/26/14 | | Yes | Photo3 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) |
| 314 | | 6/26/14 | | Yes | Photo5 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) |
| 318 | | 6/26/14 | | Yes | Photo9 of Wyndell Greene in Burn Unit (bates no. GREENE_000387-000399) |
| | 375.001 | 6/26/14 | | Yes | Vick, Jeff – Exhibit #3: Schematic of Toyota 4Runner frame – closer view of damage profile |
| | 376.001 | 6/26/14 | | Yes | Vick, Jeff – Exhibit #4: 4N6XPRT StifCalcs Available Test Results Rear Impact Test Summary for utility vehicle |
| | 3.041 | 6/26/14 | | Yes | 115 photographs of the accident scene taken by Texas Department of Public Safety |
| | 3.042 | 6/26/14 | | Yes | 115 photographs of the accident scene taken by Texas Department of Public Safety |
| | 68 | 6/26/14 | | Yes | Barkley, Trooper Dexter – Exhibit # 4: Scale diagram of the accident reconstruction |
| | 60.001 | 6/26/14 | | Yes | Plaintiffs' Second Amended Original Complaint in Wyndell Greene, et al v. Charles Moody and Forest Products Transports, LLC; Cause Number 3-10CV-1085G |
| 471* | | 6/26/14 | | Yes | Texas Dept. of Public Safety - Highway Patrol Officer Measurements; *Admitted by defendant)* |
| Court#1 | | 6/26/14 | | Yes | Smith Economics Group Report- *Plaintiff' exhibit admitted to the court only* |
| 481 | | 6/27/14 | | Yes | Toyota ad directed towards consumers in Mr. Greene's demographic |
| 309 | | 6/27/14 | | Yes | Curriculum Vitae and testimony list for Dr. Darrell Henderson |
| 320 | | 6/27/14 | | Yes | Skin and Burn Illustrations_0002 |

| | | | | | |
|---|---|---|---|---|---|
| 321 | | 6/27/14 | | Yes | Skin and Burn Illustrations_0003 |
| 322 | | 6/27/14 | | Yes | Skin and Burn Illustrations_0004 |
| 251 | | 6/27/14 | | Yes | Autopsy of Wyndell Greene, Sr. |
| 258 | | 6/27/14 | | Yes | Medical Examiner's tagged photographs of Wyndell Greene, Sr. (with private parts redacted) (bates no. GREENE_006468-006470) |
| 259 | | 6/27/14 | | Yes | Medical Expenses from Air Evac Lifeteam to transport Wyndell Greene, Sr. on May 28, 2010 |
| 265 | | 6/27/14 | | Yes | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 1 of 8) |
| 266 | | 6/27/14 | | Yes | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 2 of 8) |
| 267 | | 6/27/14 | | Yes | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 3 of 8) |
| 268 | | 6/27/14 | | Yes | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 4 of 8) |
| 269 | | 6/27/14 | | Yes | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 5 of 8) |
| 270 | | 6/27/14 | | Yes | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 6 of 8) |
| 271 | | 6/27/14 | | Yes | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 7 of 8) |
| 272 | | 6/27/14 | | Yes | Affidavit of Reasonable and Necessary Medical Services from Parkland Hospital (part 8 of 8) |
| 118 | | 6/27/14 | | Yes | Article - *Application of Crash Simulation to Vehicle Development* |
| 119 | | 6/27/14 | | Yes | Passive Safety - Toyota's use of CAE and FEM |
| 121 | | 6/27/14 | | Yes | *The Study of the Frontal Compatibility of Consideration of Interaction and Stiffness* |
| 124 | | 6/27/14 | | Yes | Simulation of Occupant Motion in Rear Impacts using Human FE Model THUMS |
| 127 | | 6/27/14 | | Yes | Photograph of undercarriage of 2010 Toyota 4Runner prepared for NCAP testing |
| 128 | | 6/27/14 | | Yes | Photo of undercarriage of Toyota 4Runner Trail model (from Toyota Brochure) |
| 129 | | 6/27/14 | | Yes | Narrative of Fuel System from Toyota 4Runner Brochure |
| 130 | | 6/27/14 | | Yes | Narrative and diagram of Fuel Tank components (from Toyota 4Runner Brochure) |
| 138 | | 6/27/14 | | Yes | Toyota 4Runner Ad (*No Intelligent Life Out There*) |
| 139 | | 6/27/14 | | Yes | Toyota 4Runner ad (*Rise Above Ordinary*) |
| 140 | | 6/27/14 | | Yes | Website advertising of Toyota 4Runner |
| 141 | | 6/27/14 | | Yes | September 24, 2009, Press Release announcing launch of 2010 4Runner |
| 142 | | 6/27/14 | | Yes | From the bottom of page 3 to the end/ press release |
| 144 | | 6/27/14 | | Yes | Sales brochure for 2010 4Runner |
| 145 | | 6/27/14 | | Yes | Toyota Pocket Source Brochure for 2010 4Runner |
| 147 | | 6/27/14 | | Yes | Copy of Toyota advertisement (spending a million dollars per hour) |
| 148 | | 6/27/14 | | Yes | Toyota 4Runner ad (Star Safety) |

| | | | | |
|---|---|---|---|---|
| 153 | | 6/27/14 | Yes | Manufacturers Motor Vehicle Specifications for 2010 4Runner |
| 155 | | 6/27/14 | Yes | Main Vehicle Inquiry showing logistics and building of the Greene 4Runner |
| 157 | | 6/27/14 | Yes | Texas Dept. of Motor Vehicle history for the Greene 4Runner |
| 159 | | 6/27/14 | Yes | Toyota Organizational Chart for 2013 |
| 521 | | 6/27/14 | Yes | Toyota frame, tank, body deformation illustration |
| | 3.014 | 6/27/14 | Yes | 115 photographs of the accident scene taken by Texas Department of Public Safety |
| | 278 | 6/27/14 | Yes | Burton, Joseph – Exhibit #4: Photograph of Strick trail rear right rear tire mud flap |
| | 279 | 6/27/14 | Yes | Burton, Joseph – Exhibit #5: Photograph of Strick trail rear right rear tire mud flap |
| | 37.001 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Wyndell Greene, Jr.) (00626-00667) |
| | 37.037 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Wyndell Greene, Jr.) (00626-00667) |
| | 37.038 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Wyndell Greene, Jr.) (00626-00667) |
| | 37.040 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Wyndell Greene, Jr.) (00626-00667) |
| | 37.028 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Wyndell Greene, Jr.) (00626-00667) |
| | 37.029 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Wyndell Greene, Jr.) (00626-00667) |
| | 33.045 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Lakeysha Greene) (00514-00567) |
| | 33.044 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Lakeysha Greene) (00514-00567) |
| | 33.046 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Lakeysha Greene) (00514-00567) |
| | 33.047 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Lakeysha Greene) (00514-00567) |
| | 33.048 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Lakeysha Greene) (00514-00567) |
| | 35.001 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Wesleigh Greene) (00568-00625) |
| | 35.026 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Wesleigh Greene) (00568-00625) |
| | 35.027 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Wesleigh Greene) (00568-00625) |
| | 35.028 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Wesleigh Greene) (00568-00625) |
| | 35.029 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Wesleigh Greene) (00568-00625) |
| | 37.039 | 6/27/14 | Yes | Dallas County Medical Examiner's Office autopsy and death investigation records (Wyndell Greene, Jr.) (00626-00667) |
| | 438.002* | 6/30/14 | Yes | Impact #1 Calculations (CEI Analysis and Reconstruction Calculations); **Admitted by Plaintiffs** |
| | 682.001* | 6/30/14 | Yes | 311 Photographs from December 17, 2013 Single Moving Vehicle Crash Test; **Admitted by Plaintiffs** |
| | 402.053 | 6/30/14 | Yes | Final Report of Lee Carr, December 18, 2013 |
| | 422 | 6/30/14 | Yes | Google Earth aerial image of accident site |
| | 417.004 | 6/30/14 | Yes | 112 Photographs of accident scene taken July 7, 2011 taken by Carr Engineering |
| | 417.017 | 6/30/14 | Yes | 112 Photographs of accident scene taken July 7, 2011 taken by Carr Engineering |

| | | | | | |
|---|---|---|---|---|---|
| | 417.041 | 6/30/14 | | Yes | 112 Photographs of accident scene taken July 7, 2011 taken by Carr Engineering |
| | 46.02 | 6/30/14 | | Yes | 67 Scene photographs taken by Forest Products (00299-00332) |
| | 46.012 | 6/30/14 | | Yes | 67 Scene photographs taken by Forest Products (00299-00332) |
| | 46.023 | 6/30/14 | | Yes | 67 Scene photographs taken by Forest Products (00299-00332) |
| | 404.353 | 6/30/14 | | Yes | 360 Photographs of Volvo Tractor taken July 8, 2011 by Carr Engineering |
| | 404.356 | 6/30/14 | | Yes | 360 Photographs of Volvo Tractor taken July 8, 2011 by Carr Engineering |
| | 406.002 | 6/30/14 | | Yes | 419 Photographs of Toyota 4Runner taken October 12, 2011 by Carr Engineering |
| | 406.006 | 6/30/14 | | Yes | 419 Photographs of Toyota 4Runner taken October 12, 2011 by Carr Engineering |
| | 406.205 | 6/30/14 | | Yes | 419 Photographs of Toyota 4Runner taken October 12, 2011 by Carr Engineering |
| | 408.062 | 6/30/14 | | Yes | 248 Photographs of Toyota Corolla taken October 13, 2011 taken by Carr Engineering |
| | 408.061 | 6/30/14 | | Yes | 248 Photographs of Toyota Corolla taken October 13, 2011 taken by Carr Engineering |
| | 408.002 | 6/30/14 | | Yes | 248 Photographs of Toyota Corolla taken October 13, 2011 taken by Carr Engineering |
| | 423.006 | 6/30/14 | | Yes | Damaged 4Runner (CEI Analysis and Reconstruction Calculations) |
| | 423.004 | 6/30/14 | | Yes | Damaged 4Runner (CEI Analysis and Reconstruction Calculations) |
| | 423.003 | 6/30/14 | | Yes | Damaged 4Runner (CEI Analysis and Reconstruction Calculations) |
| | 423.002 | 6/30/14 | | Yes | Damaged 4Runner (CEI Analysis and Reconstruction Calculations) |
| | 423.005 | 6/30/14 | | Yes | Damaged 4Runner (CEI Analysis and Reconstruction Calculations) |
| | 476.002 | 6/30/14 | | Yes | Carr, Lee – Exhibit #16: Seven Printouts of Scans of 4Runner |
| | 402.040 | 6/30/14 | | Yes | Final Report of Lee Carr, December 18, 2013 |
| | 416.128 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 416.001 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 416.157 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 416.147 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 416.156 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 416.160 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 416.163 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 416.167 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 416.172 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 416.180 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 416.330 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |

| | | | | | |
|---|---|---|---|---|---|
| | 416.346 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 416.354 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 416.267 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 416.278 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 416.028 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 416.032 | 6/30/14 | | Yes | 481 Exemplar 4Runner and Volvo Tractor Match Up photographs taken December 16-18, 2013 taken by Carr Engineering |
| | 462.001 | 6/30/14 | | Yes | EVD Walk through graphic (Trial demonstrative exhibit) |
| | 462.002 | 6/30/14 | | Yes | EVD Walk through graphic (Trial demonstrative exhibit) |
| | 462.003 | 6/30/14 | | Yes | EVD Walk through graphic (Trial demonstrative exhibit) |
| | 462.004 | 6/30/14 | | Yes | EVD Walk through graphic (Trial demonstrative exhibit) |
| | 462.005 | 6/30/14 | | Yes | EVD Walk through graphic (Trial demonstrative exhibit) |
| | 424.001 | 6/30/14 | | Yes | Crush Values at Selected Heights (CEI Analysis and Reconstruction Calculations) |
| | 424.002 | 6/30/14 | | Yes | Crush Values at Selected Heights (CEI Analysis and Reconstruction Calculations) |
| | 424.003 | 6/30/14 | | Yes | Crush Values at Selected Heights (CEI Analysis and Reconstruction Calculations) |
| | 424.004 | 6/30/14 | | Yes | Crush Values at Selected Heights (CEI Analysis and Reconstruction Calculations) |
| | 424.006 | 6/30/14 | | Yes | Crush Values at Selected Heights (CEI Analysis and Reconstruction Calculations) |
| | 441 | 6/30/14 | | Yes | Handwritten Notes – Volvo Calculations (CEI Analysis and Reconstruction Calculations) |
| | 438.001 | 6/30/14 | | Yes | Impact #1 Calculations (CEI Analysis and Reconstruction Calculations) |
| | 438.003 | 6/30/14 | | Yes | Impact #1 Calculations (CEI Analysis and Reconstruction Calculations) |
| | 438.004 | 6/30/14 | | Yes | Impact #1 Calculations (CEI Analysis and Reconstruction Calculations) |
| | 438.005 | 6/30/14 | | Yes | Impact #1 Calculations (CEI Analysis and Reconstruction Calculations) |
| | 438.006 | 6/30/14 | | Yes | Impact #1 Calculations (CEI Analysis and Reconstruction Calculations) |
| | 438.012 | 6/30/14 | | Yes | Impact #1 Calculations (CEI Analysis and Reconstruction Calculations) |
| | 432 | 6/30/14 | | Yes | Impact 1, 2 and 3 Calculations (CEI Analysis and Reconstruction Calculations) |
| | 442.001 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.002 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.003 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.004 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.005 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.006 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.007 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.008 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |

| | | | | | |
|---|---|---|---|---|---|
| | 442.009 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.010 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.011 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.012 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.013 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.014 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.015 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.016 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.017 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.018 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.019 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.020 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.021 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.022 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.023 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.024 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.025 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.026 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.027 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.028 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.029 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.030 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.031 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.032 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.033 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.034 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 442.035 | 6/30/14 | | Yes | 3D Analysis - Reconstruction |
| | 464 | 6/30/14 | | Yes | Accident demonstration top tracking view (Trial demonstrative exhibit) |
| | 443 | 6/30/14 | | Yes | 3D Illustration of Reconstruction in Rear Time |
| | 463 | 6/30/14 | | Yes | Accident demonstration side view (Trial demonstrative exhibit) |
| | 421 | 6/30/14 | | Yes | Photograph of Reconstruction Diagram (CEI Reconstruction Scale Diagrams) |
| | 444 | 6/30/14 | | Yes | Scale Model of accident scene |
| | 3.037 | 6/30/14 | | Yes | 115 photographs of the accident scene taken by Texas Department of Public Safety |

| | | | | |
|---|---|---|---|---|
| | 3.028 | 6/30/14 | Yes | 115 photographs of the accident scene taken by Texas Department of Public Safety |
| | 3.027 | 6/30/14 | Yes | 115 photographs of the accident scene taken by Texas Department of Public Safety |
| | 3.042 | 6/30/14 | Yes | 115 photographs of the accident scene taken by Texas Department of Public Safety |
| | 402.040 | 6/30/14 | Yes | Final Report of Lee Carr, December 18, 2013 |
| | 680 | 6/30/14 | Yes | Micky Marine Final Report December 17, 2013 – Single Moving Vehicle Crash Test 2008 Volvo 630 into a 2010 Toyota 4Runner |
| | 680.004 | 6/30/14 | Yes | Micky Marine Final Report December 17, 2013 – Single Moving Vehicle Crash Test 2008 Volvo 630 into a 2010 Toyota 4Runner |
| | 691 | 6/30/14 | Yes | Video clip from from December 17, 2013 Single Moving Vehicle Crash Test – Panning |
| | 683 | 6/30/14 | Yes | Video clip from from December 17, 2013 Single Moving Vehicle Crash Test – Left Close-up |
| | 684 | 6/30/14 | Yes | Video clip from from December 17, 2013 Single Moving Vehicle Crash Test – Left Wide |
| | 511.001 | 7/1/14 | Yes | Robert Lange CV |
| | 513.001 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.002 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.003 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.004 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.008 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.013 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.014 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.015 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.016 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.017 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.018 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.019 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.020 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.021 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.022 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.023 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.024 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.025 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.026 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.027 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.028 | 7/1/14 | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |

| | | | | | |
|---|---|---|---|---|---|
| | 513.029 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.030 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.081 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.082 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.083 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.084 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.085 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.086 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.087 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.088 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.089 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.090 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.091 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.092 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.100 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.101 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.102 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.103 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.104 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.105 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.106 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.107 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.108 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.109 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.115 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.116 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.117 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.118 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.121 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.122 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.123 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.124 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.125 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |

| | | | | | |
|---|---|---|---|---|---|
| | 513.126 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.127 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.128 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.129 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.130 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.131 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.132 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.133 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.134 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.135 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.136 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.137 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.138 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.139 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.140 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.141 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.142 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.143 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.144 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.145 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.146 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.147 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.148 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.149 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.150 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.151 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.152 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.153 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.154 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.155 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.156 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.157 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.158 | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |

|  | ID | Date |  | Admitted | Description |
|---|---|---|---|---|---|
|  | 513.159 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.160 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.161 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.162 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.163 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.164 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.165 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.166 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.167 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.168 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.169 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.170 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.171 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.179 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.180 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.181 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.182 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.183 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.184 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.185 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.186 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.187 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.188 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.189 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.206 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.207 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.208 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.209 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.210 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.211 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.212 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.213 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.214 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |

|  | | | | | |
|---|---|---|---|---|---|
|  | 513.215 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.216 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.217 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.218 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.219 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 513.231 | 7/1/14 |  | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
|  | 514.009 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.010 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.011 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.021 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.022 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.023 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.024 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.025 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.041 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.042 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.043 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.044 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.045 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.046 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.047 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.048 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.049 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.050 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.051 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.052 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.057 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.061 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |
|  | 514.062 | 7/1/14 |  | Yes | Table 1 through Table 66 of Final Report December 20, 2013 |

| | | | | | |
|---|---|---|---|---|---|
| | 969.002 | 7/1/14 | | Yes | HEAD-ON<br><br>Test Report No. RRMS-091012, 610L 30mph Frontal Collision Test, (AF05 w/belt), (FMVSS 208), 2010<br><br>685604-685634 J<br><br>704925-704955 E<br><br>Video 686580 |
| | 513.231* | 7/1/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013; *Admitted by Plaintiffs* |
| | 505.01.09* | 7/1/14 | | Yes | 148 Photographs of Toyota 4Runner inspection taken October 10, 2011 by Richard Dyer; *Admitted by Plaintiffs* |
| | 505.01.12* | 7/1/14 | | Yes | 148 Photographs of Toyota 4Runner inspection taken October 10, 2011 by Richard Dyer; *Admitted by Plaintiffs* |
| | 505.01.16* | 7/1/14 | | Yes | 148 Photographs of Toyota 4Runner inspection taken October 10, 2011 by Richard Dyer; *Admitted by Plaintiffs* |
| | 505.01.57* | 7/1/14 | | Yes | 148 Photographs of Toyota 4Runner inspection taken October 10, 2011 by Richard Dyer; *Admitted by Plaintiffs* |
| | 505.1.133* | 7/1/14 | | Yes | 148 Photographs of Toyota 4Runner inspection taken October 10, 2011 by Richard Dyer; *Admitted by Plaintiffs* |
| | 505.1.132* | 7/1/14 | | Yes | 148 Photographs of Toyota 4Runner inspection taken October 10, 2011 by Richard Dyer; *Admitted by Plaintiffs* |
| | 505.1.131* | 7/1/14 | | Yes | 148 Photographs of Toyota 4Runner inspection taken October 10, 2011 by Richard Dyer; *Admitted by Plaintiffs* |
| | 3.1.32* | 7/1/14 | | Yes | 115 photographs of the accident scene taken by Texas Department of Public Safety; *Admitted by Plaintiffs* |
| | 3.1.35* | 7/1/14 | | Yes | 115 photographs of the accident scene taken by Texas Department of Public Safety; *Admitted by Plaintiffs* |
| | 408.1.2* | 7/1/14 | | Yes | 248 Photographs of Toyota Corolla taken October 13, 2011 taken by Carr Engineering; *Admitted by Plaintiffs* |
| | 505.108 | 7/2/14 | | Yes | 148 Photographs of Toyota 4Runner inspection taken October 10, 2011 by Richard Dyer |
| | 952 | 7/2/14 | | Yes | 77100-35A00-A, TANK ASSY, FUEL, MY 2010, **685145-685148,** |
| | 960 | 7/2/14 | | Yes | 77210-35050-A, PIPE ASSY, FUEL TANK FILLER, MY 2010, **685166** |
| | 971 | 7/2/14 | | Yes | HEAD-ON<br><br>Test Report No. RRMS-101026, 610L 35mph Frontal Collision Test, (FMVSS 301), 2010\\<br><br>685752-685768 J<br><br>705073-705089 E<br><br>Video 686601 |
| | 967 | 7/2/14 | | Yes | HEAD-ON<br><br>Test Report No. RRMS-091010, 610L 35mph Frontal Collision Test (AM50 w/belt), (FMVSS 204, 208, 212, 219), (FMVSS 301 as to V6 only), 2010<br><br>685540-685574 J<br><br>704861-704895 E<br><br>Video **686578** |

| | | | | | |
|---|---|---|---|---|---|
| | 974 | 7/2/14 | | Yes | LEFT OBLIQUE<br><br>Test Report No. RRMS-091018, 610L 30mph Left Oblique, Collision Test, (FMVSS 301, L4 engine), 2010<br><br>685769-685785 J<br><br>705090-705106 E<br><br>Video **686586** |
| | 973 | 7/2/14 | | Yes | LEFT OBLIQUE<br><br>Test Report No. RRMS-091017, 610L 30mph Left Oblique Collision Test (FMVSS 301, V6 engine), 2010<br><br>685786-685802 J<br><br>705107-705123 E<br><br>Video **686585** |
| | 977 | 7/2/14 | | Yes | RIGHT OBLIQUE<br><br>Test Report No. RRMS-091020, 610L 30mph Right Oblique Collision Test (FMVSS 301, L4 engine), 2010<br><br>685803-685819 J<br><br>705124-705140 E<br><br>Video **686588** |
| | 976 | 7/2/14 | | Yes | RIGHT OBLIQUE<br><br>Test Report No. RRMS-091019, 610L 30mph Right Oblique Collision Test (FMVSS 301, V6 engine), 2010<br><br>**685820-685836** J<br><br>705141-705157 E<br><br>Video **686587** |
| | 979 | 7/2/14 | | Yes | OFFSET<br><br>Test Report No. RRMS-091021,<br><br>610L 40mph Left Offset Frontal<br><br>Deformable Barrier Test, 2010<br><br>685837-685870 J<br><br>705158-705191 E<br><br>Video **686589** |
| | 987 | 7/2/14 | | Yes | LINCAP<br><br>Test Report No. RRMS-093015, LINCAP<br><br>(FMVSS 214, 301), 2010<br><br>686076-686153 J<br><br>705397-705474 E<br><br>Video **686597** |

| | | | | | |
|---|---|---|---|---|---|
| | 986 | 7/2/14 | | Yes | LINCAP<br><br>Test Report No. RRMS-093010, LINCAP<br><br>(FMVSS 301), 2010<br><br>686009-686075 J<br><br>705330-705396 E<br><br>Video 686592 |
| | 982 | 7/2/14 | | Yes | POLE<br><br>Test Report No. RRMS-093011, Pole collision<br><br>(FMVSS 214), 2010<br><br>685901-685941 J<br><br>705222-705262 E<br><br>Video 686593 |
| | 983 | 7/2/14 | | Yes | POLE<br><br>Test Report No. RRMS-093012, Pole collision,<br><br>(FMVSS 214), 2010<br><br>685942-686008 J<br><br>705263-705329 E<br><br>Video 686594 |
| | 984 | 7/2/14 | | Yes | POLE<br><br>Test Report No. RRMS-093016, Pole collision (Rear), 2010<br><br>686367-686413 J<br><br>705688-705734 E<br><br>Video 686598 |
| | 985 | 7/2/14 | | Yes | POLE<br><br>Test Report No. RRMS-093017, Pole collision (Rear), 2010<br><br>686414-686461 J<br><br>705735-705782 E<br><br>Video 686599 |
| | 988 | 7/2/14 | | Yes | SIDE<br><br>Test Report No. RRMS-093013, Side (610L IIHS), 2010<br><br>686154-686241 J<br><br>705475-705562 E<br><br>Video 686595 |

| | | | | | |
|---|---|---|---|---|---|
| | 989 | 7/2/14 | | Yes | SIDE<br><br>Test Report No. RRMS-093019, Side (Moon roof) (610L IIHS), 2010<br><br>686242-686322 J<br><br>705563-705643 E<br><br>Video 686600 |
| | 990 | 7/2/14 | | Yes | REAR-END<br><br>Test Report No. RRMS-092003, 610L 88km/h Rear Moving Deformable Barrier Test (FMVSS 301), 2010<br><br>686358-686366 J<br><br>705679-705687 E<br><br>Video 686591 |
| | 1057 | 7/2/14 | | Yes | Test Report No. RRMS-093009, FMVSS 208 Dolly Rollover Test on 610L, 2010<br><br>711060-711076 E<br><br>708922-708938 J<br><br>Video 755570-755575 |
| | 959 | 7/2/14 | | Yes | 77200-35100-B, TUBE ASSY, FUEL W/CLAMP, MY 2010, **685165,** |
| | 964 | 7/2/14 | | Yes | 77740-35520, CANISTER ASSY, CHARCOAL, MY 2010, **685168** |
| | 512 | 7/2/14 | | Yes | Dolph Lohwasser CV |
| | 1001 | 7/2/14 | | Yes | 51001-35A50-B, FRAME SUB-ASSY,<br><br>RLINK"../../../AllProductionDocuments/685137.pdf"685137 |
| | 1012 | 7/2/14 | | Yes | 00610-35013-H, INSTRUCTION DRAWING, SIDE PANEL WELDING, MY 2010 685176-685177 |
| | 513.093 | 7/2/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.042 | 7/2/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.043 | 7/2/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| 515 | | 7/2/14 | | Yes | Passive Safety - Finite Element Modeling |
| | 99.02* | 7/2/14 | | Yes | Countryman, Trooper Christopher – Exhibit #3: accident scene photographs of roadway; *Admitted by Plaintiffs* |
| | 513.44 | 7/3/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 513.39 | 7/3/14 | | Yes | Figure 1 through Figure 245 of Final Report December 20, 2013 |
| | 682.1.6 | 7/3/14 | | Yes | 311 Photographs from December 17, 2013 Single Moving Vehicle Crash Test |
| | 682.1.4 | 7/3/14 | | Yes | 311 Photographs from December 17, 2013 Single Moving Vehicle Crash Test |
| | 682.5.18 | 7/3/14 | | Yes | 311 Photographs from December 17, 2013 Single Moving Vehicle Crash Test |
| | 682.5.36 | 7/3/14 | | Yes | 311 Photographs from December 17, 2013 Single Moving Vehicle Crash Test |
| | 682.5.41 | 7/3/14 | | Yes | 311 Photographs from December 17, 2013 Single Moving Vehicle Crash Test |

| | | | | | |
|---|---|---|---|---|---|
| | 682.5.52 | 7/3/14 | | Yes | 311 Photographs from December 17, 2013 Single Moving Vehicle Crash Test |
| | 682.5.72 | 7/3/14 | | Yes | 311 Photographs from December 17, 2013 Single Moving Vehicle Crash Test |
| | 504.1 | 7/3/14 | | Yes | Richard Dyer CV |
| | 8 | 7/3/14 | | Yes | Elmo Volunteer Fire Department incident report (00192-00198 and 13742-13756) |
| | 503.19 | 7/3/14 | | Yes | Richard Dyer Expert Report December 18, 2013 |
| | 503.22 | 7/3/14 | | Yes | Richard Dyer Expert Report December 18, 2013 |
| | 503.26 | 7/3/14 | | Yes | Richard Dyer Expert Report December 18, 2013 |
| | 503.27 | 7/3/14 | | Yes | Richard Dyer Expert Report December 18, 2013 |
| | 503.30 | 7/3/14 | | Yes | Richard Dyer Expert Report December 18, 2013 |
| | 503.36 | 7/3/14 | | Yes | Richard Dyer Expert Report December 18, 2013 |
| | 503.35 | 7/3/14 | | Yes | Richard Dyer Expert Report December 18, 2013 |
| | 503.38 | 7/3/14 | | Yes | Richard Dyer Expert Report December 18, 2013 |
| | 503.40 | 7/3/14 | | Yes | Richard Dyer Expert Report December 18, 2013 |
| | 503.58 | 7/3/14 | | Yes | Richard Dyer Expert Report December 18, 2013 |
| | 482 | 7/3/14 | | Yes | Catherine Corrigan CV |
| | 483.3 | 7/3/14 | | Yes | 212 photographs of Toyota 4Runner inspection taken October 12, 2011 by Catherine Corrigan |
| | 483.51 | 7/3/14 | | Yes | 212 photographs of Toyota 4Runner inspection taken October 12, 2011 by Catherine Corrigan |
| | 483.49 | 7/3/14 | | Yes | 212 photographs of Toyota 4Runner inspection taken October 12, 2011 by Catherine Corrigan |
| | 490.1 | 7/3/14 | | Yes | Injury Diagrams – Lakeysha Greene |
| | 490.2 | 7/3/14 | | Yes | Injury Diagrams – Lakeysha Greene |
| | 496.1 | 7/3/14 | | Yes | Injury Diagram – Wyndell Greene, Sr. |
| 537 | | 7/3/14 | | Yes | Illustrations of Strick Toyota and Volvo parts and concepts |
| Ct #2 | | 7/3/14 | | Yes | GM Letter to NHTSA; *Plaintiff's exhibit admitted to the Court only* |
| CT# 1-10 | | 7/3/14 | | Yes | Simulation Diagram of Rear Collision; *Defendant's exhibits admitted to the Court only* |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Counsel for Plaintiffs

Counsel for Toyota