IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE GREENE, Individually as the Surviving Parent of WYNDELL GREENE, SR., WILLIAM GREENE, as the Administrator of the Estate of WYNDELL GREENE, SR., and MARILYN BURDETTE-HARDEMAN, Individually and as the Surviving Parent of LAKEYSHA GREENE D; <br><br> Plaintiffs <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, TOYOTA MOTOR MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC., VOLVO GROUP NORTH AMERICA, LLC, VOLVO TRUCKS NORTH AMERICA, A DIVISION OF VOLVO GROUP NORTH AMERICA, LLC, STRICK TRAILERS, LLC, JOHN FAYARD MOVING & WAREHOUSE, LLC and DOLPHIN LINE, INC. <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NUMBER: 3:11-cv-0207-N <br><br> JURY TRIAL DEMANDED |

**AGREED MOTION TO DISMISS WITH PREJUDICE STRICK TRAILERS, LLC, JOHN FAYARD MOVING & WAREHOUSE, LLC, AND DOLPHIN LINE, INC.**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Plaintiffs Ollie Greene, Individually as the surviving parent of Wyndell Greene, Sr., William Greene, as Administrator of the Estate of Wyndell Greene Sr., and Marilyn Burdette Hardeman, Individually and as the surviving parent of LaKeysha Greene (collectively "Plaintiffs") Defendant Strick Trailers, L.L.C., Defendant Fayard Moving & Warehouse, L.L.C.,

AGREED MOTION TO DISMISS – PAGE 1

and Defendant Dolphin Line, Inc. (collectively "Trailer Defendants") and file this Agreed Motion to Dismiss with Prejudice, respectfully showing:

1. All matters in controversy as between Plaintiffs and Trailer Defendants in this lawsuit have been fully and finally resolved.

2. Accordingly, Plaintiffs and Trailer Defendants move the Court to dismiss all of Plaintiffs' claims and causes of action against Strick Trailers, L.L.C., Fayard Moving & Warehouse, L.L.C., and Dolphin Line, Inc. with prejudice to re-filing same. This motion to dismiss encompasses: (1) all claims and causes of action asserted against any of the Trailer Defendants by Plaintiffs in this lawsuit and (2) any and all causes of action that were or could have been made by Plaintiffs against any of the Trailer Defendants.

3. Plaintiffs and Trailer Defendants are also requesting that a Final Order of Dismissal With Prejudice provide that all costs are taxed against the party incurring same, and that Plaintiffs and Trailer Defendants shall each bear the cost of their own attorney's fees.

4. Plaintiffs and Strick Trailers, L.L.C., Fayard Moving & Warehouse, L.L.C., and Dolphin Line, Inc. request the Court sign and enter the attached Final Order of Dismissal With Prejudice which is being filed contemporaneously with this agreed motion.

Respectfully Submitted

By: /s/ *Daryl K. Washington*
**Daryl K. Washington**
State Bar No. 24013714
dwashington@dwashlawfirm.com
LAW OFFICES OF DARYL K. WASHINGTON P.C.
325 N. St. Paul St., Suite 1975
Dallas, Texas 75201
214.880.4883 Telephone
214.751.6685 Facsimile

And

Aubrey "Nick" Pittman
State Bar No. 16049750
pittman@thepittmanlawfirm.com
THE PITTMAN LAW FIRM, P.C.
100 Crescent Court, Suite 700
Dallas, Texas 75201
214.459.3454 Telephone
214.853.5912 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

By: /s/ Donald H. Dawson, Jr.
**Donald H. Dawson, Jr.**
SBN: 05606500
**Kathleen A. Clark**
SBN: 00788830
DAWSON & CLARK, P.C.
243 W. Congress
600 Marquette Building
Detroit, MI 48226
313.256.8900 Telephone
313.256.8913 Facsimile

And

**S. Todd Parks**
SBN: 15526520
todd.parks@wbclawfirm.com
**Jason L. Wren**
SBN: 24028144
jason.wren@wbclawfirm.com
**Ashley De La Cerda**
SBN: 24045760
Ashley.delacerda@wbclawfirm.com
WALTERS BALIDO & CRAIN, L.L.P.
Meadow Park Tower, 15th Floor
10440 North Central Expressway
Dallas, TX 75231
214.749.4805 Telephone
214.760.1670 Facsimile

**ATTORNEYS FOR DEFENDANT
STRICK TRAILERS, L.L.C.**

By: /s/ Scott W. Self
**Scott W. Self**
State Bar No. 24033176
sself@feesmith.com
**Michael P. Sharp**
State Bar No. 00788857
msharp@feesmith.com
Fee Smith Sharp & Vitullo
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
972.934.9100 Telephone
972.934.9200 Facsimile

**ATTORNEYS FOR DEFENDANT JOHN FAYARD MOVING & WAREHOUSE, L.L.C.**

By: /s/ John S. Kenefick
**John S. Kenefick**
State Bar No. 24006294
Attorney-in-Charge
JKenefick@MacdonaldDevin.com
**Nathan W. Shackelford**
State Bar No. 24070598
NShackelford@MacdonaldDevin.com
**Jacob M. Borchers**
State Bar No. 24067522
JBorchers@MacdonaldDevin.com
MACDONALD DEVIN, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2130
214.744.3300 Telephone
214.747.0942 Facsimile

**ATTORNEYS FOR DEFENDANT DOLPHIN LINE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2014, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

/s/ John S. Kenefick
**John S. Kenefick**