IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **OLLIE GREENE**, *et al.*, | § |
| | § |
| Plaintiffs | § |
| | § |
| v. | § CAUSE NUMBER: 3:11-cv-0207-N |
| | § |
| **TOYOTA MOTOR CORPORATION**, *et al.*, | § |
| | § |
| Defendants. | § |

## PLAINTIFFS AND THE TOYOTA DEFENDANTS' AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiffs Ollie Greene, Individually as the surviving parent of Wyndell Greene, Sr., William Greene, as Administrator of the Estate of Wyndell Greene Sr., and Marilyn Burdette Hardeman, Individually and as the surviving parent of LaKeysha Greene (collectively "Plaintiffs") and Defendants Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A., Inc. (collectively the "Toyota Defendants") and file this Agreed Motion to Dismiss with Prejudice, respectfully showing:

1.  All matters in controversy as between Plaintiffs and the Toyota Defendants in this lawsuit have been fully and finally resolved.

2.  Accordingly, Plaintiffs and the Toyota Defendants move the Court to dismiss all of Plaintiffs' claims and causes of action against Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A., Inc. with prejudice to re-filing same. This motion to dismiss encompasses: (1) all claims and causes of action asserted against any of the Toyota Defendants by Plaintiffs in this

lawsuit and (2) any and all causes of action that were or could have been made by Plaintiffs against any of the Toyota Defendants.

3. Plaintiffs and the Toyota Defendants are also requesting that a Final Order of Dismissal With Prejudice provide that all costs are taxed against the party incurring same, and that Plaintiffs and the Toyota Defendants shall each bear the cost of their own attorney's fees.

4. Plaintiffs and Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A., Inc. request the Court sign and enter the attached Final Order of Dismissal With Prejudice which is being filed contemporaneously with this agreed motion.

Respectfully submitted,

*/s/ Daryl K. Washington*
Daryl K. Washington
State Bar No. 24013714
dwashington@dwashlawfirm.com
LAW OFFICES OF DARYL K. WASHINGTON P.C.
325 N. St. Paul St., Suite 1975
Dallas, Texas 75201
214.880.4883 Telephone
214.7 51.6685 Facsimile

And

Aubrey "Nick" Pittman
State Bar No. 16049750
pittman@thepittmanlawfinn.com
THE PITTMAN LAW FIRM, P.C.
1 00 Crescent Court, Suite 700
Dallas, Texas 75201
214.459.3454 Telephone
214.853.5912 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

        */S/ DAVID P. STONE*
        **KURT C. KERN**
        State Bar No. 11334600
        kurt.kern@bowmanandbrooke.com
        **DAVID P. STONE**
        State Bar No. 19289060
        david.stone@bowmanandbrooke.com
        **JUDE T. HICKLAND**
        State Bar No. 24065416
        jude.hickland@bowmanandbrooke.com
        **BOWMAN AND BROOKE LLP**
        2501 North Harwood Street, Suite 1700
        Dallas, Texas  75201
        (972) 616-1700
        (972) 616-1701 (fax)

        **ATTORNEYS FOR TOYOTA DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 15th day of September, 2014.

        */S/ DAVID P. STONE*